No. 26-10674

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY AND AMERICAN
OVERSIGHT,

Interested Parties-Appellants,

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA

Defendants-Appellees.

On Appeal from the United States District Court for the
Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

**DEFENDANTS-APPELLEES'
CERTIFICATE OF INTERESTED PERSONS**

Richard C. Klugh
Jenny Wilson
KLUGH WILSON, LLC
*Counsel for Defendant-Appellee*
*Waltine Nauta*

John S. Irving, IV
SECIL LAW PLLC
*Counsel for Defendant-Appellee*
*Carlos De Oliveira*

Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Defendant-Appellee*
*President Donald J. Trump*

*United States v. Knight First Amendment Instit. at Columbia Uni, et al.,*
*No. 26-10674*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, the undersigned counsel hereby certify that the following persons and entities have an interest in the outcome of this proceeding:

1. Abdo, Alexander

2. American Oversight

3. Balkin, Jack

4. Blanche, Todd

5. Bove, Emil

6. Bratt, Jay I.

7. Buckner & Miles, P.A.

8. Buckner, David Marc

9. Cannon, Hon. Aileen

10. Cooney, J.P.

11. Dadan, Sasha

12. Davis, Michael S.

13. De Oliveira, Carlos

14. Delgado, Jorge Roberto

*United States v. Knight First Amendment Instit. at Columbia Uni, et al.,*
*No. 26-10674*

15.   Doty, George E., III

16.   E & W Law

17.   Edelstein, Julie A.

18.   Fein, Ronald A.

19.   Fields, Lazaro

20.   Gelber Schacter & Greenberg, P.A.

21.   Gilbert, Karen E.

22.   Goodman, Hon. Jonathan

23.   Haddix, Elizabeth

24.   Harbach, David

25.   Irving, John S., IV

26.   Jaffer, Jameel

27.   Kim, Noah

28.   Kise, Christopher M.

29.   Kitrosser, Heidi

30.   Klugh Wilson LLC

31.   Klugh, Jr., Richard Carroll

32.   Knight First Amendment Institute at Columbia University

33.   Koningisor, Christina

*United States v. Knight First Amendment Instit. at Columbia Uni, et al.,*
*No. 26-10674*

34.    Lakier, Genevieve

35.    Langford, John

36.    Lapointe, Markenzy

37.    Llanes, Barbara R.

38.    Magarian, Greg

39.    Martinez, Daniel Havlir

40.    Maynard, Hon. Shaniek Mills

41.    McNamara, Anne

42.    Murrell, Jr., Larry Donald

43.    Nauta, Waltine

44.    Neuborne, Burt

45.    O'Byrne, Hayden P.

46.    Pearce, James Inman

47.    Pellettieri, John M.

48.    Porter, Michael David

49.    Procaccini, Francesca

50.    Reboso, Manolo

51.    Reding Quiñones, Jason A.

52.    Reinhart, Hon. Bruce E.

*United States v. Knight First Amendment Instit. at Columbia Uni, et al.,*
*No. 26-10674*

53.    Reynolds, Brett

54.    Schachter, Adam Michael

55.    SECIL Law PLLC

56.    Shapiro, Elizabeth Jane

57.    Siblesz, Alessandra M.

58.    Singer, Gregory Michael

59.    Smachetti, Emily M.

60.    Smith, Jack

61.    Stark, Loree

62.    Thakur, Michael

63.    Torres, Hon. Edwin G.

64.    Trump, President Donald J.

65.    VanDevender, Cecil Woods

66.    Weiss, Stephen H.

67.    West, Sonja R.

68.    Wharton Law PLLC

69.    Wharton, Kendra

70.    Wilkens, Scott B.

71.    Wilson, Jenny

*United States v. Knight First Amendment Instit. at Columbia Uni, et al.,*
*No. 26-10674*

72.     Woodward, Stanley E.

73.     Yale Media Freedom & Information Access Clinic

The undersigned further certify that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: March 6, 2026

Respectfully submitted,

/s/ Kendra L. Wharton
Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Defendant-Appellee*
*President Donald J. Trump*

/s/ John S. Irving, IV
John S. Irving, IV
SECIL LAW PLLC
1701 Pennsylvania Ave. NW,
Ste. 200
Washington, DC 20006
(301) 807-5670
jirving@secillaw.com
*Counsel for Defendant-Appellee*
*Carlos De Oliveira*

/s/ Richard C. Klugh
Richard C. Klugh
Jenny Wilson
KLUGH WILSON, LLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
(305) 536-2170 (facsimile)
rklugh@klughwilson.com
jenny@klughwilson.com
*Counsel for Defendant-Appellee*
*Waltine Nauta*

## CERTIFICATE OF SERVICE

I, Kendra L. Wharton, counsel for Defendant-Appellee President Donald J. Trump and a member of the Bar of this Court, certify that, on March 6, 2026, the attached Certificate of Interested Persons was filed through the Court's electronic filing system.  I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

March 6, 2026

By:    /s/ Kendra L. Wharton
       Kendra L. Wharton