UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 26-10674-A

IN RE:

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT

    *Petitioners,*
_____

UNITED STATES OF AMERICA,

    *Plaintiff-Respondent,*

DONALD J. TRUMP, WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    *Defendants-Respondents*.
_____/

**CERTIFICATE OF INTERESTED PERSONS**

    Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Carlos De Oliveira certifies that he is unaware of any persons or entities that have an interest in the outcome of this case or appeal beyond those already identified in the Certificate of Interested Persons filed by Respondent President Donald J. Trump (ECF 8).

Undersigned counsel further certifies that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: March 3, 2026

                                            Respectfully Submitted,

                                            /s/ John S. Irving_____
John S. Irving
SECIL Law PLLC
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Telephone: (301) 807-5670
Email: John.Irving@SECILLaw.com
Counsel for Defendant-Appellee
Carlos De Oliveira

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, the foregoing Certificate of Interested Persons was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system, and that service will be accomplished to all parties by that system.

                                            By: /s/ John S. Irving_____
                                                 John S. Irving