**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Appellant American Oversight, through its undersigned counsel, certify that the following have an interest in the outcome of this appeal.

1. Abdo, Alex
2. American Oversight
3. Balkin, Jack
4. Blanche, Todd
5. Bove, Emil
6. Bratt, Jay I.
7. Buckner & Miles, P.A.
8. Buckner, David
9. Cannon, Hon. Aileen
10. Cooney, J.P.
11. Dadan, Sasha
12. Davis, Michael S.
13. De Oliveira, Carlos
14. Delgado, Jorge
15. Doty, George E., III

16. E & W Law

17. Edelstein, Julie A.

18. Fein, Ronald A.

19. Fields, Lazaro

20. Gelber Schachter & Greenberg, P.A.

21. Gilbert, Karen E.

22. Goodman, Hon. Jonathan

23. Haddix, Elizabeth

24. Harbach, David

25. Irving, John

26. Jaffer, Jameel

27. Kim, Noah

28. Kise, Christopher M.

29. Kitrosser, Heidi

30. Klugh Wilson LLC

31. Klugh Jr., Richard

32. Knight First Amendment Institute at Columbia University

33. Koningisor, Christina

34. Lakier, Genevieve

35. Langford, John

36. Lapointe, Markenzy

37. Llanes, Barbara

38. Magarian, Greg

39. Martinez, Daniel

40. Maynard, Hon. Shaniek Mills

41. McNamara, Anne

42. Murrell Jr., Larry

43. Nauta, Waltine

44. Neuborne, Burt

45. O'Byrne, Haden

46. Pearce, James Inman

47. Pellettieri, John

48. Porter, Michael

49. Procaccini, Francesca

50. Reboso, Manolo

51. Reding Quiñones, Jason A.

52. Reinhart, Hon. Bruce E.

53. Reynolds, Brett

54. Schachter, Adam

55. SECIL Law PLLC

56. Shapiro, Elizabeth Jane

57. Siblesz, Alessandra M.

58. Singer, Gregory Michael

59. Smachetti, Emily M.

60. Smith, Jack

61. Stark, Loree

62. Thakur, Michael

63. Torres, Hon. Edwin G.

64. Trump, Donald

65. VanDevender, Cecil Woods

66. Weiss, Stephen H.

67. West, Sonja

68. Wharton Law PLLC

69. Wharton, Kendra

70. Wilkens, Scott

71. Wilson, Jenny

72. Woodward, Stanley E.

73. Yale Media Freedom & Information Access Clinic

American Oversight further certifies that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

*/s/ Loree Stark*
Loree Stark

*Counsel for American Oversight*