IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **26-10674-AA**

Knight First Amend Institute at Columbia University, et al.,

Appellants,

- versus -

United States of America,

Appellee.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Jason A. Reding Quiñones
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9404

George E. Doty III
Chief, Appellate Division

Of Counsel

**Knight First Amend Institute at Columbia University, et al. v. United States,
Case No. 26-10674-AA
United States' Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement**

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a)(3) and 26.1-3, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on the appellant's CIP, and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case and were omitted from the appellant's CIP:

Abdo, Alexander

**American First Foundation**

American Oversight

Balkin, Jack

Blanche, Todd

Bove, Emil

Bratt, Jay I.

Buckner & Miles, P.A.

Buckner, David Marc

Cannon, Hon. Aileen

**Clanton, Crystal**

Cooney, J.P.

C-1 of 5

**Knight First Amend Institute at Columbia University, et al. v. United States, Case No. 26-10674-AA**
**United States' Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (continued)**

Dadan, Sasha

Davis, Michael S.

De Olivera, Carlos

Delgado, Jorge R.

Doty, George E. III

E & W Law

Edelstein, Julie A.

Fein, Ronald A.

Fields, Lazaro

Gelber Schachter & Greenberg, P.A.

Gilbert, Karen E.

Goodman, Hon. Jonathan

Haddix, Elizabeth

Harbach, David

Irving, John

Jaffer, Jameel

Kim, Noah

**Knight First Amend Institute at Columbia University, et al. v. United States,
Case No. 26-10674-AA
United States' Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement**

Kise, Christopher M.

Kitrosser, Heidi

Klugh Wilson LLC

Klugh, Jr., Richard Carroll

Knight First Amendment Institute at Columbia University

Koningisor, Christina

Lakier, Genevieve

Langford, John

Lapointe, Markenzy

Llanes, Barbara R.

Magarian, Greg

Martinez, Daniel Havlir

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

Nauta, Waltine

Neuborne, Burt

**Knight First Amend Institute at Columbia University, et al. v. United States,**
**Case No. 26-10674-AA**
**United States' Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (continued)**

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Procaccini, Francesca

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

SECIL Law PLLC

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

Stark, Loree

C-4 of 5

**Knight First Amend Institute at Columbia University, et al. v. United States,
Case No. 26-10674-AA
United States' Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement (continued)**

Thakur, Michael

Torres, Hon. Edwin G.

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

West, Sonja R.

Wharton Law PLLC

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

Yale Media Freedom & Information Access Clinic

Counsel certifies that no publicly traded company or corporation has an

interest in the outcome of this case or appeal.

/s/*George E. Doty III*
George E. Doty III
Chief, Appellate Division
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9404
George.Doty@usdoj.gov

C-5 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April  3, 2026, the foregoing Certificate of Interested Persons was filed using CM/ECF and the Certificate of Interested Persons was served via CM/ECF on all counsel of record.

/s/*George E. Doty III*
George E. Doty III
Chief, Appellate Division

*ags*