UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 26-10674

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY AND AMERICAN
OVERSIGHT,

    Interested Parties-Appellants,

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA,

    Defendants-Appellees.

      /

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Respondent Waltine Nauta certifies that the following persons and entities have an interest in the outcome of this case or appeal:

  Abdo, Alexander

  American Oversight

  Blanche, Todd

  Bove, Emil

  Bratt, Jay I.

**United States v. Knight First Amend. Institute, et al., No. 26-10674**
**Certificate of Interested Persons (continued)**

Buckner, David Marc

Cannon, Hon. Aileen

Cooney, J.P.

Dadan, Sasha

Davis, Michael S.

Delgado, Jorge Roberto

Doty, George E., III

Edelstein, Julie A.

Fein, Ronald

Fields, Lazaro

Gilbert, Karen E.

Goodman, Hon. Jonathan

Harbach, David

Irving, IV, John S.

Jaffer, Jameel

Knight First Amendment Institute at Columbia University

Kise, Christopher M.

Klugh, Richard C.

Lapointe, Markenzy

Llanes, Barbara R.

**United States v. Knight First Amend. Institute, et al., No. 26-10674**
**Certificate of Interested Persons (continued)**

Martinez, Daniel Havlir

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

Nauta, Waltine

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

Stark, Loree

**United States v. Knight First Amend. Institute, et al., No. 26-10674**
**Certificate of Interested Persons (continued)**

Thakur, Michael

Torres, Hon. Edwin G.

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

Respectfully submitted,

 s/ Richard C. Klugh
Richard C. Klugh, Esq.
Klugh Wilson, LLC
Counsel for Defendant-Respondent
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel.  (305) 536-1191