**Nos. 25-14507, 26-10674**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

United States of America,
*Plaintiff–Appellee,*
v.

Knight First Amendment Institute at Columbia University; American Oversight,
*Interested Parties–Appellants,*

Donald J. Trump; Waltine Nauta; Carlos de Oliveira,
*Defendants–Appellees.*

On appeal from the United States District Court for the
Southern District of Florida — No. 9:23-cr-80101-AMC
(Judge Aileen M. Cannon)

## NOTICE OF ERRATA BY APPELLANT KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY

David Buckner
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables, FL 33134
(305) 964-8003

Scott Wilkens
Jameel Jaffer
Alex Abdo
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Appellant Knight First
Amendment Institute at Columbia
University*

Appellant Knight First Amendment Institute at Columbia University respectfully submits this Notice of Errata to correct three non-substantive errors in its Opening Brief, ECF No. 38 (No. 25-14507), filed on February 9, 2026.

1. The title of the brief on the cover page—"Opening Brief of Appellants"—should be "Opening Brief of Appellant Knight First Amendment Institute at Columbia University."

2. In the signature block on page 51, "*Counsel for Petitioner*" should be "*Counsel for Appellant Knight First Amendment Institute at Columbia University.*"

3. In the Certificate of Compliance on page 52, "Federal Rule of Appellate Procedure 21(d)(1)" should be "Federal Rule of Appellate Procedure 32(a)(7)(B)."

The attachment corrects these errors. It makes no other changes to Appellant's Opening Brief. Appellant respectfully requests that the Court and all parties take notice of these corrections.

June 16, 2026

David Buckner
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables, FL 33134
(305) 964-8003

Respectfully submitted,

/s/ Scott Wilkens
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

*Counsel for Appellant Knight First Amendment Institute at Columbia University*

## Certificate of Service

I hereby certify that on June 16, 2026, I electronically filed the foregoing Notice of Errata with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.


Dated: June 16, 2026                          */s/ Scott Wilkens*
                                               Scott Wilkens