IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NOs. **25-14507-AA, 26-10674-AA**

United States of America,

Plaintiff-Appellee,

- versus -

Knight First Amendment Institute at Columbia University,
American Oversight,

Interested Parties-Appellants,

Donald J. Trump,
Waltine Nauta,
Carlos de Oliveira,

Defendants-Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

SUPPLEMENTAL APPENDIX FOR THE UNITED STATES

<div style="text-align:right">

Jason A. Reding Quiñones
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9062

</div>

George E. Doty III
Chief, Appellate Division

Jorge R. Delgado
Assistant United States Attorney

Of Counsel

# INDEX OF SUPPLEMENTAL APPENDIX

**Docket/Tab #**

**District Court Docket Sheet (23-cr-80101-AMC)** …………………….    **A**

Government's Notice in Response to Defendant's
Emergency Motion  …………………………………………………..    DE 680

Government's Second Notice in Response to
Defendant's Emergency Motion  …………………………………..    DE 684

Defendant's Motion for Further Stay in Light of
Ongoing Appellate Proceedings  …………………………………...    DE 689

Government's Supplement in Response to the
Court's January 11, 2025 Order  ……………………………………    DE 692

Paperless Order Denying President-Elect Trump's Motion to
Intervene as to Volume I of Special Counsel's Final Report  …………….    DE 702

Paperless Order Denying as Moot Defendants'
Motion to Extend Temporary Injunction  ………………………………    DE 704

Paperless Order in Anticipation of January 17, 2025 Hearing  …………...    DE 705

Paperless Minute Entry following 1/17/25 Hearing  ………….…………    DE 713

President Donald J. Trump's Motion for Leave to
Participate as Amicus Curiae  ……………………………….…………    DE 755

Paperless Order Granting President Donald J. Trump's
Motion for Leave to Participate as Amicus Curiae  …………………...    DE 759

# INDEX OF SUPPLEMENTAL APPENDIX

**Docket/Tab #**

Notice of Appeal as to Knight First Amendment
Institute as Columbia University  …………………………………….. DE 762

Notice of Appeal as to American Oversight  …………………………… DE 763

Order on Unopposed Motions Seeking
Prohibition on Release of Volume II  ………………………………… DE 779

Order Denying Non-Party Joint Motion to Intervene to Seek Stay  …….. DE 780

Notice of Appeal as to Knight First Amendment
Institute as Columbia University  …………..………………………... DE 783

Notice of Appeal as to American Oversight  …………………………… DE 784

Corrected Notice of Appeal as to Knight First Amendment
Institute as Columbia University  ………………………………….... DE 793

**Appellate Docket Sheet (24-12311)**  ……………………..………… **B**

Court's Order of Dismissal  ……………………………………….. DE 81

Opposition to Motion for Injunction  ………………………………. DE 90

Order Granting Unopposed Motion to Dismiss Appeal …………………. DE 113

Certificate of Service

# TAB A

## *9:23cr80101, USA v. Trump, et al.*

US District Court Criminal Docket

United States District Court, Florida Southern

(West Palm Beach)

**This case was retrieved on 07/08/2026**

## Header

**Date Filed:** 06/08/2023  
**Other Docket:** None

**Class Code:** Closed  
**Closed:** 07/15/2024

## Participants

## Defendant

| **Name** | **Attorneys** |
|---|---|
| Donald J. Trump<br>Appeals court case numbers: 24-12311-J USCA, 25-10076-G<br>USCA 63675-510 YOB: 1946; English<br>*TERMINATED: 07/15/2024* | Christopher Michael Kise<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Chris Kise & Associates, P.A.<br>201 East Park Avenue Ste 5th Floor<br>Tallahassee, FL 32301<br>USA<br>chris@ckise.net<br>850-270-0566Designation: Retained<br><br>Emil Bove<br>PRO HAC VICE;ATTORNEY TO BE NOTICED;<br>Blanche Law<br>99 Wall Street, Suite 4460<br>New York, NY 10005<br>USA<br>emil.bove@blanchelaw.com<br>(212) 716-1250Designation: Retained<br><br>Gregory Michael Singer<br>ATTORNEY TO BE NOTICED<br>Lauro Law Firm<br>400 N Tampa Street<br>Tampa, FL 33602<br>USA<br>gmstbfla@gmail.com<br>8132228990<br><br>Kendra Leigh Wharton<br>ATTORNEY TO BE NOTICED<br>Wharton Law PLLC<br>500 S Australian Ave Ste 600 PMB 1139<br>West Palm Beach, FL 33401<br>USA<br>k.wharton@whartonlawpllc.com |

561-247-5279Designation: Retained

Lazaro Fields
ATTORNEY TO BE NOTICED
Continental PLLC
101 N. Monroe Street Suite 750
Tallahassee, FL 32301
USA
lfields@continentalpllc.com
850-332-0702Designation: Retained

Stephen H. Weiss
PRO HAC VICE;ATTORNEY TO BE NOTICED;
Blanche Law
99 Wall Street, Suite 4460 (212) 716- 1250
New York, NY 10005
USA
stephen.weiss@blanchelaw.com
Designation: Retained

Todd Blanche
PRO HAC VICE;ATTORNEY TO BE NOTICED;
Blanche Law
99 Wall Street, Suite 4460
New York, NY 10005
USA
toddblanche@blanchelaw.com
(212) 716-1250Designation: Retained

## Charges

## Disposition

**Complaints:** none

**Pending:** none

**Terminated:** WILLFUL RETENTION OF NATIONAL DEFENSE INFORMATION/18:793.F(1-31)
WILLFUL RETENTION OF NATIONAL DEFENSE INFORMATION 18:793.F(1s-32s)
CONSPIRACY TO OBSTRUCT JUSTICE/18:1512K.F(32)
WITHHOLDING A DOCUMENT OR RECORD/18:1512B.F(33)
CONSPIRACY TO OBSTRUCT JUSTICE 18:1512K.F(33s)
CORRUPTLY CONCEALING A DOCUMENT OR RECORD/18:1512C.F(34)
WITHHOLDING A DOCUMENT OR RECORD 18:1512B.F(34s)
CONCEALING A DOCUMENT IN A FEDERAL INVESTIGATION/18:1519.F(35)
CORRUPTLY CONCEALING A DOCUMENT OR RECORD 18:1512C.F(35s)
SCHEME TO CONCEAL/18:1001.F(36)
CONCEALING A DOCUMENT IN A FEDERAL INVESTIGATION 18:1519.F(36s)
FALSE STATEMENTS AND REPRESENTATIONS/18:1001.F(37)
SCHEME TO CONCEAL 18:1001.F(37s)

FALSE STATEMENTS AND REPRESENTATIONS
18:1001.F(38s)
ALTERING, DESTROYING, MUTILATING, OR
CONCEALING AN OBJECT 18:1512B.F(40s)
CORRUPTLY ALTERING, DESTROYING, MUTILATING OR
CONCEALING A DOCUMENT, RECORD, OR OTHER
OBJECT 18:1512C.F(41s)

**Offense Level (Terminated):** Felony

**Case Assigned To:** Judge Aileen M. Cannon

**Case Referred To:** Magistrate Judge Bruce E. Reinhart

## Defendant

### Name

Waltine Nauta
Appeals court case numbers: 24-12311-J USCA, 25-10076-G
USCA 63672-510 YOB: 1983; English
*TERMINATED: 07/15/2024*

### Attorneys

Sasha Dadan
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Dadan Law Firm, PLLC
201 S. 2nd St. Ste 202
Fort Pierce, FL 34950
USA
sasha@dadanlawfirm.com
772-579-0347Designation: Retained

Richard Carroll Klugh , Jr.
ATTORNEY TO BE NOTICED
25 SE 2nd Avenue Suite 1100
Miami, FL 33131
USA
rickklu@aol.com
305-536-1191Fax: 305-536-2170

Stanley E. Woodward
PRO HAC VICE;ATTORNEY TO BE NOTICED;
02/20/2025
Brand Woodward Law, LP
400 Fifth Street, Northwest Suite 300
Washington, DC 20001
USA
stanley@brandwoodwardlaw.com
(202) 996-7447Designation: Retained

## Charges

**Complaints:** none

**Pending:** none

**Terminated:** CONSPIRACY TO OBSTRUCT
JUSTICE/18:1512K.F(32)
WITHHOLDING A DOCUMENT OR
RECORD/18:1512B.F(33)
CONSPIRACY TO OBSTRUCT JUSTICE 18:1512K.F(33s)

CORRUPTLY CONCEALING A DOCUMENT OR
RECORD/18:1512C.F(34)
WITHHOLDING A DOCUMENT OR RECORD
18:1512B.F(34s)
CONCEALING A DOCUMENT IN A FEDERAL

## Disposition

INVESTIGATION/18:1519.F(35)

CORRUPTLY CONCEALING A DOCUMENT OR RECORD 18:1512C.F(35s)

SCHEME TO CONCEAL/18:1001.F(36)

CONCEALING A DOCUMENT IN A FEDERAL INVESTIGATION 18:1519.F(36s)

SCHEME TO CONCEAL 18:1001.F(37s)

FALSE STATEMENTS AND REPRESENTATIONS/18:1001.F(38)

FALSE STATEMENTS AND REPRESENTATIONS 18:1001.F(39s)

ALTERING, DESTROYING, MUTILATING, OR CONCEALING AN OBJECT 18:1512B.F(40s)

CORRUPTLY ALTERING, DESTROYING, MUTILATING OR CONCEALING A DOCUMENT, RECORD, OR OTHER OBJECT 18:1512C.F(41s)

**Offense Level (Terminated):** Felony

**Case Assigned To:** Judge Aileen M. Cannon

**Case Referred To:** Magistrate Judge Bruce E. Reinhart

# Defendant

| Name | Attorneys |
|---|---|
| Carlos De Oliveira<br>Appeals court case numbers: 24-12311-J USCA, 25-10076-G USCA, 25-14507-A USCA, 26-10674-A USCA, 26-10674-A usca 70743-510 YOB 1966; ENGLISH<br>*TERMINATED: 07/15/2024* | Larry Donald Murrell , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>400 Executive Center Drive Suite 201<br>West Palm Beach, FL 33401<br>USA<br>ldmpa@bellsouth.net<br>561-686-2700Fax: 686-4567Designation: Retained<br><br>John S. Irving<br>PRO HAC VICE;ATTORNEY TO BE NOTICED;<br>SECIL Law PLLC<br>1701 Pennsylvania Avenue, N.W. Suite 200<br>Washington, DC 20006<br>USA<br>jirving@secillaw.com<br>301-807-5670Designation: Retained |

# Charges

**Complaints:** none

**Pending:** none

**Terminated:** CONSPIRACY TO OBSTRUCT JUSTICE 18:1512K.F(33s)

ALTERING, DESTROYING, MUTILATING, OR CONCEALING AN OBJECT 18:1512B.F(40s)

CORRUPTLY ALTERING, DESTROYING, MUTILATING OR CONCEALING A DOCUMENT, RECORD, OR OTHER OBJECT 18:1512C.F(41s)

FALSE STATEMENTS AND REPRESENTATIONS 18:1001.F(42s)

**Offense Level (Terminated):** Felony

# Disposition

**Case Assigned To:** Judge Aileen M. Cannon

**Case Referred To:** Magistrate Judge Bruce E. Reinhart

# U.S. Attorneys

Elizabeth Jane Shapiro

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

U.S. Department of Justice

PO Box 883

Washington, DC 20044

USA

elizabeth.shapiro@usdoj.gov

202-514-5302Designation: Retained

Jay I. Bratt

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Counterintelligence and Export Control Section

National Security Division U.S. Department of Justice 950 Pennsylvania Avenue, NW

Washington, DC 20530

USA

Designation: Retained

Anne McNamara

ATTORNEY TO BE NOTICED

DOJ-USAO

Special Counsel's Office 950 Pennsylvania Avenue, NW

Washington, DC 20530

USA

Brett Reynolds

ATTORNEY TO BE NOTICED

U.S. Department of Justice Office of Special Counsel

950 Pennsylvania Avenue NW

Washington, DC 20530

USA

Cecil Woods VanDevender

ATTORNEY TO BE NOTICED

US Department of Justice

Special Counsel's Office 950 Pennsylvania Avenue NW

Washington, DC 20530

USA

David V. Harbach , II

ATTORNEY TO BE NOTICED

U.S. Department of Justice Office of Special Counsel

950 Pennsylvania Avenue NW

Washington, DC 20530

USA

SCO_JLS_Filings@usdoj.gov

David Raskin

ATTORNEY TO BE NOTICED

U.S. Department of Justice Department of Justice

950 Pennsylvania Avenue NW

Washington, DC 20530

USA

J.P. Cooney

ATTORNEY TO BE NOTICED

U.S. Department of Justice Special Counsels Office

950 Pennsylvania Avenue NW

Washington, DC 20530

USA

James Inman Pearce

ATTORNEY TO BE NOTICED

Washington Litigation Group

1717 K Street NW Suite 1120

Washington, DC 20006

USA

jpearce@washingtonlitigationgroup.org

202-521-8770

John M. Pellettieri

ATTORNEY TO BE NOTICED

US Department of Justice

Special Counsel's Office 950 Pennsylvania Avenue NW

Washington, DC 20530

USA

Julie A. Edelstein

ATTORNEY TO BE NOTICED

Counterintelligence & Export Control Section Department of Justice

950 Pennsylvania Ave. NW

Washington, DC 20530

USA

jedelstein@wiggin.com

Karen E. Gilbert

ATTORNEY TO BE NOTICED

United States Attorney's Office

99 NE 4 Street

Miami, FL 33132

USA

Manolo Reboso

ATTORNEY TO BE NOTICED

United States Attorney's Office

99 N.E. 4th Street

Miami, FL 33132

USA

Manolo.Reboso@usdoj.gov

(305) 961-9091

Michael David Porter

ATTORNEY TO BE NOTICED

United States Attorney's Office

Southern District of Florida 101 South U.S. Highway 1

Fort Pierce, FL 34950

USA

michael.porter2@usdoj.gov

Michael Thakur

ATTORNEY TO BE NOTICED

US Attorney's Office, Southern District of Florida

99 N.E. 4th St

Miami, FL 33132

USA

mthakur@baronbudd.com

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 06/08/2023 | MOTION to seal by USA as to Donald J. Trump, Waltine Nauta. (sl) (Entered: 06/08/2023) | |
| 2 | 06/08/2023 | ORDER granting 1 Motion to seal as to Donald J. Trump (1), Waltine Nauta (2). Signed by Ch. Magistrate Judge Edwin G. Torres on 6/8/2023. See attached document for full details. (sl) (Entered: 06/08/2023) | |
| 3 | 06/08/2023 | INDICTMENT as to Donald J. Trump (1) count(s) 1-31, 32, 33, 34, 35, 36, 37, Waltine Nauta (2) count(s) 32, 33, 34, 35, 36, 38. (sl) (Additional attachment(s) added on 6/8/2023: # 1 Restricted Unredacted Indictment) (sl). (Entered: 06/08/2023) | |
| 4 | 06/08/2023 | Criminal Summons Issued in case as to Donald J. Trump. Documents contained herein are restricted from public viewing pursuant to the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Initial Appearance set for 6/13/2023 03:00 PM in Miami Division (Courtroom 13-3 Wilkie D. Ferguson Building) before MIA Duty Magistrate Judge. (sl) (Entered: 06/08/2023) | |
| 5 | 06/08/2023 | Criminal Summons Issued in case as to Waltine Nauta. Documents contained herein are restricted from public viewing pursuant to the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Initial Appearance set for 6/13/2023 03:00 PM in Miami Division (Courtroom 13-3 Wilkie D. Ferguson Building) before MIA Duty Magistrate Judge. (sl) (Entered: 06/08/2023) | |
| 6 | 06/09/2023 | MOTION to Unseal by USA as to Donald J. Trump, Waltine Nauta. (sl) (Entered: 06/09/2023) | |
| 7 | 06/09/2023 | ORDER UNSEALING CASE, Granting 6 Motion to Unseal as to Donald J. Trump (1), Waltine Nauta (2). Signed by Ch. Magistrate Judge Edwin G. Torres on 6/9/2023. See attached document for full details. (sl) (Entered: 06/09/2023) | |
| 8 | 06/09/2023 | Press Motion to Intervene and Unseal The Indictment of Former President Donal Trump by WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Publisher of The Los Angeles Times, Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Publisher of The Wall Street Journal, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump. (drz) (Entered: 06/12/2023) | |
| | 06/12/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Charles David Tobin, Chad R. Bowman, Maxwell S. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Mishkin, Lauren Russell for WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Charles David Tobin, Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc. added (sk) (Entered: 06/12/2023) | |
| 9 | 06/12/2023 | Bar Letter re: Admissions sent to attorneys Chad R. Bowman, Maxwell S. Mishkin, Lauren Russell and Todd Blanche, mailing date June 12, 2023, as to Donald J. Trump, Waltine Nauta. (cw) (Entered: 06/12/2023) | |
| 10 | 06/12/2023 | MOTION for (1) pre-hearing photography and videorecording and (2) release of courtroom audio recording  by WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta. Responses due by 6/26/2023 (Tobin, Charles) (Entered: 06/12/2023) | |
| 11 | 06/12/2023 | ORDER ON "PRESS COALITION" MOTION. Signed by Magistrate Judge Jonathan Goodman on 6/12/2023. See attached document for full details. (mkr) (Entered: 06/12/2023) | |
| 12 | 06/13/2023 | PAPERLESS ORDER denying as moot 8 Press Motion to Intervene and Unseal the Indictment of Former President Donald Trump. Movants seek to intervene for the "limited purpose of seeking an order promptly unsealing [the] indictment" 8 . By prior Order, the Court already unsealed the indictment 7 . Thus, the Press Motion to Intervene and Unseal is moot. Signed by Judge Aileen M. Cannon on 6/13/2023. (sj00) Modified on 6/13/2023 (tci). (Entered: 06/13/2023) | |
| 13 | 06/13/2023 | NOTICE OF ATTORNEY APPEARANCE: Christopher Michael Kise appearing for Donald J. Trump . Attorney Christopher Michael Kise added to party Donald J. Trump(pty:dft). (Kise, Christopher) (Entered: 06/13/2023) | |
| 14 | 06/13/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Todd Blanche.  Filing Fee $ 200.00. Receipt # AFLSDC-16688222 by Donald J. Trump. Responses due by 6/27/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Kise, Christopher) (Entered: 06/13/2023) | |
| | 06/13/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Todd Blanche for Donald J. Trump added (pt) (Entered: 06/13/2023) | |
| 15 | 06/13/2023 | PAPERLESS ORDER granting 14 Motion to Appear Pro Hac Vice, Consent to Designation, and Requests to Electronically Receive Notices of Electronic Filings for Attorney Todd Blanche. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 6/13/2023. (sj00) (Entered: 06/13/2023) | |
| | 06/13/2023 | Arrest of Donald J. Trump (mdc) (Entered: 06/14/2023) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 16 | 06/13/2023 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance and ARRAIGNMENT as to Donald J. Trump (1) Count 1-31,32,33,34,35,36,37 held on 6/13/2023. Todd Blanche, pro hac vice and Christopher Kise appeared as PERMANENT Counsel of Record. Bond set: Donald J. Trump (1) Personal Recognizance. See document for full details. Court Reporter: Stephanie McCarn, 305-523-5518 / Stephanie_McCarn@flsd.uscourts.gov. It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Jonathan Goodman on 6/13/2023. (mdc) (Entered: 06/14/2023) | |
| 17 | 06/13/2023 | Personal Recognizance Bond Entered as to Donald J. Trump Approved by Magistrate Judge Jonathan Goodman. Please see bond image for conditions of release. (mdc) (Additional attachment(s) added on 6/14/2023: # 1 Restricted Bond with 7th Page) (mdc). (Main Document 17 replaced on 6/14/2023) (mdc). (Attachment 1 replaced on 6/14/2023) (mdc). (Entered: 06/14/2023) | |
| | 06/13/2023 | Arrest of Waltine Nauta (mdc) (Entered: 06/14/2023) | |
| 18 | 06/13/2023 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance as to Waltine Nauta held on 6/13/2023. Stanley Woodward appeared and is to file a Motion for Pro hace vice. Bond set: Waltine Nauta (2) Personal Recognizance. A Report Re: Counsel Hearing and Arraignment is set for 6/27/2023 at 09:45 AM in the Miami Division before Chief Magistrate Judge Edwin G. Torres, James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor - Courtroom 5, Miami, FL 33132. Court Reporter: Stephanie McCarn, 305-523-5518 / Stephanie_McCarn@flsd.uscourts.gov. It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jonathan Goodman on 6/13/2023. (mdc) (Entered: 06/14/2023) | |
| 19 | 06/13/2023 | Personal Recognizance Bond Entered as to Waltine Nauta. Approved by Magistrate Judge Jonathan Goodman. Please see bond image for conditions of release. (mdc) (Additional attachment(s) added on 6/14/2023: # 1 Restricted Bond with 7th Page) (mdc). (Entered: 06/14/2023) | |
| 20 | 06/15/2023 | PAPERLESS ORDER: On or before June 16, 2023, all attorneys of record and forthcoming attorneys of record shall contact the Litigation Security Group of the U.S. Department of Justice, if they have not done so already, to expedite the necessary clearance process for all team members anticipated to participate in this matter, and thereafter file a Notice of Compliance no later than June 20, 2023. Signed by Judge Aileen M. Cannon on 6/15/2023. (sj00) (Entered: 06/15/2023) | |
| 21 | 06/16/2023 | NOTICE of Compliance  by Donald J. Trump re 20 Order, (Kise, Christopher) (Entered: 06/16/2023) | |
| 22 | 06/16/2023 | NOTICE OF ATTORNEY APPEARANCE Julie A. Edelstein appearing for USA. . Attorney Julie A. Edelstein added to party USA(pty:pla). (Edelstein, Julie) (Entered: 06/16/2023) | |
| 23 | 06/16/2023 | MOTION for Protective Order  by USA as to Donald J. Trump, Waltine Nauta. Responses due by 6/30/2023 (Attachments: # 1 Text of Proposed Order)(Bratt, Jay) (Entered: 06/16/2023) | |
| 24 | 06/16/2023 | NOTICE OF ATTORNEY APPEARANCE Karen E. Gilbert appearing for USA. . Attorney Karen E. Gilbert added to party USA(pty:pla). (Gilbert, Karen) (Entered: 06/16/2023) | |
| 25 | 06/16/2023 | PAPERLESS ORDER: Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Government's Motion for Protective Order 23 is hereby referred to Magistrate Judge Bruce E. Reinhart for appropriate disposition. Signed by Judge Aileen M. Cannon on 6/16/2023. (sj00) (Entered: 06/16/2023) | |
| 26 | 06/16/2023 | NOTICE OF ATTORNEY APPEARANCE David Harbach appearing for USA. . Attorney David Harbach added to party USA(pty:pla). (Harbach, David) (Entered: 06/16/2023) | |
| 27 | 06/19/2023 | ORDER granting 23 Unopposed Motion for Protective Order as to Donald J. Trump (1), Waltine Nauta (2). Signed by Magistrate Judge Bruce E. Reinhart See attached document for full details. (BER) (Entered: 06/19/2023) | |
| 28 | 06/20/2023 | OMNIBUS ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL INSTRUCTIONS AND SENTENCING PROCEDURES as to Donald J. Trump. In Limine Motions due by 7/24/2023. Motions due by 7/24/2023. Calendar Call set for 8/8/2023 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 8/14/2023 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 6/20/2023. See attached document for full details. (drz) Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | https://pji.ca11.uscourts.gov or click here. (Entered: 06/20/2023) | |
| 29 | 06/21/2023 | NOTICE OF ATTORNEY APPEARANCE Michael Thakur appearing for USA. . Attorney Michael Thakur added to party USA(pty:pla). (Thakur, Michael) (Entered: 06/21/2023) | |
| 30 | 06/21/2023 | First RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta  (Edelstein, Julie) (Entered: 06/21/2023) | |
| 31 | 06/22/2023 | TRANSCRIPT of Initial Appearance and Arraignment as to Donald J. Trump, Waltine Nauta held on 06/13/23, before Magistrate Judge Jonathan Goodman, 1-36 pages, Court Reporter: Stephanie McCarn, 305-523-5518 / Stephanie_McCarn@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/13/2023. Redacted Transcript Deadline set for 7/24/2023. Release of Transcript Restriction set for 9/20/2023. (smn) (Entered: 06/22/2023) | |
| 32 | 06/23/2023 | MOTION for Hearing Pursuant to Classified Information Procedures Act by USA as to Donald J. Trump, Waltine Nauta. Responses due by 7/7/2023 (Attachments: # 1 Text of Proposed Order)(Bratt, Jay) (Entered: 06/23/2023) | |
| 33 | 06/23/2023 | MOTION for Bond to Implement Special Condition of Release by USA as to Donald J. Trump, Waltine Nauta. Responses due by 7/7/2023 (Attachments: # 1 Text of Proposed Order)(Bratt, Jay) (Entered: 06/23/2023) | |
| 34 | 06/23/2023 | MOTION to Continue Trial  by USA as to Donald J. Trump, Waltine Nauta. Responses due by 7/7/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Harbach, David) (Entered: 06/23/2023) | |
| 35 | 06/26/2023 | MOTION to Intervene and Oppose the Government's Motion to File Witness List Under Seal by WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta re 33 MOTION for Bond to Implement Special Condition of Release Replies due by 7/3/2023.. Attorney Charles David Tobin added to party CMG Media Corporation(pty:ip). (Tobin, Charles) Modified Title Text and to convert to a Motion on 6/26/2023 (pcs). (Entered: 06/26/2023) | |
| 36 | 06/26/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Chad R. Bowman.  Filing Fee $ 200.00. Receipt # FLSDC-16717919 by Univision Networks & Studios, Inc., Telemundo Network Group LLC, Reuters News & Media Inc., Radio Television Digital News Association, National Cable Satellite Corporation, WP Company LLC, TEGNA Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc. as to Donald J. Trump, Waltine Nauta. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Responses due by 7/10/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Tobin, Charles) (Entered: 06/26/2023) | |
| 37 | 06/26/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Maxwell S.Mishkin.  Filing Fee $ 200.00. Receipt # FLSDC-16717981 by Univision Networks & Studios, Inc., Telemundo Network Group LLC, Reuters News & Media Inc., Radio Television Digital News Association, National Cable Satellite Corporation, WP Company LLC, TEGNA Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc. as to Donald J. Trump, Waltine Nauta. Responses due by 7/10/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Tobin, Charles) (Entered: 06/26/2023) | |
| 38 | 06/26/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew S.L. Cate.  Filing Fee $ 200.00. Receipt # FLSDC-16718009 by Univision Networks & Studios, Inc., Telemundo Network Group LLC, Reuters News & Media Inc., Radio Television Digital News Association, National Cable Satellite Corporation, WP Company LLC, TEGNA Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc. as to Donald J. Trump, Waltine Nauta. Responses due by 7/10/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Tobin, Charles) (Entered: 06/26/2023) | |
| 39 | 06/26/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Lauren Russell.  Filing Fee $ 200.00. Receipt # FLSDC-16718168 by Univision Networks & Studios, Inc., Telemundo Network Group LLC, Reuters News & Media Inc., Radio Television Digital News Association, National Cable Satellite Corporation, WP Company LLC, TEGNA Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc. as to Donald J. Trump, Waltine Nauta. Responses due by 7/10/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Tobin, Charles) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Matthew S.L. Cate for Univision Networks & Studios, Inc., Matthew S.L. Cate for Telemundo Network Group LLC, Matthew S.L. Cate for Reuters News & Media Inc., Matthew S.L. Cate for Radio Television Digital News Association, Matthew S.L. Cate for National Cable Satellite Corporation, Matthew S.L. Cate for WP Company LLC, Matthew S.L. Cate for TEGNA Inc., Matthew S.L. Cate for POLITICO LLC, Matthew S.L. Cate for The New York Times Company, Matthew S.L. Cate for NBC Universal Media, LLC, Matthew S.L. Cate for National Public Radio, Inc., | |

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Matthew S.L. Cate for Los Angeles Times Communications LLC, Matthew S.L. Cate for Gray Media Groups, Inc., Matthew S.L. Cate for The E.W. Scripps Company, Matthew S.L. Cate for Dow Jones & Company, Inc., Matthew S.L. Cate for Cox Enterprises, Inc., Matthew S.L. Cate for CBS Broadcasting, Inc., Matthew S.L. Cate for Bloomberg L.P., Matthew S.L. Cate for The Associated Press, Matthew S.L. Cate for American Broadcasting Companies, Inc., Matthew S.L. Cate for Advance Publications, Inc., Matthew S.L. Cate for Cable News Networks, Inc. added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Maxwell S. Mishkin, Chad R. Bowman for National Cable Satellite Corporation added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Maxwell S. Mishkin, Chad R. Bowman for Radio Television Digital News Association added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Matthew S.L. Cate for Reuters News & Media Inc. added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Matthew S.L. Cate for Reuters News & Media Inc. added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Maxwell S. Mishkin, Chad R. Bowman for Telemundo Network Group LLC added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Maxwell S. Mishkin, Chad R. Bowman for Univision Networks & Studios, Inc. added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | Attorney update in case as to Donald J. Trump, Waltine Nauta. Attorney Lauren Russell for Univision Networks & Studios, Inc., Lauren Russell for Telemundo Network Group LLC, Lauren Russell for Radio Television Digital News Association, Lauren Russell for National Cable Satellite Corporation added (pt) (Entered: 06/26/2023) | |
| | 06/26/2023 | SYSTEM ENTRY - Docket Entry 40 restricted/sealed until further notice. (pcs) (Entered: 06/26/2023) | |
| 41 | 06/26/2023 | PAPERLESS ORDER denying without prejudice 33 Government's Motion to Implement Special Condition of Release. The Government seeks an order implementing a special condition of bond related to Defendants' communication with eighty-four listed witnesses about the facts of the case, except through counsel [ECF No. 17 p. 4]. The Government conditions its request on the filing of the non-exhaustive list under seal. Defendants take no position on the Government's seal request but reserve the right to object to the special condition and the manner by which the Government intends to implement it. In the meantime, numerous news organizations have moved to intervene to oppose the Government's Motion to File Witness List Under Seal, citing the First Amendment and related legal principles 35 . Upon review of the foregoing materials, the Government's Motion 33 is denied without prejudice, and the Motion to Intervene 35 and accompanying Motions to Appear Pro Hac Vice 36 37 38 39 are denied as moot. The Government's Motion does not explain why filing the list with the Court is necessary; it does not offer a particularized basis to justify sealing the list from public view; it does not explain why partial sealing, redaction, or means other than sealing are unavailable or unsatisfactory; and it does not specify the duration of any proposed seal. See S.D. Fla. L.R. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 5.4(a), (c)(1). The Clerk is directed to return the Pro Hac Vice fees to the filing attorneys. Signed by Judge Aileen M. Cannon on 6/26/2023. (sj00) (Entered: 06/26/2023) | |
| 42 | 06/26/2023 | Order Granting Unopposed Motion for Pretrial Conference Pursuant to Section 2 of the Classified Information Procedures Act. A pretrial conference pursuant to Section 2 of the CIPA is set for 7/14/2023 at 10:00 AM in the Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 6/26/2023. See attached document for full details. (kts) (Entered: 06/26/2023) | |
| 43 | 06/26/2023 | PAPERLESS ORDER: On or before July 6, 2023, Defendants shall respond to the Government's Motion for Continuance 34 , either individually or in a combined filing. Signed by Judge Aileen M. Cannon on 6/26/2023. (kts) (Entered: 06/26/2023) | |
| 44 | 06/27/2023 | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Status Conference re: Report Re: Counsel and Arraignment as to Waltine Nauta held on 6/27/2023. Defendant's flight cancelled - not in attendance. Counsel, Stanley Woodward is requesting a continuance of the Report Re: Counsel and Arraignment, no objection from the Government. Arraignment reset for 7/6/2023 at 10:00 AM in Miami Division before MIA Duty Magistrate Judge. Report Re: Counsel Hearing reset for 7/6/2023 at 10:00 AM in Miami Division before MIA Duty Magistrate Judge. (Digital 9:45:48) Signed by Ch. Magistrate Judge Edwin G. Torres on 6/27/2023. (jbs) (Entered: 06/27/2023) | |
| 45 | 06/27/2023 | MOTION TO FILE DOCUMENTS UNDER SEAL. (amb) Modified to Unseal per DE 558 on 5/21/2024 (amb). (Entered: 06/28/2023) | |
| | 06/28/2023 | SYSTEM ENTRY - Docket Entry 45 restricted/sealed until further notice. (amb) (Entered: 06/28/2023) | |
| | 06/28/2023 | SYSTEM ENTRY - Docket Entry 46 restricted/sealed until further notice. (amb) (Entered: 06/28/2023) | |
| 47 | 06/28/2023 | PAPERLESS Order as to Waltine Nauta. The Report Re: Counsel Hearing and Arraignment are RESET for 7/6/2023 at 11:00 AM in the Miami Division before Chief Magistrate Judge Edwin G. Torres, James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor - Courtroom 5, Miami, FL 33132. Signed by Ch. Magistrate Judge Edwin G. Torres on 6/28/2023. (mdc) (Entered: 06/28/2023) | |
| 48 | 06/29/2023 | ORDER Granting 45 MOTION TO FILE DOCUMENTS UNDER SEAL as to Donald J. Trump (1), Waltine Nauta (2). The Motion [ECF No. 45], Notice [ECF No. 46], and accompanying exhibit [ECF No. 46-1] shall remain under SEAL until further Court order. Signed by Judge Aileen M. Cannon on 6/29/2023. See attached document for full details. (cds) Modified to Unseal per DE 558 on 5/21/2024 (amb). (Entered: 06/29/2023) | |
| | 06/29/2023 | SYSTEM ENTRY - Docket Entry 48 restricted/sealed until further notice. (cds) (Entered: 06/29/2023) | |
| 49 | 06/30/2023 | PAPERLESS ORDER: In light of the postponement of Defendant Waltine Nauta's arraignment 44 47 , the deadline for Defendants to respond to the Government's Motion for Continuance 34 is hereby reset to July 10, 2023. Signed by Judge Aileen M. Cannon on 6/30/2023. (kts) (Entered: 06/30/2023) | |
| | 06/30/2023 | Set/Reset Deadlines/Hearings as per order DE#49 in case as to Donald J. Trump, Waltine Nauta 34 MOTION to Continue Trial . Responses due by 7/10/2023 (drz) (Entered: 06/30/2023) | |
| 50 | 07/06/2023 | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Report Re: Counsel Hearing as to Waltine Nauta held on 7/6/2023. Attorney added: Sasha Dadan. ARRAIGNMENT as to Waltine Nauta (2) Count 32,33,34,35,36,38 held on | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 7/6/2023. (Digital 11:01:39) It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Ch. Magistrate Judge Edwin G. Torres on 7/6/2023. (mdc) (Entered: 07/06/2023) | |
| 51 | 07/06/2023 | NOTICE OF ATTORNEY PERMANENT APPEARANCE: Sasha Dadan appearing for Waltine Nauta. (drz) (Entered: 07/06/2023) | |
| 52 | 07/06/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Stanley E. Woodward, Jr. Filing Fee $ 200.00 Receipt # FLS271854 by Waltine Nauta. Responses due by 7/20/2023 (Attachments: # 1 Certification)(drz) (Entered: 07/06/2023) | |
| 53 | 07/06/2023 | NOTICE OF CONVENTIONAL FILING re 52 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Stanley E. Woodward, Jr.. Filing Fee $ 200.00 Receipt # FLS271854, 51 Notice of Attorney Appearance - Defendant by Waltine Nauta (drz) (Entered: 07/06/2023) | |
| | 07/06/2023 | Attorney update in case as to Waltine Nauta. Attorney Stanley E. Woodward for Waltine Nauta added (pt) (Entered: 07/06/2023) | |
| 54 | 07/06/2023 | PAPERLESS ORDER granting 52 the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Stanley E. Woodward, Jr. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 7/6/2023. (kts) (Entered: 07/06/2023) | |
| 55 | 07/06/2023 | OMNIBUS ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL INSTRUCTIONS AND SENTENCING PROCEDURES as to Waltine Nauta. In Limine Motions due by 7/24/2023. Motions due by 7/24/2023. Calendar Call set for 8/8/2023 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | 8/14/2023 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 7/6/2023. See attached document for full details. (drz) Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 07/06/2023) | |
| 56 | 07/06/2023 | Clerk's Notice of Filing Fee refunded pursuant to ECF No. 41 PAPERLESS ORDER in the amount of $200.00 on July 06, 2023 re: 36 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Chad R. Bowman.  Filing Fee $ 200.00. Receipt # AFLSDC-16717919. Additional Notice of Electronic Filing (NEF) sent to Financial Clerk (jc) (Entered: 07/06/2023) | |
| 57 | 07/06/2023 | PAPERLESS ORDER: On or before July 13, 2023, and as directed by the Litigation Security Group of the Department of Justice, all attorneys of record shall complete all outstanding applicant tasks required to obtain the requisite security clearances in this matter, and thereafter file a Notice of Compliance no later than July 13, 2023. Signed by Judge Aileen M. Cannon on 7/6/2023. (kts) (Entered: 07/06/2023) | |
| 58 | 07/06/2023 | ORDER granting provisional CM/ECF access to Defendant Waltine Nauta's counsel, Sasha Dadan.  Signed by Ch. Magistrate Judge Edwin G. Torres on 7/6/2023. See attached document for full details. (elk) (Entered: 07/06/2023) | |
| 59 | 07/06/2023 | Second RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta  (Edelstein, Julie) (Entered: 07/06/2023) | |
| 60 | 07/07/2023 | Clerk's Notice of Filing Fee refunded pursuant to ECF No. 41 PAPERLESS ORDER in the amount of $200.00 on July 07, 2023 re: 37 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Maxwell S.Mishkin.  Filing Fee $ 200.00. Receipt # FLSDC-16717981. Additional Notice of Electronic Filing (NEF) sent to Financial Clerk (jc) (Entered: 07/07/2023) | |
| 61 | 07/07/2023 | Clerk's Notice of Filing Fee refunded pursuant to ECF No. 41 PAPERLESS ORDER in the amount of $200.00 on July 07, 2023 re: 38 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew S.L. Cate.  Filing Fee $ 200.00. Receipt # AFLSDC-16718009. Additional Notice of Electronic Filing (NEF) sent to Financial Clerk (jc) (Entered: 07/07/2023) | |
| 62 | 07/07/2023 | Clerk's Notice of Filing Fee refunded pursuant to ECF No. 41 PAPERLESS ORDER in the amount of $200.00 on July 07, 2023 re: 39 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Lauren Russell.  Filing Fee $ 200.00. Receipt # AFLSDC-16718168. Additional Notice of Electronic Filing (NEF) sent to Financial Clerk (jc) (Entered: 07/07/2023) | |
| 63 | 07/10/2023 | MOTION to Continue pretrial CIPA conference by Waltine Nauta. Responses due by 7/24/2023 (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 07/10/2023) | |
| 64 | 07/10/2023 | Memorandum in Opposition by USA as to Waltine Nauta re 63 MOTION to Continue pretrial CIPA conference  Replies due by 7/17/2023. (Bratt, Jay) (Entered: 07/10/2023) | |
| 65 | 07/10/2023 | RESPONSE to Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta re 63 MOTION to Continue pretrial CIPA conference  Replies due by 7/17/2023. (Kise, Christopher) (Entered: 07/10/2023) | |
| 66 | 07/10/2023 | RESPONSE in Opposition by Donald J. Trump as to Donald J. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Trump, Waltine Nauta re 34 MOTION to Continue Trial   Replies due by 7/17/2023. (Kise, Christopher) (Entered: 07/10/2023) | |
| 67 | 07/11/2023 | NOTICE of Change of Address, Email or Law Firm Name by Sasha Dadan (Dadan, Sasha) (Entered: 07/11/2023) | |
| 68 | 07/11/2023 | PAPERLESS ORDER: Being fully advised in the premises, the Court grants in part 63 and authorizes a 4-Day Continuance of the Pretrial CIPA Section 2 Conference. The Pretrial CIPA Section 2 Conference is hereby rescheduled to July 18, 2023, at 2:00 P.M. in the Fort Pierce Division. All other aspects of the Court's prior Order 42 remain in effect. Signed by Judge Aileen M. Cannon on 7/11/2023. (sj00) (Entered: 07/11/2023) | |
| | 07/11/2023 | Reset Hearings as to Donald J. Trump, Waltine Nauta: Per DE#68. Pretrial CIPA Section 2 Conference set for 7/18/2023 DE# Modified on 7/11/2023 (cqs). (Entered: 07/11/2023) | |
| 69 | 07/11/2023 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Sasha Dadan as to Waltine Nauta re 67 Notice of Change of Address, Email or Law Firm Name. Attorney Sasha Dadan has not completed the required procedures for updating their information with the Court. Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating-your-information (pt) (Entered: 07/11/2023) | |
| 70 | 07/11/2023 | TRANSCRIPT of REPORT RE: COUNSEL AND ARRAIGNMENT as to Waltine Nauta held on 07/06/2023 before Ch. Magistrate Judge Edwin G. Torres, 1-7 pages, Court Reporter: Stephen Franklin, 561-313-8439 / SFranklinUSDC@aol.com. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2023. Redacted Transcript Deadline set for 8/11/2023. Release of Transcript Restriction set for 10/10/2023. (jes) (Entered: 07/11/2023) | |
| 71 | 07/11/2023 | CLERK'S NOTICE - Attorney Admissions has updated only the address information for attorney Sasha Dadan as to Waltine Nauta re 67 Notice of Change of Address, Email or Law Firm Name.  (pt) (Entered: 07/11/2023) | |
| 72 | 07/11/2023 | SPEEDY TRIAL REPORT First Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta (Bratt, Jay) (Entered: 07/11/2023) | |
| 73 | 07/11/2023 | CLERK'S NOTICE - Attorney Admissions has not updated primary email information for attorney Sasha Dadan as to Waltine Nauta re 67 Notice of Change of Address, Email or Law Firm Name. In addition, Attorney selected not to receive notices at her primary email address which is why her email address shows Inactive. Attorney is instructed to go to her PACER account, Manage My Account, to complete the process of updating her primary email information. See the Court's website for detailed instructions. www.flsd.uscourts.gov/updating-your-information. (cw) (Entered: 07/11/2023) | |
| 74 | 07/12/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Stephen H. Weiss.  Filing Fee $ 200.00. Receipt # AFLSDC-16760010 by Donald J. Trump. Responses due by 7/26/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Kise, Christopher) (Entered: 07/12/2023) | |
| | 07/13/2023 | Attorney update in case as to Donald J. Trump. Attorney Stephen | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | H. Weiss for Donald J. Trump added (pt) (Entered: 07/13/2023) | |
| 75 | 07/13/2023 | PAPERLESS ORDER granting 74 the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Stephen H. Weiss. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 7/13/2023. (kts) (Entered: 07/13/2023) | |
| 76 | 07/13/2023 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta re 34 MOTION to Continue Trial   (Harbach, David) (Entered: 07/13/2023) | |
| 77 | 07/13/2023 | NOTICE of Compliance  by Donald J. Trump re 57 Order, (Kise, Christopher) (Entered: 07/13/2023) | |
| 78 | 07/13/2023 | NOTICE of Compliance  by Waltine Nauta re 57 Order, (Dadan, Sasha) (Entered: 07/13/2023) | |
| 79 | 07/17/2023 | MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act by USA as to Donald J. Trump, Waltine Nauta. Responses due by 7/31/2023 (Attachments: # 1 Text of Proposed Order)(Edelstein, Julie) (Entered: 07/17/2023) | |
| 80 | 07/17/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta  (Edelstein, Julie) (Entered: 07/17/2023) | |
| 81 | 07/17/2023 | PAPERLESS ORDER: The parties shall be prepared to discuss the Government's Motion for Continuance and Proposed Revised Scheduling Order 34 at the CIPA Section 2 pretrial conference scheduled for July 18, 2023, including the proposed deadlines contained therein [34-2] and particularized objections thereto, in light of 18 U.S.C. § 3161, the Federal Rules of Criminal Procedure, and the CIPA. Signed by Judge Aileen M. Cannon on 7/17/2023. (kts) (Entered: 07/17/2023) | |
| 82 | 07/18/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Pretrial Conference Pursuant to Section 2 of CIPA held on July 18, 2023. The Court heard argument from the parties on the Government's Motion for Continuance and Request for Proposed Revised Scheduling Order 34 . The Court denied the Government's Motion for Protective Order 79 without prejudice for lack of meaningful conferral. Order to follow. Total time in court: 1 hour, 40 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Julie A. Edelstein, Christopher Michael Kise, Todd Blanche, Sasha Dadan, Stanley E. Woodward. Other Appearances: Waltine Nauta. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (kts) (Entered: 07/19/2023) | |
| 83 | 07/21/2023 | ORDER GRANTING IN PART GOVERNMENT'S MOTION 34 TO CONTINUE TRIAL AND RESETTING DEADLINES. The Government's Motion to Continue Trial and Revised Proposed Schedule 34 is GRANTED IN PART. Calendar Call is hereby reset for Tuesday, 5/14/2024 at 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial is hereby reset for Monday, 5/20/2024 at 09:30 AM in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 7/21/2023. See attached document for full details. (mno) (Entered: 07/21/2023) | |
| 84 | 07/27/2023 | Renewed MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act by USA as to Donald J. | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 8/10/2023 (Attachments: # 1 Text of Proposed Order)(Edelstein, Julie) (Entered: 07/27/2023) | |
| 85 | 07/27/2023 | SUPERSEDING INDICTMENT as to Donald J. Trump (1) count(s) 1s-32s, 33s, 34s, 35s, 36s, 37s, 38s, 40s, 41s, Waltine Nauta (2) count(s) 33s, 34s, 35s, 36s, 37s, 39s, 40s, 41s, Carlos De Oliveira (3) count(s) 33s, 40s, 41s, 42s. (mdc) (Additional attachment(s) added on 7/27/2023: # 1 Restricted Unredacted Indictment) (mdc). (Entered: 07/27/2023) | |
| 86 | 07/27/2023 | NOTICE of Superseding Indictment by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 85 Indictment, (Thakur, Michael) (Entered: 07/27/2023) | |
| 87 | 07/27/2023 | Criminal Summons Issued in case as to Carlos De Oliveira. Documents contained herein are restricted from public viewing pursuant to the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Initial Appearance and Arraignment set for 7/31/2023 10:30 AM in Miami Division before Chief Magistrate Judge Edwin G. Torres. (mdc) (Entered: 07/27/2023) | |
| 88 | 07/28/2023 | NOTICE OF HEARING as to Carlos De Oliveira: An Initial Appearance is set for 7/31/2023 at 10:30 AM in the Miami Division before Chief Magistrate Judge Edwin G. Torres, James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor - Courtroom 5, Miami, FL 33132. (mdc) (Entered: 07/28/2023) | |
| 89 | 07/31/2023 | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Carlos De Oliveira held on 7/31/2023. The Court GRANTS the ore tenus motion for John Irving from Washington D.C. to appear as Temporary Counsel of record. Local counsel has not yet been retained. Bond recommendation/set: Carlos De Oliveira (3) The Court sets bond $100K PSB. Date of Location Custody (Arrest or Surrender): 7/31/2023. Arraignment set for 8/10/2023 10:00 AM in Fort Pierce Division before FTP Duty Magistrate Judge. Report Re: Counsel Hearing set for 8/10/2023 10:00 AM in Fort Pierce Division before FTP Duty Magistrate Judge. (Digital 10:33:34) Signed by Ch. Magistrate Judge Edwin G. Torres on 7/31/2023. (kan) Modified text on 7/31/2023 (kan). (Entered: 07/31/2023) | |
| 90 | 07/31/2023 | $100,000.00 PSB Bond Entered as to Carlos De Oliveira Approved by Ch. Magistrate Judge Edwin G. Torres. Please see bond image for conditions of release. (kan) (Additional attachment(s) added on 7/31/2023: # 1 Restricted Bond with 7th Page) (kan). (Entered: 07/31/2023) | |
| 91 | 07/31/2023 | PAPERLESS Order as to Carlos De Oliveira. John Irving of Washington DC appeared as Temporary Counsel of Record. Local Counsel has not yet been retained. A Report Re: Counsel Hearing and Arraignment are set for 8/10/2023 at 10:00 AM in the Fort Pierce Division before the FTP Duty Magistrate Judge. Signed by Ch. Magistrate Judge Edwin G. Torres on 7/31/2023. (mdc) (Entered: 07/31/2023) | |
| 92 | 07/31/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 07/31/2023) | |
| 93 | 08/01/2023 | SPEEDY TRIAL REPORT Second Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 08/01/2023) | |
| 94 | 08/01/2023 | PAPERLESS Order as to Donald J. Trump and Waltine Nauta. The Arraignment on the Superseding Indictment is set for 8/10/2023 at 10:00 AM in the Fort Pierce Division before U.S. Magistrate Judge Shaniek Mills Maynard at the Alto Lee Adams, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Sr. United States Courthouse, 101 South U.S. Highway 1, 4th Floor - Courtroom 4074, Fort Pierce, FL 34950. Signed by Ch. Magistrate Judge Edwin G. Torres on 8/1/2023. (mdc) (Entered: 08/01/2023) | |
| | 08/02/2023 | SYSTEM ENTRY - Docket Entry 95 restricted/sealed until further notice. (amb) (Entered: 08/02/2023) | |
| | 08/02/2023 | SYSTEM ENTRY - Docket Entry 96 restricted/sealed until further notice. (amb) (Entered: 08/02/2023) | |
| 97 | 08/02/2023 | MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975), by USA as to Waltine Nauta. Responses due by 8/16/2023 (Thakur, Michael) (Entered: 08/02/2023) | |
| 98 | 08/04/2023 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Donald J. Trump (Kise, Christopher) (Entered: 08/04/2023) | |
| 99 | 08/04/2023 | TRANSCRIPT of Initial Appearance Proceedings as to Carlos De Oliveira held on 07/31/2023 before Ch. Magistrate Judge Edwin G. Torres, Volume Number 1 of 1, 1-11 pages, Court Reporter: Quanincia Hill, 305-523-5634 / Quanincia_Hill@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/25/2023. Redacted Transcript Deadline set for 9/5/2023. Release of Transcript Restriction set for 11/2/2023. (qhl) (Entered: 08/04/2023) | |
| 100 | 08/07/2023 | ORDER STRIKING SEALED FILINGS AND ORDERING BRIEFING. Order denying 95 Sealed Motion. Clerk is directed to Strike from the docket sealed entries 95 and 96. Waltine Nauta shall file a response to the Motion for a Garcia hearing 97 on or before 8/17/2023. Special Counsel shall reply on or before 8/22/2023. Signed by Judge Aileen M. Cannon on 8/7/2023. See attached document for full details. (jmd) (Entered: 08/07/2023) | |
| 101 | 08/07/2023 | *UNSEALED* SEALED ORDER REQUIRING SEALED WRITTEN SUBMISSIONS. See attached document for full details. Status Report(s) deadline: 8/11/2023. Signed by Judge Aileen M. Cannon on 8/7/2023. (jmd) Modified on 4/23/2024; Unsealed, per Order DE #472. (jmd) (Entered: 08/07/2023) | |
| 102 | 08/07/2023 | Unopposed MOTION to Bring Electronic Equipment into the courtroom for the August 10, 2023 Arraignment by USA Today, The Palm Beach Post, WPLG, Inc., Univision Networks & Studios, Inc., Telemundo Network Group LLC, Sun-Sentinel Company, LLC, Radio Television Digital News Association, Orlando Sentinel Media Group, National Cable Satellite Corporation, The McClatchy Company, LLC, Insider Inc., Guardian News & Media Limited, Fort Myers Broadcasting Company, WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 8/21/2023 (Tobin, Charles) (Entered: 08/07/2023) | |
| 103 | 08/09/2023 | PAPERLESS ORDER denying 102 motion for permission to bring electronic equipment into the Alto Lee Adams Sr. United States Courthouse for the August 10, 2023 arraignment. Signed by | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Judge Aileen M. Cannon on 8/9/2023. (sj00) (Entered: 08/09/2023) | |
| 104 | 08/09/2023 | RESPONSE in Opposition by Donald J. Trump re 84 Renewed MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act  Replies due by 8/16/2023. (Attachments: # 1 Exhibit 1 - Affirmation of Todd Blanche, # 2 Exhibit 2 - July 18, 2023 Hearing Transcript) (Kise, Christopher) (Entered: 08/09/2023) | |
| 105 | 08/09/2023 | Memorandum in Opposition by Waltine Nauta re 84 Renewed MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act  Replies due by 8/16/2023. (Dadan, Sasha) (Entered: 08/09/2023) | |
| 106 | 08/10/2023 | Minute Order for proceedings held before Magistrate Judge Shaniek Mills Maynard: ARRAIGNMENT as to Donald J. Trump (1) Count 1s-32s,33s,34s,35s,36s,37s,38s,40s,41s held on 8/10/2023. Defendant waived his appearance for his arraignment. Defendant pleads not guilty, demands a trial by jury, and the Standing Discovery Order entered on June 13, 2023 remains in effect. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Signed by Magistrate Judge Shaniek Mills Maynard on 8/10/2023. (mab) (Entered: 08/10/2023) | |
| 107 | 08/10/2023 | Minute Order for proceedings held before Magistrate Judge Shaniek Mills Maynard: ARRAIGNMENT as to Waltine Nauta (2) Count 33s,34s,35s,36s,37s,39s,40s,41s held on 8/10/2023. Defendant present in court for his arraignment. Defendant pleads not guilty, demands a trial by jury, and the Standing Discovery Order entered on July 6, 2023 remains in effect. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Signed by Magistrate Judge Shaniek Mills Maynard on 8/10/2023. (mab) (Entered: 08/10/2023) | |
| 108 | 08/10/2023 | NOTICE OF ATTORNEY APPEARANCE: Larry Donald Murrell, Jr appearing for Carlos De Oliveira for trial purposes only. Attorney Larry Donald Murrell, Jr added to party Carlos De Oliveira(pty:dft). (Murrell, Larry) (Entered: 08/10/2023) | |
| 109 | 08/10/2023 | Minute Order for proceedings held before Magistrate Judge Shaniek Mills Maynard: Status Conference re: Report re Counsel and Arraignment as to Carlos De Oliveira held on 8/10/2023. ( Arraignment reset for 8/15/2023 10:00 AM in Fort Pierce Division before FTP Duty Magistrate Judge., Report Re: Counsel Hearing reset for 8/15/2023 10:00 AM in Fort Pierce Division before FTP Duty Magistrate Judge.) Defendant present in Court for his hearings. Counsel for the Defendant has not been finalized. Report re Counsel and Arraignment on superseding indictment hearings reset for Tuesday, August 15, 2023, at 10 a.m. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Signed by Magistrate Judge Shaniek Mills Maynard on 8/10/2023. (mab) (Entered: 08/10/2023) | |
| 110 | 08/10/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John S. Irving, Esq..  Filing Fee $ 200.00. Receipt # AFLSDC-16833507 by Carlos De Oliveira. Responses due by 8/24/2023 (Attachments: # 1 Certification of John S. Irving, Esq., # 2 Certification of Good Standing, # 3 Text of Proposed Order on Motion to Appear Pro Hac Vice)(Murrell, Larry) (Entered: 08/10/2023) | |
| | 08/10/2023 | Attorney update in case as to Carlos De Oliveira. Attorney John S. Irving for Carlos De Oliveira added (pt) (Entered: 08/10/2023) | |
| 111 | 08/10/2023 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Donald J. Trump. (mab) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 08/10/2023) | |
| 112 | 08/10/2023 | PAPERLESS ORDER granting 110 the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney John S. Irving. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 8/10/2023. (kts) (Entered: 08/10/2023) | |
| 113 | 08/11/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 08/11/2023) | |
| 114 | 08/11/2023 | PAPERLESS ORDER: On or before August 22, 2023, all new counsel of record who do not already possess a required security clearance shall initiate and complete all tasks as directed by the Litigation Security Group of the U.S. Department of Justice, and thereafter file a Notice of Compliance no later than August 23, 2023. Signed by Judge Aileen M. Cannon on 8/11/2023. (kts) (Entered: 08/11/2023) | |
| 115 | 08/11/2023 | *UNSEALED* REPORT in Response to the Court's Sealed Order on August 7, 2023 by USA as to all Defendants. (Attachments: # 1 Attachment A) (kpe) Modified on 4/23/2024; Unsealed, per Order DE #472. (jmd) (Entered: 08/11/2023) | |
| 116 | 08/11/2023 | *UNSEALED* SUPPLEMENTAL REPORT in Response to the Court's Sealed Order on August 7, 2023 by USA as to all Defendants. (Attachments: # 1 Exhibit A) (kpe) Modified on 4/23/2024; Unsealed, per Order DE #472. (jmd) (Entered: 08/11/2023) | |
| 117 | 08/14/2023 | MOTION to Extend Time by Defendant Waltine Nauta. (Attachments: # 1 Proposed Order) (scn) Modified to Unseal per DE 534 Order on 5/9/2024 (amb). (Entered: 08/14/2023) | |
| 118 | 08/14/2023 | *UNSEALED* Brief for the Court by Defendant Waltine Nauta. (Attachments: # 1 Exhibits) (scn) Modified on 4/23/2024; Unsealed, per Order DE #472. (jmd) (Entered: 08/14/2023) | |
| 119 | 08/14/2023 | ORDER granting DE# 117 Motion to Extend Time. Defendant Nauta's Brief for the Court DE # 118 is considered timely filed. Signed by Judge Aileen M. Cannon on 8/14/2023. See attached document for full details. (jmd) Modified to Unseal per DE 534 Order on 5/9/2024 (amb). (Entered: 08/14/2023) | |
| 120 | 08/14/2023 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 84 Renewed MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act  (Edelstein, Julie) (Entered: 08/14/2023) | |
| 121 | 08/15/2023 | Minute Order for proceedings held before Magistrate Judge Shaniek Mills Maynard: Report Re: Counsel Hearing as to Carlos De Oliveira held on 8/15/2023, ARRAIGNMENT as to Carlos De Oliveira (3) Count 33s,40s,41s,42s held on 8/15/2023. Defendant present in court. Larry Donald Murrell filed his Permanent Notice of Appearance on 8/10/2023. Order granting the Motion to Appear Pro Hac Vice for Attorney John S. Irving filed 8/10/2023. Defendant waives formal reading of the Superseding Indictment and enters a plea of not guilty, demands a trial by jury, and requests entry of Standing Discovery Order. Due Process Protections Act (BRADY) Order entered. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. It is ORDERED AND ADJUDGED that pursuant to the Due Process | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Shaniek Mills Maynard on 8/15/2023. (mab) (Entered: 08/15/2023) | |
| 122 | 08/15/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 08/15/2023) | |
| 123 | 08/16/2023 | MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975) by USA as to Carlos De Oliveira. Responses due by 8/30/2023 (Thakur, Michael) (Entered: 08/16/2023) | |
| 124 | 08/17/2023 | ORDER Scheduling Sealed Hearing on CIPA Section 3 Protective Order. Signed by Judge Aileen M. Cannon on 8/17/2023. See attached document for full details. (kts) (Entered: 08/17/2023) | |
| 125 | 08/17/2023 | NOTICE Regarding Filings In A Separate Case by Donald J. Trump (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Kise, Christopher) (Entered: 08/17/2023) | |
| 126 | 08/17/2023 | RESPONSE in Opposition by Waltine Nauta as to Donald J. Trump, Waltine Nauta re 97 MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975),  Replies due by 8/24/2023. (Dadan, Sasha) (Entered: 08/17/2023) | |
| 127 | 08/18/2023 | Supplemental MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 9/1/2023 (Attachments: # 1 Text of Proposed Order)(Edelstein, Julie) (Entered: 08/18/2023) | |
| 128 | 08/21/2023 | PAPERLESS ORDER: Defendant De Oliveira is hereby subject to the deadlines, instructions, and findings contained in the Court's Scheduling Order 83 issued on July 21, 2023. Signed by Judge Aileen M. Cannon on 8/21/2023. (kts) (Entered: 08/21/2023) | |
| 129 | 08/22/2023 | REPLY TO RESPONSE to Motion by USA as to Waltine Nauta re 97 MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975), | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | (Harbach, David) (Entered: 08/22/2023) | |
| 130 | 08/22/2023 | SPEEDY TRIAL REPORT Third Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 08/22/2023) | |
| 131 | 08/22/2023 | NOTICE of Compliance re 114 Order by Carlos De Oliveira (Murrell, Larry) (Entered: 08/22/2023) | |
| 132 | 08/22/2023 | SPEEDY TRIAL REPORT  by Carlos De Oliveira (Murrell, Larry) (Entered: 08/22/2023) | |
| 133 | 08/23/2023 | NOTICE of Compliance re 114 Order by Carlos De Oliveira (Murrell, Larry) (Entered: 08/23/2023) | |
| 134 | 08/25/2023 | MOTION for Leave to File Sur-Reply re 129  by Waltine Nauta. Responses due by 9/8/2023 (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 08/25/2023) | |
| 135 | 08/25/2023 | PAPERLESS ORDER granting 134 Defendant Nauta's Motion for Leave to File Sur-Reply. On or before August 31, 2023, Defendant Nauta may file a sur-reply to the Special Counsel's Reply in Support of the Motion for a Garcia Hearing 129 . Signed by Judge Aileen M. Cannon on 8/25/2023. (kts) (Entered: 08/25/2023) | |
| 136 | 08/25/2023 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Exhibit 1) (Bratt, Jay) (Entered: 08/25/2023) | |
| 137 | 08/30/2023 | RESPONSE in Opposition by Carlos De Oliveira re 123 MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975)  Replies due by 9/6/2023. (Murrell, Larry) (Entered: 08/30/2023) | |
| | 08/31/2023 | SYSTEM ENTRY - Docket Entry 138 restricted/sealed until further notice. (amb) (Entered: 08/31/2023) | |
| 139 | 09/01/2023 | SEALED ORDER as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 138 Sealed Motion.(Sur-Reply due by 9/5/2023., Telephonic Motion Hearing set for 9/1/2023 11:00 AM before Judge Aileen M. Cannon.) Signed by Judge Aileen M. Cannon on 9/1/2023. (pcs) Modified to Unseal per DE 558 on 5/21/2024 (amb). (Entered: 09/01/2023) | |
| 140 | 09/01/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Sealed Telephonic Hearing as to Waltine Nauta held on 9/01/2023. The Court heard argument from defense counsel regarding 138 Defendant Waltine Nauta's Ex Parte Motion for Leave to Reference Discovery. Stanley Woodward and Sasha Dadan present. Order to follow. Total time in court: 20 minutes. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov Signed by Judge Aileen M. Cannon (tci) Modified to Unseal per DE 558 on 5/21/2024 (amb). (Entered: 09/01/2023) | |
| 141 | 09/01/2023 | ORDER granting 138 Ex Parte Motion for Leave to Reference Discovery in a Sur-Reply in Response to the Special Counsel's Reply in Support of its Motion for a Garcia Hearing as to Waltine Nauta (2). Signed by Judge Aileen M. Cannon on 9/1/2023. See attached document for full details. (kpe) Modified to Unseal per DE 558 on 5/21/2024 (amb). (Entered: 09/01/2023) | |
| | 09/01/2023 | SYSTEM ENTRY - Docket Entry 142 restricted/sealed until further notice. (pcs) (Entered: 09/01/2023) | |
| 143 | 09/01/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 09/01/2023) | |
| 144 | 09/05/2023 | Surreply  by Waltine Nauta to 97 MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975), (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Dadan, Sasha) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 09/05/2023) | |
| 145 | 09/06/2023 | REPLY TO RESPONSE to Motion by USA as to Carlos De Oliveira re 123 MOTION for Hearing on Potential Conflicts of Interest, pursuant to United States v. Garcia, 517 F.2d 272 (5th Cir. 1975)  (Harbach, David) (Entered: 09/06/2023) | |
| 146 | 09/07/2023 | NOTICE OF ATTORNEY APPEARANCE John M. Pellettieri appearing for USA. . Attorney John M. Pellettieri added to party USA(pty:pla). (Pellettieri, John) (Entered: 09/07/2023) | |
| 147 | 09/12/2023 | SPEEDY TRIAL REPORT Fourth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 09/12/2023) | |
| 148 | 09/12/2023 | SPEEDY TRIAL REPORT  by Carlos De Oliveira (Murrell, Larry) (Entered: 09/12/2023) | |
| 149 | 09/12/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Sealed Hearing held on September 12, 2023. The Court heard argument from the parties on the Special Counsel's Motions for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act 84 127 . Orders to follow. Total time in court: 2 hours, 5 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Christopher Michael Kise, Todd Blanche, Sasha Dadan, Stanley E. Woodward, Larry Donald Murrell, Jr., John S. Irving. Other Appearances: Waltine Nauta. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (kts) (Entered: 09/13/2023) | |
| 150 | 09/13/2023 | Protective Order Pertaining to Classified Information Disclosed to Former President Donald J. Trump and Defense Counsel. Signed by Judge Aileen M. Cannon on 9/13/2023. See attached document for full details. (kts) (Entered: 09/13/2023) | |
| 151 | 09/13/2023 | Protective Order Pertaining to Classified Information Disclosed to Waltine Nauta and Defense Counsel. Signed by Judge Aileen M. Cannon on 9/13/2023. See attached document for full details. (kts) (Entered: 09/13/2023) | |
| 152 | 09/13/2023 | Protective Order Pertaining to Classified Information Disclosed to Defense Counsel for Carlos De Oliveira. Signed by Judge Aileen M. Cannon on 9/13/2023. See attached document for full details. (kts) (Entered: 09/13/2023) | |
| 153 | 09/13/2023 | Order Following CIPA Section 3 Hearing. Signed by Judge Aileen M. Cannon on 9/13/2023. See attached document for full details. (kts) (Entered: 09/13/2023) | |
| 154 | 09/13/2023 | The Court is in receipt of the Speedy Trial Reports filed by the Special Counsel, as agreed to by former President Trump and Waltine Nauta, and the competing Speedy Trial Reports filed by Carlos De Oliveira 130 132 147 148 . As stated in the Court's prior Order 128 following the return of the Superseding Indictment charging De Oliveira as a new defendant in this action 85 , De Oliveira is "subject to the deadlines, instructions, and findings in the Court's Scheduling Order 83 ." See 18 U.S.C. § 3161(h)(7)(A). One speedy trial clock governs as to all defendants in this multi-defendant case, Henderson v. United States, 476 U.S. 321, 323 n.2 (1986); United States v. Sarro, 742 F.2d 1286, 1299 (11th Cir. 1984); no severance has been granted or requested, see 18 U.S.C. § 3161(h)(6); De Oliveira has made no substantive showing of unreasonable delay or prejudice stemming from the Court's Orders 83 128 ; and the continuance granted in this case clearly serves the ends of justice as to all defendants, for all of the reasons previously stated 83 , as amplified by the addition of a third defendant and the manifest complexity of this case. To the extent there remain any disputes as to the exact computation of | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | trial time under the Speedy Trial Act following the return of the Superseding Indictment, the Court adopts the calculations in the Special Counsel's Speedy Trial Report 147 . Signed by Judge Aileen M. Cannon on 9/13/2023. (kts) (Entered: 09/13/2023) | |
| 155 | 09/14/2023 | NOTICE OF ATTORNEY APPEARANCE David Raskin appearing for USA. . Attorney David Raskin added to party USA(pty:pla). (Raskin, David) (Entered: 09/14/2023) | |
| 156 | 09/14/2023 | NOTICE OF ATTORNEY APPEARANCE Brett Reynolds appearing for USA. . Attorney Brett Reynolds added to party USA(pty:pla). (Reynolds, Brett) (Entered: 09/14/2023) | |
| 157 | 09/14/2023 | NOTICE of Filing of CIPA Section 10 Notice by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Reynolds, Brett) (Entered: 09/14/2023) | |
| 158 | 09/14/2023 | STATUS REPORT Joint Discovery Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 09/14/2023) | |
| 159 | 09/18/2023 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit, # 2 Exhibit) (Reynolds, Brett) (Entered: 09/18/2023) | |
| 160 | 09/22/2023 | MOTION For A Revised Schedule For Motions To Compel And CIPA § 4 Litigation  by Donald J. Trump. Responses due by 10/6/2023 (Kise, Christopher) (Entered: 09/22/2023) | |
| 161 | 09/25/2023 | PAPERLESS ORDER granting in part Special Counsel's 97 123 Motions for Garcia Hearings. The Court will hold two separate Garcia hearings on October 12, 2023, in the Fort Pierce Division. Defendant Carlos De Oliveira's hearing will commence at 1:00 P.M. Defendant Waltine Nauta's hearing will commence at 3:00 P.M. Defendants De Oliveira and Nauta, associated defense counsel, and attorneys for the Office of Special Counsel must be present. The potential witnesses identified in the Special Counsel's 97 123 Motions need not appear. The Office of Special Counsel shall be prepared to articulate the nature and scope of the potential conflicts identified in its 97 123 Motions, along with any evidence in support. Defendants shall be prepared to respond. At its discretion, the Court may elect to hold a portion of each hearing sealed and ex parte to protect privileged communications. References during the hearing to the identified potential witnesses are to be made in accordance with the witness designations as stated in the Motions 97 123 . The remainder of the Special Counsel's 97 123 Motions are denied without prejudice. Signed by Judge Aileen M. Cannon on 9/25/2023. (kts) (Entered: 09/25/2023) | |
| 162 | 09/25/2023 | Memorandum in Support by USA as to Waltine Nauta, Carlos De Oliveira re 127 Supplemental MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act (Harbach, David) (Entered: 09/25/2023) | |
| 163 | 09/25/2023 | RESPONSE in Opposition by Waltine Nauta re 84 Renewed MOTION for Protective Order Pursuant to Section 3 of the Classified Information Procedures Act  Replies due by 10/2/2023. (Dadan, Sasha) (Entered: 09/25/2023) | |
| 164 | 09/26/2023 | NOTICE of Intent to Adopt Co-Defendant Nauta's Supplemental Briefing Re: CIPA by Carlos De Oliveira (Murrell, Larry) (Entered: 09/26/2023) | |
| 165 | 09/27/2023 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 160 MOTION For A Revised Schedule For Motions To Compel And CIPA § 4 Litigation Replies due by 10/4/2023. (Edelstein, Julie) (Entered: 09/27/2023) | |
| 166 | 10/03/2023 | SPEEDY TRIAL REPORT Fifth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 10/03/2023) | |
| 167 | 10/04/2023 | REPLY TO RESPONSE to Motion by Donald J. Trump re 160 MOTION For A Revised Schedule For Motions To Compel And CIPA § 4 Litigation   (Kise, Christopher) (Entered: 10/04/2023) | |
| 168 | 10/06/2023 | PAPERLESS ORDER temporarily staying CIPA § 4 deadlines 83 pending consideration and resolution of Defendants' Motion for a Revised Schedule for Motions to Compel and CIPA § 4 Litigation 160 and the Supplemental Briefs on CIPA §§ 3 and 4 162 163 164 . Signed by Judge Aileen M. Cannon on 10/6/2023. (kts) (Entered: 10/06/2023) | |
| | 10/06/2023 | SYSTEM ENTRY - Docket Entry 169 restricted/sealed until further notice. (amb) (Entered: 10/06/2023) | |
| | 10/06/2023 | SYSTEM ENTRY - Docket Entry 170 restricted/sealed until further notice. (amb) (Entered: 10/06/2023) | |
| | 10/06/2023 | SYSTEM ENTRY - Docket Entry 171 restricted/sealed until further notice. (jmd) (Entered: 10/06/2023) | |
| 172 | 10/06/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 10/06/2023) | |
| 173 | 10/09/2023 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 160 MOTION For A Revised Schedule For Motions To Compel And CIPA § 4 Litigation Government's Opposition to Defendants' Motion for Adjournment of Trial Date Replies due by 10/16/2023. (Bratt, Jay) (Entered: 10/09/2023) | |
| 174 | 10/10/2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Emil Bove.  Filing Fee $ 200.00. Receipt # AFLSDC-16981314 by Donald J. Trump. Responses due by 10/24/2023 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Kise, Christopher) (Entered: 10/10/2023) | |
| 175 | 10/10/2023 | MOTION To Intervene And Be Heard On Closure Of The Courtroom During The Oct. 12, 2023 Garcia Hearings  by USA Today, The Palm Beach Post, WPLG, Inc., Univision Networks & Studios, Inc., Telemundo Network Group LLC, Sun-Sentinel Company, LLC, Radio Television Digital News Association, Orlando Sentinel Media Group, National Cable Satellite Corporation, The McClatchy Company, LLC, Insider Inc., Guardian News & Media Limited, Fort Myers Broadcasting Company, WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 10/24/2023 (Tobin, Charles) (Entered: 10/10/2023) | |
| | 10/10/2023 | Attorney update in case as to Donald J. Trump. Attorney Emil Bove for Donald J. Trump added (pt) (Entered: 10/10/2023) | |
| 176 | 10/11/2023 | PAPERLESS ORDER granting 174 the Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Emil Bove. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 10/11/2023. (mys) (Entered: 10/11/2023) | |
| 177 | 10/11/2023 | PAPERLESS ORDER: The Court is in receipt of the Movant Press Coalition's 175 Motion to Intervene and be Heard on Possible Limited Closure of the Courtroom during the October 12, 2023, Garcia Hearings. Upon review of the Motion, the Court determines as follows. Should a basis arise to warrant consideration of a temporary closure of the courtroom to protect confidential attorney-client communications, Movant, through counsel, will be given an opportunity to be heard prior to any decision on closure. Accordingly, on or before 9:00 A.M. on October 12, 2023, designated counsel shall file a Notice on the docket specifying the name of the singular counsel to deliver any such presentation. Insofar as the Press Coalition's Motion seeks relief beyond an opportunity to be heard in the event of a possible limited closure, any such broader request for relief is denied. Signed by Judge Aileen M. Cannon on 10/11/2023. (mys) (Entered: 10/11/2023) | |
| 178 | 10/11/2023 | REPLY TO RESPONSE to Motion by Donald J. Trump re 160 MOTION For A Revised Schedule For Motions To Compel And CIPA § 4 Litigation And Motion For Adjournment Of The Trial Date (Kise, Christopher) (Entered: 10/11/2023) | |
| 179 | 10/11/2023 | NOTICE of Counsel Appearing on Behalf of Press Coalition for October 12, 2023 Hearing by USA Today, The Palm Beach Post, WPLG, Inc., Univision Networks & Studios, Inc., Telemundo Network Group LLC, Sun-Sentinel Company, LLC, Radio Television Digital News Association, Orlando Sentinel Media Group, National Cable Satellite Corporation, The McClatchy Company, LLC, Insider Inc., Guardian News & Media Limited, Fort Myers Broadcasting Company, WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 177 Order,,, (Fugate, Rachel) (Entered: 10/11/2023) | |
| 180 | 10/11/2023 | PAPERLESS ORDER clarifying Movant Press Coalition's 179 Notice of Attorney Appearance. The Court has not authorized intervention in this proceeding or otherwise acted upon Movant's Motion to Intervene except to the extent reflected in the Court's prior Order permitting designated counsel to be heard if, and only if, a basis arises during the October 12, 2023, public hearing to close the courtroom temporarily to protect confidential attorney-client communications 177 . To the extent the Notice 179 suggests that Movant has been given intervenor status or that such an opportunity to be heard necessarily will arise, the Notice is hereby narrowed in that respect. Signed by Judge Aileen M. Cannon on 10/11/2023. (mys) (Entered: 10/11/2023) | |
| 181 | 10/15/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Garcia Hearing as to Carlos De Oliveira held on October 12, 2023. After a full colloquy, the Court found that Defendant De Oliveira made a knowing, intelligent, and voluntary waiver of any potential or actual conflict of interest arising from John S. Irving's former representation of the three potential witnesses identified in the Special Counsel's Motion 123 . Order to follow. Total time in court: 1 hour, 19 minutes. Attorney | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Michael Thakur, John S. Irving, Larry Donald Murrell, Jr., Todd Blanche, Sasha Dadan, Stanley E. Woodward. Other Appearances: Carlos De Oliveira, Waltine Nauta. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. (jf01) (Entered: 10/15/2023) | |
| 182 | 10/15/2023 | ORDER Following Garcia Hearing and Accepting Waiver of Defendant Carlos De Oliveira. Signed by Judge Aileen M. Cannon on 10/15/2023. See attached document for full details. (jf01) (Entered: 10/15/2023) | |
| 183 | 10/15/2023 | MOTION for Extension of Time of Deadline for Discovery Requests and Motions to Compel  by Donald J. Trump. Responses due by 10/30/2023 (Kise, Christopher) (Entered: 10/15/2023) | |
| 184 | 10/16/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 10/16/2023) | |
| 185 | 10/16/2023 | PAPERLESS Minute Entry for proceedings held on October 12, 2023, before Judge Aileen M. Cannon: Previously scheduled Garcia Hearing as to Defendant Waltine Nauta continued. Order rescheduling hearing to follow. Total time in court: 29 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Michael Thakur, John S. Irving, Larry Donald Murrell, Jr., Todd Blanche, Sasha Dadan, Stanley E. Woodward. Other Appearances: Carlos De Oliveira, Waltine Nauta. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. (jf01) (Entered: 10/16/2023) | |
| 186 | 10/16/2023 | ORDER Following Hearing and Rescheduling Garcia Hearing as to Defendant Nauta for 10/20/2023 02:00 PM in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 10/16/2023. See attached document for full details. (mys) (Entered: 10/16/2023) | |
| 187 | 10/16/2023 | Memorandum in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 183 MOTION for Extension of Time of Deadline for Discovery Requests and Motions to Compel   Replies due by 10/23/2023. (Bratt, Jay) (Entered: 10/16/2023) | |
| 188 | 10/17/2023 | PAPERLESS ORDER: The parties are advised that production of classified discovery to defense counsel is deemed timely upon placement in an accredited facility in the Southern District of Florida, not in another federal district. It is the responsibility of the Office of the Special Counsel to make and carry out arrangements to deposit such discovery to defense counsel in this District, in consultation with the Litigation Security Group for security purposes. The Office of the Special Counsel shall update and/or clarify any prior responses to the Standard Discovery Order in accordance with this Order. Signed by Judge Aileen M. Cannon on 10/17/2023. (AMC) (Entered: 10/17/2023) | |
| 189 | 10/18/2023 | SUPPLEMENT by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Supplement to Garcia Motion (Pellettieri, John) (Entered: 10/18/2023) | |
| 190 | 10/19/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 10/19/2023) | |
| 191 | 10/19/2023 | Reply  by Donald J. Trump to 190 Response to Standing Discovery Order (Kise, Christopher) (Entered: 10/19/2023) | |
| 192 | 10/19/2023 | PAPERLESS NOTICE SCHEDULING HEARING on pending scheduling Motions 160 183 for November 1, 2023, at 1:00 P.M. in the Fort Pierce Division. Defense counsel and attorneys for the | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Office of Special Counsel must be present. The October 2023 deadlines set forth in the Court's Scheduling Order 83 are temporarily stayed pending this hearing and further Court order. Signed by Aileen M. Cannon on 10/19/2023. (jf01) (Entered: 10/19/2023) | |
| 193 | 10/19/2023 | SUPPLEMENT to 126 Response in Opposition, filed by Waltine Nauta, 144 Response/Reply/Answer (Other), filed by Waltine Nauta by Waltine Nauta  (Dadan, Sasha) (Entered: 10/20/2023) | |
| 194 | 10/20/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Garcia Hearing as to Waltine Nauta held on October 20, 2023. After a full colloquy, the Court found that Defendant Nauta made a knowing, intelligent, and voluntary waiver of any potential or actual conflict of interest arising from Stanley E. Woodward's former and current representation of the two remaining potential witnesses identified in the Special Counsel's Motion 97 186 . Order to follow. Total time in court: 53 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Michael Thakur, Larry Donald Murrell, Jr., Todd Blanche, Sasha Dadan, Stanley E. Woodward. Other Appearances: Waltine Nauta. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (jf01) (Entered: 10/20/2023) | |
| 195 | 10/24/2023 | SPEEDY TRIAL REPORT Sixth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 10/24/2023) | |
| 196 | 10/24/2023 | PAPERLESS ORDER denying as moot Movant Press Coalition's 175 Motion to Intervene and be Heard on Possible Limited Closure of the Courtroom during Garcia Hearings. The hearings were held publicly 181 194 . Signed by Judge Aileen M. Cannon on 10/24/2023. (jf01) (Entered: 10/24/2023) | |
| 197 | 10/25/2023 | NOTICE OF ATTORNEY APPEARANCE Anne McNamara appearing for USA. . Attorney Anne McNamara added to party USA(pty:pla). (McNamara, Anne) (Entered: 10/25/2023) | |
| 198 | 10/25/2023 | ORDER Following Garcia Hearing and Accepting Waiver of Defendant Waltine Nauta. Signed by Judge Aileen M. Cannon on 10/25/2023. See attached document for full details. (jf01) (Entered: 10/25/2023) | |
| 199 | 10/26/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 10/26/2023) | |
| 200 | 10/30/2023 | Unopposed MOTION for Remote Appearance  by Donald J. Trump. Responses due by 11/13/2023 (Kise, Christopher) (Entered: 10/30/2023) | |
| 201 | 10/31/2023 | PAPERLESS ORDER granting Unopposed Motion for Telephonic Appearance by Co-Counsel Christopher Kise Due to Trial Conflict 200 . Remaining counsel to appear in person. Signed by Judge Aileen M. Cannon on 10/31/2023. (mys) (Entered: 10/31/2023) | |
| 202 | 11/01/2023 | ORDER Following CIPA Section 3 Supplemental Briefing. Signed by Judge Aileen M. Cannon on 11/1/2023. See attached document for full details. (mys) (Entered: 11/01/2023) | |
| 203 | 11/02/2023 | NOTICE of Filing in District of Columbia by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Bratt, Jay) (Entered: 11/02/2023) | |
| 204 | 11/02/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 11/02/2023) | |
| 205 | 11/03/2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Hearing held on November 1, 2023. The Court heard argument from the parties on Defendants' pending motions | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | to continue 160 167 183 . Pre-trial deadlines temporarily stayed pending order to follow. Total time in court: 1 hour, 38 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Michael Thakur, John S. Irving, Larry Donald Murrell, Jr., Todd Blanche, Emil Bove, Christopher Michael Kise (telephonic), Sasha Dadan, Stanley E. Woodward. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (mys) (Entered: 11/03/2023) | |
| 206 | 11/03/2023 | PAPERLESS ORDER ON NOTICES: The parties are hereby reminded of the requirements of Local Rule 7.8 on Notices of Supplemental Authority. Except as authorized by Court order, the substantive content of any such notice (or response) may not exceed 200 words and may not be used as a surreply absent leave of Court. Future non-compliant notices or unauthorized filings will be stricken without further notice. Signed by Judge Aileen M. Cannon on 11/3/2023. (AMC) (Entered: 11/03/2023) | |
| | 11/03/2023 | SYSTEM ENTRY - Docket Entry 207 restricted/sealed until further notice. (tci) (Entered: 11/03/2023) | |
| 208 | 11/03/2023 | MOTION for Disclosure of Advice of Counsel Defense by USA as to Donald J. Trump. Responses due by 11/17/2023 (Harbach, David) (Entered: 11/03/2023) | |
| 209 | 11/08/2023 | TRANSCRIPT of Pretrial/Scheduling Hearing as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 7/18/2023 before Judge Aileen M. Cannon, 1-83 pages, Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/29/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/6/2024. (dmr) (Entered: 11/08/2023) | |
| 210 | 11/08/2023 | TRANSCRIPT of Arraignment Hearing as to Donald J. Trump, Waltine Nauta, held on 8/10/2023 before Magistrate Judge Shaniek Mills Maynard, 1-12 pages, Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/29/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/6/2024. (dmr) (Entered: 11/08/2023) | |
| 211 | 11/08/2023 | TRANSCRIPT of Garcia Hearing as to Waltine Nauta held on 10/20/23 before Judge Aileen M. Cannon, 1-44 pages, Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/29/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/6/2024. (dmr) (Entered: 11/08/2023) | |
| | 11/09/2023 | SYSTEM ENTRY - Docket Entry 212 restricted/sealed until further notice. (amb) (Entered: 11/09/2023) | |
| 213 | 11/09/2023 | TRANSCRIPT of Garcia Hearing as to Carlos De Oliveira held on 10/12/23 before Judge Aileen M. Cannon, 1-64 pages, Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/30/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/7/2024. (Stipes, Pauline) (Entered: 11/09/2023) | |
| 214 | 11/09/2023 | TRANSCRIPT of Garcia Hearing as to Waltine Nauta held on 10/12/23 before Judge Aileen M. Cannon, 1-28 pages, Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/30/2023. Redacted Transcript Deadline set for 12/11/2023. Release of Transcript Restriction set for 2/7/2024. (Stipes, Pauline) (Entered: 11/09/2023) | |
| 215 | 11/10/2023 | ORDER GRANTING IN PART DEFENDANTS' MOTIONS TO CONTINUE PRETRIAL DEADLINES 160 183 AND DENYING WITHOUT PREJUDICE MOTION TO ADJOURN TRIAL 167 . Signed by Judge Aileen M. Cannon on 11/10/2023. See attached document for full details. (AMC) (Entered: 11/10/2023) | |
| | 11/10/2023 | Set/Reset Deadlines/Hearings per order de 215 as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira: Motions due by 2/22/2024. Status Report due by 1/9/2024. Scheduling Conference set for 3/1/2024 before Judge Aileen M. Cannon. (drz) (Entered: 11/13/2023) | |
| 216 | 11/13/2023 | Unopposed MOTION to Reschedule Hearing on CIPA § 4 Motions by Donald J. Trump. Responses due by 11/27/2023 (Kise, Christopher) (Entered: 11/13/2023) | |
| 217 | 11/14/2023 | SPEEDY TRIAL REPORT Seventh Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 11/14/2023) | |
| 218 | 11/14/2023 | TRANSCRIPT of Motions Hearing as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 11/1/2023 before Judge Aileen M. Cannon, 1-78 pages, Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/5/2023. Redacted Transcript Deadline set for 12/15/2023. Release of Transcript Restriction set for 2/12/2024. (dmr) (Entered: 11/14/2023) | |
| 219 | 11/15/2023 | MOTION for Disclosure Motion for CIPA Section 5 Notification by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 11/29/2023 (Bratt, Jay) (Entered: 11/15/2023) | |
| 220 | 11/16/2023 | PAPERLESS ORDER granting Defendant Trump's 216 Unopposed Motion to Reschedule Hearing on CIPA Section 4 Motions. The CIPA Section 4 Motion Hearing currently scheduled for February 15-16, 2024 215 is rescheduled for February 12-13, 2024. Signed by Judge Aileen M. Cannon on 11/16/2023. (jf01) (Entered: 11/16/2023) | |
| 221 | 11/16/2023 | PAPERLESS ORDER denying without prejudice 219 Motion for CIPA Section 5 Notification. As stated in the Court's November 10, 2023, Order 215 , "[a]ll previously remaining deadlines in the Court's July 21, 2023, Order are superseded except calendar call and trial." The Court "reset[] the first set of pre-trial deadlines" as indicated on pages 8 and 9 of that Order 215 and scheduled a conference on March 1, 2024, "to address remaining deadlines." To the extent the Special Counsel's motion seeks reconsideration in part of the Court's November 10, 2023, Order 215 , that request | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | is denied. CIPA Section 5 deadlines, and all other pre-trial deadlines not included in the first batch of pre-trial deadlines contained in the Court's revised schedule 215 , will be set following the March 1, 2024, scheduling conference. Signed by Judge Aileen M. Cannon on 11/16/2023. (jf01) (Entered: 11/16/2023) | |
| 222 | 11/22/2023 | *Unsealed* MOTION TO FILE GOVERNMENT'S EX PARTE MOTION TO EXCEED PAGE LIMITS UNDER SEAL. (Attachments: # 1 Proposed Order) (amb) Modified on 12/1/2023 to Unseal, per Order DE #228. (jmd) (Entered: 11/22/2023) | |
| 223 | 11/22/2023 | EX PARTE MOTION TO EXCEED PAGE LIMITS filed by The Government. (Attachments: # 1 Proposed Order) (amb) Modified to Unseal per DE 231 on 12/4/2023 (amb). (Entered: 11/22/2023) | |
| 224 | 11/27/2023 | SEALED EX PARTE ORDER denying without prejudice 222 Sealed Motion as to Donald J. Trump (1), Waltine Nauta (2), Carlos De Oliveira (3); denying without prejudice 223 Sealed Motion as to Donald J. Trump (1), Waltine Nauta (2), Carlos De Oliveira (3). Miscellaneous Deadline 11/29/2023. Signed by Judge Aileen M. Cannon on 11/27/2023. See attached document for full details. (jmd) Modified to Unseal per DE 231 on 12/4/2023 (amb). (Entered: 11/28/2023) | |
| 225 | 11/29/2023 | *Unsealed* CONSENT MOTION TO EXCEED PAGE LIMITS filed by The Government. (amb) Modified on 12/1/2023 to Unseal, per Order DE #228. (jmd) (Entered: 11/29/2023) | |
| 226 | 11/29/2023 | *Unsealed* Sealed Order Granting in Part SEALED Consent Motion to Exceed Page Limits as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira and resetting Government CIPA Section 4 Motions to 12/06/2023. Signed by Judge Aileen M. Cannon on 11/29/2023. (tci) Modified on 12/1/2023 to Unseal, per Order DE #228. (jmd) (Entered: 11/29/2023) | |
| 227 | 11/30/2023 | Consent MOTION to Unseal Docket Entries 222 , 223 , 224 , 225 , 226  by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 12/14/2023 (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 11/30/2023) | |
| 228 | 12/01/2023 | PAPERLESS ORDER: The Court is in receipt of Defendants' 227 Motion to Unseal and the Special Counsel's position on the Motion as reflected therein. Upon review, Defendants' Motion is granted in part as follows. The Clerk is directed to unseal docket entries 222, 225, and 226. On or before December 1, 2023, the Special Counsel shall (1) transmit unredacted copies of docket entries 223 and 224 to Defendants, and (2) file under seal but not  ex parte  a response to Defendants' Motion, justifying and specifying its request for any limited redactions of docket entries 223 and 224 in light of the strong presumption in favor of public access to judicial documents. As a final matter, Defendants' unopposed request for a two-day extension of time within which to file any defense motion related to the ex parte nature of CIPA Section 4 is granted, to December 6, 2023. Signed by Judge Aileen M. Cannon on 12/1/2023. (jmd) (Entered: 12/01/2023) | |
| 229 | 12/01/2023 | CLERK'S NOTICE of Compliance re 228 Order on Motion to Unseal. (jmd) (Entered: 12/01/2023) | |
| 230 | 12/01/2023 | RESPONSE to the Court's December 1, 2023 Order by USA as to all Defendants. (kpe) Modified to Unseal per DE 231 on 12/4/2023 (amb). (Entered: 12/01/2023) | |
| 231 | 12/04/2023 | PAPERLESS ORDER: In light of the Special Counsel's Response to Defendants' Motion to Unseal 230 , and mindful of the strong presumption in favor of public access to judicial documents, the Clerk is directed to unseal docket entries 223, 224, and 230. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Signed by Judge Aileen M. Cannon on 12/4/2023. (jf01) (Entered: 12/04/2023) | |
| 232 | 12/04/2023 | NOTICE of Compliance re 231 Order. (DE's 223, 224 and 230 Unsealed) (amb) Text Modified on 12/4/2023 (amb). (Entered: 12/04/2023) | |
| 233 | 12/05/2023 | SPEEDY TRIAL REPORT Eighth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 12/05/2023) | |
| 234 | 12/06/2023 | MOTION to Travel  by Carlos De Oliveira. (Attachments: # 1 Text of Proposed Order on Motion for Leave to Travel)(Murrell, Larry) (Entered: 12/06/2023) | |
| 235 | 12/06/2023 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 12/06/2023) | |
| 236 | 12/06/2023 | NOTICE of Filing of CIPA Section 4 Motions by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Edelstein, Julie) (Entered: 12/06/2023) | |
| 237 | 12/06/2023 | MOTION For Access to CIPA § 4 Filings  by Donald J. Trump. Responses due by 12/20/2023 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Kise, Christopher) (Entered: 12/06/2023) | |
| 238 | 12/06/2023 | MOTION for Access to CIPA § 4 Filings re 236 Notice (Other)  by Waltine Nauta as to Waltine Nauta, Carlos De Oliveira. Responses due by 12/20/2023 (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 12/06/2023) | |
| 239 | 12/07/2023 | ORDER granting 234 Motion to Travel as to Carlos De Oliveira (3). Signed by Judge Aileen M. Cannon on 12/7/2023. See attached document for full details. (tci) (Entered: 12/07/2023) | |
| 240 | 12/19/2023 | MOTION for Written Jury Questionnaire  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 1/2/2024 (Bratt, Jay) (Entered: 12/19/2023) | |
| 241 | 12/20/2023 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 238 MOTION for Access to CIPA § 4 Filings re 236 Notice (Other) , 237 MOTION For Access to CIPA § 4 Filings   Replies due by 12/27/2023. (Edelstein, Julie) (Entered: 12/20/2023) | |
| 242 | 12/20/2023 | Memorandum in Opposition by Donald J. Trump re 240 MOTION for Written Jury Questionnaire   Replies due by 12/27/2023. (Kise, Christopher) (Entered: 12/20/2023) | |
| 243 | 12/21/2023 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 240 MOTION for Written Jury Questionnaire   (Bratt, Jay) (Entered: 12/21/2023) | |
| 244 | 12/22/2023 | PAPERLESS ORDER granting in part Special Counsel's 240 Motion for Written Jury Questionnaire. On or before February 28, 2024, the parties shall meaningfully confer and file a joint jury questionnaire for the Court's consideration, clearly denoting any areas of agreement and disagreement. The Court reserves ruling on the specific process by which questionnaires will be transmitted/completed. Nothing in this Order shall be construed as modifying the instructions and deadlines set forth in the Court's Operative Scheduling Orders 215 221 . Signed by Judge Aileen M. Cannon on 12/22/2023. (jf01) (Entered: 12/22/2023) | |
| 245 | 12/26/2023 | SPEEDY TRIAL REPORT Ninth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 12/26/2023) | |
| 246 | 12/27/2023 | REPLY TO RESPONSE to Motion by Donald J. Trump re 237 MOTION For Access to CIPA § 4 Filings   (Kise, Christopher) (Entered: 12/27/2023) | |
| 247 | 12/27/2023 | REPLY TO RESPONSE to Motion by Waltine Nauta as to Waltine | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Nauta, Carlos De Oliveira re 238 MOTION for Access to CIPA § 4 Filings re 236 Notice (Other)   (Dadan, Sasha) (Entered: 12/27/2023) | |
| 248 | 12/29/2023 | RESPONSE in Opposition by Donald J. Trump re 208 MOTION for Disclosure of Advice of Counsel Defense  Replies due by 1/5/2024. (Kise, Christopher) (Entered: 12/29/2023) | |
| 249 | 01/03/2024 | MOTION Bring Electronic Devices into the Courthouse  by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 1/17/2024 (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 01/03/2024) | |
| 250 | 01/04/2024 | ORDER granting 249 Motion to Bring Electronic Equipment into the Courthouse as to Defendants Donald J. Trump and Waltine Nauta. Signed by Judge Aileen M. Cannon on 1/4/2024. See attached document for full details. (tci) (Entered: 01/04/2024) | |
| 251 | 01/05/2024 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 208 MOTION for Disclosure of Advice of Counsel Defense  (Harbach, David) (Entered: 01/05/2024) | |
| 252 | 01/09/2024 | STATUS REPORT Joint Discovery Status Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 01/09/2024) | |
| 253 | 01/11/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 01/11/2024) | |
| 254 | 01/11/2024 | PAPERLESS ORDER: In advance of the upcoming CIPA § 4 Hearings 215 220 , and to assist in the Court's evaluation of Defendants' Motions for Access to CIPA § 4 Filings 237 238 , the Court hereby schedules a hearing with the Special Counsel on January 31, 2024, at 10:00 A.M. This hearing shall be conducted on a sealed, ex parte basis in a facility suitable for the discussion of classified information contained in the Special Counsel's Section 4 Filings 236 . The Court reserves ruling on Defendants' Motions for Access to CIPA § 4 Filings pending the February 2024 CIPA § 4 hearings and review of Defendants' forthcoming CIPA § 4 challenges. Signed by Judge Aileen M. Cannon on 1/11/2024.(tci) (Entered: 01/11/2024) | |
| 255 | 01/12/2024 | Consent MOTION for Leave to File Excess Pages  by Donald J. Trump. Responses due by 1/26/2024. (Kise, Christopher) (Entered: 01/12/2024) | |
| 256 | 01/12/2024 | NOTICE of Filing of Government's Classified Notice of Expert Testimony by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Reynolds, Brett) (Entered: 01/12/2024) | |
| 257 | 01/12/2024 | NOTICE of Expert Witnesses by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B, # 3 Exhibit Attachment C, # 4 Exhibit Attachment D, # 5 Exhibit Attachment E, # 6 Exhibit Attachment F) (Thakur, Michael) (Entered: 01/12/2024) | |
| 258 | 01/12/2024 | PAPERLESS ORDER granting Defendants' 255 Consent Motion for Leave to File Oversized Consolidated Brief in Support of Motions to Compel. Defendants may file one consolidated classified brief and one consolidated unclassified brief, neither to exceed 120 double-spaced pages using 12-point font. The Special Counsel is granted corresponding relief for its combined responses. This Order construes Defendants' 255 Consent Motion as applied to all Defendants filing jointly. To the extent the Consent Motion requests otherwise, the parties shall comply with the Local Rules. Signed by Judge Aileen M. Cannon on 1/12/2024. (jf01) (Entered: 01/12/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 259 | 01/12/2024 | PAPERLESS ORDER denying without prejudice Special Counsel's Motion to Compel Disclosure Regarding Advice-of-Counsel Defense 208 . The Court has reviewed the Motion, Defendants' Opposition 248 , the Special Counsel's Reply 251 , and is fully advised in the premises. Assuming the facts and circumstances in this case warrant an order compelling disclosure of an advice-of-counsel trial defense, the Court determines that such a request is not amenable to proper consideration at this juncture, prior to at least partial resolution of pre-trial motions, transmission to Defendants of the Special Counsel's exhibit and witness lists, and other disclosures as may become necessary. The Special Counsel's Motion 208 is therefore denied without prejudice. Signed by Judge Aileen M. Cannon on 1/12/2024. (jf01) (Entered: 01/12/2024) | |
| 260 | 01/16/2024 | SPEEDY TRIAL REPORT Tenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 01/16/2024) | |
| 261 | 01/16/2024 | MOTION For Temporary Leave to File Redacted Brief  by Donald J. Trump. Responses due by 1/30/2024. (Kise, Christopher) (Additional attachment(s) added on 1/16/2024: # 1 Unredacted Copy of Motion) (wc). (Entered: 01/16/2024) | |
| 262 | 01/16/2024 | MOTION to Compel Discovery  by Donald J. Trump. Responses due by 1/30/2024. (Attachments: # 1 Exhibit)(Kise, Christopher) (Additional attachment(s) added on 1/16/2024: # 2 Unredacted Motion and Exhibits) (wc). (Entered: 01/16/2024) | |
| 263 | 01/17/2024 | NOTICE of Filing by Donald J. Trump (Attachments: # 1 Exhibit) (Kise, Christopher) (Entered: 01/17/2024) | |
| 264 | 01/17/2024 | NOTICE of Filing by Donald J. Trump (Attachments: # 1 Exhibit) (Kise, Christopher) (Entered: 01/17/2024) | |
| 265 | 01/17/2024 | PAPERLESS ORDER: The Court is in receipt of Defendant Trump's Notice of CIPA § 4 Challenge 264 , dated January 17, 2024. On or before January 18, 2024, Defendant Trump shall file a Notice confirming the non-ex parte nature of this defense filing. Signed by Judge Aileen M. Cannon on 1/17/2024. (jf01) (Entered: 01/17/2024) | |
| 266 | 01/18/2024 | NOTICE of Non-Ex Parte Filing by Donald J. Trump (Kise, Christopher) (Entered: 01/18/2024) | |
| 267 | 01/18/2024 | RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 262 MOTION to Compel Discovery . Replies due by 1/25/2024. (amb) (Entered: 01/18/2024) | |
| | 01/18/2024 | SYSTEM ENTRY - Docket Entry 268 restricted/sealed until further notice. (amb) (Entered: 01/18/2024) | |
| 269 | 01/22/2024 | MOTION to Intervene and Unseal Defendants' Motions to Compel Discovery re 262 MOTION to Compel Discovery   by USA Today, The Palm Beach Post, WPLG, Inc., Univision Networks & Studios, Inc., Telemundo Network Group LLC, Sun-Sentinel Company, LLC, Radio Television Digital News Association, Orlando Sentinel Media Group, National Cable Satellite Corporation, The McClatchy Company, LLC, Insider Inc., Guardian News & Media Limited, Fort Myers Broadcasting Company, WP Company LLC, TEGNA Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/5/2024. (Tobin, Charles) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 01/22/2024) | |
| 270 | 01/22/2024 | RESPONSE in Support by Donald J. Trump re 262 MOTION to Compel Discovery   (Kise, Christopher) (Entered: 01/22/2024) | |
| 271 | 01/23/2024 | RESPONSE in Opposition by Donald J. Trump re 269 MOTION to Intervene and Unseal Defendants' Motions to Compel Discovery re 262 MOTION to Compel Discovery   Replies due by 1/30/2024. (Kise, Christopher) (Entered: 01/23/2024) | |
| 272 | 01/23/2024 | NOTICE of Response to CIPA § 4 Submission by Waltine Nauta as to Waltine Nauta, Carlos De Oliveira re 236 Notice (Other) (Dadan, Sasha) (Entered: 01/23/2024) | |
| 273 | 01/26/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 01/26/2024) | |
| 274 | 01/30/2024 | NOTICE OF ATTORNEY APPEARANCE J.P. Cooney appearing for USA. . Attorney J.P. Cooney added to party USA(pty:pla). (Cooney, J.P.) (Entered: 01/30/2024) | |
| 275 | 01/30/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Reynolds, Brett) (Entered: 01/30/2024) | |
| 276 | 01/31/2024 | PAPERLESS Minute Entry for sealed, ex parte proceeding held before Judge Aileen M. Cannon on January 31, 2024. The Court heard argument from the Special Counsel on its CIPA § 4 Motions 236 . Total time in court: 3 hours. Attorney Appearances: Jay I. Bratt, David Harbach, Julie A. Edelstein, J.P. Cooney. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov.(tci) (Entered: 01/31/2024) | |
| 277 | 02/02/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 262 MOTION to Compel Discovery   Replies due by 2/9/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Harbach, David) (Entered: 02/02/2024) | |
| 278 | 02/02/2024 | *Unsealed* MOTION for Permission to File Sealed and Redacted Documents by USA as all Defendants. (kpe) Modified on 2/7/2024 re: Unsealed, pursuant to Order at DE # 286 . (jmd) (Entered: 02/02/2024) | |
| | 02/02/2024 | SYSTEM ENTRY - Docket Entry 279 restricted/sealed until further notice. (kpe) (Entered: 02/02/2024) | |
| 280 | 02/02/2024 | NOTICE of Filing of Classified Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Unclassified Cover Sheet) (Bratt, Jay) (Entered: 02/02/2024) | |
| 281 | 02/05/2024 | SCHEDULING ORDER on CIPA § 4 Hearings as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Signed by Judge Aileen M. Cannon on 2/5/2024. See attached document for full details. (jf01) (Entered: 02/05/2024) | |
| 282 | 02/05/2024 | RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 269 MOTION to Intervene and Unseal Defendants' Motions to Compel Discovery re 262 MOTION to Compel Discovery   Replies due by 2/12/2024. (Bratt, Jay) (Entered: 02/05/2024) | |
| 283 | 02/06/2024 | ORDER granting in part Defendants' Motion for Temporary Leave to File Redacted Motions 261 and denying as moot Press Coalition's Motion to Intervene and Unseal 269 . Signed by Judge Aileen M. Cannon on 2/6/2024. See attached document for full details. (jf01) (Entered: 02/06/2024) | |
| 284 | 02/06/2024 | SPEEDY TRIAL REPORT Eleventh Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 02/06/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 285 | 02/06/2024 | MOTION for Adjournment of Certain Pretrial Motion Deadlines by Donald J. Trump. Responses due by 2/20/2024. (Kise, Christopher) (Entered: 02/06/2024) | |
| 286 | 02/07/2024 | ORDER granting in part Special Counsel's 278 Sealed Motion for Permission to File Sealed and Redacted Documents. Signed by Judge Aileen M. Cannon on 2/7/2024. See attached document for full details. (jf01) (Entered: 02/07/2024) | |
| 287 | 02/07/2024 | CLERK'S NOTICE of Compliance re 286 Order on Motion and to Unseal DE # 278 . (jmd) (Entered: 02/07/2024) | |
| 288 | 02/07/2024 | NOTICE of Filing of CIPA Section 4 Response by Waltine Nauta as to Waltine Nauta, Carlos De Oliveira re 236 Notice (Other) (Attachments: # 1 Exhibit CIPA Cover Sheet) (Dadan, Sasha) (Entered: 02/07/2024) | |
| 289 | 02/07/2024 | MOTION for Leave to File Exhibit Ex Parte and Under Seal by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/21/2024. (Attachments: # 1 Text of Proposed Order)(Harbach, David) (Entered: 02/07/2024) | |
| 290 | 02/08/2024 | NOTICE of Filing of CIPA Section 4 Supplement by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit) (Edelstein, Julie) (Entered: 02/08/2024) | |
| 291 | 02/08/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 02/08/2024) | |
| 292 | 02/08/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 285 MOTION for Adjournment of Certain Pretrial Motion Deadlines  Replies due by 2/15/2024. (Bratt, Jay) (Entered: 02/08/2024) | |
| 293 | 02/08/2024 | PAPERLESS ORDER granting the Special Counsel's Motion for Leave to File Exhibit Ex Parte and Under Seal 289 . The Motion is granted insofar as it seeks leave to file the subject exhibit under seal, for the reasons stated in the Motion. The Motion is also temporarily granted as to the ex parte nature of the request, pending the Court's in camera review of the exhibit. On or before February 9, 2024, the Special Counsel shall submit the subject document to the Court under seal and ex parte. Signed by Judge Aileen M. Cannon on 2/8/2024. (jf01) (Entered: 02/08/2024) | |
| 294 | 02/08/2024 | MOTION for Reconsideration re 286 Order on Sealed Motion, 283 Order on Motion for Miscellaneous Relief,,,  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/22/2024. (Attachments: # 1 Appendix 1, # 2 Exhibit A)(Harbach, David) (Entered: 02/08/2024) | |
| 295 | 02/09/2024 | PAPERLESS ORDER: On or before February 23, 2024, Defendants shall file a response to the Special Counsel's Motion for Reconsideration 294 . S.D. Fla. L.R. 7.1(c)(1). The deadlines established in the Court's prior Orders 283 286 are temporarily stayed pending resolution of the Special Counsel's Motion. To the extent this Order impacts Defendants' forthcoming Reply in Support of Motions to Compel 262 , Defendants shall advise the Court by filing a Notice no later than 3:00 p.m. on February 9, 2024. The parties are advised to adhere to the instructions in paragraph 4 of the Court's Order [283 p. 9-10]. Signed by Judge Aileen M. Cannon on 2/9/2024. (jf01) (Entered: 02/09/2024) | |
| | 02/09/2024 | Reset Deadlines in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira 294 MOTION for Reconsideration re 286 Order on Sealed Motion, 283 Order on Motion for Miscellaneous Relief,,, . Responses due by 2/23/2024. (ls)(per DE #295) (Entered: 02/09/2024) | |
| | 02/09/2024 | SYSTEM ENTRY - Docket Entry 296 restricted/sealed until further notice. (amb) (Entered: 02/09/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 297 | 02/09/2024 | NOTICE re Sealing of Reply ISO 262 Mot. to Compel by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 295 Order,, (Dadan, Sasha) (Entered: 02/09/2024) | |
| 298 | 02/09/2024 | PAPERLESS ORDER approving Defendants' Reply proposal as stated in Notice 297 . Signed by Judge Aileen M. Cannon on 2/9/2024. (jf01) (Entered: 02/09/2024) | |
| 299 | 02/09/2024 | PAPERLESS ORDER redesignating ex parte sealed filing 296 as sealed filing only. Upon in camera review of the subject attachment, and mindful of the disfavored nature of ex parte proceedings, the Court reaffirms the Special Counsel's request to seal the attachment referenced in the Special Counsel's Motion for Leave 289 but finds an insufficient basis provided to deviate from the adversarial process in this instance. The Special Counsel is directed to transmit the exhibit to Defendants on or before February 10, 2024. The exhibit shall remain sealed pending further Court order. Signed by Judge Aileen M. Cannon on 2/9/2024. (jf01) (Entered: 02/09/2024) | |
| 300 | 02/09/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 262 MOTION to Compel Discovery   (Dadan, Sasha) (Entered: 02/09/2024) | |
| 301 | 02/10/2024 | NOTICE re Classified Reply Supplement by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 263 Notice (Other), 300 Reply to Response, 262 MOTION to Compel Discovery  (Attachments: # 1 Exhibit Classified Supplement Cover Sheet) (Dadan, Sasha) (Entered: 02/10/2024) | |
| 302 | 02/11/2024 | STRICKEN - MOTION for Leave to File Surreply by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/26/2024. (Pellettieri, John) Modified/Stricken per DE 304 on 2/13/2024 (pes). (Entered: 02/11/2024) | |
| 303 | 02/12/2024 | Clerk's Notice to Filer re 302 MOTION for Leave to File Surreply. Login/Signature Block Violation; CORRECTIVE ACTION REQUIRED WITHIN 3 DAYS - The name of attorney e-filing this document via their CM/ECF login does not match the name of attorney on the signature block of the document. The name used for login must match typed name on signature block of the document. This filing is a violation of Section 3J(1) of CM/ECF Admin Procedures and L R 5.1(b). Filer must File a Notice of Striking, then refile document pursuant to CM/ECF Admin Procedures and Local Rules. (jas) (Entered: 02/12/2024) | |
| 304 | 02/12/2024 | NOTICE of Striking 302 MOTION for Leave to File Surreply  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Pellettieri, John) (Entered: 02/12/2024) | |
| 305 | 02/12/2024 | MOTION for Leave to File Surreply by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/26/2024. (Pellettieri, John) (Entered: 02/12/2024) | |
| 306 | 02/12/2024 | PAPERLESS ORDER clarifying CIPA § 4 hearing for February 13, 2024. Starting at 10:30 A.M., the Court will conduct a sealed hearing with the Special Counsel and cleared counsel for Defendants Nauta and De Oliveira. Cleared counsel shall be prepared to discuss the classified information produced in classified discovery in the context of the "relevant and helpful" standard and the mens rea applicable to Counts 33-37 and 39-42 of the Superseding Indictment 85 ; to present argument on the Special Counsel's request to withhold all of that information from Defendants Nauta and De Oliveira pursuant to CIPA § 4; and to discuss specifics with respect to the current figures of materials produced in classified discovery, including whether any of that information overlaps with unclassified discovery and/or merits clarification. This hearing will be held in a facility suitable for the | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | discussion of classified information. Defendants Nauta and De Oliveira may not be present. Defendant Trump is not required to appear. Counsel for Defendant Trump may attend. Final CIPA § 4 ex parte session with the Special Counsel to follow the 10:30 A.M. session. Nothing in this Order should be construed as altering the current ex parte nature of the Special Counsel's CIPA § 4 filings. Signed by Judge Aileen M. Cannon on 2/12/2024. (jf01) (Entered: 02/12/2024) | |
| 307 | 02/13/2024 | PAPERLESS Minute Entry for sealed, ex parte proceeding held before Judge Aileen M. Cannon on February 12, 2024. The Court heard argument from Defendants on their CIPA § 4 Challenges 264 272 288 and Motions for Access to CIPA § 4 Filings 237 238 . Classified information discussed. Total time in court: 3 hours 25 minutes. Attorney Appearances: Emil Bove, Todd Blanche, Christopher Kise, Stephen H. Weiss, Sasha Dadan, Stanley E. Woodward, Larry Donald Murrell, Jr., John S. Irving. Other Appearance: Former President Donald J. Trump. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. (tci) (Entered: 02/13/2024) | |
| 308 | 02/13/2024 | PAPERLESS Minute Entry for sealed, ex parte proceeding held before Judge Aileen M. Cannon on February 12, 2024. The Court heard argument from the Special Counsel on its CIPA § 4 Motions 236 and Supplement 290 . Classified information discussed. Total time in court: 2 hours. Attorney Appearances: Jay I. Bratt, David Harbach, Julie A. Edelstein, J.P. Cooney. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. (tci) (Entered: 02/13/2024) | |
| 309 | 02/13/2024 | PAPERLESS Minute Entry for non-ex parte, sealed proceeding held before Judge Aileen M. Cannon on February 13, 2024. The Court heard argument from the Special Counsel and cleared counsel for Defendants Nauta and De Oliveira concerning those Defendants' access to classified materials under the "relevant and helpful" standard. Classified information discussed. Total time in court: 2 hours 15 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Julie A. Edelstein, J.P. Cooney, Emil Bove, Todd Blanche, Sasha Dadan, Stanley E. Woodward, Larry Donald Murrell, Jr., John S. Irving. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov (jf01) (Entered: 02/13/2024) | |
| 310 | 02/13/2024 | PAPERLESS Minute Entry for sealed, ex parte proceeding held before Judge Aileen M. Cannon on February 13, 2024. The Court heard argument from the Special Counsel on its CIPA § 4 Motion as to Defendant Trump 236 and Supplement 290 . Classified information discussed. Total time in court: 55 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Julie A. Edelstein, J.P. Cooney. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov. (jf01) (Entered: 02/13/2024) | |
| 311 | 02/14/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 285 MOTION for Adjournment of Certain Pretrial Motion Deadlines (Kise, Christopher) (Entered: 02/14/2024) | |
| 312 | 02/15/2024 | MOTION for Leave to File Discovery Material by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/29/2024. (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 02/15/2024) | |
| 313 | 02/15/2024 | PAPERLESS ORDER: On or before February 20, 2024, Defendants shall respond to the Special Counsel's Motion for Leave to File Sur-Reply 305 . Signed by Judge Aileen M. Cannon on 2/15/2024. (tci) (Entered: 02/15/2024) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 314 | 02/15/2024 | PAPERLESS ORDER denying, with clarification, Defendants' Motion to Adjourn Pre-Trial Motions Deadlines 285 . The deadline to file pre-trial motions (as distinct from motions in limine seeking the exclusion of specific evidence/arguments from being presented during trial) remains February 22, 2024. However, to the extent the Court's resolution of the pending Motions to Compel Discovery 262 yields a specified need of any party to supplement previously filed pre-trial motions and/or to file evidentiary motions that could not reasonably have been filed by February 22, 2024, the Court will consider such arguments as appropriate, but only upon a particularized and timely showing that events post-dating February 22, 2024, clearly justify additional pre-trial briefing. Signed by Judge Aileen M. Cannon on 2/15/2024. (jf01) (Entered: 02/15/2024) | |
| 315 | 02/16/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Stamped Half Sheet) (Bratt, Jay) (Entered: 02/16/2024) | |
| 316 | 02/16/2024 | RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 312 MOTION for Leave to File Discovery Material  Replies due by 2/23/2024. (Harbach, David) (Entered: 02/16/2024) | |
| 317 | 02/20/2024 | RESPONSE to Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 305 MOTION for Leave to File Surreply  Replies due by 2/27/2024. (Kise, Christopher) (Entered: 02/20/2024) | |
| 318 | 02/20/2024 | MOTION for Leave to File Consolidated Brief by Donald J. Trump. Responses due by 3/5/2024. (Kise, Christopher) (Entered: 02/20/2024) | |
| 319 | 02/20/2024 | PAPERLESS ORDER granting in part Special Counsel's 305 Conditional Motion for Leave to File Surreply to Defendants' Reply in Support of Motions to Compel. On or before February 26, 2024, the Special Counsel may file a Surreply to Defendants' Reply in Support of Motions to Compel Discovery. Signed by Judge Aileen M. Cannon on 2/20/2024. (jf01) (Entered: 02/20/2024) | |
| 320 | 02/20/2024 | PAPERLESS ORDER denying in part, with instructions, Defendant Trump's Motion for Leave to File Consolidated Brief in Support of Pretrial Motions 318 . All pre-trial motions shall be filed on an individual basis to permit clear adjudication of the legal/factual issues presented and to facilitate record clarity and scheduling. Further, all pre-trial motions shall state with particularity the filing party's position on the need for a hearing on the motion (and if a hearing is requested, providing additional specifics on recommended scope/format/sequencing). The Court hereby enlarges the page limit for individual pre-trial motions and responses to twenty-five double-spaced pages, exclusive of attachments. With respect to Defendant Trump's request to publicly file redacted versions of certain pre-trial motions on a temporary basis, the Court denies that request without prejudice and orders as follows. On or before February 22, 2024, Defendant Trump shall submit via email to the Special Counsel and the Court final, unredacted copies of all pre-trial motions, with attachments. The parties then shall promptly confer on all sealing/redaction issues presented in the motions. Following such conferral, any party wishing to seal/redact anything in the pre-trial motions shall file a consolidated motion for leave on or before February 27, 2024, specifying the particular legal and factual bases for shielding pre-trial filings [See ECF No. 283 para. 4]. Consolidated oppositions to such requests for sealing/redaction are due on or before February 29, 2024. With respect to forthcoming pre-trial motions that reference or attach discovery materials, the public | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | filing deadline of February 22, 2024 (and all associated response/reply deadlines) is hereby stayed pending resolution of the ongoing sealing/redaction disputes generated by the numerous pre-trial filings in this case. Pre-trial motions that do not implicate potential sealing/redaction concerns shall be filed publicly on February 22, 2024. To the extent Defendants Nauta and De Oliveira anticipate discussing or attaching discovery materials in additional pretrial motions, the procedures set forth in this Order shall apply. Signed by Judge Aileen M. Cannon on 2/20/2024. (jf01) (Entered: 02/20/2024) | |
| 321 | 02/21/2024 | PAPERLESS ORDER scheduling sealed, ex parte follow-up telephonic hearing with counsel for Defendant Trump on February 23, 2024, at 3:30 PM. Defense theories to be discussed in conjunction with the Special Counsel's CIPA § 4 Motions 236 and Defendant Trump's CIPA § 4 Challenge 264 . 30 minutes reserved. No classified information to be referenced. Call-in information to be provided to all defense counsel. Defendants' attendance is not required. Signed by Judge Aileen M. Cannon on 2/21/2024. (jf01) (Entered: 02/21/2024) | |
| | 02/22/2024 | SYSTEM ENTRY - Docket Entry 322 restricted/sealed until further notice. (tci) (Entered: 02/22/2024) | |
| 323 | 02/22/2024 | Defendant's MOTION to Dismiss 85 Indictment, or in the Alternative for a Bill of Particulars by Carlos De Oliveira. Responses due by 3/7/2024. (Murrell, Larry) (Entered: 02/22/2024) | |
| 324 | 02/22/2024 | MOTION to Dismiss 85 Indictment, Based On Presidential Immunity by Donald J. Trump. Responses due by 3/7/2024. (Kise, Christopher) (Entered: 02/22/2024) | |
| 325 | 02/22/2024 | MOTION to Dismiss 85 Indictment, Based on Unconstitutional Vagueness by Donald J. Trump. Responses due by 3/7/2024. (Kise, Christopher) (Entered: 02/22/2024) | |
| 326 | 02/22/2024 | MOTION to Dismiss 85 Indictment, Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith by Donald J. Trump. Responses due by 3/7/2024. (Kise, Christopher) (Entered: 02/22/2024) | |
| 327 | 02/22/2024 | MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act by Donald J. Trump. Responses due by 3/7/2024. (Attachments: # 1 Exhibit)(Kise, Christopher) (Entered: 02/22/2024) | |
| 328 | 02/22/2024 | NOTICE of Pretrial Motions and Hearing Requests by Donald J. Trump re 320 Order on Motion for Leave to File,,,,,,,,, (Kise, Christopher) (Entered: 02/22/2024) | |
| 329 | 02/23/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Stamped Half Sheet) (Edelstein, Julie) (Entered: 02/23/2024) | |
| 330 | 02/23/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Discovery Chart)(Edelstein, Julie) (Entered: 02/23/2024) | |
| 331 | 02/23/2024 | NOTICE of Joining Co-Defendants' Pretrial Motions by Carlos De Oliveira (Murrell, Larry) (Entered: 02/23/2024) | |
| 332 | 02/23/2024 | PAPERLESS ORDER: The Scheduling Conference set for March 1, 2024 215 shall commence at 10:00 AM in the Fort Pierce Division. The Court anticipates a morning session followed by a break and then an afternoon session for additional legal argument. Pre-conference Order to follow. Signed by Judge Aileen M. Cannon on 2/23/2024. (jf01) (Entered: 02/23/2024) | |
| 333 | 02/23/2024 | RESPONSE to Motion by Donald J. Trump re 294 MOTION for Reconsideration re 286 Order on Sealed Motion, 283 Order on | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Motion for Miscellaneous Relief,,,  Replies due by 3/1/2024. (Kise, Christopher) (Entered: 02/23/2024) | |
| 334 | 02/23/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 312 MOTION for Leave to File Discovery Material  (Dadan, Sasha) (Entered: 02/23/2024) | |
| 335 | 02/25/2024 | PAPERLESS ORDER: On or before February 28, 2024, the Special Counsel shall file a Reply in Support of its Motion for Reconsideration 294 . Signed by Judge Aileen M. Cannon on 2/25/2024. (jf01) (Entered: 02/25/2024) | |
| 336 | 02/25/2024 | PAPERLESS Minute Entry for sealed, ex parte follow-up telephonic hearing held before Judge Aileen M. Cannon on February 23, 2024. The Court heard argument from counsel on defense theories in the context of CIPA § 4. Total time in court: 40 minutes. Attorney Appearances: Emil Bove, Todd Blanche, Christopher Kise, Stephen H. Weiss, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Other Appearances: Classified Information Security Officer. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 02/25/2024) | |
| 337 | 02/26/2024 | SUR REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 262 MOTION to Compel Discovery   (Harbach, David) (Entered: 02/26/2024) | |
| 338 | 02/27/2024 | ORDER in Anticipation of Scheduling Conference and Hearing. Signed by Judge Aileen M. Cannon on 2/27/2024. See attached document for full details. (jf01) (Entered: 02/27/2024) | |
| 339 | 02/27/2024 | MOTION for Leave to File Pretrial Motions With Limited Redactions by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/12/2024. (Kise, Christopher) (Entered: 02/27/2024) | |
| 340 | 02/27/2024 | ORDER Granting Special Counsel's CIPA § 4 Motions as to Defendants Nauta and De Oliveira. Signed by Judge Aileen M. Cannon on 2/27/2024. See attached document for full details. (jf01) (Entered: 02/27/2024) | |
| 341 | 02/27/2024 | SPEEDY TRIAL REPORT Twelfth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 02/27/2024) | |
| 342 | 02/28/2024 | MOTION Redactions  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/13/2024. (Attachments: # 1 Exhibit)(Bratt, Jay) (Entered: 02/28/2024) | |
| 343 | 02/28/2024 | MOTION for Leave to File Out of Time by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/13/2024. (Attachments: # 1 Exhibit 1)(Harbach, David) (Entered: 02/28/2024) | |
| 344 | 02/28/2024 | MOTION Motion to Seal Jury Questionnaire by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/13/2024. (Bratt, Jay) (Entered: 02/28/2024) | |
| 345 | 02/28/2024 | PAPERLESS ORDER granting unopposed 343 Motion for Leave to File Out of Time. On or before February 28, 2024, the Special Counsel shall refile its Motion for Sealing and Redaction of Defense Filings and Exhibits and accompanying exhibit as a new entry on the docket. In light of this Order, the Special Counsel's prior filing 342 is denied as moot. Signed by Judge Aileen M. Cannon on 2/28/2024. (jf01) (Entered: 02/28/2024) | |
| 346 | 02/28/2024 | ORDER denying Defendants' Motions for Access to Special Counsel's CIPA § 4 Filings 237 238 . Signed by Judge Aileen M. Cannon on 2/28/2024. See attached document for full details. (jf01) (Entered: 02/28/2024) | |
| | 02/28/2024 | SYSTEM ENTRY - Docket Entry 347 restricted/sealed until further notice. (amb) (Entered: 02/28/2024) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 348 | 02/28/2024 | MOTION Motion for Sealing and Redactions  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/13/2024. (Attachments: # 1 Exhibit Summary Chart)(Bratt, Jay) (Entered: 02/28/2024) | |
| 349 | 02/28/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Unclassified Version of CIPA Section 4 Motions as to Defendants Nauta and De Oliveira) (Edelstein, Julie) (Entered: 02/28/2024) | |
| 350 | 02/28/2024 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 294 MOTION for Reconsideration re 286 Order on Sealed Motion, 283 Order on Motion for Miscellaneous Relief,,,   (Harbach, David) (Entered: 02/28/2024) | |
| 351 | 02/28/2024 | Proposed Voir Dire Questions by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Appendix A)(Harbach, David) (Entered: 02/28/2024) | |
| 352 | 02/28/2024 | MOTION to Dismiss 85 Indictment,  by Waltine Nauta. Responses due by 3/13/2024. (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 02/28/2024) | |
| 353 | 02/29/2024 | MOTION to Intervene and Be Heard on Access-Related Issues at the 03/01/24 Scheduling Conference  by USA Today, The Palm Beach Post, WPLG, Inc., Univision Networks & Studios, Inc., Telemundo Network Group LLC, Sun-Sentinel Company, LLC, Radio Television Digital News Association, Orlando Sentinel Media Group, The McClatchy Company, LLC, Insider Inc., Guardian News & Media Limited, Fort Myers Broadcasting Company, WP Company LLC, TEGNA Inc., Reuters News & Media Inc., POLITICO LLC, The New York Times Company, NBC Universal Media, LLC, National Public Radio, Inc., Los Angeles Times Communications LLC, Gray Media Groups, Inc., The E.W. Scripps Company, Dow Jones & Company, Inc., Cox Enterprises, Inc., CBS Broadcasting, Inc., Bloomberg L.P., The Associated Press, American Broadcasting Companies, Inc., Advance Publications, Inc., Cable News Networks, Inc., CMG Media Corporation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/14/2024. (Tobin, Charles) (Entered: 02/29/2024) | |
| 354 | 02/29/2024 | PAPERLESS ORDER: In light of the public filing of the joint proposed jury questionnaire [351-1] and the Special Counsel's representation on mootness [351 p.1 n.1], the Special Counsel's Motion to Seal Jury Questionnaire is denied as moot. Signed by Judge Aileen M. Cannon on 2/29/2024. (jf01) (Entered: 02/29/2024) | |
| 355 | 02/29/2024 | PAPERLESS ORDER: The Court is in receipt of the Press Coalition's 353 Motion to Intervene and Be Heard on Access-Related Issues at the March 1, 2024 Scheduling Conference. Upon review of the Motion, the Court exercises its discretion as follows, for the benefit of the Court. Dana J. McElroy will be permitted to appear as a non-party amicus curiae at the March 1, 2024 Scheduling Conference and Hearing for the purpose of presenting oral argument on the sealing and access issues referenced in the Court's Pre-Hearing Order 338 and in related filings 283 286 294 333 350 , including the legal standards governing access to the pre-trial motions (and associated attachments) filed in this criminal case. The Court reserves ruling on the Press Coalition's intervention request 353 . Signed by Judge Aileen M. Cannon on 2/29/2024. (jf01) (Entered: 02/29/2024) | |
| 356 | 02/29/2024 | NOTICE of Scheduling Proposal by USA as to Donald J. Trump, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Waltine Nauta, Carlos De Oliveira re 338 Order (Attachments: # 1 Exhibit Government's Proposed Schedule) (Edelstein, Julie) (Entered: 02/29/2024) | |
| 357 | 02/29/2024 | NOTICE of Defendants' Proposed Schedule by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 338 Order (Kise, Christopher) (Entered: 02/29/2024) | |
| 358 | 02/29/2024 | RESPONSE to Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 348 MOTION Motion for Sealing and Redactions   Replies due by 3/7/2024. (Kise, Christopher) (Entered: 02/29/2024) | |
| 359 | 03/01/2024 | NOTICE of Pretrial Motions and Hearing Requests by Waltine Nauta re 320 Order on Motion for Leave to File,,,,,,,,, (Dadan, Sasha) (Entered: 03/01/2024) | |
| 360 | 03/01/2024 | Unopposed MOTION to File Amicus Brief  by Samuel J. Salario, Jr.. by America First Legal Foundation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Samuel Joseph Salario, Jr added to party America First Legal Foundation(pty:ip). Responses due by 3/15/2024. (Attachments: # 1 Exhibit Brief of Amicus Curiae America First Legal Foundation in Support of President Trump's Motion to Dismiss the Indictment Base on the Presidential Records Act)(Salario, Samuel) (Entered: 03/01/2024) | |
| 361 | 03/04/2024 | PAPERLESS Minute Entry for Scheduling Conference and Hearing held before Judge Aileen M. Cannon on March 1, 2024. The Court heard argument from the parties on their respective scheduling proposals 356 357 , Defendants' request for a hearing on their Motions to Compel 262 , and the Special Counsel's pending Motion for Reconsideration 294 and related filings implicating sealing and/or redaction requests. The Court also heard argument from the Press Coalition as a non-party amicus concerning public-access issues in light of the Special Counsel's pending Motion for Reconsideration 294 and related filings. Total time in court: 4 hours. Attorney Appearances: Jay I. Bratt, David Harbach, Todd Blanche, Emil Bove, Christopher Kise, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Other Appearances: Defendants Waltine Nauta, Carlos De Oliveira, Former President Donald J. Trump, and Dana McElroy (counsel for amicus). Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 03/04/2024) | |
| 362 | 03/04/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 03/04/2024) | |
| 363 | 03/05/2024 | Unopposed MOTION Motion for Leave to Follow Filing Procedures Set Forth by the Court in ECF No. 320  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/19/2024. (Bratt, Jay) (Entered: 03/05/2024) | |
| 364 | 03/05/2024 | Unopposed MOTION to File Amicus Brief  by Edward H. Trent. by Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump. Attorney Edward H. Trent added to party Citizens United Foundation(pty:ip), Attorney Edward H. Trent added to party Citizens United(pty:ip), Attorney Edward H. Trent added to party Gary Lawson(pty:ip), Attorney Edward H. Trent added to party Steven Calabresi(pty:ip), Attorney Edward H. Trent added to party Edwin Meese, III(pty:ip). Responses due by 3/19/2024. (Attachments: # 1 Brief of Amici Curiae, # 2 Text of Proposed Order)(Trent, Edward) (Entered: 03/05/2024) | |
| 365 | 03/05/2024 | PAPERLESS ORDER granting Special Counsel's Motion for Leave to Follow Filing Procedures Set Forth by the Court in ECF No. 320 363 . As a point of clarity following the March 1, 2024, | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Hearing, briefing on Defendants' Rule 12 Motions is not stayed. Defendants' replies in support shall be filed on or before March 14, 2024, using the same procedure. Signed by Judge Aileen M. Cannon on 3/5/2024. (jf01) (Entered: 03/05/2024) | |
| 366 | 03/06/2024 | NOTICE OF ATTORNEY APPEARANCE James Inman Pearce appearing for USA. . Attorney James Inman Pearce added to party USA(pty:pla). (Pearce, James) (Entered: 03/06/2024) | |
| 367 | 03/06/2024 | PAPERLESS ORDER granting Unopposed Motions for Leave to File Amicus Briefs 360 364 . The Court has reviewed the motions and finds that the proposed amici bring to the Court's attention relevant matter that may be of considerable help to the Court in resolving the cited pretrial motions. See Sup. Ct. R. 37; Fed. R. App. P. 29; Resort Timeshare Resales, Inc. v. Stuart, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991). The amicus briefs [360-1] [364-1] are accepted for Court consideration. Should the Special Counsel or Defendants wish to file a separate response to either amicus brief, they may do so on or before March 15, 2024, in accordance with the Local Rules. Signed by Judge Aileen M. Cannon on 3/6/2024. (jf01) (Entered: 03/06/2024) | |
| 368 | 03/06/2024 | NOTICE OF ATTORNEY APPEARANCE Cecil Woods VanDevender appearing for USA. . Attorney Cecil Woods VanDevender added to party USA(pty:pla). (VanDevender, Cecil) (Entered: 03/06/2024) | |
| 369 | 03/06/2024 | TRANSCRIPT of Scheduling Conference and Motions as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 03/01/2024 before Judge Aileen M. Cannon, 1-201 pages, Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/27/2024. Redacted Transcript Deadline set for 4/8/2024. Release of Transcript Restriction set for 6/4/2024. (Melton, Laura) (Entered: 03/06/2024) | |
| 370 | 03/06/2024 | PAPERLESS ORDER denying as moot 353 Press Coalition's Motion to Intervene and Be Heard on Access-Related Issues at the March 1, 2024 Scheduling Conference. Signed by Judge Aileen M. Cannon on 3/6/2024. (jf01) (Entered: 03/06/2024) | |
| 371 | 03/07/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 03/07/2024) | |
| 372 | 03/07/2024 | RESPONSE in Opposition by USA as to Carlos De Oliveira re 323 Defendant's MOTION to Dismiss 85 Indictment, or in the Alternative for a Bill of Particulars  Replies due by 3/14/2024. (Bratt, Jay) (Entered: 03/07/2024) | |
| 373 | 03/07/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 327 MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act  Replies due by 3/14/2024. (Bratt, Jay) (Entered: 03/07/2024) | |
| 374 | 03/07/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 326 MOTION to Dismiss 85 Indictment,  Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith  Replies due by 3/14/2024. (Bratt, Jay) (Entered: 03/07/2024) | |
| 375 | 03/07/2024 | Response/Memorandum in Opposition to undocketed Motion to Dismiss for Selective/Vindictive Prosecution by USA as to Donald J. Trump to 328 Notice (Other) (Bratt, Jay) (Entered: 03/07/2024) | |
| 376 | 03/07/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 324 MOTION to Dismiss 85 Indictment, Based On Presidential Immunity  Replies due by 3/14/2024. (Bratt, Jay) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 03/07/2024) | |
| 377 | 03/07/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 325 MOTION to Dismiss 85 Indictment, Based on Unconstitutional Vagueness  Replies due by 3/14/2024. (Bratt, Jay) (Entered: 03/07/2024) | |
| 378 | 03/07/2024 | RESPONSE in Opposition by USA as to Waltine Nauta re 352 MOTION to Dismiss 85 Indictment,   Replies due by 3/14/2024. (Bratt, Jay) (Entered: 03/07/2024) | |
| 379 | 03/07/2024 | Response/Memorandum in Opposition to undocketed Motion to Dismiss for Vagueness by USA as to Waltine Nauta to 359 Notice (Other) (Bratt, Jay) (Entered: 03/07/2024) | |
| 380 | 03/07/2024 | Response/Memorandum in Opposition to undocketed Motion for Bill of Particulars by USA as to Waltine Nauta to 359 Notice (Other) (Bratt, Jay) (Entered: 03/07/2024) | |
| 381 | 03/07/2024 | Response/Memorandum in Opposition to undocketed Motion to Suppress by USA as to Waltine Nauta to 359 Notice (Other) (Bratt, Jay) (Entered: 03/07/2024) | |
| 382 | 03/07/2024 | Response/Memorandum in Opposition to Requests for Evidentiary Hearings by USA as to Donald J. Trump, Waltine Nauta to 328 Notice (Other), 359 Notice (Other) (Bratt, Jay) (Entered: 03/07/2024) | |
| 383 | 03/07/2024 | NOTICE of Non-Evidentiary Hearing on Defendant Trump's Motion to Dismiss Counts 1-32 on Unconstitutional Vagueness 325 and Defendant Trump and Nauta's Motion to Dismiss Superseding Indictment Based on the President Records Act 327 331 : Motion Hearing set for 3/14/2024 at 10:00 AM in Fort Pierce Division before Judge Aileen M. Cannon. Counsel should reserve full day for argument. The Reply deadline associated with these Motions is reset to March 14, 2024, at 8:00 AM to accommodate hearing. (jf01) (Entered: 03/07/2024) | |
| 384 | 03/07/2024 | MOTION Government's Second Motion for Certain Redactions and Sealing  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/21/2024. (Attachments: # 1 Exhibit Summary Chart)(Bratt, Jay) (Entered: 03/07/2024) | |
| 385 | 03/07/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 03/07/2024) | |
| | 03/07/2024 | Set/Reset Deadlines/Hearings in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira 325 MOTION to Dismiss 85 Indictment, Based on Unconstitutional Vagueness, 327 MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act. (Per Order DE#383) Motion Hearing set for 3/14/2024 10:00 AM in Fort Pierce Division before Judge Aileen M. Cannon. (drz) (Entered: 03/08/2024) | |
| 386 | 03/11/2024 | MOTION for Extension of Time of Reply Deadlines  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/25/2024. (Kise, Christopher) (Entered: 03/11/2024) | |
| | 03/11/2024 | SYSTEM ENTRY - Docket Entry 387 restricted/sealed until further notice. (amb) (Entered: 03/11/2024) | |
| 388 | 03/11/2024 | Memorandum in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 386 MOTION for Extension of Time of Reply Deadlines   Replies due by 3/18/2024. (Bratt, Jay) (Entered: 03/11/2024) | |
| 389 | 03/11/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 386 MOTION for Extension of Time of Reply Deadlines   (Dadan, Sasha) (Entered: 03/11/2024) | |
| 390 | 03/11/2024 | PAPERLESS ORDER granting Defendants' Motion for an | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Extension of Reply Deadlines 386 . With the exception of replies in support of 325 and 327 , Defendants shall file replies to their pretrial Motions on or before March 24, 2024. Signed by Judge Aileen M. Cannon on 3/11/2024. (jf01) (Entered: 03/11/2024) | |
| 391 | 03/11/2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gene C. Schaerr.  Filing Fee $ 200.00. Receipt # FLSDC-17359656 by Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/25/2024. (Attachments: # 1 Certification of Gene C. Schaerr, # 2 Text of Proposed Order)(Trent, Edward) (Entered: 03/11/2024) | |
| | 03/11/2024 | Set/Reset Deadlines/Hearings in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira 325 MOTION to Dismiss 85 Indictment, Based on Unconstitutional Vagueness, 327 MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act. (per Order DE#390) Replies due by 3/24/2024. (drz) (Entered: 03/12/2024) | |
| | 03/11/2024 | Attorney update in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Gene C. Schaerr for Citizens United Foundation, for Citizens United, for Gary Lawson, for Steven Calabresi and for Edwin Meese, III added. (cw) (Entered: 03/12/2024) | |
| 392 | 03/11/2024 | MOTION Leave to File Amicus Curiea Briefing of Motion to Challenge Grand Jury and to Dismiss Indictment(s) Pursuant to F.R. Crim.p. 6(b)(1) and 6(b)(2) by Non Party Responses due by 3/25/2024. (cds) (Entered: 03/12/2024) | |
| | 03/12/2024 | SYSTEM ENTRY - Docket Entry 393 restricted/sealed until further notice. (tci) (Entered: 03/12/2024) | |
| 394 | 03/12/2024 | PAPERLESS ORDER granting 391 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Gene C. Schaerr. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 3/12/2024. (jf01) (Entered: 03/12/2024) | |
| 395 | 03/12/2024 | PAPERLESS ORDER denying 392 Motion for Leave to File Amicus Curiae. Signed by Judge Aileen M. Cannon on 3/12/2024. (jf01) (Entered: 03/12/2024) | |
| 396 | 03/12/2024 | NOTICE of filing sealed ex parte Order Following February 12-13, 2024 CIPA Section 4 Hearings. Signed by Judge Aileen Cannon on 2/19/2024. See attached document for full details. (jf01) (Entered: 03/12/2024) | |
| 397 | 03/12/2024 | NOTICE of filing sealed ex parte Order Following Special Counsel's Third Classified Section 4 Supplement. Signed by Judge Aileen M. Cannon on 3/4/2024. See attached document for full details. (jf01) (Entered: 03/12/2024) | |
| 398 | 03/13/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 325 MOTION to Dismiss 85 Indictment, Based on Unconstitutional Vagueness  (Kise, Christopher) (Entered: 03/13/2024) | |
| 399 | 03/13/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 327 MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act  (Kise, Christopher) (Entered: 03/13/2024) | |
| 400 | 03/13/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 360 Unopposed MOTION to File Amicus Brief  by Samuel J. Salario, Jr..  Replies due by | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 3/20/2024. (Bratt, Jay) (Entered: 03/13/2024) | |
| 401 | 03/14/2024 | PAPERLESS Minute Entry for Hearing held before Judge Aileen M. Cannon on March 14, 2024. The Court heard argument on 325 Motion to Dismiss Counts 1-32 Based on Unconstitutional Vagueness and 327 Motion to Dismiss the Indictment Based on the Presidential Records Act. Total time in court: 3 hours 30 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Todd Blanche, Emil Bove, Christopher Kise, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Other Appearances: Defendants Waltine Nauta, Carlos De Oliveira, Former President Donald J. Trump. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 03/14/2024) | |
| 402 | 03/14/2024 | ORDER denying without prejudice 325 Motion to Dismiss Counts 1-32 Based on Unconstitutional Vagueness. Signed by Judge Aileen M. Cannon on 3/14/2024. See attached document for full details. (jf01) (Entered: 03/14/2024) | |
| 403 | 03/15/2024 | NOTICE of Joining and Adopting by Waltine Nauta as to Donald J. Trump, Waltine Nauta re 327 MOTION to Dismiss 85 Indictment, Based on the Presidential Records Act (Dadan, Sasha) (Entered: 03/15/2024) | |
| 404 | 03/15/2024 | TRANSCRIPT of Motions to Dismiss as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 3/14/24 before Judge Aileen M. Cannon, 1-173 pages, Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/5/2024. Redacted Transcript Deadline set for 4/15/2024. Release of Transcript Restriction set for 6/13/2024. (Melton, Laura) (Entered: 03/15/2024) | |
| 405 | 03/15/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 364 Unopposed MOTION to File Amicus Brief  by Edward H. Trent.  Replies due by 3/22/2024. (Bratt, Jay) (Entered: 03/15/2024) | |
| 406 | 03/18/2024 | NOTICE of Scheduling Change by Donald J. Trump (Attachments: # 1 Exhibit) (Kise, Christopher) (Entered: 03/18/2024) | |
| 407 | 03/18/2024 | ORDER Requiring Preliminary Proposed Jury Instructions and Verdict Forms on Counts 1-32 Only. Signed by Judge Aileen M. Cannon on 3/18/2024. See attached document for full details. (jf01) (Entered: 03/18/2024) | |
| 408 | 03/19/2024 | SPEEDY TRIAL REPORT Thirteenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 03/19/2024) | |
| 409 | 03/19/2024 | NOTICE of filing sealed ex parte Order Granting in Part and Reserving Ruling on Part of Special Counsel's CIPA § 4 Motion as to Defendant Trump. Unclassified public order to follow. Signed by Judge Aileen M. Cannon on 3/19/2024. See attached document for full details. (jf01) (Entered: 03/19/2024) | |
| 410 | 03/21/2024 | MOTION FOR LEAVE TO FILE BRIEF OF PROFESSOR SETH BARRETT TILLMAN AND LANDMARK LEGAL FOUNDATION AS AMICI CURIAE IN SUPPORT OF DEFENDANT TRUMP'S MOTION TO DISMISS THE INDICTMENT [ECF NO. 326] by Non Party. Responses due by 4/4/2024. (Attachments: # 1 Exhibit-Cover Sheet, # 2 Exhibit-Brief of Professor Seth Barrett Tillman and Landmark Legal Foundation as Amici Curiae in Support of Defendant Trump's Motion to Dismiss the Indictment [ECF no. 326](mab) (Entered: 03/21/2024) | |
| 411 | 03/21/2024 | PAPERLESS ORDER granting Motion for Leave to File Amicus Brief 410 . See Sup. Ct. R. 37; Fed. R. App. P. 29; Resort | |

Page 51 of 89

USCA11 Case: 26-10674    Document: 62    Date Filed: 07/13/2026    Page: 55 of 236

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Timeshare Resales, Inc. v. Stuart, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991). The amicus brief [410-1] is accepted for Court consideration. Should the Special Counsel or Defendants wish to file a separate response to the amicus brief, they may do so on or before April 4, 2024, in accordance with the Local Rules. Signed by Judge Aileen M. Cannon on 3/21/2024 (jf01) (Entered: 03/21/2024) | |
| 412 | 03/22/2024 | Unclassified Public Order Granting in Part and Reserving Ruling on Part of Special Counsel's CIPA § 4 Motion as to Defendant Trump 236 . Signed by Aileen M. Cannon on 3/22/2024. See attached document for full details. (jf01) (Entered: 03/22/2024) | |
| 413 | 03/24/2024 | REPLY TO RESPONSE to Motion by Carlos De Oliveira re 323 Defendant's MOTION to Dismiss 85 Indictment, or in the Alternative for a Bill of Particulars  (Murrell, Larry) (Entered: 03/24/2024) | |
| 414 | 03/24/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 326 MOTION to Dismiss 85 Indictment,  Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith  (Kise, Christopher) (Entered: 03/24/2024) | |
| 415 | 03/24/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 324 MOTION to Dismiss 85 Indictment, Based On Presidential Immunity  (Kise, Christopher) (Entered: 03/24/2024) | |
| 416 | 03/24/2024 | NOTICE Regarding Filing of Certain Reply Briefs by Donald J. Trump (Kise, Christopher) (Entered: 03/24/2024) | |
| 417 | 03/25/2024 | Supplemental Response to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 03/25/2024) | |
| 418 | 03/25/2024 | NOTICE of Submission by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 03/25/2024) | |
| 419 | 03/25/2024 | NOTICE of Filing Reply Memoranda by Waltine Nauta (Dadan, Sasha) (Entered: 03/25/2024) | |
| 420 | 03/27/2024 | MOTION for Leave to File Surreply to Defendant Nauta's Reply in Support of His Motion to Dismiss Based on Seletctive and Vindictive Prosecution by USA as to Waltine Nauta. Responses due by 4/10/2024. (Harbach, David) (Entered: 03/27/2024) | |
| 421 | 03/27/2024 | NOTICE of Trial Date by Donald J. Trump (Kise, Christopher) (Entered: 03/27/2024) | |
| 422 | 03/29/2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew Seligman.  Filing Fee $ 200.00. Receipt # FLSDC-17409825 filed by Non Party. Responses due by 4/12/2024. (Attachments: # 1 Exhibit Certification for Matthew Seligman, # 2 Exhibit Proposed Order)(Alonso, Cristina) Modified text on 4/1/2024 to reflect correct filer (See DE 424 ) (bb). (Entered: 03/29/2024) | |
| 423 | 03/29/2024 | MOTION Government's Third Motion for Certain Redactions  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 4/12/2024. (Bratt, Jay) (Entered: 03/29/2024) | |
| 424 | 03/29/2024 | Clerk's Notice to Filer re 422 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew Seligman.  Filing Fee $ 200.00. Receipt # FLSDC-17409825. Wrong Filer Name(s) Selected; ERROR - The wrong filer name was selected.(drz) Modified text on 4/1/2024 (bb). (Entered: 04/01/2024) | |
| 425 | 04/02/2024 | PAPERLESS ORDER: On or before April 5, 2024, and in accordance with Local Rule 88.5, counsel for Defendants shall file a combined Speedy Trial Report (not to exceed five pages) in the same general format as the Special Counsel's reports previously | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | filed in this case. Divergent views, if any, can be noted separately. The report shall include Defendants' positions on all excludable time from the speedy trial period and expressly indicate any Defendants' current assertion or waiver of speedy trial rights, with associated timeframes. This Order does not alter the existing requirement or practice to file speedy trial reports as specified in the Court's June 20, 2023 Order 28 . Signed by Judge Aileen M. Cannon on 4/2/2024. (tci) (Entered: 04/02/2024) | |
| 426 | 04/02/2024 | PAPERLESS ORDER denying 422 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Matthew Seligman. Non-parties Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action are not parties to this action. Nor have they moved for leave to participate as amici curiae. Signed by Judge Aileen M. Cannon on 4/2/2024. (jf01) (Entered: 04/02/2024) | |
| 427 | 04/02/2024 | Response  by Donald J. Trump to 407 Order (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit B) (Kise, Christopher) (Entered: 04/02/2024) | |
| 428 | 04/02/2024 | Response Response to ECF No. 407 by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to 407 Order (Attachments: # 1 Exhibit Proposed Verdict Form) (Bratt, Jay) (Entered: 04/02/2024) | |
| 429 | 04/03/2024 | MOTION for Leave to File Brief by Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as Amici Curiae in Opposition to Defendant Donald J. Trump's Motion to Dismiss (ECF No. 326 ) by Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 4/17/2024. (Attachments: # 1 Proposed Order)(scn) (Entered: 04/03/2024) | |
| 430 | 04/03/2024 | PAPERLESS ORDER granting Motion for Leave to File Amicus Brief 429 . See Sup. Ct. R. 37; Fed. R. App. P. 29; Resort Timeshare Resales, Inc. v. Stuart, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991). The amicus brief [ECF No. 429 pp. 6-32] is accepted for Court consideration. Should the Special Counsel or Defendants wish to file a separate response to the amicus brief, they may do so on or before April 17, 2024, in accordance with the Local Rules. Signed by Judge Aileen M. Cannon on 4/3/2024. (jf01) (Entered: 04/03/2024) | |
| 431 | 04/04/2024 | ORDER Denying Defendant Trump's Motion to Dismiss Superseding Indictment Based on Presidential Records Act 327 . Signed by Judge Aileen M. Cannon on 4/4/2024. See attached document for full details. (jf01) (Entered: 04/04/2024) | |
| 432 | 04/04/2024 | Response to Tillman Amicus Brief by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to 410 MOTION to File Amicus Brief (Bratt, Jay) (Entered: 04/04/2024) | |
| 433 | 04/05/2024 | SPEEDY TRIAL REPORT in response to Order 425  by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Dadan, Sasha) (Entered: 04/05/2024) | |
| 434 | 04/08/2024 | NOTICE of Non-Evidentiary Hearing on the following motions: (1) Defendant De Oliveira's Motion to Dismiss Indictment, or, in the Alternative, for a Bill of Particulars 323 ; (2) Defendant Nauta's Motion for a Bill of Particulars; and (3) Defendant Nauta's Motion to Dismiss for Failure to State an Offense / Vagueness as Applied / Rule of Lenity. Motion Hearing set for 4/19/2024 at 10:00 AM in Fort Pierce Division before Judge Aileen M. Cannon. Order to follow directing partially redacted filings of the second and third motions referenced in this Order.(tci) (Entered: 04/08/2024) | |
| 435 | 04/08/2024 | MOTION to Continue  re 434 Notice of Hearing on Motion,, by Waltine Nauta as to Waltine Nauta, Carlos De Oliveira. | |

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Responses due by 4/22/2024. (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 04/08/2024) | |
| 436 | 04/08/2024 | PAPERLESS ORDER granting 435 Motion to Continue Hearing on Motion. Non-Evidentiary Hearing reset for 4/12/2024 2:00 PM in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 4/8/2024. (tci) (Entered: 04/08/2024) | |
| 437 | 04/09/2024 | SPEEDY TRIAL REPORT Fourteenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 04/09/2024) | |
| 438 | 04/09/2024 | ORDER on Sealing Requests Associated with Defendants' Motions to Compel Discovery. Signed by Judge Aileen M. Cannon on 4/9/2024. See attached document for full details. (jf01) (Entered: 04/09/2024) | |
| 439 | 04/10/2024 | PAPERLESS ORDER: On or before May 9, 2024, Defendants shall file Rule 16 expert disclosures and any defense CIPA Section 5(a) written notice based on classified discovery produced to date. The Section 5(a) notice shall be sufficiently detailed and cover both documentary exhibits and anticipated oral testimony. Standard rules regarding classified filings with the Court apply, as set forth in the CIPA protective orders 150 151 152 . Paragraph 4 of the Court's Order 283 on sealing requests and procedures also remains in effect. Signed by Judge Aileen M. Cannon on 4/10/2024. (tci) (Entered: 04/10/2024) | |
| 440 | 04/10/2024 | PAPERLESS ORDER: In anticipation of the upcoming hearing on Defendant Nauta's Motion for a Bill of Particulars and Motion to Dismiss for Failure to State an Offense / Vagueness as Applied / Rule of Lenity ("Motions"), Defendant Nauta and the Special Counsel are directed as follows. On or before April 11, 2024, Defendant Nauta shall file the foregoing Motions on the public docket as set forth below. Given the undisputedly substantive nature of the Motions, the Court has applied the common-law right of access standard to this inquiry, deeming it sufficient to resolve the instant requests as briefed 339 348 . Under that standard, the Court finds that the Special Counsel's asserted witness-safety and harassment concerns are sufficient, at this juncture, to (1) shield the names of potential government witnesses and ancillary names in the Motions and in the attached transcript of Defendant Nauta's voluntary FBI interview, and (2) replace those names as applicable with anonymous descriptors as used in the Superseding Indictment 85 or as listed in the Special Counsel's forthcoming index [see ECF No. 438 p. 16]. Any PII shall be redacted for the same reasons. With respect to the substantive statements contained in Defendant Nauta's FBI interview, the Court reaches a different conclusion. For similar but even stronger reasons than those articulated in the Court's recent Order applying Rule 16 438 --and after balancing the parties' asserted interests in this case of significant public concern--the Court finds the Special Counsel's sweeping request and generalized rationales inadequate to overcome the public's common-law interest in access to these materials. Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304 (11th Cir. 2001); Romero v. Drummond Co., Inc., 480 F.3d 1234 (11th Cir. 2007); Callahan v. United Network for Organ Sharing, 17 F.4th 1356 (11th Cir. 2021). Accordingly, Defendant Nauta may attach his FBI interview transcript but shall (for the reasons stated previously) redact the names of any potential government witnesses and ancillary names where referenced therein. The final item of redaction implicated in the Motions is the transcript of Defendant Nauta's grand jury testimony taken on June 21, 2022. For now, Defendant Nauta shall file that transcript under seal in its entirety | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | because presumably it remains subject to protection under Fed. R. Crim. P. 6(e). The parties shall be prepared, however, to present argument at the hearing on the need for continued sealing of that transcript given the Special Counsel's partial use of that transcript in a public motion 381 , and any other factors related to the need for continued secrecy under the circumstances. After filing the Motions in accordance with this Order (but before the hearing), Defendant Nauta shall file the associated Replies to which the Special Counsel has indicated no objection 423 . No redactions beyond those authorized in this Order are permitted. The Court expresses no view on any other seal request or on the applicability of any other legal standards. Signed by Judge Aileen M. Cannon on 4/10/2024. (jf01) (Entered: 04/10/2024) |  |
| 441 | 04/10/2024 | RESPONSE to Motion by Waltine Nauta re 420 MOTION for Leave to File Surreply to Defendant Nauta's Reply in Support of His Motion to Dismiss Based on Seletctive and Vindictive Prosecution  Replies due by 4/17/2024. (Dadan, Sasha) (Entered: 04/10/2024) |  |
| 442 | 04/10/2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew Seligman. Filing Fee $ 200.00 Receipt # FLSDC-17409825 by Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 4/24/2024. (drz) (Entered: 04/11/2024) |  |
|  | 04/11/2024 | Attorney update in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Matthew Seligman for Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action added (pt) (Entered: 04/11/2024) |  |
| 443 | 04/11/2024 | PAPERLESS ORDER granting 442 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Matthew Seligman. The Court incorporates Mr. Seligman's Certification, filed in connection with a prior Motion [422-1]. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 4/11/2024. (jf01) (Entered: 04/11/2024) |  |
| 444 | 04/11/2024 | REPLY TO RESPONSE to Motion by USA as to Waltine Nauta re 420 MOTION for Leave to File Surreply to Defendant Nauta's Reply in Support of His Motion to Dismiss Based on Seletctive and Vindictive Prosecution  (Pellettieri, John) (Entered: 04/11/2024) |  |
| 445 | 04/11/2024 | PAPERLESS ORDER granting in part Special Counsel's Conditional Motion for Leave to File Surreply to Defendant Nauta's Reply in Support of Motion to Dismiss Based on Selective and Vindictive Prosecution 420 . On or before April 18, 2024, the Special Counsel may file a Surreply to Defendant Nauta's Motion. Signed by Judge Aileen M. Cannon on 4/11/2024 (jf01) (Entered: 04/11/2024) |  |
| 446 | 04/11/2024 | MOTION to Dismiss 85 Indictment, or for a Bill of Particulars by Waltine Nauta. Responses due by 4/25/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Dadan, Sasha) (Entered: 04/11/2024) |  |
| 447 | 04/11/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 446 MOTION to Dismiss 85 Indictment, or for a Bill of Particulars (Dadan, Sasha) (Entered: 04/11/2024) |  |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 448 | 04/11/2024 | MOTION to Dismiss 85 Indictment, for Unconstitutional Vagueness by Waltine Nauta. Responses due by 4/25/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Dadan, Sasha) (Entered: 04/11/2024) | |
| 449 | 04/11/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 448 MOTION to Dismiss 85 Indictment, for Unconstitutional Vagueness  (Dadan, Sasha) (Entered: 04/11/2024) | |
| 450 | 04/12/2024 | NOTICE OF ATTORNEY APPEARANCE: Lazaro Fields appearing for Donald J. Trump . Attorney Lazaro Fields added to party Donald J. Trump(pty:dft). (Fields, Lazaro) (Entered: 04/12/2024) | |
| 451 | 04/12/2024 | PAPERLESS Minute Entry for Hearing held before Judge Aileen M. Cannon on April 12, 2024. The Court heard argument on Motions filed by Defendants Nauta and De Oliveira 323 446 448 . The parties also presented argument on the need for continued sealing of certain grand jury materials. Orders to follow. Total time in court: 2 hours 5 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving, Lazaro Fields. Other Appearances: Defendants Waltine Nauta, Carlos De Oliveira. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 04/12/2024) | |
| 452 | 04/13/2024 | MOTION for an Adjournment of the Deadlines for Defendants' Rule 16 Expert Disclosures and CIPA § 5(a) Notice  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 4/29/2024. (Kise, Christopher) (Entered: 04/13/2024) | |
| 453 | 04/14/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 452 MOTION for an Adjournment of the Deadlines for Defendants' Rule 16 Expert Disclosures and CIPA § 5(a) Notice   Replies due by 4/22/2024. (Edelstein, Julie) (Entered: 04/14/2024) | |
| | 04/15/2024 | SYSTEM ENTRY - Docket Entry 454 restricted/sealed until further notice. (amb) (Entered: 04/15/2024) | |
| 455 | 04/16/2024 | TRANSCRIPT of Motions as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 04/12/2024 before Judge Aileen M. Cannon, 1-108 pages, Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2024. Redacted Transcript Deadline set for 5/17/2024. Release of Transcript Restriction set for 7/15/2024. (Melton, Laura) (Entered: 04/16/2024) | |
| 456 | 04/16/2024 | MOTION for Leave to File Brief by Darryl B. Phillips As Amici Curiae In Support of Defendant's Trump, Et Al. and Both Inclusion of the Presidential Records Act and Dismissal on Grounds of Fact and Law. Responses due by 4/30/2024. (Attachments: # 1 Exhibit Amicus Curiae Brief Of Darryl B. Phillips In Support of Defendant's Trump, Et Al. and Both Inclusion of the Presidential Records Act and Dismissal on Grounds of Fact and Law)(wce) (Entered: 04/16/2024) | |
| 457 | 04/16/2024 | PAPERLESS ORDER denying 456 Motion for Leave to File Amicus Curiae Brief. Signed by Judge Aileen M. Cannon on 4/16/2024. (jf01) (Entered: 04/16/2024) | |
| 458 | 04/18/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 452 MOTION for an Adjournment of the Deadlines for Defendants' Rule 16 Expert Disclosures and CIPA § 5(a) Notice   (Kise, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Christopher) (Entered: 04/18/2024) | |
| 459 | 04/18/2024 | MOTION for Leave to File an Amicus Curiae Brief in Support of Defendants, Donald J. Trump, Waltine Nauta, Carlos De Oliveira filed by Jose A Perez. Responses due by 5/2/2024. (Attachments: # 1 Proposed Order, # 2 Proposed Amicus Curiae Brief, # 3 Consent by Pro Se Litigant to Receive Notices of Electronic Filing)(drz) (Entered: 04/18/2024) | |
| 460 | 04/18/2024 | NOTICE of Striking 458 Reply to Response,  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Kise, Christopher) (Entered: 04/18/2024) | |
| 461 | 04/18/2024 | Corrected REPLY TO RESPONSE to Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 452 MOTION for an Adjournment of the Deadlines for Defendants' Rule 16 Expert Disclosures and CIPA § 5(a) Notice   (Kise, Christopher) (Entered: 04/18/2024) | |
| 462 | 04/18/2024 | ORDER Denying Certain Pretrial Motions Filed by Defendants Nauta and De Oliveira 323 446 448 . Signed by Judge Aileen M. Cannon on 4/18/2024. See attached document for full details. (jf01) (Entered: 04/18/2024) | |
| 463 | 04/18/2024 | PAPERLESS ORDER denying 459 Motion for Leave to File Amicus Curiae Brief. Signed by Judge Aileen M. Cannon on 4/18/2024. (jf01) (Entered: 04/18/2024) | |
| 464 | 04/18/2024 | MOTION Government's Fourth Motion for Certain Redactions  by USA as to Waltine Nauta. Responses due by 5/2/2024. (Harbach, David) (Entered: 04/18/2024) | |
| 465 | 04/18/2024 | PAPERLESS ORDER: The Court is in receipt of the Special Counsel's Fourth Motion for Redactions 464 . Consistent with the representation made therein [ECF No. 464 p. 1 n.1], Defendant Nauta shall file any response on or before April 19, 2024. Signed by Judge Aileen M. Cannon on 4/18/2024.(jf01) (Entered: 04/18/2024) | |
| 466 | 04/18/2024 | ORDER Following Hearing 451 . Signed by Judge Aileen M. Cannon on 4/18/2024. See attached document for full details. (jf01) (Entered: 04/18/2024) | |
| 467 | 04/18/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 04/18/2024) | |
| 468 | 04/19/2024 | RESPONSE in Opposition by Waltine Nauta re 464 MOTION Government's Fourth Motion for Certain Redactions   Replies due by 4/26/2024. (Dadan, Sasha) (Entered: 04/19/2024) | |
| 469 | 04/22/2024 | MOTION to Compel Discovery  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 5/6/2024. (Attachments: # 1 Exhibit)(Kise, Christopher) (Entered: 04/22/2024) | |
| 470 | 04/22/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 469 MOTION to Compel Discovery Replies due by 4/29/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Harbach, David) (Entered: 04/22/2024) | |
| | 04/22/2024 | SYSTEM ENTRY - Docket Entry 471 restricted/sealed until further notice. (kpe) (Entered: 04/22/2024) | |
| 472 | 04/22/2024 | PAPERLESS ORDER: In light of the representations made in the Special Counsel's Third Motion for Certain Redactions as subsequently reaffirmed in the Special Counsel's Fourth Motion for Certain Redactions [ECF No. 423 p. 2; ECF No. 464 p. 1], and noting the absence of any defense objection, the Clerk is directed to UNSEAL only  ECF Nos. 101, 115, 116, and 118. Signed by Judge Aileen M. Cannon on 4/22/2024. (jf01) (Entered: 04/22/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 473 | 04/22/2024 | PAPERLESS ORDER: In light of Defendants' publicly filed Motions to Compel Discovery 469 , now filed in accordance with the Court's Order on Sealing Requests Associated with Defendants' Motions to Compel Discovery 438 , the initial Motions to Compel Discovery 262 are denied as moot. Signed by Judge Aileen M. Cannon on 4/22/2024. (jf01) (Entered: 04/22/2024) | |
| 474 | 04/22/2024 | PAPERLESS ORDER: To facilitate the public docketing of Defendant Nauta's Motion to Dismiss for Selective and Vindictive Prosecution and associated filings, Defendant Nauta and the Special Counsel are directed as follows. On or before April 26, 2024, the parties shall docket the Motion and associated filings in unredacted form, with the following exceptions. First, consistent with the rules set forth in the Court's prior Orders 438 440 , the parties shall redact potential government witness names (replacing them with anonymized labels provided in the Sealed Amended Index), ancillary names, and PII from the subject materials. Second, the transcript of the April 6, 2023, grand jury testimony of "Person 11" (attached to the Motion in full by Defendant Nauta and in part by the Special Counsel as Exhibit 3) shall be filed under seal consistent with Fed. R. Crim. P. 6(e), subject to any potential future litigation on the matter [See ECF No. 466]. In doing so, the parties are advised to docket the actual grand jury transcript/excerpts of "Person 11" as exhibits under seal (as opposed to merely filing stand-in cover pages as done in ECF Nos. 446-2, 448-2). Should any grand jury material clearly falling under Fed. R. Crim. P. 6(e) be quoted or specifically referenced in the Motion/Opposition/Replies or attachments, the parties shall make limited redactions to that grand jury material. The parties shall take care to docket the filings in sequence (i.e., motion, response, reply, surreply). Signed by Judge Aileen M. Cannon on 4/22/2024. (jf01) (Entered: 04/22/2024) | |
| 475 | 04/23/2024 | SUPPLEMENT to 300 Reply to Response filed by Waltine Nauta by Waltine Nauta as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira  (Dadan, Sasha) (Entered: 04/23/2024) | |
| 476 | 04/23/2024 | CLERK'S NOTICE of Compliance re 472 Order. (jmd) (Entered: 04/23/2024) | |
| 477 | 04/24/2024 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 464 MOTION Government's Fourth Motion for Certain Redactions   (Edelstein, Julie) (Entered: 04/24/2024) | |
| 478 | 04/24/2024 | NOTICE OF UNAVAILABILITY of Counsel by Donald J. Trump for dates of April 29, 2024 through May 14, 2024 (Kise, Christopher) (Entered: 04/24/2024) | |
| | 04/25/2024 | SYSTEM ENTRY - Docket Entry 479 restricted/sealed until further notice. (pcs) (Entered: 04/25/2024) | |
| | 04/25/2024 | SYSTEM ENTRY - Docket Entry 480 restricted/sealed until further notice. (pcs) (Entered: 04/25/2024) | |
| | 04/25/2024 | SYSTEM ENTRY - Docket Entry 481 restricted/sealed until further notice. (pcs) (Entered: 04/25/2024) | |
| | 04/25/2024 | SYSTEM ENTRY - Docket Entry 482 restricted/sealed until further notice. (pcs) (Entered: 04/25/2024) | |
| | 04/26/2024 | SYSTEM ENTRY - Docket Entry 483 restricted/sealed until further notice. (kpe) (Entered: 04/26/2024) | |
| | 04/26/2024 | SYSTEM ENTRY - Docket Entry 484 restricted/sealed until further notice. (kpe) (Entered: 04/26/2024) | |
| 485 | 04/26/2024 | MOTION to Dismiss 85 Indictment, for Selective and Vindictive Prosecution by Waltine Nauta. Responses due by 5/10/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 | |

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Text of Proposed Order)(Dadan, Sasha) (Entered: 04/26/2024) | |
| 486 | 04/26/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 485 MOTION to Dismiss 85 Indictment, for Selective and Vindictive Prosecution  Replies due by 5/3/2024. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3) (Bratt, Jay) (Entered: 04/26/2024) | |
| 487 | 04/26/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 485 MOTION to Dismiss 85 Indictment, for Selective and Vindictive Prosecution  (Dadan, Sasha) (Entered: 04/26/2024) | |
| 488 | 04/26/2024 | SUR REPLY TO RESPONSE to Motion by USA as to Waltine Nauta re 485 MOTION to Dismiss 85 Indictment, for Selective and Vindictive Prosecution  (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Thakur, Michael) (Entered: 04/26/2024) | |
| 489 | 04/26/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 04/26/2024) | |
| 490 | 04/28/2024 | PAPERLESS ORDER requiring compliance with Court Order 466 . On or before April 30, 2024, Defendant Nauta shall publicly file the transcript of his grand jury testimony taken on June 21, 2022, with limited redactions as set forth in the Court's prior Order [ECF No. 466 pp. 1-2]. Defendant Nauta filed an unredacted version of the transcript under seal 479 , but this fails to comply with the Court's instructions 466 . Signed by Judge Aileen M. Cannon on 4/28/2024. (jf01) (Entered: 04/28/2024) | |
| 491 | 04/28/2024 | PAPERLESS ORDER granting Motion for Leave to File Pretrial Motions With Limited Redactions 339 . The unopposed Motion seeks redaction of PII from Defendants' undocketed pretrial motions. Additional motion-specific directives concerning the public docketing of Defendants' outstanding pretrial motions to follow. Signed by Judge Aileen M. Cannon on 4/28/2024. (jf01) (Entered: 04/28/2024) | |
| 492 | 04/28/2024 | PAPERLESS ORDER: To facilitate the public docketing of Defendant Nauta's Motion to Suppress Evidence and associated filings, and following a careful in camera review of such materials, Defendant Nauta and the Special Counsel are directed as follows. On or before May 2, 2024, the parties shall docket the Motion and all exhibits (A through G plus Nauta's FBI interview transcript and grand jury transcript, if attached), and associated filings (Opposition/Reply) and exhibits in unredacted form, with the following exceptions. First, consistent with the rules set forth in the Court's prior Orders 438 440 474 , the parties shall redact potential government witness names (replacing them with anonymized labels provided in the most current Sealed Amended Index 484 ), ancillary names, and PII from the subject materials. Search warrant materials shall be filed in fully unredacted form except for names, PII, device numbers, license plate numbers, ID numbers, business names, and professional titles as necessary to shield witness identities. Makes and models of vehicles alone are not PII and shall not be redacted. Photographs shall remain unredacted with limited, targeted redactions of license plate numbers and faces in photographs. Photographs of the target residence may be redacted. To the extent Defendant Nauta attaches his grand jury transcript to the Motion, he shall attach it using the redaction instructions provided in the Court's earlier Order 466 , with which Defendant Nauta must comply 490 . Finally, because the Special Counsel's prior filed Response lacked attachments 381 , the Special Counsel is ordered to refile the Opposition, with attachments, in accordance with this Order. The parties shall take care to docket the filings in sequence (i.e., | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | motion, response, reply). No additional redactions beyond those authorized herein are permitted. Signed by Judge Aileen M. Cannon on 4/28/2024. (jf01) (Entered: 04/28/2024) | |
| | 04/29/2024 | SYSTEM ENTRY - Docket Entry 493 restricted/sealed until further notice. (amb) (Entered: 04/29/2024) | |
| | 04/29/2024 | SYSTEM ENTRY - Docket Entry 494 restricted/sealed until further notice. (amb) (Entered: 04/29/2024) | |
| 495 | 04/29/2024 | NOTICE of Compliance re Filing Grand Jury Transcript (Unredacted at 479 ) by Waltine Nauta re 490 Order, 466 Order, 446 MOTION to Dismiss 85 Indictment, or for a Bill of Particulars filed by Waltine Nauta, 448 MOTION to Dismiss 85 Indictment, for Unconstitutional Vagueness filed by Waltine Nauta (Attachments: # 1 Exhibit B - 06.21.22 Waltine Nauta Grand Jury Transcript) (Dadan, Sasha) (Entered: 04/29/2024) | |
| 496 | 04/29/2024 | NOTICE of 480 Sealed Filing by Waltine Nauta re 475 Supplement (Dadan, Sasha) (Entered: 04/29/2024) | |
| 497 | 04/29/2024 | NOTICE of 481 Sealed Filing by Waltine Nauta (Dadan, Sasha) (Entered: 04/29/2024) | |
| 498 | 04/29/2024 | NOTICE of 493 , 494 Sealed Filings by Waltine Nauta re 485 MOTION to Dismiss 85 Indictment, for Selective and Vindictive Prosecution, 487 Reply to Response (Dadan, Sasha) (Entered: 04/29/2024) | |
| | 04/30/2024 | SYSTEM ENTRY - Docket Entry 499 restricted/sealed until further notice. (amb) (Entered: 04/30/2024) | |
| 500 | 04/30/2024 | SPEEDY TRIAL REPORT Fifteenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 04/30/2024) | |
| 501 | 04/30/2024 | PAPERLESS ORDER: For purposes of record completeness, on or before May 2, 2024, Defendant Nauta shall file under seal completely unredacted versions of the prior motions docketed publicly at entries 446 and 448. When doing so, Defendant Nauta shall annotate the corresponding docket entry number for each sealed filing (e.g., 446 and 448). Signed by Judge Aileen M. Cannon on 4/30/2024. (jf01) (Entered: 04/30/2024) | |
| 502 | 04/30/2024 | PAPERLESS ORDER: On or before May 2, 2024, the Special Counsel shall file under seal a copy of the transfer order referenced in the Notice of Submission 418 , along with the underlying petition and any other docketed filings/notices/orders on the subject of such transfer. Signed by Judge Aileen M. Cannon on 4/30/2024. (jf01) (Entered: 04/30/2024) | |
| 503 | 04/30/2024 | PAPERLESS ORDER: To facilitate the public docketing of Defendant Trump's "Motion to Dismiss Indictment Based on Selective and Vindictive Prosecution" and associated filings, and consistent with the Court's prior Orders 438 440 474 492 , Defendant Trump is directed as follows. On or before May 2, 2024, Defendant Trump shall docket the Motion and associated filings publicly, redacting only the names of potential government witnesses (replacing them with anonymized labels provided in the most current Sealed Amended Index 484 ), ancillary names, and PII. In docketing the Reply, Defendant Trump shall indicate in the docket text the Opposition to which it responds 375 . Thereafter, and for record completeness, Defendant Trump shall file under seal unredacted versions of the Motion and Reply. Signed by Judge Aileen M. Cannon on 4/30/2024. (jf01) (Entered: 04/30/2024) | |
| 504 | 04/30/2024 | PAPERLESS ORDER granting in part Special Counsel's Fourth Motion for Redactions 464 in accordance with the Court's prior Order 474 . The Court expresses no opinion on any other requests contained in the Special Counsel's Motion. Signed by | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Judge Aileen M. Cannon on 4/30/2024. (jf01) (Entered: 04/30/2024) | |
| 505 | 04/30/2024 | PAPERLESS ORDER granting in part the Special Counsel's Third Motion for Redactions 423 in accordance with the Court's prior Orders 474 492 . The Court expresses no opinion on any other requests contained in the Special Counsel's Motion. Signed by Judge Aileen M. Cannon on 4/30/2024. (jf01) (Entered: 04/30/2024) | |
| 506 | 05/01/2024 | PAPERLESS ORDER AND NOTICE scheduling sealed telephonic status conference/hearing to discuss grand jury matters on May 8, 2024, at 2:00 PM. The parties shall be prepared to discuss specific grand jury material implicated in this proceeding in light of the Special Counsel's sealed status report 483 ; updates to pending disclosure proceedings in the U.S. District Court for the District of Columbia 481 499 ; and pending sealing/redaction arguments related to grand jury material attached to or quoted in Defendant Trump's "Motion to Dismiss Indictment Based on Prosecutorial Misconduct and Due Process Violations" and "Motion for Relief Related to Mar-A-Lago Raid and Unlawful Piercing of Attorney-Client Privilege." 90 minutes reserved. To the extent any non-parties to this proceeding have not yet had an opportunity to appear and be heard on the disclosure petition now transferred to this Court, the parties shall come prepared to discuss any additional procedures required. Call-in information to be provided to all counsel. Defendants' attendance is not required. Signed by Judge Aileen M. Cannon on 5/1/2024.(tci) (Entered: 05/01/2024) | |
| 507 | 05/01/2024 | MOTION to Continue CIPA Section 5(a) and Rule 16(b)(1)(C) Disclosure Deadlines re 439 Order,, by Waltine Nauta. Responses due by 5/15/2024. (Attachments: # 1 Text of Proposed Order)(Dadan, Sasha) (Entered: 05/01/2024) | |
| 508 | 05/02/2024 | MOTION to Dismiss 85 Indictment, based on Selective and Vindictive Prosecution by Donald J. Trump. Responses due by 5/16/2024. (Kise, Christopher) (Entered: 05/02/2024) | |
| 509 | 05/02/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 508 MOTION to Dismiss 85 Indictment, based on Selective and Vindictive Prosecution (replying to Opposition 375 ) (Kise, Christopher) (Entered: 05/02/2024) | |
| | 05/02/2024 | SYSTEM ENTRY - Docket Entry 510 restricted/sealed until further notice. (scn) (Entered: 05/02/2024) | |
| | 05/02/2024 | SYSTEM ENTRY - Docket Entry 511 restricted/sealed until further notice. (kpe) (Entered: 05/02/2024) | |
| | 05/02/2024 | SYSTEM ENTRY - Docket Entry 512 restricted/sealed until further notice. (kpe) (Entered: 05/02/2024) | |
| | 05/02/2024 | SYSTEM ENTRY - Docket Entry 513 restricted/sealed until further notice. (kpe) (Entered: 05/02/2024) | |
| | 05/02/2024 | SYSTEM ENTRY - Docket Entry 514 restricted/sealed until further notice. (kpe) (Entered: 05/02/2024) | |
| 515 | 05/02/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 05/02/2024) | |
| 516 | 05/02/2024 | MOTION to Suppress Search Warrants by Waltine Nauta. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Dadan, Sasha) (Entered: 05/02/2024) | |
| 517 | 05/02/2024 | RESPONSE in Opposition by USA as to Waltine Nauta re 516 MOTION to Suppress Search Warrants   Replies due by 5/9/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (Harbach, David) (Entered: 05/02/2024) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 518 | 05/02/2024 | NOTICE of Filing by Donald J. Trump (Kise, Christopher) (Entered: 05/02/2024) | |
| 519 | 05/03/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 516 MOTION to Suppress Search Warrants   (Dadan, Sasha) (Entered: 05/03/2024) | |
| 520 | 05/03/2024 | NOTICE of Compliance by Filing 510 Sealed Unredacted Motion by Waltine Nauta re 446 MOTION to Dismiss 85 Indictment, or for a Bill of Particulars filed by Waltine Nauta, 501 Order, (Dadan, Sasha) (Entered: 05/03/2024) | |
| 521 | 05/03/2024 | NOTICE of Compliance by Filing 513 Sealed Unredacted Motion by Waltine Nauta re 448 MOTION to Dismiss 85 Indictment, for Unconstitutional Vagueness filed by Waltine Nauta, 501 Order, (Dadan, Sasha) (Entered: 05/03/2024) | |
| 522 | 05/03/2024 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 507 MOTION to Continue CIPA Section 5(a) and Rule 16(b)(1)(C) Disclosure Deadlines re 439 Order,,  Replies due by 5/10/2024. (Attachments: # 1 Exhibit A) (Edelstein, Julie) (Entered: 05/03/2024) | |
| | 05/06/2024 | SYSTEM ENTRY - Docket Entry 523 restricted/sealed until further notice. (amb) (Entered: 05/06/2024) | |
| | 05/06/2024 | SYSTEM ENTRY - Docket Entry 524 restricted/sealed until further notice. (amb) (Entered: 05/06/2024) | |
| 525 | 05/06/2024 | MOTION for Leave to File Sur-Reply based on Newly Discovered Evidence of Discovery Violations, Misrepresentations and Potential Spoliation by Donald J. Trump. Responses due by 5/20/2024. (Attachments: # 1 Exhibit)(Kise, Christopher) (Entered: 05/06/2024) | |
| 526 | 05/06/2024 | PAPERLESS ORDER granting Defendant Trump's Motion for Leave to File Sur-Reply [ECF No. 525]. On or before May 7, 2024, Defendant Trump shall file the attached proposed Sur-Reply [ECF No. 525-1] as a separate entry on the docket. Signed by Judge Aileen M. Cannon on 5/6/2024. (jf01) (Entered: 05/06/2024) | |
| 527 | 05/06/2024 | Sur-Reply based on Newly Discovered Evidence of SCO Discovery Violations and Misrepresentations by Donald J. Trump to 452 MOTION for an Adjournment of the Deadlines for Defendants' Rule 16 Expert Disclosures and CIPA § 5(a) Notice (Kise, Christopher) (Entered: 05/06/2024) | |
| 528 | 05/06/2024 | PAPERLESS ORDER temporarily staying CIPA § 5 and Rule 16 Expert Disclosure Deadlines 439 . Order setting second set of pretrial deadlines/hearings to follow. Signed by Judge Aileen M. Cannon on 5/6/2024. (jf01) (Entered: 05/06/2024) | |
| 529 | 05/07/2024 | NOTICE of Filing Exhibit by Donald J. Trump re 527 Response/Reply/Answer (Other), (Attachments: # 1 Exhibit) (Kise, Christopher) (Entered: 05/07/2024) | |
| 530 | 05/07/2024 | ORDER SETTING SECOND SET OF PRE-TRIAL DEADLINES/HEARINGS. Signed by Judge Aileen M. Cannon on 5/7/2024. See attached document for full details. (tci) (Entered: 05/07/2024) | |
| 531 | 05/07/2024 | PAPERLESS ORDER: In light of the Court's Order Setting Second Set of Pre-Trial Deadlines/Hearings 530 , Defendants' Motions to Adjourn CIPA § 5 and Rule 16 Expert Disclosure Deadlines 452 507 are granted in part. Signed by Judge Aileen M. Cannon on 5/7/2024. (jf01) (Entered: 05/07/2024) | |
| 532 | 05/08/2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Joshua Blackman by Amicus Curiae, Landmark Legal Foundation. Filing Fee $200.00. Receipt # 3471. Responses due by 5/22/2024. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Receipt)(scn) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 05/08/2024) | |
| 533 | 05/08/2024 | PAPERLESS Minute Entry for Sealed Telephonic Status Conference/Hearing held before Judge Aileen M. Cannon on May 8, 2024. The Court heard from the parties on various grand-jury-related matters. Sealed order to follow. Total time in court: 2 hours 5 minutes. Attorney Appearances: David Harbach, Julie Edelstein, Anne McNamara, Michael Thakur, J.P. Cooney, Jack Smith, Todd Blanche, Emil Bove, Lazaro Fields, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov.(jf01) (Entered: 05/08/2024) | |
| 534 | 05/08/2024 | PAPERLESS ORDER: Finding no basis for continued sealing [See ECF No. 472], and in the absence of any objection from the parties during the May 8, 2024, hearing 533 , the Clerk is directed to UNSEAL ECF Nos. 117 and 119. Signed by Judge Aileen M. Cannon on 5/8/2024. (jf01) (Entered: 05/08/2024) | |
| 535 | 05/08/2024 | NOTICE of Compliance re 534 Order. (DE's 117 and 119 Unsealed) (amb) (Entered: 05/09/2024) | |
| 536 | 05/09/2024 | NOTICE of Compliance of filing 523 Unredacted Motion to Suppress by Waltine Nauta re 492 Order,,,,,,, 516 MOTION to Suppress Search Warrants  filed by Waltine Nauta (Dadan, Sasha) (Entered: 05/09/2024) | |
| 537 | 05/09/2024 | NOTICE of Compliance re filing 524 Unredacted Reply ISO Motion to Suppress by Waltine Nauta re 492 Order,,,,,,, 519 Reply to Response filed by Waltine Nauta, 516 MOTION to Suppress Search Warrants  filed by Waltine Nauta (Dadan, Sasha) (Entered: 05/09/2024) | |
| | 05/09/2024 | Attorney update in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Joshua Blackman for Landmark Legal Foundation added (pt) (Entered: 05/09/2024) | |
| 538 | 05/09/2024 | PAPERLESS ORDER granting 532 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Joshua Blackman. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's  pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 5/9/2024. (jf01) (Entered: 05/09/2024) | |
| 539 | 05/09/2024 | ORDER Following Hearing. Signed by Judge Aileen M. Cannon on 5/9/2024. See attached document for full details. (jf01) (Entered: 05/09/2024) | |
| | 05/09/2024 | Set/Reset Deadlines/Hearings as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira: (Per Order DE 539 ) Status Report due by 5/20/2024. (drz) (Entered: 05/10/2024) | |
| 540 | 05/10/2024 | MOTION for Leave to be Excused from the May 22, 2024 Motions Hearing  by Carlos De Oliveira. Responses due by 5/24/2024. (Attachments: # 1 Text of Proposed Order on Motion for Leave to be Excused from the May 22, 2024 Motions Hearing)(Murrell, Larry) (Entered: 05/10/2024) | |
| 541 | 05/10/2024 | PAPERLESS ORDER granting Motion for Leave to Be Excused from May 22, 2024 Hearing 540 . Mr. Irving is excused from attending the May 22, 2024 motions hearing. Other counsel for Defendant De Oliveira must be present at the hearing. Signed by Judge Aileen M. Cannon on 5/10/2024. (jf01) (Entered: 05/10/2024) | |
| | 05/15/2024 | SYSTEM ENTRY - Docket Entry 542 restricted/sealed until further notice. (amb) (Entered: 05/15/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | 05/16/2024 | SYSTEM ENTRY - Docket Entry 543 restricted/sealed until further notice. (pcs) (Entered: 05/16/2024) | |
| 544 | 05/16/2024 | PAPERLESS ORDER: The Court is in receipt of the Special Counsel's Sealed Notice 543 , filed on May 16, 2024. To properly consider the remaining sealing and redaction disputes, and to more effectively compare the parties' positions in light of the developments in the parties' proposed requests, the Special Counsel is directed to submit, on or before 3 p.m. on May 17, 2024, his own set of red-box proposed redactions to the cited motions and exhibits. Signed by Aileen M. Cannon on 5/16/2024. (jf01) (Entered: 05/16/2024) | |
| 545 | 05/16/2024 | NOTICE of Filing by Donald J. Trump re 539 Order (Kise, Christopher) (Entered: 05/16/2024) | |
| 546 | 05/16/2024 | NOTICE RE ACTIVITY IN THE DISCLOSURE AND TRANSFER PROCEEDING filed by Waltine Nauta. (amb) Modified to Unseal per DE 613 on 6/11/2024 (amb). (Entered: 05/17/2024) | |
| | 05/17/2024 | SYSTEM ENTRY - Docket Entry 547 restricted/sealed until further notice. (kpe) (Entered: 05/17/2024) | |
| 548 | 05/17/2024 | Unopposed MOTION for Leave to be Excused from the May 22, 2024 Hearing  by Donald J. Trump. Responses due by 5/31/2024. (Kise, Christopher) (Entered: 05/17/2024) | |
| 549 | 05/17/2024 | NOTICE of Compliance  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 544 Order,, (Thakur, Michael) (Entered: 05/17/2024) | |
| 550 | 05/17/2024 | PAPERLESS ORDER granting Defendant Trump's Unopposed Motion for Leave to be Excused from the May 22, 2024 Hearing 548 . Counsel for Defendant Trump must be present. Signed by Judge Aileen M. Cannon on 5/17/2024. (jf01) (Entered: 05/17/2024) | |
| | 05/17/2024 | SYSTEM ENTRY - Docket Entry 551 restricted/sealed until further notice. (kpe) (Entered: 05/17/2024) | |
| 554 | 05/17/2024 | MOTION for Leave to File to Appear as Amicus Curiae and File Amicus Curiae Brief by Jeffrey Emil Groover. Responses due by 5/31/2024. (Attachments: # 1 Brief for Amicus Curiae)(nan) (Entered: 05/20/2024) | |
| 552 | 05/19/2024 | ORDER Directing Public Docketing of Outstanding Undocketed Pre-Trial Motions and Resolving Related Motions 348 384 . Signed by Judge Aileen M. Cannon on 5/19/2024. See attached document for full details. (jf01) (Entered: 05/19/2024) | |
| 553 | 05/20/2024 | PAPERLESS ORDER: On or before 5/20/2024 at 4:00 PM, Defendants shall publicly docket their Reply in Support of Motion to Dismiss Indictment for Insufficient Pleading 352 . Signed by Judge Aileen M. Cannon on 5/20/2024. (jf01) (Entered: 05/20/2024) | |
| 555 | 05/20/2024 | PAPERLESS ORDER denying 554 Motion for Leave to Appear as Amicus Curiae. Signed by Judge Aileen M. Cannon on 5/22/2024 (jf01) (Entered: 05/20/2024) | |
| 556 | 05/20/2024 | REPLY TO RESPONSE to Motion by Waltine Nauta re 352 MOTION to Dismiss 85 Indictment,   (Dadan, Sasha) (Entered: 05/20/2024) | |
| 557 | 05/20/2024 | STATUS REPORT regarding sealed matters by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Thakur, Michael) (Entered: 05/20/2024) | |
| 558 | 05/21/2024 | PAPERLESS ORDER: The Court is in receipt of the Joint Status Report Regarding Sealed Filings 557 . Upon review, the Clerk is directed to UNSEAL ECF Nos. 45, 48, 139, 140, and 141. On or before May 28, 2024, (1) Defendant Nauta shall publicly file Docket Entry 138 with redactions to names of potential witnesses, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  |  | ancillary names, and personal identifying information (PII); and (2) the Special Counsel shall publicly file Docket Entry 142 with redactions to witness names, ancillary names, and PII. In docketing these filings, the parties shall clearly indicate in the docket text the corresponding sealed filing. Signed by Judge Aileen M. Cannon on 5/21/2024. (jf01) (Entered: 05/21/2024) |  |
|  | 05/21/2024 | SYSTEM ENTRY - Docket Entry 559 restricted/sealed until further notice. (amb) (Entered: 05/21/2024) |  |
|  | 05/21/2024 | SYSTEM ENTRY - Docket Entry 560 restricted/sealed until further notice. (amb) (Entered: 05/21/2024) |  |
| 561 | 05/21/2024 | MOTION to Dismiss 85 Indictment, Based on Prosecutorial Misconduct and Due Process Violations by Donald J. Trump. Responses due by 6/4/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3-11, # 4 Exhibit 12, # 5 Exhibit 13-15)(Kise, Christopher) (Entered: 05/21/2024) |  |
| 562 | 05/21/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 561 MOTION to Dismiss 85 Indictment, Based on Prosecutorial Misconduct and Due Process Violations  Replies due by 5/28/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Harbach, David) (Entered: 05/21/2024) |  |
| 563 | 05/21/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 561 MOTION to Dismiss 85 Indictment, Based on Prosecutorial Misconduct and Due Process Violations  (Kise, Christopher) (Entered: 05/21/2024) |  |
| 564 | 05/21/2024 | NOTICE of Compliance re 558 Order. ( ECF Nos. 45, 48, 139, 140, and 141 Unsealed) (amb) (Entered: 05/21/2024) |  |
| 565 | 05/21/2024 | SPEEDY TRIAL REPORT Sixteenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 05/21/2024) |  |
| 566 | 05/21/2024 | MOTION to Suppress Evidence and, MOTION to Dismiss 85 Indictment,  ( Responses due by 6/4/2024.) by Donald J. Trump. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3-4, # 4 Exhibit 5, # 5 Exhibit 6-9, # 6 Exhibit 10-15, # 7 Exhibit 16, # 8 Exhibit 17, # 9 Exhibit 18, # 10 Exhibit 19-20)(Kise, Christopher) (Entered: 05/21/2024) |  |
| 567 | 05/21/2024 | RESPONSE in Opposition by USA as to Donald J. Trump re 566 MOTION to Suppress Evidence and MOTION to Dismiss 85 Indictment,   Replies due by 5/28/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Harbach, David) (Entered: 05/21/2024) |  |
| 568 | 05/21/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 566 MOTION to Suppress Evidence and MOTION to Dismiss 85 Indictment,   (Kise, Christopher) (Entered: 05/21/2024) |  |
| 569 | 05/21/2024 | NOTICE of Filing by Donald J. Trump re 552 Order on Motion for Miscellaneous Relief, (Kise, Christopher) (Entered: 05/21/2024) |  |
|  | 05/21/2024 | SYSTEM ENTRY - Docket Entry 570 restricted/sealed until further notice. (amb) (Entered: 05/21/2024) |  |
|  | 05/21/2024 | SYSTEM ENTRY - Docket Entry 571 restricted/sealed until further notice. (amb) (Entered: 05/21/2024) |  |
| 572 | 05/21/2024 | NOTICE of Compliance  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 552 Order on Motion for Miscellaneous Relief, (Thakur, Michael) (Entered: 05/21/2024) |  |
| 573 | 05/22/2024 | PAPERLESS Minute Entry for Hearing held before Judge Aileen M. Cannon on May 22, 2024. The Court heard argument on (1) Defendant Nauta's Motion to Dismiss for Selective and Vindictive Prosecution 485 ; and (2) Defendants' Motion to Dismiss Indictment for Insufficient Pleading 352 . Motions taken under advisement. On or before May 24, 2024, parties directed to file |  |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | sealed/unredacted versions of remaining items as discussed for docket completeness, along with any notices of supplemental authority in accordance with the Local Rules. Total time in court: 4 hours 30 minutes. Attorney Appearances: Jay I. Bratt, David Harbach, Anne McNamara, Michael Thakur, Todd Blanche, Christopher Kise, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr. Other Appearances: Defendants Waltine Nauta, Carlos De Oliveira. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 05/22/2024) | |
| 574 | 05/22/2024 | NOTICE of Filing Exhibit by Waltine Nauta re 556 Reply to Response (Attachments: # 1 Exhibit A) (Dadan, Sasha) (Entered: 05/22/2024) | |
| 575 | 05/23/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 05/23/2024) | |
| | 05/23/2024 | SYSTEM ENTRY - Docket Entry 576 restricted/sealed until further notice. (amb) (Entered: 05/23/2024) | |
| 577 | 05/23/2024 | NOTICE of Compliance  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Thakur, Michael) (Entered: 05/23/2024) | |
| | 05/24/2024 | SYSTEM ENTRY - Docket Entry 578 restricted/sealed until further notice. (scn) (Entered: 05/24/2024) | |
| | 05/24/2024 | SYSTEM ENTRY - Docket Entry 579 restricted/sealed until further notice. (scn) (Entered: 05/24/2024) | |
| 580 | 05/24/2024 | TRANSCRIPT of Motions as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 5/22/2024 before Judge Aileen M. Cannon, 1-200 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2024. Redacted Transcript Deadline set for 6/24/2024. Release of Transcript Restriction set for 8/22/2024. (Melton, Laura) (Entered: 05/24/2024) | |
| 581 | 05/24/2024 | MOTION to Modify Conditions of Release  by USA as to Donald J. Trump. Responses due by 6/7/2024. (Attachments: # 1 Exhibit Exhibits to Motion)(Bratt, Jay) (Entered: 05/24/2024) | |
| 582 | 05/24/2024 | NOTICE of Supplemental Authority  re 352 MOTION to Dismiss 85 Indictment,  by Waltine Nauta (Dadan, Sasha) (Entered: 05/24/2024) | |
| 583 | 05/27/2024 | MOTION to Strike 581 MOTION to Modify Conditions of Release  , MOTION for Sanctions  by Donald J. Trump. Responses due by 6/10/2024. (Attachments: # 1 Exhibit)(Kise, Christopher) (Entered: 05/27/2024) | |
| 584 | 05/28/2024 | PAPERLESS ORDER denying without prejudice for lack of meaningful conferral 581 the Special Counsel's Motion to Modify Conditions of Release. Upon review of the Motion 581 [581-1], Defendant Trump's procedural opposition 583 , and the attached email correspondence between counsel [583-1], the Court finds the Special Counsel's pro forma "conferral" to be wholly lacking in substance and professional courtesy. It should go without saying that meaningful conferral is not a perfunctory exercise. Sufficient time needs to be afforded to permit reasonable evaluation of the requested relief by opposing counsel and to allow for adequate follow-up discussion as necessary about the specific factual and legal basis underlying the motion. This is so even when a party "assume[s]" the opposing party will oppose the proposed motion [583-1], and it applies with additional force when the relief sought -- at issue for the first time in this proceeding and raised in a procedurally distinct manner than in cited cases -- implicates | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | substantive and/or Constitutional questions. Because the filing of the Special Counsel's Motion did not adhere to these basic requirements, it is due to be denied without prejudice. Any future, non-emergency motion brought in this case -- whether on the topic of release conditions or anything else -- shall not be filed absent meaningful, timely, and professional conferral. S.D. Fla. L.R. 88.9, 7.1(a)(3); see ECF No. 28 p. 2; ECF No. 82. Moreover, all certificates of conference going forward shall (1) appear in a separate section at the end of the motion, not embedded in editorialized footnotes; (2) specify, in objective terms, the exact timing, method, and substance of the conferral conducted; and (3) include, if requested by opposing counsel, no more than 200 words verbatim from the opposing side on the subject of conferral, again in objective terms. Failure to comply with these requirements may result in sanctions. In light of this Order, the Court determines to deny without prejudice Defendant Trump's Motion to Strike and for Sanctions 583 . Signed by Judge Aileen M. Cannon on 5/28/2024. (jf01) (Entered: 05/28/2024) | |
| 585 | 05/28/2024 | Government's Response to Defendant Nauta's Motion to Reference Discovery -- ECF No. 142 Defendant Nauta's  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 05/28/2024) | |
| 586 | 05/28/2024 | Unopposed MOTION to Adopt/Join 364 Unopposed MOTION to File Amicus Brief  by Edward H. Trent. by Former Attorney General Michael B. Mukasey by Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 6/11/2024. (Attachments: # 1 Text of Proposed Order)(Trent, Edward) (Entered: 05/28/2024) | |
| 587 | 05/29/2024 | PAPERLESS ORDER granting 586 Former United States Attorney General Michael B. Mukasey's Unopposed Motion for Leave to Join Amicus Brief Filed by Former Attorney General Edwin Meese III, Professors Calabresi and Lawson, Citizens United, and Citizens United Foundation 364 . Signed by Judge Aileen M. Cannon on 5/29/2024. (jf01) (Entered: 05/29/2024) | |
| 588 | 05/29/2024 | PAPERLESS ORDER: In anticipation of the June 21, 2024, hearing on Defendant Trump's Motion to Dismiss the Indictment Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith 326 , the Special Counsel and Defendant Trump are directed as follows. On or before June 11, 2024, the parties shall separately file supplemental briefs, not to exceed 15 double-spaced pages (exclusive of title/certificates, etc.), on what impact, if any, the Supreme Court's decision in Consumer Financial Protection Bureau v. Community Financial Services Association of America, Ltd., 601 U.S. 416 (2024), has on Defendant Trump's Appropriations Clause challenge as raised in the Motion 326 . The parties' supplemental briefs also should clarify, in a separate section, what appears to be the position set forth in the parties' submissions--i.e., that no factual development is warranted or necessary to resolve either of the two challenges raised in the Motion, because the extent of the Special Counsel's authority and status is delimited and evaluated by the statutory and regulatory authorities cited in Appointment Order No. 5559-2022 (for purposes of the Appointments Clause challenge), and by that same Appointment Order and the cited Department of Justice Appropriations Act (for purposes of the Appropriations Clause challenge). The Court also authorizes (but does not require) the three already-approved amici 364 410 429 on the Motion--and only those amici--to file, by the June 11, 2024, deadline, supplemental briefs limited reasonably to the factual-development | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | question raised above, not to exceed 10 double-spaced pages (exclusive of title/certificates, etc.). Signed by Judge Aileen M. Cannon on 5/29/2024. (jf01) (Entered: 05/29/2024) | |
| 589 | 05/30/2024 | Discharged per Order DE#603-PAPERLESS ORDER TO SHOW CAUSE as to Defendant Nauta: By order dated May 21, 2024, Defendant Nauta was required, on or before May 28, 2024, to publicly file Docket Entry 138 with specified redactions 558 . Defendant Nauta has not complied with that Order, and the deadline to do so has passed. Accordingly, on or before June 3, 2024, Defendant Nauta shall (1) publicly file Docket Entry 138 in compliance with the Court's prior Order 558 ; and (2) show cause, in writing, why he failed to comply with the Court's instructions by the original deadline of May 28, 2024. Failure to comply with this Order may result in sanctions. Signed by Judge Aileen M. Cannon on 5/30/2024. (jf01) Modified text on 6/4/2024 (drz). (Entered: 05/30/2024) | |
| | 05/30/2024 | Set/Reset Deadlines/Hearings as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira: Show Cause Response due by 6/3/2024. (per order de#589) (drz) (Entered: 05/31/2024) | |
| 590 | 05/31/2024 | MOTION for Leave of Professor Seth Barrett Tillman and Landmark Legal Foundation to Participate in Oral Argument as Amici Curiae in Support of Defendant Trump's Motion to Dismiss the Indictment, [ECF No. 326 ] by Michael A. Sasso. Responses due by 6/14/2024. (nan) (Entered: 05/31/2024) | |
| 591 | 05/31/2024 | STATUS REPORT Government's Discovery Status Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 05/31/2024) | |
| 592 | 05/31/2024 | MOTION to Modify Conditions of Release by USA as to Donald J. Trump. Responses due by 6/14/2024. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Bratt, Jay) (Entered: 05/31/2024) | |
| 593 | 05/31/2024 | NOTICE of Defendants' Discovery Status Report by Waltine Nauta re 530 Order, Set Hearings, Set/Reset Motion/R&R Deadlines and Hearings, Set Deadlines (Dadan, Sasha) (Entered: 05/31/2024) | |
| 594 | 06/02/2024 | PAPERLESS ORDER: On or before June 14, 2024, Defendant Trump shall respond to 592 the Special Counsel's Motion for Modification of Conditions of Release. Any reply in support of the Motion shall be due on or before June 21, 2024. Signed by Judge Aileen M. Cannon on 6/2/2024. (jf01) (Entered: 06/02/2024) | |
| 595 | 06/02/2024 | NOTICE of Compliance by Filing of Redacted 138 Motion for Leave to Disclose by Waltine Nauta re 558 Order,, 589 Order,, (Attachments: # 1 Exhibit A) (Dadan, Sasha) (Entered: 06/02/2024) | |
| | 06/03/2024 | Set/Reset Deadlines/Hearings in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira 592 MOTION to Modify Conditions of Release . (per Order DE 594) Responses due by 6/14/2024. Replies due by 6/21/2024. (drz) (Entered: 06/03/2024) | |
| 596 | 06/03/2024 | NOTICE of Filing 499 sealed grand jury proceedings in response to 481 sealed Motion for Disclosure or for Transfer by Waltine Nauta re 497 Notice (Other), 539 Order (Dadan, Sasha) (Entered: 06/03/2024) | |
| 597 | 06/03/2024 | NOTICE of Filing Redacted 547 sealed Memorandum Opinion re 481 sealed Motion for Disclosure or Transfer, 499 sealed responses thereto, and 546 sealed Notice regarding the same by Waltine Nauta re 596 Notice (Other), 497 Notice (Other), 539 Order (Attachments: # 1 Exhibit E - Redacted Memorandum Opinion) (Dadan, Sasha) (Entered: 06/03/2024) | |
| 598 | 06/03/2024 | Unopposed MOTION for Leave to Participate in Oral Argument as Amici Curiae in Support of President Trump's Motion to Dismiss | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | [ECF No. 326] by Former Attorney General Michael B. Mukasey and by Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 6/17/2024. (Attachments: # 1 Text of Proposed Order)(Trent, Edward) (Entered: 06/03/2024) | |
| 599 | 06/03/2024 | PAPERLESS ORDER: The Court is in receipt of Defendant Nauta's Notice of Filing 595 , which attaches the overdue redacted filing 138 but fails to fully comply with the Court's Order to Show Cause 589 . Defendant Nauta is reminded that, on or before June 3, 2024, he must "show cause, in writing, why he failed to comply with the Court's instructions by the original deadline of May 28, 2024." Signed by Judge Aileen M. Cannon on 6/3/2024. (jf01) (Entered: 06/03/2024) | |
| 600 | 06/03/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 06/03/2024) | |
| 601 | 06/03/2024 | MOTION for Leave to Participate in Oral Argument as Amici Curiae in Opposition to Defendant Donald J. Trump's Motion to Dismiss The Indictment  by Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as to Donald J. Trump. Responses due by 6/17/2024. (Attachments: # 1 Exhibit List of Amici Curiae, # 2 Text of Proposed Order Proposed Order)(Alonso, Cristina) (Entered: 06/03/2024) | |
| 602 | 06/03/2024 | NOTICE of Compliance  by Waltine Nauta re 599 Order, 558 Order,, 589 Order,, (Dadan, Sasha) (Entered: 06/03/2024) | |
| 603 | 06/04/2024 | PAPERLESS ORDER: In light of Defendant Nauta's Response to the Court's Order to Show Cause 602 and his earlier Notice of Compliance 595 , the Court's Order to Show Cause 589 is DISCHARGED. Defendant Nauta is reminded to comply with all Court directives and deadlines. Signed by Judge Aileen M. Cannon on 6/4/2024. (jf01) (Entered: 06/04/2024) | |
| 604 | 06/04/2024 | PAPERLESS ORDER granting Motions for Leave to Participate in Oral Argument as Amici Curiae 590 598 601 . The representatives designated in the respective filings (Josh Blackman, Gene C. Schaerr, and Matthew Seligman) will be permitted to appear on behalf of amici curiae and present oral argument at the June 21, 2024, hearing on Defendant Trump's Motion to Dismiss the Indictment Based on the Unlawful Appointment of Special Counsel Jack Smith 326 . Approximately 30 minutes reserved for each. Seating to be reserved for representatives presenting argument. Signed by Judge Aileen M. Cannon on 6/4/2024. (jf01) (Entered: 06/04/2024) | |
| 605 | 06/05/2024 | ORDER IN ANTICIPATION OF JUNE 2024 HEARINGS Signed by Judge Aileen M. Cannon on 6/5/2024. See attached document for full details. (tci) (Entered: 06/05/2024) | |
| 606 | 06/06/2024 | MOTION for Leave to Present Oral Arguments by Jessica Nan Berk and Hilda Tobias Kennedy as Amici in Support of Defendant Donald J. Trump's Motion to Dismiss (ECF 326) Pursuant to the Court Order. Responses due by 6/20/2024. (Attachments: # 1 Exhibits, # 2 Proposed Order)(scn) (Entered: 06/07/2024) | |
| 607 | 06/07/2024 | PAPERLESS ORDER denying 606 Motion for Leave to Present Oral Arguments. Signed by Judge Aileen M. Cannon on 6/7/2024. (jf01) (Entered: 06/07/2024) | |
| 608 | 06/10/2024 | ORDER denying Defendants' Motion to Dismiss Indictment for Pleading Deficiencies and Granting in Part Motion to Strike 352 . Signed by Judge Aileen M. Cannon on 6/10/2024. See attached document for full details. (jf01) (Entered: 06/10/2024) | |
| 609 | 06/10/2024 | STATUS REPORT  by Donald J. Trump (Kise, Christopher) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 06/10/2024) | |
| 610 | 06/10/2024 | MOTION for Extension of Time of the Deadline for Rule 16 Expert Disclosures  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 6/24/2024. (Kise, Christopher) (Entered: 06/10/2024) | |
| 611 | 06/10/2024 | Motion / NOTICE to join and adopt 326 Mot. Dismiss and 414 Reply in support thereof; 364 Motion to File Amicus Brief by Waltine Nauta re 410 MOTION to File Amicus Brief (Dadan, Sasha) Modified event and text on 6/11/2024 (drz). (Entered: 06/10/2024) | |
| 612 | 06/10/2024 | MOTION to Dismiss 85 Indictment, based on Spoliation of Evidence in Violation of Due Process by Donald J. Trump. Responses due by 6/24/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Kise, Christopher) (Entered: 06/10/2024) | |
| 613 | 06/11/2024 | PAPERLESS ORDER: In light of the parties' in camera representation to the Court, the Clerk is directed to UNSEAL Sealed Notice of Activity in the Disclosure and Transfer Proceeding 546 . Signed by Judge Aileen M. Cannon on 6/11/2024. (jf01) (Entered: 06/11/2024) | |
| 614 | 06/11/2024 | PAPERLESS ORDER granting Defendants' Opposed Motion for Extension of the Deadline for Rule 16 Expert Disclosures 610 . For the reasons stated in the Motion, the Court finds that good cause exists for the extension request and that no prejudice to the Special Counsel or to the proceeding will result from granting the relief sought in the Motion. On or before July 8, 2024, Defendants shall file their Rule 16 expert disclosures. Moving forward, any requests for extension or enlargement must be filed sufficiently in advance of the deadline at issue. Signed by Judge Aileen M. Cannon on 6/11/2024. (jf01) (Entered: 06/11/2024) | |
| 615 | 06/11/2024 | PAPERLESS ORDER granting Motion / Notice to Join and Adopt as to Defendant Nauta 611 . Nothing in this Order shall be construed as a comment on the merits of the applicable Motion 326 or its associated filings. Signed by Judge Aileen M. Cannon on 6/11/2024. (jf01) (Entered: 06/11/2024) | |
| 616 | 06/11/2024 | SPEEDY TRIAL REPORT Seventeenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 06/11/2024) | |
| 617 | 06/11/2024 | MOTION Supplemental Brief in Opposition to Defendant Donald J. Trump's Motion to Dismiss the Indictment Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith re 326 MOTION to Dismiss 85 Indictment,  Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith  by Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 6/25/2024. (Attachments: # 1 Exhibit List of Amici Curiae)(Alonso, Cristina) (Entered: 06/11/2024) | |
| 618 | 06/11/2024 | MOTION Supplemental Brief of Amici Curiae in Support of Defendant Trump's Motion to Dismiss re 326 MOTION to Dismiss 85 Indictment,  Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith, 588 Order,,,,,,,  by Michael B. Mukasey, Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Edward H. Trent added to party Michael B. Mukasey(pty:ip). Responses due | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | by 6/25/2024. (Trent, Edward) (Entered: 06/11/2024) | |
| 619 | 06/11/2024 | Response providing Supplemental Submission in Further Support of Motion to Dismiss Under the Appropriations Clause by Donald J. Trump to 588 Order,,,,,,,, (Kise, Christopher) (Entered: 06/11/2024) | |
| 620 | 06/11/2024 | Government's Supplemental Brief Addressing the Supreme Court's Decision in Consumer Financial Protection Bureau v. Community Financial Services of America, Ltd. by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 06/11/2024) | |
| 621 | 06/13/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Stamped Half Sheet) (Edelstein, Julie) (Entered: 06/13/2024) | |
| 622 | 06/14/2024 | Memorandum in Opposition by Donald J. Trump re 592 MOTION to Modify Conditions of Release   Replies due by 6/21/2024. (Kise, Christopher) (Entered: 06/14/2024) | |
| 623 | 06/16/2024 | MOTION to File Amicus brief  by Henry Whitaker. by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/1/2024. (Attachments: # 1 Amicus brief, # 2 Proposed order to permit filing of amicus brief)(Whitaker, Henry) (Entered: 06/16/2024) | |
| 624 | 06/17/2024 | PAPERLESS ORDER denying 623 Motion for Leave to File Brief as Amicus Curiae in Opposition to Special Counsel's Motion to Modify Conditions of Release 592 . Signed by Judge Aileen M. Cannon on 6/17/2024. (jf01) (Entered: 06/17/2024) | |
| 625 | 06/17/2024 | NOTICE of Filing by Donald J. Trump re 530 Order, Set Hearings, Set/Reset Motion/R&R Deadlines and Hearings, Set Deadlines (Attachments: # 1 Exhibit) (Kise, Christopher) (Entered: 06/17/2024) | |
| 626 | 06/17/2024 | MOTION for Leave to Submit Filings via ECF Portal on behalf of Amici Curiae Professor Seth Barrett Tillman and Landmark Legal Foundation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/1/2024. (scn) (Entered: 06/18/2024) | |
| 627 | 06/19/2024 | Consent MOTION for Leave to File Excess Pages  by USA as to Donald J. Trump. Responses due by 7/3/2024. (Bratt, Jay) (Entered: 06/19/2024) | |
| 628 | 06/20/2024 | PAPERLESS ORDER granting Special Counsel's Unopposed Motion for Additional Pages 627 . Signed by Judge Aileen M. Cannon on 6/20/2024. (jf01) (Entered: 06/20/2024) | |
| 629 | 06/20/2024 | PAPERLESS ORDER denying 626 Motion for Leave to Submit Electronic Filings, filed on behalf of Amici Curiae Professor Seth Barrett Tillman and Landmark Legal Foundation. Signed by Judge Aileen M. Cannon on 6/20/2024. (jf01) (Entered: 06/20/2024) | |
| 630 | 06/20/2024 | MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT TRUMP'S MOTION TO DISMISS THE INDICTMENT DE 326 by Landmark Legal Foundation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/8/2024. (ebz) (Entered: 06/20/2024) | |
| 631 | 06/20/2024 | NOTICE of Compliance of Filing of CIPA Section 5(a) Notice by Waltine Nauta as to Waltine Nauta, Carlos De Oliveira re 530 Order, Set Hearings, Set/Reset Motion/R&R Deadlines and Hearings, Set Deadlines (Attachments: # 1 Exhibit Classified Cover Sheet) (Dadan, Sasha) (Entered: 06/20/2024) | |
| 632 | 06/20/2024 | NOTICE of filing sealed ex parte Order Granting Relief Sought in Special Counsel's Fourth Classified Supplement to CIPA § 4 Motions. Signed by Judge Aileen M. Cannon on 6/20/2024. See attached document for full details. (jf01) (Entered: 06/20/2024) | |
| 633 | 06/20/2024 | Unopposed MOTION to File Amicus Brief and Incorporated | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Memorandum of Law by Samuel J. Salario, Jr.. by America First Legal Foundation as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/8/2024. (Attachments: # 1 Exhibit A - Amicus Curiae America First Legal's Brief in Support of Defendant Donald J. Trump's Opposition to the Government's Motion for Modification of Conditions of Release)(Salario, Samuel) (Entered: 06/20/2024) | |
| 645 | 06/20/2024 | Brief In Support of Good Lawgic, LLC's Motion Seeking Leave to Appear Pro Hac Vice and to File Amicus Curiae Brief by Good Lawgic, LLC's. Responses due by 7/8/2024. (kpe) (Entered: 06/25/2024) | |
| 634 | 06/21/2024 | Supplemental RESPONSE to Standing Discovery Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Edelstein, Julie) (Entered: 06/21/2024) | |
| 635 | 06/21/2024 | PAPERLESS Minute Entry for Hearing held before Judge Aileen M. Cannon on June 21, 2024. The Court heard argument from the parties on Defendant Trump's Motion to Dismiss the Indictment Based on the Unlawful Appointment of Special Counsel Jack Smith 326 . The Court also heard argument from three groups of non-party amici curiae authorized to appear via prior order 604 . On or before June 24, 2024, Defendant Trump and the Special Counsel each may file a separate notice of supplemental authority, not to exceed five double-spaced pages, with any discrete citations to statutory or decisional authority. The notice(s) shall be prepared in list/bullet form with citations only, and without advocacy, although appropriate headings are permitted for organizational purposes. No further filings from amici will be accepted. Total time in court: 4 hours. Attorney Appearances: James Pearce, Jay I. Bratt, David Harbach, Todd Blanche, Emil Bove, Christopher Kise, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Other Appearances: Matthew Seligman, Josh Blackman, Gene C. Schaerr (counsel for amici). Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 06/21/2024) | |
| 636 | 06/21/2024 | NOTICE OF ATTORNEY APPEARANCE: Kendra Leigh Wharton appearing for Donald J. Trump . Attorney Kendra Leigh Wharton added to party Donald J. Trump(pty:dft). (Wharton, Kendra) (Entered: 06/21/2024) | |
| 637 | 06/21/2024 | PAPERLESS ORDER denying Motion for Leave to File Notice of Supplemental Authority in Support of Defendant Trump's Motion to Dismiss the Indictment 630 , filed on behalf of Amici Curiae Professor Seth Barrett Tillman and Landmark Legal Foundation. Signed by Judge Aileen M. Cannon on 6/21/2024. (jf01) (Entered: 06/21/2024) | |
| 638 | 06/21/2024 | REPLY TO RESPONSE to Motion by USA as to Donald J. Trump re 592 MOTION to Modify Conditions of Release   (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5) (Bratt, Jay) (Entered: 06/21/2024) | |
| 639 | 06/22/2024 | PAPERLESS ORDER denying 633 America First Legal's Unopposed Motion for Leave to Participate as Amicus Curiae in Opposition to Special Counsel's Motion for Modification of Conditions of Release 592 . Signed by Judge Aileen M. Cannon on 6/22/2024. (jf01) (Entered: 06/22/2024) | |
| 640 | 06/23/2024 | NOTICE Government's Supplemental Notice of Authority in Support of Its Opposition to Donald J. Trump's Motion to Dismiss Based on the Appointment and Funding of the Special Counsel by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5) (Bratt, Jay) (Entered: 06/23/2024) | |
| 641 | 06/24/2024 | PAPERLESS ORDER: In accordance with the Court's prior Order 605 , the hearing scheduled for June 25, 2024, related to Defendant Trump's "Motion for Relief Relating to the Mar-a-Lago Raid and Unlawful Piercing of the Attorney-Client Privilege" 566 will commence in sealed session at 11:00 AM to protect materials as to which grand jury secrecy applies and/or as to which Defendant Trump asserts attorney-client privilege and/or work product protection. The hearing will resume in public fashion at approximately 1:00 PM or as soon as otherwise practicable. Signed by Judge Aileen M. Cannon on 6/24/2024. (jf01) (Entered: 06/24/2024) | |
| 642 | 06/24/2024 | ADDITIONAL HEARING EXHIBITS (GX1 and GX2) Admitted in Support of Motion to Modify Conditions of Release 592 . (Entered: 06/24/2024) | |
| 643 | 06/24/2024 | PAPERLESS ORDER and MINUTE ENTRY for Hearings held before Judge Aileen M. Cannon on June 24, 2024. The Court heard argument on (1) Defendant Trump's Motion to Dismiss the Indictment Based on the Unlawful Funding of Special Counsel Jack Smith 326 and (2) the Special Counsel's Motion for Modification of Conditions of Release 592 . Special Counsel admitted exhibits without objection 642 . Consistent with the instructions provided in open court, the evidentiary record on this Motion will be open until June 26, 2024, for the parties to file any additional evidentiary attachments/exhibits in support of, or in opposition to, the Motion 592 . Any attachments/exhibits shall be docketed as a "Notice of Filing" (separated by exhibits) and limited to specific evidentiary submissions only. No additional briefing will be permitted. Total time in court: 4 hours. Attorney Appearances: James Pearce, Jay I. Bratt, David Harbach, Todd Blanche, Emil Bove, Lazaro Fields, Kendra Wharton, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 06/24/2024) | |
| 644 | 06/24/2024 | Memorandum in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 612 MOTION to Dismiss 85 Indictment, based on Spoliation of Evidence in Violation of Due Process  Replies due by 7/1/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17) (Bratt, Jay) (Entered: 06/24/2024) | |
| 646 | 06/25/2024 | PAPERLESS ORDER denying 645 Motion Seeking Leave to Appear Pro Hac Vice and to File Amicus Curiae Brief in Opposition to Special Counsel's Motion to Modify Conditions of Release 592 . Signed by Judge Aileen M. Cannon on 6/25/2024. (jf01) (Entered: 06/25/2024) | |
| 647 | 06/26/2024 | TRANSCRIPT of Motions as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 6/21/2024 before Judge Aileen M. Cannon, 1-197 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Melton, Laura) (Entered: 06/26/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 648 | 06/26/2024 | TRANSCRIPT of Motions - morning session as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 6/24/2024 before Judge Aileen M. Cannon, 1-90 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Melton, Laura) (Entered: 06/26/2024) | |
| 649 | 06/26/2024 | TRANSCRIPT of Motions - afternoon session as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 6/24/2024 before Judge Aileen M. Cannon, 1-77 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Melton, Laura) (Entered: 06/26/2024) | |
| 650 | 06/26/2024 | TRANSCRIPT of Motions - afternoon session as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 6/25/2024 before Judge Aileen M. Cannon, 1-81 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Melton, Laura) (Entered: 06/26/2024) | |
| 651 | 06/26/2024 | NOTICE of Filing in Opposition to Motion 592 by Donald J. Trump (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Wharton, Kendra) (Entered: 06/26/2024) | |
| 652 | 06/26/2024 | NOTICE of Filing by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 638 Reply to Response, 592 MOTION to Modify Conditions of Release  (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Harbach, David) (Entered: 06/26/2024) | |
| | 06/27/2024 | SYSTEM ENTRY - Docket Entry 653 restricted/sealed until further notice. (amb) (Entered: 06/27/2024) | |
| 654 | 06/27/2024 | Government's Opposition to Request for Response  by USA as to Donald J. Trump (Bratt, Jay) (Entered: 06/27/2024) | |
| 655 | 06/27/2024 | ORDER Denying Motion for Franks Hearing and Reserving Ruling on Balance of Motion Pending Necessary Factual Development 566 . Signed by Judge Aileen M. Cannon on 6/27/2024. See attached document for full details. (jf01) (Entered: 06/27/2024) | |
| 656 | 06/27/2024 | PAPERLESS MINUTE ENTRY for Hearing held before Judge Aileen M. Cannon on June 25, 2024. The Court heard argument on Defendant Trump's "Motion for Relief Related to Mar-A-Lago Raid and Unlawful Piercing of Attorney-Client Privilege" 566 . Morning session conducted under seal to protect materials as to which grand jury secrecy applies and/or as to which Defendant Trump asserts attorney-client privilege or work product protection. | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Afternoon session reopened to the public. Total time in court: 4 hours. Attorney Appearances: Jay I. Bratt, David Harbach, John M. Pellettieri, Michael Thakur, Todd Blanche, Emil Bove, Lazaro Fields, Kendra Wharton, Stanley Woodward, Sasha Dadan, Larry Donald Murrell, Jr., John S. Irving. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jf01) (Entered: 06/27/2024) | |
| 657 | 06/27/2024 | PAPERLESS ORDER: In light of the extensive, newly submitted materials filed by the Special Counsel and Defendant Trump in support of and/or in opposition to the Special Counsel's Motion to Modify Conditions of Release 592 , the Court will permit the parties to file one final supplemental brief in response to those newly submitted materials, not to exceed 10 double-spaced pages, on or before July 5, 2024. The Court takes note of the additional court orders included in composite exhibit 11 to the Special Counsel's recently filed Notice 652 . Consistent with the Court's statements during the July 25, 2024, afternoon hearing 649 , the Court will consider such orders as cited legal authority on the Motion, not as part of the developed evidentiary record in this proceeding, and not for the factual findings set forth in those separate proceedings. The evidentiary record on the Motion is closed. Absent leave of Court, no further exhibits shall be attached to the authorized final supplemental briefs. Signed by Judge Aileen M. Cannon on 6/27/2024. (jf01) (Entered: 06/27/2024) | |
| | 06/28/2024 | SYSTEM ENTRY - Docket Entry 658 restricted/sealed until further notice. (amb) (Entered: 06/28/2024) | |
| 659 | 06/28/2024 | Consent MOTION for Extension of Time to File Supplemental Expert Disclosures  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/12/2024. (Bratt, Jay) (Entered: 06/28/2024) | |
| 660 | 07/01/2024 | PAPERLESS ORDER granting Consent Motion for Extension of Time to File Rule 16 Expert Disclosures 659 . On or before July 30, 2024, the Special Counsel shall file supplemental expert disclosures. Signed by Judge Aileen M. Cannon on 7/1/2024. (jf01) (Entered: 07/01/2024) | |
| 661 | 07/01/2024 | REPLY TO RESPONSE to Motion by Donald J. Trump re 612 MOTION to Dismiss 85 Indictment, based on Spoliation of Evidence in Violation of Due Process  (Wharton, Kendra) (Entered: 07/01/2024) | |
| 662 | 07/02/2024 | SPEEDY TRIAL REPORT Eighteenth Speedy Trial Report by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Bratt, Jay) (Entered: 07/02/2024) | |
| 663 | 07/05/2024 | NOTICE of Supplemental Authority  re 326 MOTION to Dismiss 85 Indictment,  Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith, 324 MOTION to Dismiss 85 Indictment, Based On Presidential Immunity by Donald J. Trump (Wharton, Kendra) (Entered: 07/05/2024) | |
| 664 | 07/05/2024 | MOTION for Leave to File Supplemental Briefing re the Implications of Trump v. United States re 324 MOTION to Dismiss 85 Indictment, Based On Presidential Immunity, MOTION to Stay Further Proceedings until 324 MOTION to Dismiss 85 Indictment, Based On Presidential Immunity, and 326 MOTION to Dismiss 85 Indictment, Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith, are Resolved by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/19/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wharton, Kendra) (Entered: 07/05/2024) | |
| 665 | 07/05/2024 | Response Government's Supplemental Brief re Motion to Modify Conditions of Relief by USA as to Donald J. Trump (Bratt, Jay) (Entered: 07/05/2024) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 666 | 07/05/2024 | Response In Opposition to 652 NOTICE of Filing by USA as to 592 MOTION to Modify Conditions of Release by Donald J. Trump to 652 Notice (Other), (Wharton, Kendra) (Entered: 07/05/2024) | |
| 667 | 07/05/2024 | Consent MOTION for Leave to File Excess Pages by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/19/2024. (Bratt, Jay) (Entered: 07/05/2024) | |
| 668 | 07/05/2024 | PAPERLESS ORDER granting 667 Special Counsel's Unopposed Motion for Leave to File Overlength CIPA Submission. Signed by Judge Aileen M. Cannon on 7/5/2024. (AMC) (Entered: 07/05/2024) | |
| 669 | 07/06/2024 | PAPERLESS ORDER temporarily granting in part and reserving ruling in part on Defendant Trump's Motion for Supplemental Briefing on Presidential Immunity and a Partial Stay 664 . In order to allow for full briefing on the Motion, and consistent with the Special Counsel's request for the standard response period, the Court stays the following impending deadlines: Defendants' Rule 16 expert disclosures, currently due July 8, 2024; Defendants' reciprocal discovery, currently due July 10, 2024; and Special Counsel's CIPA §§ 5-6 submission, currently due July 10, 2024, although the Special Counsel may proceed with filing should it so elect. On or before July 18, 2024, the Special Counsel shall respond to Defendant Trump's Motion to Stay and Request for Supplemental Briefing on Presidential Immunity. Any reply is due July 21, 2024. The Court reserves ruling on the request for additional briefing pending receipt of the Special Counsel's response and Defendants' reply. No other deadlines are impacted by this Order. Signed by Judge Aileen M. Cannon on 7/6/2024. (jf01) (Entered: 07/06/2024) | |
| 670 | 07/06/2024 | ORDER denying 485 Defendant Nauta's Motion to Dismiss Superseding Indictment for Selective and Vindictive Prosecution. Signed by Judge Aileen M. Cannon on 7/6/2024. See attached document for full details. (jf01) (Entered: 07/06/2024) | |
| 671 | 07/12/2024 | NOTICE of Supplemental Authority in Response re 663 Notice of Supplemental Authority, by USA as to Donald J. Trump (Harbach, David) (Entered: 07/12/2024) | |
| 672 | 07/15/2024 | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SUPERSEDING INDICTMENT BASED ON APPOINTMENTS CLAUSE VIOLATION. Signed by Judge Aileen M. Cannon on 7/15/2024. See attached document for full details. (jf01) (Entered: 07/15/2024) | |
| 673 | 07/17/2024 | NOTICE OF APPEAL re DE 672 Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Filing fee $ 605.00. USA/FPD Filer - No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Bratt, Jay) Modified text on 7/18/2024 to create docket entry relationship (apz). (Entered: 07/17/2024) | |
| | 07/18/2024 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 673 Notice of Appeal - Final Judgment, Notice has been electronically mailed. (apz) (Entered: 07/18/2024) | |
| 674 | 07/18/2024 | Acknowledgment of Receipt of NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 673 Notice of Appeal - Final Judgment, date received by USCA: 7/18/2024. USCA Case Number: 24-12311-J. (apz) (Entered: 07/18/2024) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 675 | 07/24/2024 | TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 673 Notice of Appeal - Final Judgment,, filed by USA. No Transcript Requested. (Pearce, James) (Entered: 07/24/2024) | |
| 676 | 11/04/2024 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 673 Notice of Appeal - Final Judgment, Appeal No. 24-12311-SS. The entire record on appeal is available electronically. (apz) (Entered: 11/04/2024) | |
| 677 | 11/26/2024 | ORDER of DISMISSAL from USCA (certified copy). Appellant's motion to dismiss the appeal as to Donald J. Trump only is GRANTED re 673 Notice of Appeal - Final Judgment. USCA 24-12311-SS (jgo) (Entered: 11/26/2024) | |
| 678 | 01/06/2025 | NOTICE OF ATTORNEY APPEARANCE: Richard Carroll Klugh, Jr appearing for Waltine Nauta as co-counsel. Attorney Richard Carroll Klugh, Jr added to party Waltine Nauta(pty:dft). (Klugh, Richard) (Entered: 01/06/2025) | |
| 679 | 01/06/2025 | Joint EMERGENCY MOTION with Certification of Emergency included  by Waltine Nauta. Responses due by 1/21/2025. (Klugh, Richard) (Entered: 01/06/2025) | |
| 680 | 01/07/2025 | NOTICE  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 679 Joint EMERGENCY MOTION with Certification of Emergency included  (Pearce, James) (Entered: 01/07/2025) | |
| 681 | 01/07/2025 | MOTION to Intervene or, Alternatively, to Participate as Amicus Curiae  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 1/21/2025. (Wharton, Kendra) (Entered: 01/07/2025) | |
| 682 | 01/07/2025 | ORDER. Signed by Judge Aileen M. Cannon on 1/7/2025. See attached document for full details. (tci) (Entered: 01/07/2025) | |
| 683 | 01/07/2025 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Jane Shapiro appearing for USA. . Attorney Elizabeth Jane Shapiro added to party USA(pty:pla). (Shapiro, Elizabeth) (Entered: 01/07/2025) | |
| 684 | 01/07/2025 | Second NOTICE in Response to Emergency Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Shapiro, Elizabeth) (Entered: 01/07/2025) | |
| 685 | 01/09/2025 | NOTICE of Filing by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit A) (Wharton, Kendra) (Entered: 01/09/2025) | |
| 686 | 01/09/2025 | NOTICE OF APPEAL by USA as to Waltine Nauta, Carlos De Oliveira Re: 682 Order. Filing fee $ 605.00. USA/FPD Filer - No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Shapiro, Elizabeth) Modified text on 1/13/2025 (apz). (Entered: 01/09/2025) | |
| 687 | 01/10/2025 | Counter NOTICE  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 685 Notice (Other) (Shapiro, Elizabeth) (Entered: 01/10/2025) | |
| 688 | 01/10/2025 | Corrected NOTICE  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 685 Notice (Other) (Shapiro, Elizabeth) (Entered: 01/10/2025) | |
| | 01/10/2025 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 686 Notice of Appeal - Other Order, Notice has been electronically mailed. (apz) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  |  | 01/10/2025) |  |
| 689 | 01/10/2025 | Defendant's MOTION to Stay Defendants' joint motion for further stay as to pending motion for injunctive relief by Waltine Nauta. Responses due by 1/24/2025. (Klugh, Richard) (Entered: 01/10/2025) |  |
| 695 | 01/10/2025 | Acknowledgment of Receipt of NOA from USCA as to Waltine Nauta and Carlos De Oliveira re 686 Notice of Appeal - Other Order, date received by USCA: 1/10/2025. USCA Case Number: 25-10076-G. (apz) (Entered: 01/13/2025) |  |
| 690 | 01/11/2025 | Response/Memorandum in Opposition to Defendants' Motion for Further Stay by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Shapiro, Elizabeth) (Entered: 01/11/2025) |  |
| 691 | 01/11/2025 | PAPERLESS ORDER as to Waltine Nauta, Carlos De Oliveira. On or before 10 a.m. on January 12, 2025, the United States shall file a supplement to its Opposition to Defendants' Joint Motion for Further Stay in Light of Ongoing Appellate Proceedings 690 . The supplement shall indicate whether Volume One of the Final Report directly or indirectly refers, relies, or bears in any respect upon any evidence or argument relevant to any of the charges alleged against Defendants Nauta and De Oliveira in this case. If Volume One contains any of the foregoing, understood liberally, the United States shall so indicate in its public Notice and thereafter file a corresponding sealed, non-ex parte supplement with particularized details, by the same deadline. The Court understands the United States' representation that Volume One does not "mention Defendants Nauta and De Oliveira or their conduct at issue in this case" [690-2 p. 22]. The Court is also aware of Defendants' belief that Volume One "bears on this pending criminal case" [689 p. 2 n.1]. The following motions remain pending in this Court and have not been ruled upon: Joint Emergency Motion as to Defendants Nauta and De Oliveira 679 ; Motion to Intervene and/or Participate as Amicus Curiae by President-Elect Donald J. Trump 681 ; and Defendants' Joint Motion for Further Stay as to Pending Motion for Injunctive Relief 689 . Signed by Judge Aileen M. Cannon on 1/11/2025. (AMC) (Entered: 01/11/2025) |  |
| 692 | 01/12/2025 | Response to Court Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Shapiro, Elizabeth) (Entered: 01/12/2025) |  |
|  | 01/12/2025 | SYSTEM ENTRY - Docket Entry 693 restricted/sealed until further notice. (yar) (Entered: 01/12/2025) |  |
| 694 | 01/12/2025 | Defendant's REPLY in Support of Motion by Waltine Nauta re 689 Defendant's MOTION to Stay Defendants' joint motion for further stay as to pending motion for injunctive relief.  (Klugh, Richard) (Entered: 01/12/2025) |  |
| 696 | 01/13/2025 | MOTION OF JEFFREY B. CLARK FOR LEAVE TO FILE BRIEF AS AMICUS CURIE. Responses due by 1/27/2025. (Attachments: # 1 Exhibit - Brief of Amicus Curiae Jeffrey B. Clark, # 2 Exhibit - Exhibit #1)(yar) (Entered: 01/13/2025) |  |
| 697 | 01/13/2025 | ORDER DENYING EMERGENCY MOTION AS TO VOLUME I OF SPECIAL COUNSEL'S REPORT; RESERVING RULING ON VOLUME II; SETTING HEARING ON UNITED STATES' REQUEST TO RELEASE VOLUME II; AND TEMPORARILY ENJOINING RELEASE OF VOLUME II PENDING RESOLUTION OF EMERGENCY MOTION AS TO VOLUME II. Signed by Judge Aileen M. Cannon on 1/13/2025. See attached document for full details. (tci) (Entered: 01/13/2025) |  |
| 698 | 01/13/2025 | NOTICE OF HEARING ON MOTION in case re 679 Defendant's |  |

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Joint Emergency Motion per 697 Order Reserving Ruling on Volume II and Setting Hearing and Briefing. Motion hearing set for 1/17/2025 at 2:00 PM in the Fort Pierce Division before Judge Aileen M. Cannon.(tci) (Entered: 01/13/2025) | |
| 699 | 01/13/2025 | NOTICE  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Shapiro, Elizabeth) (Entered: 01/13/2025) | |
| 700 | 01/13/2025 | SUPPLEMENT to 681 MOTION to Intervene or, Alternatively, to Participate as Amicus Curiae  filed by Donald J. Trump by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Emergency Ruling Requested) (Singer, Gregory) (Entered: 01/13/2025) | |
| 701 | 01/13/2025 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 681 MOTION to Intervene or, Alternatively, to Participate as Amicus Curiae  Response to Supplement Replies due by 1/21/2025. (Shapiro, Elizabeth) (Entered: 01/13/2025) | |
| 702 | 01/13/2025 | PAPERLESS ORDER denying President-Elect Trump's Motion to Intervene as to Volume I of Special Counsel's Final Report 681 and Emergency Supplement 700 . The Court has reviewed the Motion and the Emergency Supplement 700 . Consistent with the Court's Order Denying in Part the Emergency Motion filed by Defendants Nauta and De Oliveira as to Volume I 697 , and in light of the United States' clarifications affirming the severability of Volumes I and II 692 , the Motion to Intervene is denied as to Volume I and reserved on the balance of the Motion, including the alternative request for amicus participation as to Volume II. As indicated 697 , the Order Granting Defendants' Motion to Dismiss the Superseding Indictment is confined to this proceeding 672 , as is this Court's authority to enforce its own orders in this proceeding. The Court is therefore constrained to deny the present request for emergency relief, expressing no opinion on the merits of the arguments in the Motion to Intervene as to Volume I or on the United States' asserted urgency in releasing Volume I. Signed by Judge Aileen M. Cannon on 1/13/2025. (AMC) (Entered: 01/13/2025) | |
| 703 | 01/14/2025 | Response to Defendants' Emergency Motion by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Shapiro, Elizabeth) (Entered: 01/14/2025) | |
| 704 | 01/15/2025 | PAPERLESS ORDER denying as moot Defendants' 689 Motion to Extend Temporary Injunction Granted in January 7, 2025 Order 682 . Signed by Judge Aileen M. Cannon on 1/15/2025. (tci) (Entered: 01/15/2025) | |
| 705 | 01/15/2025 | PAPERLESS ORDER in anticipation of January 17, 2025, hearing 697 . Parties and prospective intervenor President-Elect Trump are advised as follows. First, the Court is prepared to hear argument on President-Elect Trump's Motion to Intervene as to Volume II 681 . Accordingly, on or before January 16, 2025, counsel for President-Elect Trump shall file a notice advising of his intent to present argument as to Volume II only, and if argument is requested, specifying the name of counsel designated to present argument during the hearing. Second, to facilitate the Court's review of Defendants' Joint Emergency Motion as narrowed by the Court's Order 679 697 , the United States is directed, on or before 2 p.m. on January 16, 2025, to hand deliver a copy of Volume II to the Court to be reviewed in camera. Counsel shall contact chambers via email for the limited purpose of arranging delivery and shall communicate promptly with the Classified Information Security Officer in this matter to the extent Volume II contains classified information. Further, counsel for the United States shall provide a reasonable opportunity for Defendants' counsel to | |

USA v. Trump, et al.

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | further review Volume II prior to the hearing, if that opportunity is requested by Defendants' counsel. This hearing is a public hearing, but any discussions of specified content in Volume II will be conducted in closed, sealed session to preserve Defendants' fair trial rights and to fully respect protective orders previously entered in this case. Signed by Judge Aileen M. Cannon on 1/15/2025. (AMC) (Entered: 01/15/2025) | |
| 706 | 01/15/2025 | PAPERLESS ORDER denying as moot and/or alternatively denying 696 Motion of Jeffrey B. Clark for Leave to File as Amicus Curiae. Signed by Judge Aileen M. Cannon on 1/15/2025. (AMC) (Entered: 01/15/2025) | |
| 707 | 01/15/2025 | NOTICE Regarding January 17, 2025, Hearing by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 705 Order,,,,,, (Singer, Gregory) (Entered: 01/15/2025) | |
| 709 | 01/15/2025 | ORDER of DISMISSAL from USCA. The district court's January 7, 2025, order on appeal in no. 25-10076 temporarily enjoined Appellant. Because the order has expired, no. 25-10076 is DISMISSED AS MOOT as to Waltine Nauta, Carlos De Oliveira re 686 Notice of Appeal - Other Order. USCA #25-10076-U. (apz) (Entered: 01/16/2025) | |
| 708 | 01/16/2025 | NOTICE of Compliance  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 705 Order,,,,,, (Shapiro, Elizabeth) (Entered: 01/16/2025) | |
| 710 | 01/16/2025 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 681 MOTION to Intervene or, Alternatively, to Participate as Amicus Curiae   Replies due by 1/23/2025. (Shapiro, Elizabeth) (Entered: 01/16/2025) | |
| 711 | 01/16/2025 | REPLY in Support of Motion by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 681 MOTION to Intervene or, Alternatively, to Participate as Amicus Curiae . (Singer, Gregory) (Entered: 01/16/2025) | |
| 712 | 01/16/2025 | Defendant's REPLY in Support of Motion by Waltine Nauta re 679 Joint EMERGENCY MOTION with Certification of Emergency included . Joint Reply by Defendants Waltine Nauta and Carlos De Oliveira (Klugh, Richard) (Entered: 01/16/2025) | |
| 713 | 01/20/2025 | PAPERLESS MINUTE ENTRY for Hearing held before Judge Aileen M. Cannon on January 17, 2025. The Court heard argument on Defendants' Emergency Motion to Preclude Release of Volume II of Special Counsel's Report 679 , as well as President-Elect Trump's Motion to Intervene or Alternative Request to Participate as Amicus 681 . The hearing was held publicly except for a brief session to discuss specified contents of Volume II with designated counsel. Motions taken under advisement for expedited consideration. Total time in court: 2 hours. Attorney Appearances for the Government: Elizabeth J. Shapiro, Brian M. Boynton, Markenzy Lapointe. Attorney Appearances for Defendants: Stanley Woodward, Richard C. Klugh, Larry Donald Murrell Jr., John S. Irving. Attorney Appearances for prospective-intervenor President-Elect Trump: John Lauro, Gregory M. Singer. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jco) (Entered: 01/20/2025) | |
| 714 | 01/21/2025 | ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO PRECLUDE RELEASE OF VOLUME II OF SPECIAL COUNSEL'S REPORT AND DENYING WITHOUT PREJUDICE MOTION TO INTERVENE AS TO VOLUME II. Signed by Judge Aileen M. Cannon on 1/21/2025. See attached document for full details. (tci) (Entered: 01/21/2025) | |
| 715 | 01/31/2025 | NOTICE of Withdrawal as Attorney by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Shapiro, Elizabeth) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 01/31/2025) | |
| 716 | 02/11/2025 | ORDER of DISMISSAL from USCA (certified copy). Appellant's "Unopposed Motion to Dismiss Appeal" is GRANTED. This appeal is DISMISSED as to Waltine Nauta, Carlos De Oliveira re 673 Notice of Appeal - Final Judgment. USCA #24-12311-SS. (apz) (Entered: 02/11/2025) | |
| 717 | 02/14/2025 | AMERICAN OVERSIGHT'S EXPEDITED MOTION TO INTERVENE AND FORCLARIFICATION OR, ALTERNATIVELY, DISSOLUTION OF JANUARY 21, 2025 ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO PRECLUDE RELEASE OF VOLUME II OF SPECIAL COUNSEL'S REPORT. Responses due by 2/28/2025. (amb) (Entered: 02/18/2025) | |
| 718 | 02/18/2025 | PAPERLESS ORDER denying in part and reserving ruling in part on American Oversight's "Expedited Motion to Intervene and for Clarification or, Alternatively, Dissolution of January 21, 2025 Order Granting Defendants' Emergency Motion to Preclude Release of Volume II of Special Counsel's Report" 717 . In the Motion, non-party and prospective intervenor American Oversight seeks an order "clarifying" that the Court's January 21, 2025, Order "ceased to operate" upon conclusion of the Special Counsel's Appeal of the Court's Order Granting Defendants' Motion to Dismiss Superseding Indictment 672 716 717 . Alternatively, American Oversight requests an order "immediately lift[ing]" the Court's January 21 Order 717 . Without ruling on the merits of the intervention or dissolution requests, the Court notes as follows. The Court's January 21, 2025, Order 714 remains in effect per the clear terms of that Order, which states, in relevant part, as follows: "This Order remains in effect pending further Court order, limited as follows. No later than thirty days after full conclusion of all appellate proceedings in this action and/or any continued proceedings in this Court, whichever comes later, the parties shall submit a joint status report advising of their position on this Order, consistent with any remaining Rule 6(e) challenges or other claims or rights concerning Volume II, as permitted by law" [714 pp. 13-14]. The Court awaits briefing on American Oversight's Motion in the normal course, according to the standard deadlines set forth in Local Rules 88.9 and 7.1. To the extent American Oversight seeks what amounts to an emergency ruling on its Motion this week, the Court sees an insufficient basis to warrant expedited or emergency treatment of the Motion. The status report deadline remains in effect, as previously dictated. Signed by Judge Aileen M. Cannon on 2/18/2025. (jco) (Entered: 02/18/2025) | |
| 719 | 02/19/2025 | Unopposed MOTION to Withdraw as Attorney  by Stanley Woodward for / by Waltine Nauta. (Klugh, Richard) (Entered: 02/19/2025) | |
| 720 | 02/20/2025 | ORDER granting 719 Motion to Withdraw as Attorney. Stanley E. Woodward withdrawn from case. Notice of Termination delivered by US Mail to Stanley Woodward as to Waltine Nauta (2). Signed by Judge Aileen M. Cannon on 2/20/2025. See attached document for full details. (amb) (Entered: 02/20/2025) | |
| 721 | 02/24/2025 | MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report. Responses due by 3/10/2025. (nan) (Entered: 02/25/2025) | |
| 723 | 02/27/2025 | Unopposed MOTION for Extension of Time to File Response as to 717 MOTION for Clarification , Motion for Intervention by Waltine Nauta. Responses due by 3/13/2025. (Attachments: # 1 Text of Proposed Order)(Klugh, Richard) (Entered: 02/27/2025) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 724 | 02/27/2025 | Clerk's Notice of Docket Correction re 722 Affidavit. Document Filed in Wrong Case; Document restricted and docket text modified. (nan) (Entered: 02/27/2025) | |
| 725 | 02/27/2025 | Defendant's NOTICE of Joining Waltine Nauta's Motion to Extend Date for Responses to Intervention Motion by Carlos De Oliveira (Murrell, Larry) (Entered: 02/27/2025) | |
| 726 | 02/28/2025 | ORDER GRANTING 723 UNOPPOSED MOTION FOR EXTENSION OF TIME AND SETTING OTHER DEADLINES. Signed by Judge Aileen M. Cannon on 2/28/2025. See attached document for full details. (bbk) (Entered: 02/28/2025) | |
| 727 | 02/28/2025 | NOTICE OF ATTORNEY APPEARANCE Michael David Porter appearing for USA. . Attorney Michael David Porter added to party USA(pty:pla). (Porter, Michael) (Entered: 02/28/2025) | |
| | 02/28/2025 | Set Response Deadline in case as to Waltine Nauta, Carlos De Oliveira 721 MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report, 717 MOTION for Clarification. On or before March 14, 2025, Defendants Nauta and De Oliveira shall file a combined response to the pending motions by American Oversight [ECF No. 717 ] and the Knight First Amendment Institute [ECF No. 721 ]. The body of the response shall not exceed thirty double-spaced pages. Responses due by 3/14/2025. (nan) (Entered: 03/03/2025) | |
| 729 | 03/06/2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Scott Wilkens. Filing Fee $ $250.00 Receipt # 299528 by David M. Buckner, Esq. for Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/20/2025. (nan) (Additional attachment(s) added on 3/11/2025: # 1 Proposed Order) (nan). (Entered: 03/11/2025) | |
| 730 | 03/06/2025 | CERTIFICATION of Scott Wilkens re 729 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Scott Wilkens. Filing Fee $ $250.00 Receipt # 299528 by Donald J. Trump, Waltine Nauta, Carlos De Oliveira (nan) (Entered: 03/11/2025) | |
| 731 | 03/06/2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jameel Jaffer. Filing Fee $ $250.00 Receipt # 299527 by David M. Buckner, Esq., Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/20/2025. (nan) (Additional attachment(s) added on 3/11/2025: # 1 Proposed Order) (nan). (Entered: 03/11/2025) | |
| 732 | 03/06/2025 | CERTIFICATION of Jameel Jaffer re 731 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jameel Jaffer. Filing Fee $ $250.00 Receipt # 299527 by Donald J. Trump, Waltine Nauta, Carlos De Oliveira (nan) (Entered: 03/11/2025) | |
| 733 | 03/06/2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Anna Diakun. Filing Fee $ $250.00 Receipt # 299526 by David M. Buckner, Esq., Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/20/2025. (Attachments: # 1 Proposed Order)(nan) (Entered: 03/11/2025) | |
| 734 | 03/06/2025 | CERTIFICATION of Anna Diakun re 733 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Anna Diakun. Filing Fee $ $250.00 Receipt # 299526 by Donald J. Trump, Waltine Nauta, Carlos De Oliveira (nan) (Entered: 03/11/2025) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 728 | 03/07/2025 | MOTION for Extension of Time to File Response as to 721 MOTION MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report, 717 MOTION for Clarification  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/21/2025. (Porter, Michael) (Entered: 03/07/2025) | |
| 735 | 03/11/2025 | PAPERLESS ORDER granting 728 Motion for Extension of Time. Signed by Judge Aileen M. Cannon on 3/11/2025. (AMC) (Entered: 03/11/2025) | |
| 736 | 03/12/2025 | UNOPPOSED MOTION of the Knight First Amendment Institute at Columbia University and American Oversight for Leave to File Reply Briefs of not More than Fifteen Pages Each by March 31, 2025. by Adam M. Schachter and David M. Buckner. Responses due by 3/26/2025. (nan) (Entered: 03/13/2025) | |
| 737 | 03/13/2025 | PAPERLESS ORDER granting 736 Prospective Intervenors Knight Institute and American Oversight's Unopposed Motion for Leave Regarding Reply Briefs. On or before March 31, 2025, Knight Institute and American Oversight shall each file consolidated reply briefs in support of their respective Motions 717 721 , with the body of each reply brief not to exceed fifteen double-spaced pages. Signed by Judge Aileen M. Cannon on 3/13/2025. (jco) (Entered: 03/13/2025) | |
| 741 | 03/13/2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Loree Stark. Filing Fee $ 250.00 Receipt # 299853 Responses due by 3/27/2025. (nan) (Entered: 04/08/2025) | |
| 742 | 03/13/2025 | CERTIFICATION of Loree Stark re 741 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Loree Stark. Filing Fee $ 250.00 Receipt # 299853 (nan) (Entered: 04/08/2025) | |
| 743 | 03/13/2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Elizabeth Haddix. Filing Fee $ 250.00 Receipt # 299853. Responses due by 3/27/2025. (nan) (Entered: 04/08/2025) | |
| 744 | 03/13/2025 | CERTIFICATION of Elizabeth Haddix re 743 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Elizabeth Haddix. Filing Fee $ 250.00 Receipt # 299853. (nan) (Entered: 04/08/2025) | |
| 738 | 03/14/2025 | STATUS REPORT (Joint) by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Porter, Michael) (Entered: 03/14/2025) | |
| 739 | 03/14/2025 | RESPONSE in Opposition by Waltine Nauta, Carlos De Oliveira re 721 MOTION MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report, 717 MOTION for Clarification  Replies due by 3/21/2025. (Klugh, Richard) (Entered: 03/14/2025) | |
| 740 | 03/24/2025 | RESPONSE in Opposition by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 721 MOTION MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report, 717 MOTION for Clarification  Replies due by 3/31/2025. (Porter, Michael) (Entered: 03/24/2025) | |
| 745 | 03/31/2025 | REPLY by the Knight First Amendment Institute at Columbia University in Support of its Motion to Intervene re 721 MOTION of the Knight First Amendment Institute at Columbia University to | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report. (nan) (Entered: 04/08/2025) | |
| 746 | 03/31/2025 | American Oversight's Consolidated REPLY to Former Defendants' and the United States' Opposition to its Motion to Intervene and Lift Injunction re 740 Response in Opposition, (nan) (Entered: 04/08/2025) | |
| 747 | 04/22/2025 | CLERK'S NOTICE - PHV Attorney(s) have been added to this case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re: 741 and 743 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. (jc). (Entered: 04/22/2025) | |
| 748 | 04/22/2025 | PAPERLESS ORDER granting 743 741 733 731 729 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorneys Elizabeth Haddix, Loree Stark, Anna Diakun, Jameel Jaffer, and Scott Wilkens. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Nothing in this Order should be construed as granting party status or otherwise ruling on the pending Motions to Intervene 717 721 . Signed by Judge Aileen M. Cannon on 4/18/2025. (ane) (Entered: 04/22/2025) | |
| 749 | 04/22/2025 | CLERK'S NOTICE - PHV Attorney(s) have been added to this case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re: 729 , 731 and 733 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Regarding ECF No. 748 PAPERLESS ORDER granting 743 741 733 731 729 [ Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorneys Elizabeth Haddix, Loree Stark, Anna Diakun, Jameel Jaffer, and Scott Wilkens. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Nothing in this Order should be construed as granting party status or otherwise ruling on the pending Motions to Intervene 717 721 . Signed by Judge Aileen M. Cannon on 4/18/2025. Additional Notice of Electronic Filing (NEF) sent to Anna Diakun, Jameel Jaffer, and Scott Wilkens. (jc) (Entered: 04/22/2025) | |
| 750 | 07/07/2025 | Notice of Ninety Days Expiring  by Kinght First Amendment Institute at Columbia University re 721 MOTION MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report (Buckner, David) (Entered: 07/07/2025) | |
| 751 | 07/10/2025 | Notice of Ninety Days Expiring regarding American Oversight's Motion to Intervene by American Oversight re 717 MOTION for Clarification (Llanes, Barbara) (Entered: 07/10/2025) | |
| 752 | 12/01/2025 | NOTICE OF ATTORNEY APPEARANCE Manolo Reboso appearing for USA. . Attorney Manolo Reboso added to party USA(pty:pla). (Reboso, Manolo) (Entered: 12/01/2025) | |
| 753 | 12/01/2025 | STATUS REPORT (Joint) by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit Exhibit A - Order Holding in Abeyance) (Reboso, Manolo) (Entered: 12/01/2025) | |
| 754 | 12/02/2025 | NOTICE of Change of Address/Contact Information; by Kendra | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Leigh Wharton as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Wharton, Kendra) (Entered: 12/02/2025) | |
| 755 | 12/02/2025 | MOTION for Leave to Participate as Amicus Curiae re 721 MOTION MOTION of the Knight First Amendment Institute at Columbia University to Intervene to Seek Rescission of the Court's January 21, 2025 Order and Public Release of Volume II of the Special Counsel's Report, 717 MOTION for Clarification  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 12/16/2025. (Wharton, Kendra) Modified on 12/15/2025 (mf). (Entered: 12/02/2025) | |
| 756 | 12/02/2025 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Kendra Leigh Wharton as to Donald J. Trump re 754 Notice of Change of Address, Email or Law Firm Name. Attorney Kendra Leigh Wharton has not completed the required procedures for updating their information with the Court. After filing something in any pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating-your-information (pt) (Entered: 12/02/2025) | |
| 757 | 12/05/2025 | NOTICE of Change of Address/Contact Information; Change of Email; Change of Law Firm Name; as to John Irving, Esq.. by Larry Donald Murrell, Jr as to Carlos De Oliveira (Murrell, Larry) (Entered: 12/05/2025) | |
| 758 | 12/05/2025 | CLERK'S NOTICE - Attorney Admissions has updated the contact information for PHV attorney John S. Irving, IV as to Carlos De Oliveira re 757 Notice of Change of Address, Email or Law Firm Name (pt) (Entered: 12/05/2025) | |
| 759 | 12/14/2025 | PAPERLESS ORDER granting 755 Donald J. Trump's Motion for Leave to Participate as Amicus curiae. No additional filings are permitted by this Order. Signed by Judge Aileen M. Cannon on 12/14/2025. (AMC) (Entered: 12/14/2025) | |
| 760 | 12/22/2025 | ORDER DENYING 717 721 NON-PARTY MOTIONS TO INTERVENE. Upon review of the Motions, Responses, and Replies, and fully advised in the premises, both 717 American Oversight's Motion to Intervene and 721 the Knight First Amendment Institute's Motion to Intervene are DENIED. Signed by Judge Aileen M. Cannon on 12/22/2025. See attached document for full details. (Entered: 12/22/2025) | |
| 761 | 12/22/2025 | ORDER FOLLOWING 738 JOINT STATUS REPORT AND ADDRESSING 714 JANUARY 21, 2025 ORDER. Signed by Judge Aileen M. Cannon on 12/22/2025. See attached document for full details. (nct) (Entered: 12/22/2025) | |
| 762 | 12/23/2025 | NOTICE OF APPEAL by Kinght First Amendment Institute at Columbia University as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Re: 760 Order on Motion for Clarification,, Order on Motion for Miscellaneous Relief,. Filing fee $ 605.00 receipt number FLSDC-19069109. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Buckner, David) (Entered: 12/23/2025) | |
| | 12/29/2025 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump to US Court of Appeals re 762 Notice of Appeal - Other Order. Notice has been electronically | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | mailed. (jgo) (Entered: 12/29/2025) | |
| | 12/29/2025 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 762 Notice of Appeal - Other Order. Notice has been electronically mailed. (jgo) (Entered: 12/29/2025) | |
| 763 | 12/29/2025 | NOTICE OF APPEAL by American Oversight as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Re: 760 Order on Motion for Clarification,, Order on Motion for Miscellaneous Relief,. Filing fee $ 605.00 receipt number FLSDC-19077018. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Llanes, Barbara) (Entered: 12/29/2025) | |
| | 12/30/2025 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 763 Notice of Appeal - Other Order. Notice has been electronically mailed. (jgo) (Entered: 12/30/2025) | |
| 764 | 12/31/2025 | Acknowledgment of Receipt of NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 762 Notice of Appeal - Other Order, date received by USCA: 12/29/2025. USCA Case Number: 25-14507-A. (jgo) (Entered: 12/31/2025) | |
| 765 | 12/31/2025 | Acknowledgment of Receipt of NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 763 Notice of Appeal - Other Order, date received by USCA: 12/30/25. USCA Case Number: 25-14507-A. (jgo) (Entered: 12/31/2025) | |
| 766 | 01/08/2026 | TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 762 Notice of Appeal - Other Order,, filed by Kinght First Amendment Institute at Columbia University. Transcript Requested. Counsel/Party submitting transcript order form: David M. Buckner. Link to Circuit Transcript Order Form PDF sent to: Court Reporter Laura Melton,. Payment Status: Satisfactory Arrangements for Payment Made. (Buckner, David) (Entered: 01/08/2026) | |
| 767 | 01/08/2026 | COURT REPORTER ACKNOWLEDGMENT as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 762 Notice of Appeal - Other Order,, 766 Circuit Transcript Order Form,. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Estimated filing date of transcript 01/18/2026. USCA number 25-14507. (Melton, Laura) (Main Document 767 replaced on 1/9/2026 to correct hearing date) (apz). (Entered: 01/08/2026) | |
| 769 | 01/12/2026 | TRANSCRIPT NOTIFICATION as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira - Transcript(s) ordered on: 1/8/2026 by David Buckner, Esq. has/have been filed by Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov re 762 Notice of Appeal - Other Order,, 766 Circuit Transcript Order Form,. (Melton, Laura) (Entered: 01/12/2026) | |
| 770 | 01/12/2026 | Corrected Transcript and Notice of Correction of Motions (nonsealed portions) as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira held on 01/17/25 before Judge Aileen M. Cannon, 1-58, 69-86 pages, re: 768 Transcript - Appeal,, 762 Notice of Appeal - Other Order,, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (Melton, Laura) (Entered: 01/12/2026) | |
| | 01/12/2026 | SYSTEM ENTRY - Docket Entry 768 restricted/sealed until further | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | notice. (apz) (Entered: 01/13/2026) | |
| 771 | 01/13/2026 | TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 763 Notice of Appeal - Other Order,, filed by American Oversight. No Transcript Requested. (Llanes, Barbara) (Entered: 01/13/2026) | |
| 772 | 01/20/2026 | Unopposed MOTION for an Order Prohibiting the Release of Volume II  by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 2/3/2026. (Wharton, Kendra) (Entered: 01/20/2026) | |
| 773 | 01/23/2026 | Response to December 22 2025 Order by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to 761 Order (Reboso, Manolo) (Entered: 01/23/2026) | |
| 774 | 01/30/2026 | Joint MOTION for an Order Prohibiting the Release of Volume II re 761 Order by Waltine Nauta and Carlos De Oliveira by Waltine Nauta. Responses due by 2/13/2026. (Klugh, Richard) (Entered: 01/30/2026) | |
| 775 | 02/09/2026 | Joint MOTION to Intervene in order to seek a stay re 772 Unopposed MOTION for an Order Prohibiting the Release of Volume II , 774 Joint MOTION for an Order Prohibiting the Release of Volume II re 761 Order by Waltine Nauta and Carlos De Oliveira on an expedited basis by Kinght First Amendment Institute at Columbia University, American Oversight as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney David Buckner added to party Kinght First Amendment Institute at Columbia University(pty:ip), Attorney David Buckner added to party American Oversight(pty:ip). Responses due by 2/23/2026. (Buckner, David) (Entered: 02/09/2026) | |
| 776 | 02/11/2026 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 763 Notice of Appeal - Other Order, 762 Notice of Appeal - Other Order, Appeal No. 25-14507-AA. The record on appeal is available electronically with the exception of: Sealed DE 768 . (apz) (Entered: 02/11/2026) | |
| 777 | 02/12/2026 | Certified and Transmitted Electronic Record on Appeal as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 763 Notice of Appeal - Other Order, 762 Notice of Appeal - Other Order. USCA #25-14507-AA. (apz) (Entered: 02/12/2026) | |
| 778 | 02/17/2026 | NOTICE Regarding Knight Institute's and American Oversight's Filing of Petition for Writ of Mandamus in the Eleventh Circuit by Donald J. Trump as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira (Attachments: # 1 Exhibit A - Petition for Writ of Mandamus) (Wharton, Kendra) (Entered: 02/17/2026) | |
| 779 | 02/23/2026 | Order on Unopposed Motions Seeking Prohibition on Release of Volume II 772 774 . Signed by Judge Aileen M. Cannon on 2/23/2026. See attached document for full details. (Entered: 02/23/2026) | |
| 780 | 02/23/2026 | Order Denying Non-Party Joint Motion to Intervene to Seek Stay 775 . Signed by Judge Aileen M. Cannon on 2/23/2026. See attached document for full details. (Entered: 02/23/2026) | |
| 781 | 02/26/2026 | Unopposed MOTION to Withdraw as Attorney  by Gene C. Schaerr for / by Citizens United Foundation, Citizens United, Gary Lawson, Steven Calabresi, Edwin Meese, III as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/12/2026. (Attachments: # 1 Text of Proposed Order)(Trent, Edward) (Entered: 02/26/2026) | |
| 782 | 02/27/2026 | PAPERLESS ORDER granting 781 Unopposed Motion to Withdraw as counsel for Amici Curiae, former Attorney General | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Edwin Meese III, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation. The Clerk is DIRECTED to remove Attorney Gene C. Schaerr from the distribution list in this case. Signed by Judge Aileen M. Cannon on 2/27/2026. (sm1) Signed by Judge Aileen M. Cannon on 2/27/2026. (sm1) (Entered: 02/27/2026) | |
| | 02/27/2026 | Attorney update in case as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Attorney Gene C. Schaerr terminated per DE 782 . Notice of Termination delivered by US Mail to Gene Schaerr. (jua) (Entered: 03/05/2026) | |
| 783 | 03/02/2026 | NOTICE OF APPEAL by Knight First Amendment Institute at Columbia University as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Re: 780 Order on Motion for Miscellaneous Relief. Filing fee $ 605.00 receipt number FLSDC-19271877. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Buckner, David) Modified text on 3/3/2026 (apz). (Entered: 03/02/2026) | |
| 784 | 03/02/2026 | NOTICE OF APPEAL by American Oversight as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Re: 780 Order on Motion for Miscellaneous Relief. Filing fee $ 605.00 receipt number FLSDC-19272056. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Llanes, Barbara) (Entered: 03/02/2026) | |
| | 03/03/2026 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 783 Notice of Appeal - Other Order. Notice has been electronically mailed. (apz) (Entered: 03/03/2026) | |
| | 03/03/2026 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 784 Notice of Appeal - Other Order. Notice has been electronically mailed. (apz) (Entered: 03/03/2026) | |
| 785 | 03/05/2026 | Acknowledgment of Receipt of NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 783 Notice of Appeal - Other Order, date received by USCA: 3/3/2026. USCA Case Number: 26-10674-A. (apz) (Main Document 785 replaced on 3/5/2026) (apz). (Entered: 03/05/2026) | |
| 786 | 03/05/2026 | Acknowledgment of Receipt of NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 784 Notice of Appeal - Other Order, date received by USCA: 3/3/2026. USCA Case Number: 26-10674-A. (apz) (Entered: 03/05/2026) | |
| 787 | 03/13/2026 | TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 784 Notice of Appeal - Other Order,, filed by American Oversight. No Transcript Requested. (Llanes, Barbara) (Entered: 03/13/2026) | |
| 788 | 03/16/2026 | WITHDRAWN (per DE 790 ) TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 783 Notice of Appeal - Other Order,, filed by Knight First Amendment Institute at Columbia University. Transcript Requested. Counsel/Party submitting transcript order form: David Buckner. Link to Circuit | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Transcript Order Form PDF sent to: Court Reporter Coordinator. Payment Status: NO Satisfactory Arrangements for Payment Made or Indicated. (Buckner, David) Modified text on 3/17/2026 (apz). (Entered: 03/16/2026) | |
| 789 | 03/16/2026 | TRANSCRIPT ORDER FORM as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 783 Notice of Appeal - Other Order,, filed by Knight First Amendment Institute at Columbia University. No Transcript Requested. (Buckner, David) (Entered: 03/16/2026) | |
| 790 | 03/16/2026 | MOTION to Withdraw Document 788 Circuit Transcript Order Form,  by Knight First Amendment Institute at Columbia University as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 3/30/2026. (Buckner, David) (Entered: 03/16/2026) | |
| 791 | 03/18/2026 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 763 Notice of Appeal - Other Order, 762 Notice of Appeal - Other Order, Appeal No. 25-14507-AA. The entire record on appeal is available electronically. (apz) (Entered: 03/18/2026) | |
| 792 | 04/14/2026 | ORDER of USCA. Knight Institute is DIRECTED to file a signed notice of appeal in the district court within fourteen days. Failure to comply with this order will result in the dismissal of Knight Institute's appeal without further notice as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 783 Notice of Appeal - Other Order. USCA #26-10674-A. (apz) (Entered: 04/14/2026) | |
| 793 | 04/14/2026 | Corrected NOTICE OF APPEAL by Knight First Amendment Institute at Columbia University as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira Re: 780 Order on Motion for Miscellaneous Relief. Filing fee $ 605.00. No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Buckner, David) (Entered: 04/14/2026) | |
| | 04/15/2026 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 793 Notice of Appeal - Other Order. Notice has been electronically mailed. (apz) (Entered: 04/15/2026) | |
| 794 | 04/15/2026 | Acknowledgment of Receipt of Corrected NOA from USCA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira re 793 Notice of Appeal - Other Order, date received by USCA: 4/15/2026. USCA Case Number: 26-10674-A. (apz) (Main Document 794 replaced on 4/16/2026) (apz). (Entered: 04/16/2026) | |
| 795 | 06/08/2026 | MOTION for Leave to File Notice of Alleged Violation of Court Order ECF 714 by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 6/22/2026. (Attachments: # 1 Notice of Alleged Violation of Court Order ECF 714)(Heekin, John) (Entered: 06/08/2026) | |
| 796 | 06/12/2026 | PAPERLESS ORDER granting 795 Motion for Leave to File Notice of Alleged Violation of Court Order. By this Order, the Court expresses no opinion on any matter related to the allegations in the Notice, nor does anything in the Notice or in the allegations contained therein have any impact on any of the Court's rulings or orders in this proceeding. Signed by Judge Aileen M. Cannon on 6/12/2026. (sm1) (Entered: 06/12/2026) | |
| 797 | 06/26/2026 | Emergency MOTION for Return of Property/Rule 41 by Anton A. | |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Iagounov as to Donald J. Trump. Responses due by 7/10/2026. (ls) (Entered: 06/26/2026) | |
| 798 | 06/30/2026 | PAPERLESS ORDER striking unauthorized nonparty filing 797 . Motions terminated: 797 MOTION for Return of Property/PostTrial filed by Anton A. Iagounov. Signed by Judge Aileen M. Cannon on 6/30/2026. (sm1) (Entered: 06/30/2026) | |
| 799 | 07/01/2026 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 793 Notice of Appeal - Other Order, 783 Notice of Appeal - Other Order, 784 Notice of Appeal - Other Order, Appeal No. 26-10674-AA. The entire record on appeal is available electronically. (apz) (Entered: 07/01/2026) | |
| 800 | 07/01/2026 | Certified and Transmitted Electronic Record on Appeal as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira to US Court of Appeals re 793 Notice of Appeal - Other Order, 783 Notice of Appeal - Other Order, 784 Notice of Appeal - Other Order. USCA #26-10674-AA. (apz) (Entered: 07/01/2026) | |
| 801 | 07/02/2026 | MOTION for Leave to File Joint Notice by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/16/2026. (Utt, Christie) (Entered: 07/02/2026) | |
| 802 | 07/02/2026 | MOTION Joint Notice of Inadvertent Discovery Disclosure re 801 MOTION for Leave to File Joint Notice  by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. Responses due by 7/16/2026. (Utt, Christie) (Entered: 07/02/2026) | |
| 803 | 07/02/2026 | JOINT NOTICE of Inadvertent Discovery Disclosure by USA as to Donald J. Trump, Waltine Nauta, Carlos De Oliveira. (See DE# 802 for document image). (jas) (Entered: 07/02/2026) | |
| 804 | 07/02/2026 | Clerk's Notice to Filer re 802 MOTION Joint Notice of Inadvertent Discovery Disclosure re 801 MOTION for Leave to File Joint Notice. Wrong Event Selected; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see DE# 803 . It is not necessary to refile this document. (jas) (Entered: 07/02/2026) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

DE 680

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**WALTINE NAUTA and
CARLOS DE OLIVEIRA,**

      Defendants.

_____/

**GOVERNMENT'S NOTICE IN RESPONSE TO DEFENDANT'S EMERGENCY
MOTION**

Defendants Waltine Nauta and Carlos De Oliveira have filed an Emergency Motion to Preclude the Government from Issuing a Purported Special Counsel Report Contravening This Court's Dismissal Order and Prejudicing Defendants' Pretrial Rights. ECF No. 679 (Motion). The Government files this notice to apprise the Court of the following.

The Special Counsel's Office is working to finalize a two-volume confidential report to the Attorney General explaining the Special Counsel's prosecution decisions. *See* 28 C.F.R. § 600.8(c). The Attorney General will decide whether any portion of the report should be released to the public. *See* 28 C.F.R. § 600.9(c). One volume of the report pertains to this case. The Attorney General has not yet determined how to handle the report volume pertaining to this case, about which the parties were conferring at the time the defendants filed the Motion, but the Department can commit that the Attorney General will not release that volume to the public, if he does at all, before Friday, January 10, 2025, at 10:00 a.m. The Special Counsel will not transmit

that volume to the Attorney General before 1:00 p.m. on January 7, 2025.  The Government will

file a response to the defendants' Motion no later than January 7, 2025, at 7:00 p.m.

Respectfully submitted,

JACK SMITH
Special Counsel
N.Y. Bar No. 2678084

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

By:     /s/ *James I. Pearce*
James I. Pearce
Assistant Special Counsel
Special Bar ID #A5503077

January 7, 2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *James I. Pearce*
James I. Pearce

DE 684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

 Plaintiff,

v.

WALTINE NAUTA and
CARLOS DE OLIVEIRA,

 Defendants.

            /

**GOVERNMENT'S SECOND NOTICE IN RESPONSE TO DEFENDANTS'
EMERGENCY MOTION**

 In light of this Court's order (ECF No. 682), the Government will respond to Defendants

Waltine Nauta and Carlos De Oliveira's motion for emergency relief in the Eleventh Circuit and

will not otherwise respond to the related motion in this Court (ECF No. 679) absent further

direction from this Court or from the Eleventh Circuit.

        Respectfully submitted,

        JACK SMITH
        Special Counsel
        N.Y. Bar No. 2678084

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

  By: */s/ Elizabeth J. Shapiro*
     Elizabeth J. Shapiro
     Special Bar ID #A5502352
     Deputy Branch Director
     Federal Programs Branch, Civil Division

January 7, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of

Notices of Electronic Filing.

/s/ *Elizabeth J. Shapiro*
Elizabeth J. Shapiro

DE 689

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 23-cr-80101- CANNON** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| WALTINE NAUTA, and | ) | |
| CARLOS DE OLIVEIRA, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DEFENDANTS' MOTION FOR FURTHER STAY IN
## LIGHT OF ONGOING APPELLATE PROCEEDINGS

Stanley E. Woodward, Jr.
BRAND WOODWARD LAW, LP

Richard C. Klugh
KLUGH WILSON, LLC

*Counsel for Defendant*
*Waltine Nauta*

John S. Irving, IV
E&W LAW, LLC

Larry Donald Murrell, Jr.
L.D. MURRELL, P.A.

*Counsel for Defendant*
*Carlos De Oliveira*

Defendants, through undersigned counsel, hereby move for an order further providing that the Court's January 7, 2025 Order (DE:682), maintaining the status quo pending the resolution of proceedings on a separate appellate motion for emergency relief, continues in effect pending resolution of all appellate matters arising from such appellate litigation.  Alternatively, Defendants request that this Court extend its present status quo order to such time as this Court resolves the Defendants' pending emergency request for injunctive relief.  Defendants state the following grounds in support of this motion:

1. This Court on January 7, 2025, entered an order temporarily restraining Attorney General Garland, the Department of Justice, Special Counsel Smith, all of their officers, agents, and employees, and all persons acting in active concert or participation with such individuals from (a) releasing, sharing, or transmitting the Final Report or any drafts of such Report outside the Department of Justice, or (b) otherwise releasing, distributing, conveying, or sharing with anyone outside the Department of Justice any information or conclusions in the Final Report or in drafts thereof.  DE:682 at 2.

2. This Court ordered that the stay would remain in effect until three (3) days after resolution by the Eleventh Circuit of a separate appellate motion for injunction, unless the Eleventh Circuit were to rule that the stay should not continue.  *Id*.

3. In its response to the appellate emergency motion for relief that was filed in the government's pending direct appeal as to these Defendants in the Eleventh Circuit, the government proposed releasing Volume I of the Final Report[1] to the public, and Volume II of the Final Report, which contains confidential information regarding this pending

---

[1] The Government has not provided the defense with even limited access to Volume I of the Report. Court review of *both* Volumes is warranted in case.  Volume I contains information that bears on this pending criminal case.

criminal matter, to the chairmen and ranking members of the House and Senate Judiciary Committees, subject to redactions *determined only by the Department of Justice*, without any court process by which the Defendants could lodge objections to: release of certain portions of the Report; the conditions under which the Report was released; and whether any version of the Report could be released in light of the unconstitutional nature of the Special Counsel appointment and the still-pending nature of the criminal case.

4. Defendants argued in reply as to the appellate motion that the dispute over release of the Final Report, and particularly the Government's proposed specialized release to Congress, has raised inherently fact-bound questions properly resolved by this Court, particularly because this Court will preside over any criminal trial in this matter and this Court has previously presided over significant related litigation addressing privilege, suppression, grand jury materials, discovery disclosure, protective orders, and admissibility of evidence at trial.  The Government's proposed course of action presents factual disputes including, but not limited to: whether the Special Counsel's investigation has, in fact, "concluded" and thereby triggered the notice requirement of 28 C.F.R. § 600.9(a)(3); the likelihood of public disclosure if the Report is shared with Congress; the appropriate level of redaction if the Report is shared; whether members of Congress who view the Report may say anything about the case or the Report publicly; whether members of Congress may disclose to their staff the contents of the Report or their reactions thereto; whether the Defendants are still bound by any protective order if the dissemination results in the Defendants' being tried in the court of public opinion; and whether there is any recourse if confidentiality is violated.

2

5. Indeed, as Defendants also pointed out in their Eleventh Circuit briefing, neither this Court nor the Executive Branch can bind Congress. Once the Report is disclosed to Congress, this Court will effectively lose its ability to control the flow of information related to privileged and confidential matters in a criminal proceeding. That makes delaying the issuance of the Final Report until this matter is resolved essential, as there will be no way to put the proverbial cat back into the bag after the Final Report is shared with Congress, and no way to control congressional speech regarding the pending criminal case.

6. The Eleventh Circuit on January 9, 2025, issued an order denying the Defendants' appellate request for injunctive relief *by that court*, and stated its reasoning as follows: "To the extent that Appellant [the Government] seeks relief from the district court's January 7, 2025, order temporarily enjoining Appellant, Appellant may file a notice of appeal from that order." App. Doc. 100-2. By so stating, the Eleventh Circuit clearly signaled that it views the questions raised by this dispute as properly before this Court in the first instance, and falling well within this Court's jurisdiction to enforce its own orders. The Government literally asked the Eleventh Circuit to vacate the January 7, 2025 Order, and the Eleventh Circuit refused to do so. For practical purposes, Defendants argument in the Eleventh Circuit that the matter belongs initially in this Court *prevailed*, notwithstanding the Government's mischaracterization of the Eleventh Circuit's Order. Indeed, Defendants argued in the Eleventh Circuit that this Court had jurisdiction over the emergency request for relief, and that this matter was properly left to the sound discretion of this Court. *See United States v. Ellsworth*, 814 F.3d 613, 614 (11th Cir. 1987). *See* Defendant's Reply Memorandum, Doc. 93 at 8-9.

3

The Eleventh Circuit's order is thus fairly read as denying the emergency relief because, as in *Ellsworth*, in its view it had "no jurisdiction to rule on its merits" of a question "which must be directed to the district court." *Ellsworth*, 814 F.2d at 614.

7. Because the Eleventh Circuit resolved Defendants' Emergency Motion, the clock on this Court's January 7, 2025, Order has begun to run. The temporary enjoinment imposed by this Court is set to expire on and the end of the day on Monday, January 13, 2025, pursuant Fed. R. Crim. Proc. 45(a).

8. Since the Eleventh Circuit's order was issued, the Government has filed an improper appeal of the temporary status quo order imposed by this Court, while recognizing in a notice filed with the Eleventh Circuit that appellate jurisdiction may be lacking. *See* App. Doc. 101 at 2 n. 1.

9. The Government has also filed a purported "notice" in the Eleventh Circuit on January 10, 2025, seeking relief in the nature of a motion requesting rehearing of the resolution of the appellate request for injunctive relief (albeit without complying with motion or rehearing rules). The Government's request for rehearing and the Government's notice of appeal reveal that the Government too reads the Eleventh Circuit's denial order as leaving the factual questions to this Court.

10. Defendants therefore request that this Court extend the temporary restraining order to allow this Court to order briefing on and to hold a hearing and to rule on the merits of Defendants' pending emergency request for injunctive relief, the motion for intervention, and any response by the Government. This Court presides over the criminal matter and is best suited to resolve the questions presented by Defendants' request for injunctive relief. Though an appeal of the Court's current Order is pending,

4

the questions presented by the emergency motion do not bear on the merits of the appeal—rather, the core issues are whether the Special Counsel actions in preparing the Final Report violated this Court's Order of Dismissal (from which no stay has been sought); whether that precludes the Attorney General from releasing the report to Congress; and whether confidential information (including privileged material, grand jury material, and other evidence in a criminal case) is permissibly released to Congress while this case is still pending.

11. Extension of the temporary enjoinment is warranted based on the Government's attempts to extend litigation in the Eleventh Circuit. Extension of the temporary stay is also warranted to allow this Court to hold a hearing and to rule on the emergency motion filed in this Court.

12. Based on the Eleventh Circuit's ruling, Defendants ask this Court to extend the stay, to give it time to hold a hearing and to rule on the defense request for injunctive relief.

13. Extension of the stay is essential to protect due process interests. Press reporting on the Eleventh Circuit's Order has already misreported the contents of that order, *see, e.g.,* Sareen Habeshian, *Smith's Final Report on Trump Cases Can Be Released, Appeals Court Says*, Axios.com (January 9, 2025), available at https://www.axios.com/2025/01/10/trump-appeals-court-jack-smith-report (last accessed January 10, 2025). If there is already a flow of misinformation about the propriety of release of report, it is certainly reasonable to expect a flow of misinformation if the Report is released to Congress. And that flow of information will violate Defendants' due process rights to a fair trial. This Court should thus act to preserve the status quo, and to ensure that *any* release of *any* information related to a

5

pending criminal trial—if it is permissible in the first instance—is only done pursuant to an orderly court process. The government's hailstorm of frantic filings seeks to release this Report as soon as possible, at any cost to the individual due process interests of these criminal defendants. But that approach risks lengthening and complicating judicial process by raising the substantial possibility that Defendants are back before this Court following an impermissible leak of material. Once highly privileged and highly confidential information enters the public domain—as a result of the politically motivated eleventh-hour haste of the Executive Branch and the disqualified Special Counsel—it will be impossible to cure the constitutional rights violation that results. This Court should therefore take steps to ensure an orderly process in the face of the Executive Branch and the unauthorized Special Counsel doing everything it can to disrupt order, disrupt process, and divert from this Court the responsibility to oversee the criminal trial.

WHEREFORE, Defendants Waltine Nauta and Carlos De Oliveira ask this Court to extend its temporary enjoinment restraining the DOJ from distributing, sharing or otherwise disclosing the Report until and at which time this Court has ruled on Defendants' request for injunctive relief.

Dated: January 10, 2025   Respectfully submitted:


/s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (pro hac vice)
BRAND WOODWARD LAW, LP
400 Fifth Street NW, Ste 350
Washington, DC 20001
(202) 996-7447 (telephone)
stanley@brandwoodwardlaw.com


/s/ Richard C. Klugh
Richard C. Klugh
Fla. Bar No. 305294
KLUGH WILSON, LLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
klughlaw@gmail.com


*Counsel for Defendant Waltine Nauta*

/s/ John S. Irving, IV
John S. Irving, IV (pro hac vice)
E&W LAW, LLC
1455 Pennsylvania Ave NW, Ste 400
Washington, DC 20004
(301) 807-5670 (telephone)
john.irving@earthandwatergroup.com


/s/ Larry Donald Murrell, Jr.
Larry Donald Murrell, Jr.
Fla. Bar No. 326641
L.D. MURRELL, P.A.
400 Executive Center Drive, Ste 201
West Palm Beach, FL 33401
(561) 686-2700 (telephone)
ldmpa@bellsouth.net


*Counsel for Defendant Carlos De Oliveira*

7

# DE 692

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,                )
                                         )
                                         )
                  Plaintiff,             )
         v.                              )
                                         )
                                         )
                                         )
WALTINE NAUTA, and                       )
CARLOS DE OLIVEIRA,                      )
                                         )
                  Defendants.            )
_____  )

**THE UNITED STATES' SUPPLEMENT IN RESPONSE TO THE COURT'S
JANUARY 11, 2025 ORDER**

In response to the Court's January 11, 2025, order (Dkt. No. 691), and without waiving its jurisdictional objection, the United States hereby files this supplement to its Opposition To Defendants' Motion To Extend Temporary Injunction (Dkt. No. 690). As the United States has previously noted, the Final Report of Special Counsel Jack Smith comprises two volumes. Volume One concerns the Special Counsel's investigation and prosecution relating to the 2020 presidential election in Washington, D.C. (Election Case). Volume Two concerns the Special Counsel's investigation and prosecution of defendants Waltine Nauta and Carlos De Oliveira, as well as President-elect Trump, relating to the mishandling of classified documents (Classified Documents Case).

In response to the Court's order, the United States believes that nothing in Volume One of the Final Report of the Special Counsel "directly or indirectly refers, relies, or bears in any respect upon any evidence or argument relevant to any of the charges alleged against

1

Defendants Nauta and De Oliveira in this case." Dkt. No. 691. Without referencing Defendants Nauta or De Oliveira, any conduct by them, any evidence against them, or the charges against them, Volume One does makes two references to the Classified Documents Case. The government will provide the relevant text in a sealed filing.

As noted in the Attorney General's January 8, 2025, letter to Congress (Dkt. 685, Ex. A), the Special Counsel's transmission of the Final Report to the Attorney General included a transmittal letter, a letter from counsel for President Trump, and a letter from the Special Counsel in response. The letter from counsel for President Trump (which was submitted to the Court by defendants, *see* Dkt. 679, Ex A) requested that, if the Special Counsel's Report were disclosed, the letter from counsel for President Trump and the Special Counsel's response be incorporated into the Report. Dkt. 679, Ex. A at 12. If the Department is permitted to publicly disclose Volume One or to make Volume Two available to Congress for limited in camera review, the Department intends to also share the transmittal letter from the Special Counsel, the letter from counsel for President Trump, and the letter from the Special Counsel in response, if permitted by the Court. Defendants have not sought to block transmission of these documents, but the Department will provide all three documents as attachments to its sealed filing in an abundance of caution.

Dated: January 12, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARKENZY LAPOINTE
United States Attorney

 *s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
Special Bar ID #A5502352

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2025, I electronically filed the foregoing paper

with the Clerk of the Court using the ECF system, which sends notice to all counsel of

record.

*/s/ Elizabeth J. Shapiro*
Elizabeth J. Shapiro

# DE 702

DE 702

01/13/2025

PAPERLESS ORDER denying President-Elect Trump's Motion to Intervene as to Volume I of Special Counsel's Final Report 681 and Emergency Supplement 700 . The Court has reviewed the Motion and the Emergency Supplement 700 . Consistent with the Court's Order Denying in Part the Emergency Motion filed by Defendants Nauta and De Oliveira as to Volume I 697 , and in light of the United States' clarifications affirming the severability of Volumes I and II 692 , the Motion to Intervene is denied as to Volume I and reserved on the balance of the Motion, including the alternative request for amicus participation as to Volume II. As indicated 697 , the Order Granting Defendants' Motion to Dismiss the Superseding Indictment is confined to this proceeding 672 , as is this Court's authority to enforce its own orders in this proceeding. The Court is therefore constrained to deny the present request for emergency relief, expressing no opinion on the merits of the arguments in the Motion to Intervene as to Volume I or on the United States' asserted urgency in releasing Volume I. Signed by Judge Aileen M. Cannon on 1/13/2025. (AMC) (Entered: 01/13/2025)

# DE 704

DE 704

01/15/2025

PAPERLESS ORDER denying as moot Defendants' 689 Motion to Extend Temporary Injunction Granted in January 7, 2025 Order 682 . Signed by Judge Aileen M. Cannon on 1/15/2025. (tci) (Entered: 01/15/2025)

# DE 705

DE 705

01/15/2025

PAPERLESS ORDER in anticipation of January 17, 2025, hearing 697 . Parties and prospective intervenor President-Elect Trump are advised as follows. First, the Court is prepared to hear argument on President-Elect Trump's Motion to Intervene as to Volume II 681 . Accordingly, on or before January 16, 2025, counsel for President-Elect Trump shall file a notice advising of his intent to present argument as to Volume II only, and if argument is requested, specifying the name of counsel designated to present argument during the hearing. Second, to facilitate the Court's review of Defendants' Joint Emergency Motion as narrowed by the Court's Order 679 697 , the United States is directed, on or before 2 p.m. on January 16, 2025, to hand deliver a copy of Volume II to the Court to be reviewed in camera. Counsel shall contact chambers via email for the limited purpose of arranging delivery and shall communicate promptly with the Classified Information Security Officer in this matter to the extent Volume II contains classified information. Further, counsel for the United States shall provide a reasonable opportunity for Defendants' counsel to further review Volume II prior to the hearing, if that opportunity is requested by Defendants' counsel. This hearing is a public hearing, but any discussions of specified content in Volume II will be conducted in closed, sealed session to preserve Defendants' fair trial rights and to fully respect protective orders previously entered in this case. Signed by Judge Aileen M. Cannon on 1/15/2025. (AMC) (Entered: 01/15/2025)

# DE 713

DE 713

01/20/2025

PAPERLESS MINUTE ENTRY for Hearing held before Judge Aileen M. Cannon on January 17, 2025. The Court heard argument on Defendants' Emergency Motion to Preclude Release of Volume II of Special Counsel's Report 679 , as well as President-Elect Trump's Motion to Intervene or Alternative Request to Participate as Amicus 681 . The hearing was held publicly except for a brief session to discuss specified contents of Volume II with designated counsel. Motions taken under advisement for expedited consideration. Total time in court: 2 hours. Attorney Appearances for the Government: Elizabeth J. Shapiro, Brian M. Boynton, Markenzy Lapointe. Attorney Appearances for Defendants: Stanley Woodward, Richard C. Klugh, Larry Donald Murrell Jr., John S. Irving. Attorney Appearances for prospective-intervenor President-Elect Trump: John Lauro, Gregory M. Singer. Court Reporter: Laura Melton, Laura_Melton@flsd.uscourts.gov. (jco) (Entered: 01/20/2025)

# DE 755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

WALTINE NAUTA, *et ano.*,

Defendants.

Case No. 23-80101-CR
CANNON/REINHART

## PRESIDENT DONALD J. TRUMP'S MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE

President Donald J. Trump respectfully submits this motion for leave to participate as *amicus curiae* in his individual capacity with respect to the motions of American Oversight and The Knight First Amendment Institute at Columbia University ("Knight Institute") to intervene in the Court's proceedings and seek recission of the Court's January 21, 2025 Order.

## BACKGROUND

1.      On June 8, 2023, so-called Special Counsel Jack Smith unlawfully secured an indictment in the Southern District of Florida, charging President Trump with thirty-seven felony counts.  ECF No. 3.  The Indictment, marred by numerous deficiencies and repeated abuses of office, *see, e.g.*, ECF Nos. 326, 518, 561 and 612,[1] also charged a senior member of President

---

[1]   More recently, Congressional leaders have obtained and released documents revealing that Jack Smith and his team sought and obtained hundreds of unlawful subpoenas to spy on Republican Members of Congress and conservative individuals and entities.  *See*
Sen. Chuck Grassley, X (Nov. 25, 2025, 2:36 PM),
https://x.com/ChuckGrassley/status/1993403533757182272; Press Release, U.S. House of Representatives Committee on the Judiciary, Biden-Harris Justice Department Gathered Chairman Jordan's Phone Records for Over Two Years (Nov. 20, 2025), https://judiciary.house.gov/media/press-releases/biden-harris-justice-department-gathered-chairman-jordans-phone-records-over; Press Release, U.S. Senate Committee on the Judiciary, Jack Smith Subpoenaed Records for Over 400 Republican Targets As Part of Arctic Frost (Oct. 29, 2025), https://www.judiciary.senate.gov/press/rep/releases/new-jack-smith-subpoenaed-records-for-over-400-republican-targets-as-part-of-arctic-frost?.

Trump's staff, Waltine Nauta, with six felony counts.   ECF No. 3.   On July 27, 2023, the grand jury returned a Superseding Indictment, also signed by Jack Smith, increasing the number of total charges against President Trump to forty and adding a third defendant, Carlos De Oliveira.   ECF No. 85.

2.      On July 15, 2024, the Court issued its Order dismissing the Superseding Indictment based upon Jack Smith's unconstitutional appointment and expenditure of millions of federal taxpayer dollars in his pursuit to imprison President Trump.   ECF No. 672.   Although the Biden Justice Department initially appealed the Court's dismissal, it was forced to abandon that appeal as to President Trump after his overwhelming victory in the 2024 Presidential Election.   The Department's appeal as to Nauta and De Oliveira was later dismissed, but only after the Biden Justice Department sought to unlawfully release Smith's "Final Report" prepared in connection with his unconstitutional investigations in the District of Columbia and the Southern District of Florida.   *See* ECF No. 679.

3.      On January 21, 2025, the Court granted the Emergency Motion of Nauta and De Oliveira to preclude the release of Volume II of the Final Report.   ECF No. 714.   In the Order, the Court denied President Trump's request to intervene in proceedings but granted his alternative, unopposed request to participate as *amicus curiae* to challenge the release of Volume II.   *Id*. President Trump's *amicus curiae* briefing is docketed at ECF Nos. 681 and 700, and counsel for President Trump appeared on his behalf at the Court's January 17, 2025 hearing on the Emergency Motion.

4.      On February 14, 2025, and February 24, 2025, respectively, American Oversight and the Knight Institute moved to intervene in the district court proceedings and seek dissolution and/or rescission of the Court's January 21, 2025 Order.   ECF Nos. 717 and 721.   The Knight

Institute also seeks an order from the Court directing the clerk to publicly file a copy of Volume II on the public docket. ECF No. 721. The remaining parties to the litigation, the United States, Nauta and De Oliveira, filed Joint Status Reports with the Court on March 14, 2025, and December 1, 2025, indicating their positions with respect to the release of Volume II, ECF Nos. 738 and 753, and filed their respective briefs in opposition to the pending motions on March 24, 2025, and March 14, 2024. ECF Nos. 739 and 740.

5.      President Trump hereby moves for leave to participate in the proceedings as *amicus curiae* for the limited purpose of reaffirming and incorporating by reference his prior legal arguments to the Court, as well as those made by co-defendants Nauta and De Oliveira, that Volume II of Jack Smith's Final Report should not be made public. President Trump's limited participation in the proceedings will not cause delay or prejudice any party, and this request is consistent with the Court's prior decision to grant President Trump *amicus* status as to the January 21, 2025 Order.

## CONCLUSION

For the foregoing reasons, the Court should permit President Trump to participate as *amicus curiae* for the limited purpose of reaffirming the legal arguments presented in his prior briefing and oral argument, as well as those of Nauta and De Oliveira, and should deny the motions of American Oversight and the Knight Institute to intervene and thereby perpetuate Jack Smith's unlawful criminal investigations and proceedings.

Dated: December 2, 2025                    Respectfully submitted,

                                           /s/ Kendra L. Wharton
                                           Kendra L. Wharton
                                           Fla. Bar No. 1048540
                                           WHARTON LAW PLLC
                                           k.wharton@whartonlawpllc.com
                                           500 S Australian Ave, Ste 600-1139
                                           West Palm Beach, FL 33401
                                           (561) 247-5279

                                           *Counsel for President Donald J. Trump*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 1, 2025, counsel for President Trump conferred with counsel for the United States, Waltine Nauta, Carlos De Oliveira, American Oversight and Knight Institute, and is authorized to represent that counsel for the United States, Nauta and De Oliveira have no objection to the foregoing motion.   Counsel for American Oversight and Knight Institute indicated that they oppose the motion as untimely.

> */s/ Kendra L. Wharton*
> Kendra L. Wharton

**CERTIFICATE OF SERVICE**

I, Kendra L. Wharton, certify that on December 2, 2025, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

*/s/ Kendra L. Wharton*
Kendra L. Wharton

# DE 759

DE 759

12/14/2025

PAPERLESS ORDER granting 755 Donald J. Trump's Motion for Leave to Participate as Amicus curiae. No additional filings are permitted by this Order. Signed by Judge Aileen M. Cannon on 12/14/2025. (AMC) (Entered: 12/14/2025)

# DE 762

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON


CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,
        Plaintiff,


v.


DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA

_____/

## NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University,

Prospective Intervenor in the above-captioned matter, appeals to the United States Court of

Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Motions to

Intervene, entered on December 22, 2025 (Docket Entry 760).

1

Date: December 23, 2025

Respectfully submitted,

*/s/ David Buckner*

David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens*
Jameel Jaffer*
Alexander Abdo*
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
scott.wilkens@knightcolumbia.org
(646) 745-8500

*admitted pro hac vice

*Counsel for Prospective Intervenor*

## <u>CERTIFICATE OF SERVICE</u>

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal

electronically with the Clerk of the Court using CM/ECF for the United States District Court for

the Southern District of Florida on December 23, 2025.

/s/ David Buckner
David M. Buckner Esq.

DE 763

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-80101-AMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that American Oversight, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Motions to Intervene, entered on December 22, 2025 (Docket Entry 760).

Dated: December 29, 2025

Respectfully Submitted,

*/s/ Barbara R. Llanes*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

LOREE STARK (*Admitted pro hac vice*)
loree.stark@americanoversight.org

ELIZABETH HADDIX (*Admitted pro hac vice*)
elizabeth.haddix@americanoversight.org
AMERICAN OVERSIGHT
1030 15th Street, NW, B255
Washington, D.C. 20005
Telephone: 202-869-5246

*Counsel for Non-Party American Oversight*

DE 779

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DONALD J. TRUMP, WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

### ORDER ON UNOPPOSED MOTIONS SEEKING
### PROHIBITION ON RELEASE OF VOLUME II

**THIS CAUSE** comes before the Court upon the following two Unopposed Motions filed by former defendants in this closed criminal action: (1) "President Donald J. Trump's Unopposed Expedited Motion for an Order Prohibiting the Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith and his Office" [ECF No. 772]; and (2) "Waltine Nauta's and Carlos De Oliveira's Expedited Motion For, and Response in Support of, an Order Permanently Prohibiting Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith" [ECF No. 774]. The Court has reviewed the Motions and the full record pertinent to the Motions, including the United States' position that "Volume II should not be released outside of the Department of Justice" due to the unlawful appointment of Special Counsel Smith and Attorney General Bondi's deliberative-process determination [ECF No. 773 p. 1]. Fully advised in the premises, Trump's Unopposed Motion is **GRANTED** [ECF No. 772], and Nauta and De Oliveira's Unopposed Motion is **GRANTED IN PART** [ECF No. 774] as directed below.

CASE NO. 23-80101-CR-CANNON

## RELEVANT FACTS AND PROCEDURAL HISTORY

This section recounts the facts and procedural history pertinent to the instant Motions and assumes a basic understanding of this extensive proceeding.[1]

1. On July 15, 2024, this Court granted Defendants' Motion to Dismiss the Superseding Indictment Against Trump, Nauta, and De Oliveira Based on the Unlawful Appointment and Funding of Special Counsel Jack Smith [ECF No. 672 ("Dismissal Order")]. The Court determined, in an order confined to this proceeding,[2] that Special Counsel Smith's appointment violated the Appointments Clause of the United States Constitution, U.S. Const., Art. II., § 2, cl. 2, warranting dismissal of the Superseding Indictment [ECF No. 672]. In so holding, the Court explained that "[a]ll actions that flowed from his [Special Counsel Smith's] defective appointment—including his seeking of the Superseding Indictment on which this proceeding currently hinges—were unlawful exercises of executive power" that warranted invalidation as "ultra vires action" [ECF No. 672 pp. 82–84 (citation omitted); *see* ECF No. 672 p. 83 ("In light of these remedial principles—and because the Court concludes that Special Counsel Smith's appointment violates the Appointments Clause—the actions of Special Counsel Smith in connection with this proceeding must be set aside.")]. The Court also concluded that Special Counsel Smith's use of a permanent indefinite appropriation

---

[1] This case has generated close to 800 docket entries since the filing of the initial indictment in June 2023. This Order focuses on the critical history pertinent to the instant Motions, although complete understanding of the complexity of this proceeding would require careful review of the lengthy docket and the myriad filings and orders entered therein.

[2] [ECF No. 672 p. 1; *see* ECF Nos. 697, 702, 704, 706 (denying relief as to Volume I because Volume I concerned a separate criminal proceeding over which this Court lacked authority)].

CASE NO. 23-80101-CR-CANNON

violated the Appropriations Clause, U.S. Const. Art. I, § 9, cl. 7, although the Court did not impose a separate remedy for that violation [ECF No. 672 p. 1].

2. Special Counsel Smith timely appealed the Court's July 15, 2024, Dismissal Order, but he never sought a stay from this Court or from the Eleventh Circuit—and he elected to dismiss his appeal as to Trump without prejudice in November 2024 following the 2024 Presidential Election. *See* 11th Cir. No. 24-12311 (Doc. Entry 81). The United States also subsequently dismissed the appeal with prejudice as to the remaining defendants in January 2025. *Id*. (Doc. Entry 113).

3. Accordingly, the Court's Dismissal Order was always, and still remains, an enforceable, final order in this proceeding and constitutes law of the case [ECF No. 672].[3]

4. Despite the Court's final Dismissal Order entered in July 2024 for which Special Counsel Smith sought no stay, the Special Counsel accelerated efforts after that Order—through and until his exit from the Department of Justice in early-to-mid-January 2025—to prepare and finalize a Final Report utilizing discovery materials generated in this case [ECF No. 679 pp. 6–7; ECF No. 680; ECF No. 685 p. 2].

---

[3] *See In re Copper Antitrust Litig*., 436 F.3d 782, 793 (7th Cir. 2006) ("The general rule is that the judgment of a district court becomes effective and enforceable as soon as it is entered; there is no suspended effect pending appeal unless a stay is entered."); *Hovey v. McDonald*, 109 U.S. 150, 161–162 (1883) (holding that, while granting a stay "would have been eminently proper[,] . . . where the power is not exercised by the court, nor by the judge who allows the appeal, the decree retains its intrinsic force and effect"); Fed. R. App. P. 8 (permitting a party to move for stay for relief from judgment or order pending appeal); *United States v. Escobar-Urrego*, 110 F.3d 1556, 1560 (11th Cir. 1997) ("Under the law-of-the-case doctrine, an issue decided at one stage of a case is binding at later stages of the same case."); *Bobby v. Bies*, 556 U.S. 825, 834 (2009) ("Issue preclusion bars successive litigation of 'an issue of fact or law' that 'is actually litigated and determined by a valid and final judgment, and is essential to the judgment.'" (alteration adopted) (quoting Restatement (Second) of Judgments § 27 (1980))).

CASE NO. 23-80101-CR-CANNON

5. That report is Volume II. As described previously [ECF No. 714 ¶ 9], Volume II includes substantial discovery information protected by the Rule 16 Protective Order entered in June 2023 [ECF No. 27], along with various other disputed material implicating Rule 6(e) and the attorney-client privilege [ECF No. 714 pp. 5–6 (citing docket entries); *see* ECF No. 714 pp. 5–6 ("It includes myriad references to bates-stamped information provided by the Special Counsel in discovery and subject to the protective order, including interview transcripts, search warrant materials, business records, toll records, video footage, various other records obtained pursuant to grand jury subpoena, information as to which President-Elect Trump has asserted the attorney-client privilege in motions in this proceeding [ECF No. 571 (sealed); ECF Nos. 641, 656], potential Rule 404(b) evidence, and other non-public information.")]. The Rule 16 Protective Order, issued on motion of the Special Counsel in June 2023, remains in effect without change and provides, in part, as follows: "**No Disclosure to the Public**. The Discovery Materials, along with any information derived therefrom, shall not be disclosed to the public or the news media, or disseminated on any news or social media platform, without prior notice to and consent of the United States or approval of the Court" [ECF No. 27 ¶ 6].

6. In December 2024, as the Presidential Transition neared, defense counsel for Trump learned through media reports that Special Counsel Smith and his team planned to release Volume II to select members of Congress [ECF No. 722 p. 6; *see* ECF No. 679, Ex. A (pp. 28–40)]. Concerned, defense counsel sent a letter of objection to Special Counsel Smith, relying in part on this Court's final Dismissal Order and Smith's corresponding lack of authority to prepare or transmit Volume II [ECF No. 679, Ex. A

CASE NO. 23-80101-CR-CANNON

(pp. 28–40)]. In response, Special Counsel Smith's team provided defense counsel limited-access review of Volume II between January 3–6, 2025, under strict conditions barring reproduction or preservation of the report, and mandating deletion of all prior discovery productions as a condition of reviewing it [ECF No. 679 pp. 6–7, 13–15; ECF No. 690 p. 10 n.3; ECF No. 714 p. 6; ECF No. 772 p. 6].

7. Against this backdrop, and facing imminent partial disclosure of Volume II, Nauta and De Oliveria filed an Emergency Motion in this Court to preclude release of Volume II [ECF No. 679]. They noted the obvious fact that criminal proceedings remained pending against them on appeal at that time, and they made various other arguments concerning the ultra vires work product of Special Counsel Smith; their rights to due process; and the substantial prejudice that would result from release of work product containing prosecutorial discovery material subject to a Rule 16 protective order [ECF Nos. 679, 712]. Trump also opposed release of Volume II, emphasizing his concerns about the prejudice caused by Special Counsel Smith's continued investigatory work product following the Court's Dismissal Order [ECF Nos. 681, 711].

8. Ultimately, on January 21, 2025, after additional briefing and a hearing [*see, e.g.*, ECF Nos. 688, 692, 701, 703, 710, 713, 768]—and pursuant to its supervisory control over the flow of substantive, nonpublic information in this criminal action—the Court granted Nauta and De Oliveira's Emergency Motion as to Volume II and enjoined release of Volume II outside the Department of Justice pending further Court order [ECF No. 714 ("January 21, 2025 Order")]. In doing so, the Court noted Attorney General Garland's unprecedented insistence on release of a Special Counsel

5

CASE NO. 23-80101-CR-CANNON

report to Congress pending a finding of guilt and/or conclusion of initiated criminal proceedings [ECF No. 714 pp. 11–12]. The Court did not, however, address Defendants' arguments regarding the ultra vires nature of Volume II given Special Counsel's unconstitutional appointment and funding—an issue on appeal to the Eleventh Circuit at that time [ECF No. 714 p. 2 n.2]. The Court also directed the parties to submit a joint status report following conclusion of all appellate proceedings and/or any continued proceedings in this Court [ECF No. 714 pp. 13–14].

9. On December 22, 2025, following submission of the requested joint status report and dismissal of the criminal appeal as to Nauta and De Oliveira, and after resolving separate motions to intervene by non-parties seeking rescission of the January 21, 2025 Order [ECF No. 760], the Court entered a separate Order Following Joint Status Report and Addressing January 21, 2025 Order [ECF No. 761]. That Order acknowledged that the immediate basis underlying the January 21, 2025, Order appeared to no longer apply following dismissal of the criminal appeal as to Nauta and Oliveira [ECF No. 761 p. 1]. But, it identified the parties' continued opposition to release of Volume II as ultra vires work product—a matter not addressed in the January 21, 2025, Order given the pending (now dismissed) appeal of the Dismissal Order [ECF No. 761 p. 2]. Hence, the Court afforded the parties the requested sixty days to seek appropriate relief in this Court—while simultaneously setting an expiration date of February 24, 2026, on the restriction against release of Volume II as set previously in the January 21, 2025 Order [ECF No. 761].

10. The instant timely Unopposed Motions followed [ECF Nos. 772, 774]. The first Motion is entitled "President Donald J. Trump's Unopposed Expedited Motion for an

CASE NO. 23-80101-CR-CANNON

Order Prohibiting the Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith and his Office" [ECF No. 772]. The second Motion is entitled "Waltine Nauta's and Carlos De Oliveira's Expedited Motion For, and Response in Support of, an Order Permanently Prohibiting Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith" [ECF No. 774]. For its part, the United States filed a Response opposing any release of Volume II outside of the Department of Justice—characterizing Volume II as the unlawful work product of an unconstitutionally appointed actor that contains underlying discovery materials and potential material protected from disclosure pursuant to Rule 6(e) [ECF No. 773]. The United States also indicates that Attorney General Bondi separately has determined that Volume II is an internal deliberative communication that is privileged and confidential under 5 U.S.C. § 552(b)(5) [ECF No. 773 p. 1].

11. The Motions are ripe for resolution. No party challenges the Court's jurisdiction to entertain them or to address disputes concerning the disclosure and use of discovery materials generated in connection with this criminal proceeding, including as contained within Volume II [*see* ECF No. 772 pp. 12–13; ECF No. 774 p. 10].[4]

---

[4] The Motions are brought by former defendants in this closed criminal case seeking to prohibit disclosure of discovery materials concerning their alleged conduct and generated in connection with this case. "Intervention" by these former defendants is therefore unnecessary.

The Court notes that there is no pending notice of appeal that divests this Court of jurisdiction to enter this Order. The only pending notices of appeal on the docket concern the Court's December 22, 2025 Order Denying Non-Parties American Oversight and Knight First Amendment Institute's Motions to Intervene to Dissolve/Rescind the Court's January 21, 2025 Order [ECF Nos. 762–763 (appealing ECF No. 760)]. The Court determined in the Order Denying Intervention that no basis exists to grant American Oversight or Knight First Amendment Institute party status in this criminal proceeding—either on their unprecedented and unsupported theory of FOIA access to Volume II or on the flawed premise that Volume II qualifies as a "judicial record" triggering the common law or First Amendment right of access [ECF No. 760]. That order remains on appeal,

7

CASE NO. 23-80101-CR-CANNON

**LEGAL STANDARDS**

As a broad proposition whose force depends on the circumstances presented, "[f]ederal courts may exercise their supervisory powers to remedy violations of recognized rights, to protect the integrity of the federal courts, and to deter illegal conduct by government officials." *United States v. DiBernardo*, 775 F.2d 1470, 1475–76 (11th Cir. 1985). This inherent authority must be exercised with restraint, but it extends to a court's enforcement of the Federal Rules of Criminal Procedure and to its own local rules, orders, and judgments, subject to contrary law or to divestiture of jurisdiction. *See generally Degen v. United States*, 517 U.S. 820, 827 (1996) ("Courts invested with the judicial power of the United States have certain inherent authority to protect their proceedings and judgments in the course of discharging their traditional responsibilities."); *Griggs*, 459 U.S. at 58 ("The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal."). It also encompasses the power, again absent constitutional and statutory law, to restrict access to discovery materials generated in connection with the proceeding and to enforce protective orders. *See In re Grand Jury Proc.*, 417 F.3d 18, 26 (1st Cir. 2005) ("Absent restriction, courts have inherent power, subject to the Constitution and federal statutes, to impose secrecy orders incident to matters occurring before them. The general power is regularly expressed in orders limiting access to discovery materials, closing sensitive proceedings, and in other contexts."); *see also Hyde v. Irish*, 962 F.3d 1306, 1309 (11th Cir. 2020) (explaining that district courts retain power to decide certain collateral issues related to a case

_____

*see* 11th Cir. Appeal No. 25-14507, and nothing in this order purports to control those aspects of the case involved in that appeal, *see Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Instead, as stated *infra*, this decision enforces the Court's Dismissal Order entered in July 2024 and the Court's Protective Order entered in June 2023—neither of which is presently on appeal [ECF Nos. 27, 672]. As always, this Court will follow whatever mandates come from a higher court in resolving any future requests for judicial relief in this or in any other case.

8

CASE NO. 23-80101-CR-CANNON

where the exercise of jurisdiction is "constitutionally permissible" and "practically important")
(citing *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990)); *SRS Techs., Inc. v. Physitron, Inc.*, 216 F.R.D. 525, 529 (N.D. Ala. 2003) (noting that courts retain the power to modify and enforce protective orders after entry of judgment); *Santiago v. Honeywell Int'l, Inc.*, No. 16-CIV-25359, 2017 WL 3610599, at *2 (S.D. Fla. Apr. 6, 2017) (citing cases concerning continuing jurisdiction to enforce discovery orders); Fed. R. Crim. P. 16(d)(1) (governing a court's authority to regulate discovery and permitting discovery restrictions "[a]t any time").

To the extent a court in a criminal case, in the exercise of its proper supervisory or inherent authority, grants relief with injunctive effect, such an order is not conceptualized as a traditional civil injunction, *see* Fed. R. Civ. P. 65, but rather as an order rooted in the substantive protections served by the law, rule, or order implicated in the requested relief.

## DISCUSSION

All parties agree that authorizing public release of Volume II would contravene the conclusions in the Court's final Dismissal Order that Special Counsel Smith acted without lawful appointment or funding authority in this proceeding and that his actions taken in connection therewith are therefore invalid [ECF No. 772 pp. 1, 11, 13–14 & n.14; ECF No. 774 pp. 2, 11; ECF No. 773 pp. 1, 3]. They also raise a host of additional arguments against release of Volume II [ECF Nos. 772–774]. These include, *inter alia*, the existence of the Rule 16 Protective Order entered early in this case, which restricts dissemination of discovery materials and remains in effect [ECF No. 27]; the need to prevent dissemination of protected grand jury information under Rule 6(e) (under circumstances where careful Rule 6(e) review is no longer feasible given (i) the departures of Special Counsel Smith and his team from the Department of Justice and (ii) the mandate on defendants to delete all discovery as a prerequisite to reviewing Volume II in January

9

CASE NO. 23-80101-CR-CANNON

2025); the need to protect material protected by the attorney-client privilege given the still-contested questions on the subject as raised in this case [*see* ECF No. 571 (sealed "Motion for Relief Relating to Mar-Lago Raid and Unlawful Piercing of Attorney-Client Privilege"), ECF No. 656]; and fundamental notions of fairness in releasing nonpublic prosecutorial discovery gathered in connection with initiated criminal proceedings without any adjudication of guilt [ECF Nos. 772–774].

Upon review of the unopposed Motions, and consistent with the Court's authority to enforce its own orders and control the dissemination of discovery materials generated in this case, the Court agrees with the parties' uniform view. Release of Volume II outside the Department of Justice would plainly offend the Court's Dismissal Order [ECF No. 672] and the Rule 16 Protective Order [ECF No. 27], both of which remain in force; it would cause irreparable damage to former defendants from disclosure of non-public discovery material implicating still-contested grand jury and privilege concerns; and it would contravene basic notions of fairness and justice in the process, where no adjudication of guilt has been reached following initiation of criminal charges. The Court reasons as follows.

First, despite the Court's holding in July 2024 that "the actions of Special Counsel Smith in connection with this proceeding must be set aside" due to his unconstitutional appointment [ECF No. 672 p. 83], Special Counsel Smith and his team went ahead for months, undeterred, preparing Volume II using discovery collected in connection with this proceeding and expending government funds in the process. Defendants learned of this continued work in December 2024 through media reports and then timely raised their objections to Special Counsel Smith—but he continued unabated, offering defendants only the courtesy of brief review under strict conditions, including forced deletion of discovery materials in the custody of the defense. Understandably,

CASE NO. 23-80101-CR-CANNON

Defendants moved for emergency relief to bar the impending release of Volume II, all the while Special Counsel Smith and his team separated from the Department of Justice; "referred" the criminal case to the United States Attorney's Office for the Southern District of Florida; and delivered Volume II to the Attorney General in a flurry of emergency motion practice leading up to the Presidential Transition—leaving no counsel of record available with actual knowledge of the particulars of the complex factual record in this case [*see* ECF No. 714 p. 6]. To say this chronology represents, at a minimum, a concerning breach of the spirit of the Dismissal Order is an understatement, if not an outright violation of it. The Dismissal Order focused on the charging document on which the criminal proceeding hinged—the Superseding Indictment—and dismissed it [ECF No. 672 p. 84]. But it went on to explain that "all" of Special Counsel Smith's actions in connection with this proceeding were ultra vires and must be set aside [ECF No. 672 p. 82; *see* ECF No. 672 pp. 82–84]. Nevertheless, rather than seek a stay of the Order, or clarification, Special Counsel Smith and his team chose to circumvent it, for months, by taking the discovery generated in this case and compiling it in a final report for transmission to then-Attorney General Garland, to Congress, and then beyond. The Court need not countenance this brazen stratagem or effectively perpetuate the Special Counsel's breach of this Court's own order.[5]

Second, Volume II contains voluminous discovery that remains subject to a valid Rule 16 protective order entered in June 2023 [ECF No. 27]. Under that Protective Order, absent consent of the United States (which there is not) or approval of the Court (which there is not), there shall be "[n]o disclosure to the Public" of discovery materials or "any information derived therefrom" [ECF No. 27 ¶ 7]. The parties operated under the tight rubric of that Protective Order during this

---

[5] The de facto officer does not apply here, as previously determined [ECF No. 672 p. 84]. But even if an argument could be made along those lines, certainly it would not cure Special Counsel Smith's actions following the Dismissal Order, including the preparation of Volume II.

hotly contested litigation, all the while the Court painstakingly ruled on matters governing disclosure of discovery in pre-trial motions, including motions to compel and other pre-trial motions requiring judicial resolution on the merits [*see, e.g.*, ECF Nos. 320, 339, 342, 348, 438, 440, 464, 468, 472, 474, 492, 503, 539, 552]. At no point did any party, much less Special Counsel Smith, take the position that they could freely disseminate discovery materials disconnected from substantive pretrial motions. Not only that, as we know now, Special Counsel Smith and his team demanded, as a condition of limited review of Volume II, that all defense counsel delete discovery materials held in their possession, reinforcing the restriction on disclosure of discovery to the public as stipulated in the Protective Order. All of this shows the following: the Court is empowered to enforce the Protective Order in this case, and disclosure of Volume II would do the opposite—permitting public release of discovery materials without consent of the United States or approval of the Court, and with no meaningful ability of the former defendants to respond with the discovery itself. For this additional reason, Defendants' Motions to prohibit release of Volume II outside of the Department of Justice are due to be granted.

Third, as Defendants point out, disclosure of Volume II would run the real risk of disseminating material protected by the attorney-client privilege or material covered by Rule 6(e) without any viable means of testing the parameters of those issues given Special Counsel Smith's discovery-deletion precondition and the realities of departed personnel following Special Counsel Smith's withdrawal [ECF Nos. 772–774]. Indeed, at least as of late January 2025 when the Court adjudicated Nauta and De Oliveira's Emergency Motion [ECF Nos. 679, 714], there was no Department counsel in a position to meaningfully comment on these issues or to otherwise guide the Court on related disputes [ECF No. 714]. And, no such counsel of record appears to exist now, as represented by the United States [*see* ECF No. 773]. Accordingly, Volume II in its current

CASE NO. 23-80101-CR-CANNON

form, even apart from its character as the work product of an unconstitutional government actor, contains material whose disclosure would impinge upon colorable and uncontested claims of privilege and grand jury secrecy. A prohibition on disclosure is warranted for this additional reason too.

Fourth and finally, there is the matter of manifest injustice to the former defendants that would result from disclosure of Volume II. Special Counsel Smith, acting without lawful authority, obtained an indictment in this action and initiated proceedings that resulted in a final order of dismissal of all charges. As a result, the former defendants in this case, like any other defendant in this situation, still enjoy the presumption of innocence held sacrosanct in our constitutional order. For obvious reasons, the Court need not take actions in contravention of that protection absent a statutory or other lawful directive to do so. Yet that would be the consequence of denying Defendants' Motions and releasing Volume II outside of the Department of Justice—not because of the status of the specific parties in this case or the public attention it has garnered, but because any defendant whose charges are dismissed need not be subjected, over objection, to prosecutorial disclosure of widescale discovery materials absent a lawful directive counseling release. Moreover, while it is true that former special counsels have released final reports at the conclusion of their work, it appears they have done so either after electing not to bring charges at all or after adjudications of guilt by plea or trial. The Court strains to find a situation in which a former special counsel has released a report *after* initiating criminal charges that *did not result* in a finding of guilt, at least not in a situation like this one, where the defendants contested the charges from the outset and still proclaim their innocence. Regardless, it is certainly not customary for a prosecutor, who obtains an indictment and initiates a criminal prosecution that is later dismissed in a final order without an adjudication of guilt, to publicly disseminate large swaths of discovery

13

CASE NO. 23-80101-CR-CANNON

generated in the case—much less after directing defense counsel to destroy the discovery as a condition of reviewing the report he insisted on producing despite a court order declaring his appointment unlawful.  In the end, therefore, if nothing else, we return to basic fairness.  "Federal courts may exercise their supervisory powers to remedy violations of recognized rights, to protect the integrity of the federal courts, and to deter illegal conduct by government officials." *DiBernardo*, 775 F.2d at 1475–76.  The Court does so here, mindful of the caution with which such power must be exercised.

## CONCLUSION

For the reasons stated above, in the exercise of its inherent power to enforce its own orders and to control the dissemination of discovery materials generated in this case, it is **ORDERED AND ADJUDGED** as follows:

1. "President Donald J. Trump's Unopposed Expedited Motion for an Order Prohibiting the Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith and His Office" is **GRANTED** [ECF No. 772].

2. "Waltine Nauta's and Carlos De Oliveira's Expedited Motion for, and Response in Support of, an Order Permanently Prohibiting Release of Volume II of the Final Report Unlawfully Prepared by Jack Smith" is **GRANTED IN PART**, consistent with this Order [ECF No. 774].

3. Attorney General Bondi or her successor(s), the Department of Justice, its officers, agents, officials, and employees, and all persons acting in active concert or participation with such individuals, are enjoined from (a) releasing, sharing, or transmitting Volume II of the Final Report or any drafts of Volume II outside the Department of Justice, or (b) otherwise

CASE NO. 23-80101-CR-CANNON

releasing, distributing, conveying, or sharing with anyone outside the Department of

Justice any information or conclusions in Volume II or in drafts thereof.

4. Any additional relief requested in either Motion, including an order of destruction of

Volume II, is denied.[6]

**ORDERED** in Chambers in Fort Pierce, Florida this 23rd day of February 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[6] Nauta and De Oliveira make an additional request for an order requiring the destruction of Volume II [ECF No. 774 p. 1], although Trump makes no mention of that specific request in his Motion.  The United States also invokes the deliberative-process privilege under 5 U.S.C. § 552(b)(5) [ECF No. 773 p. 2].

# DE 780

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.

**DONALD J. TRUMP, WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

      Defendants.

_____/

## ORDER DENYING NON-PARTY JOINT MOTION TO INTERVENE TO SEEK STAY

      **THIS CAUSE** comes before the Court upon the "Joint Expedited Motion of the Knight First Amendment Institute at Columbia University and American Oversight to Intervene for the Purposes of Seeking a Stay of Proceedings" [ECF No. 775].  In this latest Motion, referred to herein as the "Joint Expedited Motion to Intervene," Non-Parties Knight First Amendment Institute and American Oversight "respectfully move to intervene in this case to seek a stay of proceedings pending the Eleventh Circuit's resolution of their appeals filed on December 23 and 29" [ECF No. 775 p. 1 (referring to Notices of Appeal at ECF Nos. 762 and 763)].  Those appeals, the record reflects, concern the Court's Order Denying Prospective Intervenors' Prior Motion to Intervene to Seek Rescission of the Court's January 21, 2025, Order [ECF No. 760 (finding no basis to permit the requested intervention in this criminal action, either on prospective intervenors' unprecedented and unsupported theory of FOIA access or on the flawed assumption that Volume

CASE NO. 23-80101-CR-CANNON

II qualifies as a judicial record triggering the common law or First Amendment right of access)].[1]

Former Defendants Trump, Nauta, and De Oliveira oppose this latest attempt to intervene and "register their opposition to any stay of proceedings that would prohibit this Court from ruling on the motions pending before it" [ECF No. 778 p. 3].

Upon review of the Joint Expedited Motion to Intervene, and following full consideration of all of prospective intervenors' arguments as raised in the Joint Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion by First Knight Institute and American Oversight to Intervene to Seek Stay of Proceedings [ECF No. 775] is **DENIED**.

**ORDERED** in Chambers in Fort Pierce, Florida, this 23rd day of February 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] Prospective intervenors did not seek a stay of that order.

2

# DE 783

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISON**

**CASE NO.: 23-CR-80101-AMC**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DONALD J. TRUMP, WAULTINE NAUTA,**
**and CARLOS DE OLIVEIRA**

_____/

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the Knight First Amendment Institute at Columbia University,

Prospective Intervenor in the above-captioned matter, appeals to the United States Court of

Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to

Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

Date: March 2, 2026                    Respectfully submitted,

                                      /s/
                                      David M. Buckner Esq.
                                      Florida Bar No.: 60550
                                      Buckner + Miles
                                      2020 Salzedo Street
                                      Suite 302
                                      Coral Gables FL 33134
                                      Phone: (305) 964-8003
                                      david@bucknermiles.com

Scott Wilkens*
Jameel Jaffer*
Alexander Abdo*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
scott.wilkens@knightcolumbia.org
(646) 745-8500

*admitted pro hac vice

*Counsel for Prospective Intervenor*

## **CERTIFICATE OF SERVICE**

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal

electronically with the Clerk of the Court using CM/ECF for the United States District Court for

the Southern District of Florida on March 2, 2026.

Respectfully submitted,

/s/

David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

# DE 784

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-80101-CANNON**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that American Oversight, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Motion to Intervene, entered on February 23, 2026 (ECF No. 780).

[SIGNATURE ON THE NEXT PAGE]

Dated: March 2, 2026

Respectfully Submitted,

*/s/ Barbara R. Llanes*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ELIZABETH HADDIX *(pro hac vice forthcoming)*
elizabeth.haddix@americanoversight.org
LOREE STARK *(pro hac vice forthcoming)*
loree.stark@americanoversight.org
AMERICAN OVERSIGHT
1030 15th Street, NW, B255
Washington, D.C. 20005
Telephone: 202-869-5246

*Counsel for Non-Party American Oversight*

# DE 793

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,
         Plaintiff,

v.

DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA

_____/

## NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University,

Prospective Intervenor in the above-captioned matter, appeals to the United States Court of

Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to

Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

[Signature on the next page}

Date: March 2, 2026                                   Respectfully submitted,

_____

David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

Scott Wilkens*
Jameel Jaffer*
Alexander Abdo*
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
scott.wilkens@knightcolumbia.org
(646) 745-8500

*admitted pro hac vice

*Counsel for Prospective Intervenor*

## CERTIFICATE OF SERVICE

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal

electronically with the Clerk of the Court using CM/ECF for the United States District Court for

the Southern District of Florida on March 2, 2026.


Respectfully submitted,


David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com

# TAB B

## *24-12311, USA v. Donald Trump, et al*

US Circuit Court of Appeals - 11th Circuit

**This case was retrieved on 07/10/2026**

## Header

**Case Number:** 24-12311
**Date Filed:** 07/18/2024
**Date Full Case Retrieved:** 07/10/2026
**Status:** Closed 11/26/2024
**Misc:** (999) Unknown; Appeal

## Participants

| Litigants | Attorneys |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff - Appellant** | Michael Scott Davis, Assistant U.S. Attorney<br>Plaintiff - Appellant<br>Direct: 305- 961-9027<br>U.S. Attorney Service - SFL<br>99 NE 4TH ST FL 5<br>MIAMI, FL 33132-2111<br>AttorneyLabel: [COR LD NTC US Attorney]<br><br>Markenzy Lapointe<br>Plaintiff - Appellant<br>DOJ-USAO Southern District of Florida<br>99 NE 4TH ST<br>MIAMI, FL 33132<br>305-961-9003<br>AttorneyLabel: [COR LD NTC US Attorney]<br><br>Hayden Patrick O'Byrne<br>Plaintiff - Appellant<br>Direct: 305-961-9447<br>DOJ-USAO Southern District of Florida<br>99 NE 4TH ST<br>MIAMI, FL 33132<br>305-961-9003<br>AttorneyLabel: [COR LD NTC US Attorney]<br><br>Mark R. Freeman<br>Plaintiff - Appellant<br>Direct: 202-514-5714<br>U.S. Attorney General's Office<br>950 PENNSYLVANIA AVE NW, RM 7228<br>WASHINGTON, DC 20530-0001<br>AttorneyLabel: [COR NTC U.S. Government]<br><br>U.S. Attorney Service - Southern District of Florida<br>Plaintiff - Appellant<br>U.S. Attorney Service - SFL<br>99 NE 4TH ST FL 5<br>MIAMI, FL 33132-2111<br>AttorneyLabel: [COR NTC US Attorney] |

USA v. Donald Trump, et al

| Litigants | Attorneys |
|---|---|
| DONALD J. TRUMP<br>**Defendant - Appellee**<br>Terminated: 11/26/2024 | |
| CARLOS DE OLIVEIRA<br>**Defendant - Appellee** | John S. Irving, IV<br>Defendant - Appellee<br>Earth & Water Law, LLC<br>1455 PENNSYLVANIA AVE NW STE 400<br>WASHINGTON, DC 20004<br>301-807-5670<br>AttorneyLabel: [COR NTC Retained] |
| | Larry Donald Murrell, Jr.<br>Defendant - Appellee<br>Direct: 561-686-2700<br>Law Office of L.D. Murrell, PA<br>400 EXECUTIVE CENTER DR STE 201<br>WEST PALM BCH, FL 33401<br>561-686-2700<br>AttorneyLabel: [COR NTC Retained] |
| WALTINE NAUTA<br>**Defendant - Appellee** | Sasha Dadan<br>Defendant - Appellee<br>Direct: 772-579-0347<br>Dadan Law Firm PLLC<br>201 S 2ND ST STE 202<br>FORT PIERCE, FL 34950<br>772-579-0347<br>AttorneyLabel: [NTC Retained] |
| | Richard Carroll Klugh, Jr.<br>Defendant - Appellee<br>Direct: 305-903-6900<br>Law Office of Richard C. Klugh<br>40 NW 3RD ST PH1<br>MIAMI, FL 33128<br>305-536-1191<br>AttorneyLabel: [COR NTC Retained] |
| | Jenny Wilson<br>Defendant - Appellee<br>Direct: 305-432-6443<br>Law Office of Richard C. Klugh<br>40 NW 3RD ST PH1<br>MIAMI, FL 33128<br>305-536-1191<br>AttorneyLabel: [COR NTC Retained] |
| | Stanley E. Woodward, Jr.<br>Defendant - Appellee<br>Direct: 202-996-7447<br>Brand Woodward Law, LP<br>400 5TH ST NW STE 350<br>WASHINGTON, DC 20001<br>AttorneyLabel: [COR NTC Retained] |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>**Amicus Curiae** | Steven A. Hirsch<br>Amicus Curiae<br>Keker, Van Nest & Peters, LLP<br>633 BATTERY ST<br>SAN FRANCISCO, CA 94111-1704<br>415-391-5400<br>AttorneyLabel: [COR LD NTC Retained] |

| Litigants | Attorneys |
|---|---|
| CLARK B. JEFFREY | Harry Woodward MacDougald<br>Direct: 404-843-1956<br>Caldwell Carlson Elliott & DeLoach, LLP<br>6 CONCOURSE PKWY STE 2400<br>ATLANTA, GA 30328<br>404-843-1956<br>AttorneyLabel:  [COR LD NTC Retained] |
| NANCY GERTNER<br>**Amicus Curiae** | Steven A. Hirsch<br>Amicus Curiae<br>Keker, Van Nest & Peters, LLP<br>633 BATTERY ST<br>SAN FRANCISCO, CA 94111-1704<br>415-391-5400<br>AttorneyLabel:  [COR LD NTC Retained] |
| STEPHEN GILLERS<br>**Amicus Curiae** | Steven A. Hirsch<br>Amicus Curiae<br>Keker, Van Nest & Peters, LLP<br>633 BATTERY ST<br>SAN FRANCISCO, CA 94111-1704<br>415-391-5400<br>AttorneyLabel:  [COR LD NTC Retained] |
| JAMES J. SAMPLE<br>**Amicus Curiae** | Steven A. Hirsch<br>Amicus Curiae<br>Keker, Van Nest & Peters, LLP<br>633 BATTERY ST<br>SAN FRANCISCO, CA 94111-1704<br>415-391-5400<br>AttorneyLabel:  [COR LD NTC Retained] |
| DONALD AYER<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| LOUIS CALDERA<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| TOM COLEMAN<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| GEORGE T. CONWAY, III<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| STUART M. GERSON<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| PHILIP ALLEN LACOVARA | Matthew Adam Seligman |

| Litigants | Attorneys |
|---|---|
| **Amicus Curiae** | Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| JOHN MCKAY<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| TREVOR POTTER<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| ALAN CHARLES RAUL<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| ABBE SMITH<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| FERN SMITH<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| STATE DEMOCRACY DEFENDERS ACTION<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| LARRY THOMPSON<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| LAURENCE H. TRIBE<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |
| OLIVIA TROYE<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel:  [COR LD NTC Retained] |

| Litigants | Attorneys |
|---|---|
| STANLEY TWARDY, JR.<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel: [COR LD NTC Retained] |
| WILLIAM WELD<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel: [COR LD NTC Retained] |
| CHRISTINE TODD WHITMAN<br>**Amicus Curiae** | Matthew Adam Seligman<br>Amicus Curiae<br>Stris & Maher, LLP<br>777 S. FIGUEROA ST STE 3850<br>LOS ANGELES, CA 90017<br>AttorneyLabel: [COR LD NTC Retained] |
| LANDMARK LEGAL FOUNDATION<br>**Amicus Curiae** | Michael Adam Sasso<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel: [COR LD NTC Retained]<br><br>Joshua Blackman<br>Amicus Curiae<br>Direct: 202-294-9003<br>Josh Blackman LLC<br>1303 SAN JACINTO ST<br>HOUSTON, TX 77002<br>AttorneyLabel: [NTC Retained]<br><br>XiXi Li<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel: [COR NTC Retained] |
| ROBERT W. RAY<br>**Amicus Curiae** | Michael Adam Sasso<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel: [COR LD NTC Retained]<br><br>Joshua Blackman<br>Amicus Curiae<br>Direct: 202-294-9003<br>Josh Blackman LLC<br>1303 SAN JACINTO ST<br>HOUSTON, TX 77002<br>AttorneyLabel: [NTC Retained] |

| Litigants | Attorneys |
|---|---|
| | XiXi Li<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel:  [COR NTC Retained] |
| **AMERICAN CENTER FOR LAW AND JUSTICE**<br>**Amicus Curiae** | Benjamin Paul Sisney<br>Amicus Curiae<br>American Center for Law & Justice, 201 MARYLAND AVE NE<br>WASHINGTON, DC 20002-5703<br>(202) 546-8890<br>AttorneyLabel:  [COR NTC Retained] |
| **SETH BARRETT TILLMAN**<br>**Amicus Curiae** | Michael Adam Sasso<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel:  [COR LD NTC Retained]<br><br>Joshua Blackman<br>Amicus Curiae<br>Direct: 202-294-9003<br>Josh Blackman LLC<br>1303 SAN JACINTO ST<br>HOUSTON, TX 77002<br>AttorneyLabel:  [NTC Retained]<br><br>XiXi Li<br>Amicus Curiae<br>Direct: 407-644-7161<br>Sasso & Sasso, PA<br>630 S MAITLAND AVE<br>MAITLAND, FL 32751<br>407-644-7161<br>AttorneyLabel:  [COR NTC Retained] |
| **STATE OF FLORIDA**<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel:  [COR LD NTC Government] |
| **STATE OF IOWA**<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel:  [COR LD NTC Government] |
| **STATE OF ALABAMA**<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST |

| Litigants | Attorneys |
| --- | --- |
| | TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF ALASKA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF ARKANSAS<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF IDAHO<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF INDIANA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF KANSAS<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF LOUISIANA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF MISSISSIPPI<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF MISSOURI<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |

USA v. Donald Trump, et al

| Litigants | Attorneys |
|---|---|
| STATE OF MONTANA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF NEBRASKA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF OKLAHOMA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF SOUTH CAROLINA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF SOUTH DAKOTA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF TENNESSEE<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF UTAH<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF WEST VIRGINIA<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST<br>TALLAHASSEE, FL 32399-1050<br>850-414-3300<br>AttorneyLabel: [COR LD NTC Government] |
| STATE OF KENTUCKY<br>**Amicus Curiae** | Nathan Andrew Forrester<br>Amicus Curiae<br>Office of the Attorney General<br>PL-01 THE CAPITOL, 107 W GAINES ST |

| Litigants | Attorneys |
|---|---|
| | TALLAHASSEE, FL 32399-1050 |
| | 850-414-3300 |
| | AttorneyLabel:  [COR LD NTC Government] |
| AMERICA'S FUTURE<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| AMERICA FIRST POLICY INSTITUTE<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| GUN OWNERS OF AMERICA<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| GUN OWNERS FOUNDATION<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| GUN OWNERS OF CALIFORNIA<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| U.S. CONSTITUTIONAL RIGHTS LEGAL DEFENSE FUND<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| PUBLIC ADVOCATE OF THE UNITED STATES<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| ONE NATION UNDER GOD FOUNDATION<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |

| Litigants | Attorneys |
|---|---|
| CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND<br>**Amicus Curiae** | Patrick M. McSweeney<br>Amicus Curiae<br>Direct: 804-937-0895<br>Patrick M. McSweeney, Attorney at Law<br>3358 JOHN TREE HILL RD<br>POWHATAN, VA 23139<br>AttorneyLabel:  [COR LD NTC Retained] |
| STATE OF TEXAS<br>**Amicus Curiae** | Aaron L. Nielson<br>Amicus Curiae<br>Office of the Texas Attorney General Solicitor General Division<br>PO BOX 12548 (MC-059)<br>AUSTIN, TX 78711-2548<br>AttorneyLabel:  [COR LD NTC Retained] |
| STEVEN CALABRESI<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained]<br><br>Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained]<br><br>Justin Miller<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| CITIZENS UNITED<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained]<br><br>Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained]<br><br>Justin Miller<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| CITIZENS UNITED FOUNDATION<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP |

| Litigants | Attorneys |
|---|---|
| | 1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained] |
| | Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| | Justin Miller<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| ALEX KOZINSKI<br>**Amicus Curiae** | Eric William Heigis<br>Amicus Curiae<br>Direct: 512-472-2700<br>Texas Public Policy Foundation<br>901 CONGRESS AVE<br>AUSTIN, TX 78701<br>512-472-2700<br>AttorneyLabel:  [COR LD NTC Retained] |
| | Robert Henneke<br>Amicus Curiae<br>Direct: 512-472-2700<br>Texas Public Policy Foundation<br>901 CONGRESS AVE<br>AUSTIN, TX 78701<br>512-472-2700<br>AttorneyLabel:  [COR NTC Retained] |
| | Matthew Miller<br>Amicus Curiae<br>Direct: 512-472-2700<br>Texas Public Policy Foundation<br>901 CONGRESS AVE<br>AUSTIN, TX 78701<br>512-472-2700<br>AttorneyLabel:  [COR NTC Retained] |
| | Chance Weldon<br>Amicus Curiae<br>Direct: 512-472-2700<br>Texas Public Policy Foundation<br>901 CONGRESS AVE<br>AUSTIN, TX 78701<br>512-472-2700<br>AttorneyLabel:  [COR NTC Retained] |
| GARY LAWSON<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained] |

USA v. Donald Trump, et al

| Litigants | Attorneys |
|-----------|-----------|
| | Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| | Justin Miller<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| DONALD J. TRUMP<br>**Amicus Curiae** | Kendra Wharton<br>Amicus Curiae<br>Direct: 561-247-5279<br>Wharton Law PLLC<br>500 S AUSTRALIAN AVE STE 600<br>WEST PALM BEACH, FL 33401<br>AttorneyLabel:  [COR NTC Retained] |
| EDWIN MEESE, III<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained] |
| | Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| | Justin Miller<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| MICHAEL B. MUKASEY<br>**Amicus Curiae** | Gene C. Schaerr<br>Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR LD NTC Retained] |
| | Kenneth Alan Klukowski<br>Amicus Curiae<br>Direct: 623-261-9249<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel:  [COR NTC Retained] |
| | Justin Miller |

| Litigants | Attorneys |
|-----------|-----------|
| | Amicus Curiae<br>Schaerr Jaffe, LLP<br>1717 K ST NW STE 900<br>WASHINGTON, DC 20006<br>AttorneyLabel: [COR NTC Retained] |

## Additional Case

**Additional Case Information**

Appeal From: Southern District of Florida

Fee Status: Fee Not Required

Criminal - Other

District: 113C Division: 9 CaseNumber: 9:23-cr-80101-AMC DateFiled: 06/08/2023

Court Reporter: Stephen Franklin

Court Reporter: Quanincia Hill

Court Reporter: Stephanie McCarn

Court Reporter: Laura Melton

Court Reporter: Diane M. Miller

Court Reporter: Pauline Stipes

Sentencing Judge: Aileen Cannon, U.S. District Judge

Secondary Judge: Bruce E. Reinhart, U.S. Magistrate Judge

Date NOA Filed: 07/17/2024

## Proceedings

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 07/18/2024 | 1 | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant USA on 07/17/2024. Fee Status: Fee Not Required. [Entered: 07/18/2024 12:27 PM] | |
| 07/18/2024 | 2 | APPEARANCE of Counsel Form filed by Kendra Wharton for Donald J. Trump. Related cases? No. [24-12311] (ECF: Kendra Wharton) [Entered: 07/18/2024 04:19 PM] | |
| 07/18/2024 | 3 | APPEARANCE of Counsel Form filed by Emil Bove for Donald J. Trump. Related cases? No. [24-12311] (ECF: Kendra Wharton) [Entered: 07/18/2024 04:29 PM] | |
| 07/18/2024 | 4 | Notice of deficient Appearance of Counsel filed by Emil Bove for Donald J. Trump. An attorney may not electronically file through another person's ECF account. See 11th Cir. R. 25-3(e). [Entered: 07/18/2024 04:54 PM] | |
| 07/18/2024 | 5 | APPEARANCE of Counsel Form filed by Emil Bove for Donald J. Trump. Related cases? No. [24-12311] (ECF: Emil Bove) [Entered: 07/18/2024 07:44 PM] | |
| 07/19/2024 | 6 | APPEARANCE of Counsel Form filed by James I. Pearce for the United States of America Related cases? No. [24-12311] | |

USA v. Donald Trump, et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | (ECF: James Pearce) [Entered: 07/19/2024 01:51 PM] | |
| 07/19/2024 | 7 | APPEARANCE of Counsel Form filed by John M. Pellettieri for United States of America Related cases? No. [24-12311] (ECF: John Pellettieri) [Entered: 07/19/2024 03:04 PM] | |
| 07/19/2024 | 8 | APPEARANCE of Counsel Form filed by Jay Bratt for USA. Related cases? No. [24-12311] (ECF: Jay Bratt) [Entered: 07/19/2024 03:19 PM] | |
| 07/24/2024 | 9 | TRANSCRIPT INFORMATION FORM SUBMITTED by Attorney Mr. James I. Pearce for Appellant USA. All necessary transcript(s) are on file. [24-12311] (ECF: James Pearce) [Entered: 07/24/2024 11:50 AM] | |
| 07/24/2024 | 10 | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Mr. James I. Pearce for Appellant USA. On the same day the CIP is served, any filer represented by counsel must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-1(b). [24-12311] (ECF: James Pearce) [Entered: 07/24/2024 11:51 AM] | |
| 07/24/2024 | 11 | APPEARANCE of Counsel Form filed by Larry Donald Murrell, Jr. for Carlos De Oliveira. Related cases? No. [24-12311] (ECF: Larry Murrell) [Entered: 07/24/2024 01:35 PM] | |
| 07/25/2024 | 12 | Briefing Notice issued to Appellant USA. The appellant's brief is due on or before 08/27/2024. The appendix is due no later than 7 days from the filing of the appellant's brief. [Entered: 07/25/2024 10:36 AM] | |
| 07/29/2024 | 13 | APPEARANCE of Counsel Form filed by Todd Blanche for Donald J. Trump. Related cases? No. [24-12311] (ECF: Todd Blanche) [Entered: 07/29/2024 11:59 AM] | |
| 08/14/2024 | 14 | APPEARANCE of Counsel Form filed by Christopher M. Kise for Donald J. Trump. Related cases? No. [24-12311] (ECF: Christopher Kise) [Entered: 08/14/2024 09:34 AM] | |
| 08/14/2024 | 15 | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Kendra Wharton for Appellee Donald J. Trump. On the same day the CIP is served, any filer represented by counsel must also complete the court's web-based stock ticker symbol certificate at the link here | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|  |  | http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-1(b). [24-12311] (ECF: Kendra Wharton) [Entered: 08/14/2024 08:05 PM] |  |
| 08/15/2024 | 16 | APPEARANCE of Counsel Form filed by Cecil W. VanDevender for USA Related cases? No. [24-12311] (ECF: Cecil VanDevender) [Entered: 08/15/2024 05:38 PM] |  |
| 08/26/2024 | 17 | APPEARANCE of Counsel Form filed by John S. Irving, IV for Carlos De Oliveira. Related cases? No. [24-12311] (ECF: John Irving) [Entered: 08/26/2024 02:18 PM] |  |
| 08/26/2024 | 18 | Appellant's brief filed by USA. [24-12311] (ECF: James Pearce) [Entered: 08/26/2024 03:21 PM] |  |
| 08/26/2024 | 19 | APPEARANCE of Counsel Form filed by David V. Harbach, II for USA Related cases? No. [24-12311] (ECF: David Harbach) [Entered: 08/26/2024 03:28 PM] |  |
| 08/26/2024 | 20 | Appendix filed [2 VOLUMES] by Appellant USA. [24-12311] (ECF: James Pearce) [Entered: 08/26/2024 03:32 PM] |  |
| 08/27/2024 | 21 | Received 4 paper copies of EBrief, filed by Appellant USA. [Entered: 08/28/2024 02:51 PM] |  |
| 08/27/2024 | 22 | Received paper copies of EAppendix filed by Appellant USA. 2 VOLUMES - 3 COPIES [Entered: 08/28/2024 02:55 PM] |  |
| 09/03/2024 | 23 | APPEARANCE of Counsel Form filed by Steven A. Hirsch for Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers, and James J. Sample Related cases? No. [24-12311] (ECF: Steven Hirsch) [Entered: 09/03/2024 05:23 PM] |  |
| 09/03/2024 | 24 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Steven A. Hirsch for Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers, and James J. Sample. [24] [24-12311] (ECF: Steven Hirsch) [Entered: 09/03/2024 05:30 PM] |  |
| 09/03/2024 | 25 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Steven A. Hirsch for Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers, and James J. Sample. [25] [24-12311] (ECF: Steven Hirsch) [Entered: 09/03/2024 05:39 PM] |  |
| 09/03/2024 | 26 | APPEARANCE of Counsel Form filed by Matthew A. Seligman for for Amici Curiae Related cases? No. [24-12311] (ECF: |  |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Matthew Seligman) [Entered: 09/03/2024 11:42 PM] | |
| 09/03/2024 | 27 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Matthew A. Seligman for Amici Curiae. [27] [24-12311] (ECF: Matthew Seligman) [Entered: 09/03/2024 11:51 PM] | |
| 09/04/2024 | 28 | APPEARANCE of Counsel Form filed by Stanley E. Woodward, Jr. for Waltine Nauta. Related cases? No. [24-12311] (ECF: Stanley Woodward) [Entered: 09/04/2024 10:34 PM] | |
| 09/10/2024 | 29 | APPEARANCE of Counsel Form filed by Richard C. Klugh for Waltine Nauta Related cases? No. [24-12311] (ECF: Richard Klugh) [Entered: 09/10/2024 03:31 PM] | |
| 09/17/2024 | 30 | MOTION for extension of time to file appellant's brief to 10/25/2024 filed by Donald J. Trump. Motion is Unopposed. [30] [24-12311] (ECF: Kendra Wharton) [Entered: 09/17/2024 02:39 PM] | |
| 09/18/2024 | 31 | ORDER: Motion for extension to file appellees brief filed by Appellee Donald J. Trump, et al. is GRANTED. [30] Appellees' brief due on 10/25/2024. ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 09/18/2024 10:17 AM] | |
| 09/18/2024 | 32 | ORDER: Motion for leave to file amicus brief is GRANTED. [27], Motion for leave to file amicus brief is GRANTED. [25] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 09/18/2024 01:26 PM] | |
| 09/18/2024 | 33 | Amicus Brief filed by Amici Curiae Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers and James J. Sample. Service date: 09/03/2024 email - Attorney for Amicus Curiae: Hirsch; Attorney for Appellants: Bratt, Harbach, Pearce, Pellettieri, U.S. Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Blanche, Bove, Dadan, Fields, Irving, Kise, Klugh, Murrell, Wharton, Woodward; Attorney for Not Party: Seligman; US mail - Attorney for Appellee: Weiss. [Entered: 09/18/2024 01:35 PM] | |
| 09/18/2024 | 34 | Amicus Brief filed by Amici Curiae Donald Ayer, Louis Caldera, Tom Coleman, George T. Conway, III, Stuart M. Gerson, Philip Allen Lacovara, John McKay, Trevor Potter, Alan Charles Raul, Abbe Smith, Fern Smith, State Democracy Defenders Action, Larry Thompson, Laurence H. Tribe, Olivia Troye, Stanley Twardy, Jr., William Weld and Christine Todd Whitman. Service date: | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | 09/03/2024 email - Attorney for Amici Curiae: Hirsch, Seligman; Attorney for Appellants: Bratt, Harbach, Pearce, Pellettieri, U.S. Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Blanche, Bove, Dadan, Fields, Irving, Kise, Klugh, Murrell, Wharton, Woodward; US mail - Attorney for Appellee: Weiss. [Entered: 09/18/2024 01:41 PM] | |
| 09/23/2024 | 35 | Received 4 paper copies of EBrief, filed by Amicus Curiae Constitutional Lawyers, Former Government Officials and State Democracy Defenders Action. [Entered: 09/26/2024 12:04 PM] | |
| 09/23/2024 | 49 | Received 4 paper copies of EBrief, filed by Amicus Curiae Donald Ayer. [Entered: 10/29/2024 11:20 AM] | |
| 10/01/2024 | 36 | APPEARANCE of Counsel Form filed by Josh Blackman and Michael Adam Sasso for Robert W. Ray, Professor Seth Barrett Tillman, and Landmark Legal Foundation Related cases? No. [24-12311] (ECF: Michael Sasso) [Entered: 10/01/2024 04:10 PM] | |
| 10/01/2024 | 37 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Josh Blackman and Michael Adam Sasso for Robert W. Ray, Professor Seth Barrett Tillman, and Landmark Legal Foundation. [37] [24-12311] (ECF: Michael Sasso) [Entered: 10/01/2024 04:18 PM] | |
| 10/01/2024 | 38 | APPEARANCE of Counsel Form filed by XiXi Li for Robert W. Ray, Professor Seth Barrett Tillman, and Landmark Legal Founda Related cases? No. [24-12311] (ECF: XiXi Li) [Entered: 10/01/2024 04:50 PM] | |
| 10/02/2024 | 39 | Notice of deficient Appearance of Counsel filed by Joshua Blackman for Landmark Legal Foundation, Robert W. Ray and Seth Barrett Tillman. An attorney may not electronically file through another person's ECF account. See 11th Cir. R. 25-3(e). Counsel must file a corrected Appearance of Counsel form. [Entered: 10/02/2024 09:31 AM] | |
| 10/02/2024 | 40 | APPEARANCE of Counsel Form filed by Michael Adam Sasso for Robert W. Ray, Professor Seth Barrett Tillman, and Landmark Legal Foundation Michael Adam Sasso for Landmark Legal Foundation, Robert W. Ray and Seth Barrett Tillman. Related cases? No. [24-12311] (ECF: Michael Sasso) [Entered: 10/02/2024 10:37 AM] | |
| 10/24/2024 | 41 | MOTION for extension of time to file | |

USA v. Donald Trump, et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | appellee's brief to 10/28/2024 filed by Waltine Nauta. Motion is Unopposed. [41] [24-12311] (ECF: Richard Klugh) [Entered: 10/24/2024 10:15 PM] | |
| 10/25/2024 | 42 | Appellee's Brief filed by Appellee Donald J. Trump. [24-12311] (ECF: Emil Bove) [Entered: 10/25/2024 10:51 PM] | |
| 10/25/2024 | 43 | Supplemental Appendix [1 VOLUMES] filed by Appellee Donald J. Trump. [24-12311] (ECF: Emil Bove) [Entered: 10/25/2024 10:52 PM] | |
| 10/28/2024 | 44 | ORDER: Motion for extension to file appellee brief filed by Appellee Waltine Nauta is GRANTED. [41] Appellees brief due on 10/28/2024. ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 10/28/2024 02:03 PM] | |
| 10/28/2024 | 45 | ORDER: Motion for leave to file amicus brief is GRANTED. [37] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 10/28/2024 04:13 PM] | |
| 10/28/2024 | 46 | Amicus Brief filed by Amici Curiae Landmark Legal Foundation, Robert W. Ray and Seth Barrett Tillman. Service date: 10/01/2024 email - Attorney for Amici Curiae: Blackman, Hirsch, Li, Sasso, Seligman; Attorney for Appellants: Bratt, Harbach, Pearce, Pellettieri, U.S. Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Blanche, Bove, Dadan, Fields, Irving, Kise, Klugh, Murrell, Wharton, Woodward; US mail - Attorney for Appellee: Weiss. [Entered: 10/28/2024 04:18 PM] | |
| 10/29/2024 | 47 | Received 4 paper copies of EBrief, filed by Appellee Donald J. Trump. [Entered: 10/29/2024 11:14 AM] | |
| 10/29/2024 | 48 | Received paper copies of EAppendix filed by Appellee Donald J. Trump. 1 VOLUMES - 2 COPIES [Entered: 10/29/2024 11:17 AM] | |
| 11/01/2024 | 50 | Amicus Brief as of right or by consent of the parties filed by Benjamin P. Sisney for the American Center for Law and Justice. [24-12311] (ECF: Benjamin Sisney) [Entered: 11/01/2024 10:54 AM] | |
| 11/01/2024 | 51 | APPEARANCE of Counsel Form filed by Henry Whitaker for the States of Florida, Iowa, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia and Commonwealth of Kentucky Related cases? No. [24-12311] | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | (ECF: Henry Whitaker) [Entered: 11/01/2024 03:03 PM] | |
| 11/01/2024 | 52 | Amicus Brief as of right or by consent of the parties filed by Henry Whitaker for states of Florida, Iowa, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, and West Virginia. [24-12311] (ECF: Henry Whitaker) [Entered: 11/01/2024 03:18 PM] | |
| 11/01/2024 | 53 | APPEARANCE of Counsel Form filed by Patrick M. McSweeney for America's Future, America First Policy Institute, Gun Owners of America, Gun Owners Foundation, Gun Owners of Cal, US Constitutional Rights Legal Defense Fund, Public Advocate of the US, One Nation Under Fndn, and CLDEF Related cases? No. [24-12311] (ECF: Patrick McSweeney) [Entered: 11/01/2024 03:48 PM] | |
| 11/01/2024 | 54 | Amicus Brief as of right or by consent of the parties filed by Patrick M. McSweeney for America's Future, America First Policy Institute, Gun Owners of America, Gun Owners Foundation, Gun Owners of Cal, US Constitutional Rights Legal Defense Fund, Public Advocate of the US, One Nation Under God Fndn, and CLDEF. [24-12311] (ECF: Patrick McSweeney) [Entered: 11/01/2024 03:51 PM] | |
| 11/01/2024 | 55 | APPEARANCE of Counsel Form filed by Aaron L. Nielson for Amicus Curiae State of Texas Related cases? No. [24-12311] (ECF: Aaron Nielson) [Entered: 11/01/2024 04:50 PM] | |
| 11/01/2024 | 56 | Amicus Brief as of right or by consent of the parties filed by Aaron L. Nielson for Amicus Curiae State of Texas. [24-12311] (ECF: Aaron Nielson) [Entered: 11/01/2024 04:53 PM] | |
| 11/01/2024 | 57 | APPEARANCE of Counsel Form filed by Gene C. Schaerr for Amici Curiae: Former Attorneys General Edwin Meese III and Michael B. Mukasey, Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation Related cases? No. [24-12311] (ECF: Gene Schaerr) [Entered: 11/01/2024 08:57 PM] | |
| 11/01/2024 | 58 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Gene C. Schaerr for Amici Curiae: Former Attorneys General Edwin Meese III and Michael B. Mukasey, Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation. [58] [24-12311] (ECF: Gene | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|  |  | Schaerr) [Entered: 11/01/2024 09:01 PM] |  |
| 11/01/2024 | 59 | APPEARANCE of Counsel Form filed by Kenneth A. Klukowski for Amici Curiae: Former Attorneys General Edwin Meese III and Michael B. Mukasey, Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation Related cases? No. [24-12311] (ECF: Kenneth Klukowski) [Entered: 11/01/2024 09:23 PM] |  |
| 11/01/2024 | 60 | APPEARANCE of Counsel Form filed by Justin A. Miller for Amici Curiae: Former Attorneys General Edwin Meese III and Michael B. Mukasey, Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation Related cases? No. [24-12311] (ECF: Justin Miller) [Entered: 11/01/2024 09:40 PM] |  |
| 11/01/2024 | 61 | APPEARANCE of Counsel Form filed by Eric Heigis for Amicus Curiae Alex Kozinski Related cases? No. [24-12311] (ECF: Eric Heigis) [Entered: 11/01/2024 09:46 PM] |  |
| 11/01/2024 | 62 | APPEARANCE of Counsel Form filed by Robert Henneke for Amicus Curiae Alex Kozinski Related cases? No. [24-12311] (ECF: Robert Henneke) [Entered: 11/01/2024 09:48 PM] |  |
| 11/01/2024 | 63 | APPEARANCE of Counsel Form filed by Chance Weldon for Amicus Curiae Alex Kozinski Related cases? No. [24-12311] (ECF: Chance Weldon) [Entered: 11/01/2024 09:50 PM] |  |
| 11/01/2024 | 64 | APPEARANCE of Counsel Form filed by Matthew Miller for Amicus Curiae Alex Kozinski Related cases? No. [24-12311] (ECF: Matthew Miller) [Entered: 11/01/2024 09:52 PM] |  |
| 11/01/2024 | 65 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Eric Heigis for Amicus Curiae Alex Kozinski. [65] [24-12311] (ECF: Eric Heigis) [Entered: 11/01/2024 09:57 PM] |  |
| 11/04/2024 | 66 | APPEARANCE of Counsel Form filed by Benjamin P. Sisney for Amicus Curiae the American Center for Law and Justice Benjamin Paul Sisney for American Center for Law and Justice. Related cases? No. [24-12311] (ECF: Benjamin Sisney) [Entered: 11/04/2024 10:01 AM] |  |
| 11/04/2024 | 67 | Appearance of counsel form has not been processed. According to our records, Kenneth Alan Klukowski for Michael B. Mukasey, Edwin Meese, III, Steven Calabresi, Gary Lawson, Citizens United and Citizens United Foundation is a member of the Eleventh Circuit bar in inactive status. |  |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Your appearance form will not be processed until your bar membership has been renewed. [Entered: 11/04/2024 11:42 AM] | |
| 11/04/2024 | 72 | Received 4 paper copies of EBrief, filed by Amici Curiae Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers and James J. Sample. [Entered: 11/07/2024 02:08 PM] | |
| 11/04/2024 | 75 | Received 4 paper copies of EBrief, filed by Amicus Curiae American Center for Law and Justice. [Entered: 11/07/2024 02:15 PM] | |
| 11/05/2024 | 71 | Received 4 paper copies of EBrief, filed by Amici Curiae Steven Calabresi, Citizens United, Citizens United Foundation, Gary Lawson, Edwin Meese, III and Michael B. Mukasey. [Entered: 11/07/2024 02:06 PM] | |
| 11/05/2024 | 73 | Received 4 paper copies of EBrief, filed by Amicus Curiae State of Texas. [Entered: 11/07/2024 02:10 PM] | |
| 11/05/2024 | 74 | Received 5 paper copies of EBrief, filed by Amici Curiae State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Utah and State of West Virginia. [Entered: 11/07/2024 02:13 PM] | |
| 11/05/2024 | 76 | Received 4 paper copies of EBrief, filed by Amici Curiae America First Policy Institute, America's Future, Conservative Legal Defense and Education Fund, Gun Owners Foundation, Gun Owners of America, Gun Owners of California, One Nation Under God Foundation and Public Advocate of the United States. [Entered: 11/07/2024 02:22 PM] | |
| 11/07/2024 | 68 | ORDER: Motion for leave to file amicus brief is GRANTED. [58], Motion for leave to file amicus brief is GRANTED. [65] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 11/07/2024 01:13 PM] | |
| 11/07/2024 | 69 | Amicus Brief filed by Amici Curiae Steven Calabresi, Citizens United, Citizens United Foundation, Gary Lawson, Edwin Meese, III and Michael B. Mukasey. Service date: 11/01/2024 email - Attorney for Amici Curiae: Blackman, Heigis, Henneke, Hirsch, Klukowski, Li, McSweeney, Miller, Miller, Nielson, Sasso, Schaerr, Seligman, Sisney, Weldon, Whitaker; Attorney for Appellants: Bratt, Harbach, Pearce, Pellettieri, U.S. | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Blanche, Bove, Dadan, Fields, Irving, Kise, Klugh, Murrell, Wharton, Woodward; US mail - Attorney for Appellee: Weiss. [Entered: 11/07/2024 02:01 PM] | |
| 11/07/2024 | 70 | Amicus Brief filed by Amicus Curiae Alex Kozinski. Service date: 11/01/2024 email - Attorney for Amici Curiae: Blackman, Heigis, Henneke, Hirsch, Klukowski, Li, McSweeney, Miller, Miller, Nielson, Sasso, Schaerr, Seligman, Sisney, Weldon, Whitaker; Attorney for Appellants: Bratt, Harbach, Pearce, Pellettieri, U.S. Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Blanche, Bove, Dadan, Fields, Irving, Kise, Klugh, Murrell, Wharton, Woodward; US mail - Attorney for Appellee: Weiss. [Entered: 11/07/2024 02:02 PM] | |
| 11/13/2024 | 77 | MOTION to hold appeal in abeyance filed by USA. Motion is Unopposed. [77] [24-12311] (ECF: James Pearce) [Entered: 11/13/2024 05:31 PM] | |
| 11/14/2024 | 78 | ORDER: Motion to hold in abeyance filed by Appellant USA is GRANTED. [77] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 11/14/2024 04:30 PM] | |
| 11/25/2024 | 79 | MOTION to voluntarily dismiss appeal filed by USA. Motion is Unopposed. [79] [24-12311] (ECF: James Pearce) [Entered: 11/25/2024 01:39 PM] | |
| 11/26/2024 | 80 | Reply Brief filed by Appellant USA. [24-12311] (ECF: James Pearce) [Entered: 11/26/2024 01:33 PM] | |
| 11/26/2024 | 81 | ORDER: Motion to voluntarily dismiss appeal as to Donald J. Trump only filed by Appellant USA is GRANTED. [79] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 11/26/2024 03:38 PM] | |
| 11/27/2024 | 82 | Received 4 paper copies of EBrief, filed by Appellant USA. [Entered: 12/03/2024 02:28 PM] | |
| 12/30/2024 | 83 | APPEARANCE of Counsel Form filed by Markenzy Lapointe for USA Related cases? No. [24-12311] (ECF: Markenzy Lapointe) [Entered: 12/30/2024 03:40 PM] | |
| 12/30/2024 | 84 | MOTION to withdraw as counsel filed by Attorney Mr. James I. Pearce for Appellant USA. Opposition to Motion is Unknown [84] [24-12311] (ECF: James Pearce) [Entered: 12/30/2024 03:50 PM] | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 01/07/2025 | 85 | MOTION Motion to bar release of grand jury-based material by plaintiff-appellant where the disqualified Special Counsel lacks statutory authority and were overwhelming prejudice to appellees would result filed by Waltine Nauta. Opposition to Motion is Unknown. [85] [24-12311] (ECF: Richard Klugh) [Entered: 01/07/2025 09:02 AM] | |
| 01/07/2025 | 86 | NOTICE TO PARTIES: Appellant's response to Emergency Motion for Injunction, filed by Appellees, is due by Wednesday, January 8, 2025 at 10:00 a.m.. [Entered: 01/07/2025 01:13 PM] | |
| 01/07/2025 | 87 | USDC order: Pending resolution of the Emergency Motion filed in the Eleventh Circuit and/or any further direction from the Eleventh Circuit, Attorney General Garland, the Department of Justice, Special Counsel Smith, all of their officers, agents, and employees... was filed on 01/07/2025. (See Order for complete text) Docket Entry 682. [Entered: 01/07/2025 01:23 PM] | |
| 01/07/2025 | 88 | APPEARANCE of Counsel Form filed by Mark R. Freeman for the United States of America Related cases? No. [24-12311] (ECF: Mark Freeman) [Entered: 01/07/2025 01:28 PM] | |
| 01/07/2025 | 89 | Supplemental [85] filed by Appellee Waltine Nauta. [24-12311] (ECF: Richard Klugh) [Entered: 01/07/2025 03:18 PM] | |
| 01/08/2025 | 90 | RESPONSE to filed by Appellee Waltine Nauta [85], filed by Appellee Waltine Nauta [89] filed by Attorney Mark R. Freeman for Appellant USA. [24-12311] (ECF: Mark Freeman) [Entered: 01/08/2025 09:49 AM] | |
| 01/08/2025 | 91 | Notice of intention to reply, not later than January 9, 2025, at 10:00 a.m., to the appellant's response to appellees' emergency motion to restrict the issuance of a Special Counsel Report filed by Attorney Richard Carroll Klugh, Jr. for Appellee Waltine Nauta. [24-12311] (ECF: Richard Klugh) [Entered: 01/08/2025 11:28 AM] | |
| 01/08/2025 | 92 | NOTICE: Appellees' reply to response to Emergency Motion for Injunction is due by Wednesday, January 8, 2025 at 5:00 p.m. (Eastern Time). [Entered: 01/08/2025 12:22 PM] | |
| 01/08/2025 | 93 | REPLY to RESPONSE to [85] filed by Appellee Waltine Nauta. [24-12311] (ECF: Richard Klugh) [Entered: 01/08/2025 05:06 PM] | |
| 01/08/2025 | 94 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Kendra L. Wharton for | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | President Donald J. Trump. [94] [24-12311] (ECF: Kendra Wharton) [Entered: 01/08/2025 10:52 PM] | |
| 01/09/2025 | 95 | ORDER: "Motion for Leave to File Brief of President Donald J. Trump as Amicus Curiae" is GRANTED. [94] ENTERED FOR THE COURT – BY DIRECTION (See attached order for complete text) [Entered: 01/09/2025 12:23 PM] | |
| 01/09/2025 | 96 | Amicus Brief filed by Amicus Curiae Donald J. Trump. Service date: 01/09/2025 email - Attorney for Amici Curiae: Blackman, Heigis, Henneke, Hirsch, Klukowski, Li, McSweeney, Miller, Miller, Nielson, Sasso, Schaerr, Seligman, Sisney, Weldon, Wharton, Whitaker; Attorney for Appellants: Bratt, Freeman, Harbach, Lapointe, Pearce, Pellettieri, U.S. Attorney Service - Southern District of Florida, VanDevender; Attorney for Appellees: Dadan, Irving, Klugh, Murrell, Woodward. [Entered: 01/09/2025 12:53 PM] | |
| 01/09/2025 | 97 | APPEARANCE of Counsel Form filed by Harry W. MadcDougald, for Jeffrey B. Clark as amicus curiae Related cases? No. [24-12311] (ECF: Harry MacDougald) [Entered: 01/09/2025 06:21 PM] | |
| 01/09/2025 | 98 | MOTION to file amicus brief pursuant to FRAP 29(a) filed by Harry W. MacDougald for Jeffrey B. Clark as amicus curiae. [98] [24-12311] (ECF: Harry MacDougald) [Entered: 01/09/2025 06:26 PM] | |
| 01/09/2025 | 100 | ORDER: Appellees' "Emergency Motion for Injunction with Relief Requested by January 10, 2025" is DENIED. To the extent that Appellant seeks relief from the district court's January 7, 2025, order temporarily enjoining Appellant, Appellant may file a notice of appeal from that order. [89] [85] ENTERED FOR THE COURT – BY DIRECTION (See attached order for complete text)  [Entered: 01/09/2025 07:39 PM] | |
| 01/10/2025 | 101 | Appellant's notice to the Court of the filing of a notice of appeal from the district court's January 7 temporary injunction filed by Attorney Mark R. Freeman for Appellant USA. [24-12311] (ECF: Mark Freeman) [Entered: 01/10/2025 12:02 AM] | |
| 01/10/2025 | 102 | MOTION to strike Appellant's Notice to the Court (Jan. 10, 2025) filed by Waltine Nauta. Motion is Opposed. [102] [24-12311] (ECF: Richard Klugh) [Entered: 01/10/2025 06:42 PM] | |
| 01/11/2025 | 103 | EMERGENCY MOTION to consolidate appeals 24-12311 and 25-10076, for summary reversal filed by USA. Motion is | |

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Opposed. [103] [24-12311] (ECF: Mark Freeman) [Entered: 01/11/2025 12:36 AM] | |
| 01/14/2025 | 104 | ORDER: Motion to consolidate appeals filed by Appellant USA is DENIED AS MOOT. [103]; Motion for summary reversal filed by Appellant USA is DENIED AS MOOT. [103]; Motion to strike filed by Appellee Waltine Nauta is DENIED AS MOOT. [102]; Motion for leave to file amicus brief is DENIED AS MOOT. [98]; Motion to withdraw as counsel filed by Mr. James I. Pearce is GRANTED. [84] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 01/14/2025 04:27 PM] | |
| 01/17/2025 | 105 | APPEARANCE of Counsel Form filed by Nathan Forrester for States of Florida, Iowa, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Commonwealth of Kentucky Related cases? No. [24-12311] (ECF: Nathan Forrester) [Entered: 01/17/2025 02:22 PM] | |
| 01/17/2025 | 106 | MOTION to withdraw as counsel filed by Attorney Henry Charles Whitaker for Amici Curiae State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Utah and State of West Virginia. Opposition to Motion is Unknown [106] [24-12311] (ECF: Henry Whitaker) [Entered: 01/17/2025 03:43 PM] | |
| 01/19/2025 | 107 | APPEARANCE of Counsel Form filed by Jenny Wilson for Waltine Nauta Related cases? No. [24-12311] (ECF: Jenny Wilson) [Entered: 01/19/2025 02:28 PM] | |
| 01/22/2025 | 108 | APPEARANCE of Counsel Form filed by Michael Scott Davis for USA Related cases? No. [24-12311] (ECF: Michael Davis) [Entered: 01/22/2025 12:02 PM] | |
| 01/23/2025 | 109 | ORDER: Motion to withdraw as counsel filed by Henry Charles Whitaker is GRANTED. [106] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 01/23/2025 08:22 AM] | |
| 01/28/2025 | 110 | APPEARANCE of Counsel Form filed by Hayden O'Byrne for USA Related cases? No. [24-12311] (ECF: Hayden O'Byrne) [Entered: | |

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|  |  | 01/28/2025 04:43 PM] |  |
| 01/29/2025 | 111 | MOTION to voluntarily dismiss appeal filed by USA. Motion is Unopposed. [111] [24-12311] (ECF: Hayden O'Byrne) [Entered: 01/29/2025 10:56 AM] |  |
| 01/29/2025 | 112 | AMENDED Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Hayden Patrick O'Byrne for Appellant USA. On the same day the CIP is served, any filer represented by counsel must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-1(b). [24-12311] (ECF: Hayden O'Byrne) [Entered: 01/29/2025 11:02 AM] |  |
| 02/11/2025 | 113 | ORDER: Motion to voluntarily dismiss appeal filed by Appellant USA is GRANTED. [111] ENTERED FOR THE COURT - BY DIRECTION. (See attached order for complete text) [Entered: 02/11/2025 09:08 AM] |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

# DE 81

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 26, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  24-12311-SS
Case Style:  USA v. Donald Trump, et al
District Court Docket No:  9:23-cr-80101-AMC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

**The dismissal order is for Appellee, Donald J. Trump, only.  The appeal will proceed with the remaining Appellees.**

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:   404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12311

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

2                        Order of the Court                    24-12311

ORDER:

 Appellant's motion to dismiss the appeal as to Donald J. Trump only is GRANTED.




                               DAVID J. SMITH
                               Clerk of the United States Court of
                               Appeals for the Eleventh Circuit

                      ENTERED FOR THE COURT - BY DIRECTION

DE 90

No. 24-12311

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

v.

WALTINE NAUTA and CARLOS DE OLIVEIRA,

Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Florida

**OPPOSITION TO MOTION FOR INJUNCTION**

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney
  General*

MARKENZY LAPOINTE
  *United States Attorney*

MARK R. FREEMAN
  *Appellate Staff
  Civil Division, Room 7519
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 514-5714*

*United States v. Nauta*, No. 24-12311

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Plaintiff-Appellant the

United States of America certify that the following have an interest in the outcome of

this appeal:

1.  Advance Publications, Inc.

2.  Alonso, Cristina

3.  America First Legal Foundation

4.  America First Policy Institute

5.  America's Future

6.  American Broadcasting Companies, Inc., d/b/a ABC News

7.  American Center for Law and Justice

8.  Ayer, Donald

9.  Bell, Daniel W.

10. Berry, Michael

11. Bird, Brenna

12. Blackman, Joshua

13. Blanche, Todd

14. Bloomberg, L.P.

15. Bondi, Pamela J.

* Additions to previous certificate marked with an asterisk.

C-1 of 10

16.   Boos, Michael

17.   Bove, Emil

18.   Bowman, Chad

19.   Bratt, Jay

20.   Cable News Network, Inc.

21.   Calabresi, Steven

22.   Caldera, Louis

23.   Cannon, Hon. Aileen

24.   Cate, Matthew

25.   CBS Broadcasting, Inc. o/b/o CBS News

26.   Citizens for Responsibility and Ethics in Washington

27.   Citizens United

28.   Citizens United Foundation

29.   CMG Media Corporation

30.   Coleman, Russell

31.   Coleman, Tom

32.   Commonwealth of Kentucky

33.   Conservative Legal Defense and Education Fund

34.   Conway, George

35.   Cooney, J.P.

36.   Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

37.  Cynkar, Robert J.

38.  Dadan, Sasha

39.  De Oliveira, Carlos

40.  Dow Jones & Company, Inc., publisher of The Wall Street Journal

41.  Dreeben, Michael

42.  Drummond, Gentner

43.  Edelstein, Julie

44.  Ekonomou, Andrew J.

45.  Fields, Lazaro

46.  Fitzgerald, Patrick

47.  Forrester, Nathan A.

48.  Fort Myers Broadcasting Company

49.  *Freeman, Mark R.

50.  Fugate, Rachel

51.  *Garland, Merrick B.

52.  Gerson, Stuart

53.  Gertner, Nancy

54.  Gilbert, Karen E.

55.  Gillers, Stephen

56.  Goodman, Hon. Jonathan

57.  Gray Media Group, Inc. (GTN)

58.  Griffin, Tim

59.  Guardian News & Media Limited

60.  Gun Owners Foundation

61.  Gun Owners of America

62.  Gun Owners of California

63.  Harbach, David

64.  Heigis, Eric

65.  Henneke, Robert

66.  Hilgers, Michael T.

67.  Hirsch, Steven A.

68.  Hulser, Raymond

69.  Insider, Inc.

70.  Irving, John

71.  Jackley, Marty J.

72.  Jorjani, Daniel H.

73.  Kise, Christopher

74.  Klugh, Jr., Richard Carroll

75.  Klukowski, Kenneth A.

76.  Knudsen, Austin

77.  Kobach, Kris

78.  Kozinski, Alex

79.  Labrador, Raúl R.

80.  Lacovara, Philip Allen

81.  Landmark Legal Foundation

82.  *Lapointe, Markenzy

83.  Lawson, Gary

84.  Los Angeles Times Communications LLC, publisher of The Los Angeles Times

85.  Marshall, Steve

86.  Maynard, Hon. Shaniek Mills

87.  McElroy, Dana J.

88.  McKay, John

89.  McNamara, Anne

90.  McSweeney, Patrick M.

91.  Meese, Edwin

92.  Miller, Justin A.

93.  Miller, Matthew

94.  Mishkin, Maxwell

95.  Moelker, Nathan J.

96.  Monson, Darrick W.

97.  Moody, Ashley

98.   Morgan, Jeremiah L.

99.   Morrisey, Patrick

100.   Mukasey, Hon. Michael B.

101.   Murrell, Larry Donald

102.   National Cable Satellite Corporation d/b/a C-SPAN

103.   National Public Radio, Inc.

104.   Nauta, Waltine

105.   NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

106.   Nielson, Aaron L.

107.   Olson, William J.

108.   One Nation Under God Foundation

109.   Orlando Sentinel Media Group, publisher of the Orlando Sentinel

110.   Paxton, Ken

111.   Pearce, James

112.   Pellettieri, John

113.   Pettit, Lanora C.

114.   POLITICO LLC

115.   Potter, Trevor

116.   Public Advocate of the United States

117.   Radio Television Digital News Association

*United States v. Nauta*, No. 24-12311

118. Raul, Alan Charles

119. Ray, Robert W.

120. Reinhart, Hon. Bruce E.

121. Reuters News & Media, Inc.

122. Reyes, Sean

123. Rokita, Theodore E.

124. Roth, Stuart J.

125. Russell, Lauren

126. Salario, Samuel

127. Sample, James J.

128. Sasso, Michael

129. Schaerr, Gene

130. Sekulow, Jay Alan

131. Sekulow, Jordan

132. Seligman, Matthew

133. Sisney, Benjamin P.

134. Skrmetti, Jonathan

135. Smith, Abbe

136. Smith, Fern

137. Smith, Jack

138. State Democracy Defenders Action

139.  State of Alabama

140.  State of Alaska

141.  State of Arkansas

142.  State of Florida

143.  State of Idaho

144.  State of Indiana

145.  State of Iowa

146.  State of Kansas

147.  State of Louisiana

148.  State of Mississippi

149.  State of Missouri

150.  State of Montana

151.  State of Nebraska

152.  State of Oklahoma

153.  State of South Carolina

154.  State of South Dakota

155.  State of Tennessee

156.  State of Texas

157.  State of Utah

158.  State of West Virginia

159.  Steinman, Jessica Hart

160. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

161. TEGNA, Inc. (TGNA)

162. Telemundo Network Group, LLC d/b/a Noticias Telemundo

163. Texas Public Policy Foundation

164. Thakur, Michael

165. The Associated Press

166. The E.W. Scripps Company (SSP)

167. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

168. The New York Times Company (NYT)

169. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

170. Thompson, Larry

171. Tillman, Seth Barrett

172. Tobin, Charles

173. Torres, Hon. Edwin

174. Treg, Taylor

175. Trent, Edward H.

176. Tribe, Laurence

177. Troye, Olivia

178. Trump, Donald J.

179. Trusty, James

180. Twardy, Stanley

181. United States of America

182. Univision Networks & Studios, Inc.

183. U.S. Constitutional Rights Legal Defense Fund

184. VanDevender, Cecil

185. Webster, Brent

186. Weiss, Stephen

187. Weld, William

188. Weldon, Chance

189. Wessan, Eric H.

190. Wharton, Kendra

191. Whitaker, Henry C.

192. Whitaker, Matthew

193. Whitman, Christine Todd

194. Wilson, Alan

195. Woodward, Stanley

196. WP Company LLC d/b/a The Washington Post

197. WPLG, Inc.

Respectfully submitted,


By:     /s/ Mark R. Freeman
          MARK R. FREEMAN

# TABLE OF CONTENTS

**Page**

INTRODUCTION ..................................................................................................1

BACKGROUND..................................................................................................4

ARGUMENT ......................................................................................................8

I.   An Injunction Is Unwarranted and Unnecessary to Protect Defendants' Interests........................................................................................................9

II.   Defendants' Remaining Arguments Are Without Merit ...................................... 12

III.   This Court Should Refuse Defendants' Invitation to Remand ........................... 17

CONCLUSION ................................................................................................ 18

CERTIFICATE OF COMPLIANCE

# INTRODUCTION

The United States respectfully files this response in opposition to defendants' emergency motion for an injunction. Defendants ask this Court (i) to enjoin Special Counsel Jack Smith from transmitting his final report (Final Report) to the Attorney General and (ii) to prohibit the Attorney General from making any portion of that Final Report available to the public. Defendants' motion should be denied.

As explained in more detail below, there is neither any need nor legal basis for an injunction. The Special Counsel has already transmitted his Final Report to the Attorney General (as permitted by the district court's recent order). The Final Report comprises two volumes. Volume One relates to the Special Counsel's investigation and prosecution of President Donald Trump relating to the 2020 presidential election (Election Case). Volume Two relates to the Special Counsel's investigation and prosecution of defendants Waltine Nauta and Carlos De Oliveira, as well as President Trump, relating to mishandling of classified documents (Classified Documents Case). The Attorney General intends to release Volume One to Congress and the public consistent with 28 C.F.R. § 600.9(c) and in furtherance of the public interest in informing a co-equal branch and the public regarding this significant matter. But to avoid any risk of prejudice to defendants Nauta and De Oliveira, the Attorney General has determined, at the recommendation of the Special Counsel, that he will not publicly release Volume Two so long as defendants' criminal proceedings remain pending. For the time being, Volume Two will be made available for in camera

review only by the Chairmen and Ranking Members of the House and Senate Judiciary Committees upon their request and agreement not to release any information from Volume Two publicly. This limited disclosure will further the public interest in keeping congressional leadership apprised of a significant matter within the Department while safeguarding defendants' interests. The essential premise of defendants' emergency motion—that, absent this Court's intervention, "Attorney General Garland is certain to make [the Final Report] immediately public" and thereby cause irreparable prejudice to defendants' criminal proceedings (Mot. 1)—is thus mistaken.

Defendants' remaining arguments are without merit. Defendants appear to urge that the Attorney General should be enjoined from releasing any portion of the Final Report—including Volume One, which as noted, addresses the unrelated prosecution brought by the Special Counsel in Washington, D.C. Defendants Nauta and De Oliveira have no cognizable interest in that volume of the Final Report, however, nor any plausible theory of Article III standing that would justify their asking this Court to grant relief with respect to it. Nor would there be any legal basis for any other interested party to seek to block release of Volume One.

Defendants also reiterate their claim that the Special Counsel was unlawfully appointed. The United States has thoroughly rebutted that contention in its merits briefs in this appeal. But in any event, the argument is irrelevant to the only action here at issue—the handling of the Final Report by the Attorney General. The district

court, in dismissing the indictments against defendants, did not purport to enjoin the operations of the Special Counsel nationwide, nor could it have properly done so in this criminal case. Accordingly, as required by Department of Justice regulations, the Special Counsel duly prepared and transmitted his confidential Final Report to the Attorney General yesterday (as permitted by the district court's recent order). 28 C.F.R. § 600.8(c) ("Closing documentation."). What defendants now ask this Court to enjoin is not any action by the Special Counsel, but the Attorney General's authority to decide whether to make such a report public. *See id.* § 600.9(c); 28 U.S.C. § 509. As noted above and discussed in more detail below, the Attorney General determined that he will not make a public release of Volume Two while defendants' cases remain pending. That should be the end of the matter.

Defendants' motion should therefore be denied. To avoid the potential need for further emergency litigation in this Court, the United States respectfully requests that this Court make clear in denying the motion that its resolution of this question should be the last word (absent review by the en banc court or the Supreme Court). The district court specified that its temporary injunction barring release of any portion of the Final Report, including Volume One, "remains in effect until three days after resolution by the Eleventh Circuit of the Emergency Motion, unless the Eleventh Circuit orders otherwise," Dkt. 682 at 2 (emphasis omitted), and that defendants' parallel motion for emergency relief "remains pending before this Court subject to any directives from the Eleventh Circuit," *id.* at 3. The United States respectfully

requests that, if this Court agrees that no injunction against the Attorney General is warranted, the Court should say so in an order binding on the district court and vacate the district court's temporary injunction.

## BACKGROUND

1.  Department of Justice regulations authorize the Attorney General to appoint a Special Counsel to oversee a criminal investigation under certain prescribed circumstances. *See* 28 C.F.R. § 600.1. The Special Counsel regulations further provide that "[a]t the conclusion of the Special Counsel's work, he or she shall provide the Attorney General with a confidential report explaining the prosecution or declination decisions reached by the Special Counsel." *Id.* § 600.8(c). The Attorney General then has the discretion to determine whether "public release of these reports would be in the public interest, to the extent that release would comply with applicable legal restrictions." *Id.* § 600.9(c).

2.  Special Counsel Smith was appointed by the Attorney General to investigate certain matters. Office of the Attorney Gen., Order No. 5559-2022, *Appointment of John L. Smith as Special Counsel* ¶ (c) (Nov. 18, 2022). Those investigations resulted in two separate prosecutions. The indictment from which this litigation arises alleged that President-elect Trump willfully retained national defense information, and it charged Trump, Nauta, and De Oliveira with multiple counts, including obstructing and conspiring to obstruct an official proceeding and making false statements. Dkt.

4

85. That indictment was dismissed by the district court as to all three defendants, and this appeal challenges that dismissal order.

The other proceeding, brought in the District of Columbia, concerned the Election Case. Neither Nauta or De Oliveira were defendants or otherwise implicated in the proceeding in the District of Columbia.

3. After President Trump's re-election, the Special Counsel dismissed the proceeding in the District of Columbia. The Special Counsel also withdrew the government's appeal of the dismissal of the indictment against Trump in this case but maintained the appeal as to the other two defendants. Responsibility for the case was then transferred to the U.S. Attorney for the Southern District of Florida.

4. The Special Counsel began preparing the Final Report for the Attorney General required by Department of Justice regulations. 28 C.F.R. § 600.8(c) ("Closing documentation"). The Final Report was structured with two separate volumes, the first devoted to the Election Case and the second devoted to the subject matter of this litigation, the Classified Documents Case.

Given the clarity of the Department's regulations requiring a final report, as well as the past practice of the Department with respect to other Special Counsels' final reports (including the Mueller Report and, recently, Special Counsel Hur's and Special Counsel Durham's final reports), it should have been no surprise that Special Counsel Smith planned to prepare the final report required by Department regulations. In all events, defendants' counsel became aware not later than the week

5

of December 9 that a final report was being prepared.  Mot. Ex. B, at 2.  Counsel for all three original defendants then requested the opportunity to review the draft report. Although not required by the applicable regulations, the Special Counsel, consistent with an example set by Special Counsel Hur, allowed counsel for all three defendants to do so.  Counsel for President-elect Trump was provided an opportunity to review both volumes of the Final Report.  Counsel for Nauta and De Oliveira were allowed to review Volume Two (the only volume relevant to them).

5.  On January 6, with the Final Report nearing completion, defendants Nauta and De Oliveira filed an emergency motion in the district court seeking to enjoin the Special Counsel from transmitting the Final Report to the Attorney General and the Attorney General from releasing any portion of the Final Report.  Dkt. 679. President-elect Trump filed a motion to intervene in the proceeding to support the remaining defendants' emergency motion.  Dkt. 681.  The morning of January 7, defendants filed the instant motion seeking emergency relief from this Court.

Shortly before noon on January 7, the district court issued an order stating that "[p]ending resolution of the Emergency Motion filed in the Eleventh Circuit and/or any further direction from the Eleventh Circuit" various government officials are temporarily enjoined from releasing or sharing the Final Report "outside the Department of Justice."  Dkt. 682 at 2.  The order specified that this prohibition would "remain[] in effect until three days after resolution by the Eleventh Circuit of the Emergency Motion, unless the Eleventh Circuit orders otherwise."  *Id.* (emphasis

omitted).  The order did not preclude the Special Counsel from transmitting the Final Report to the Attorney General.  The court further noted that its order "shall not be construed as a final ruling on the merits of the Emergency Motion, which remains pending before this Court subject to any directives from the Eleventh Circuit."  *Id.* at 3.  The order did not address Trump's motion for intervention, which remains pending.

6.  On the evening of January 7, both volumes of the report were transmitted by the Special Counsel to the Attorney General.  Consistent with Justice Department practice, the Attorney General did not review the report before its transmission.  Because Volume Two discusses the roles of defendants Nauta and De Oliveira, and because those matters remain pending appeal before this Court, the Special Counsel explained in his cover letter to the Attorney General that, "consistent with Department policy, Volume Two should not be publicly released while their case remains pending."  The Special Counsel further explained that "[b]oth volumes minimize the identification of witnesses and co-conspirators, consistent with accepted Department practice, and we have provided a redacted version of Volume Two that identifies certain information that remains under seal or is restricted from public disclosure by Federal Rule of Criminal Procedure 6(e)."

Consistent with the Special Counsel's recommendation, and Southern District of Florida Local Rule 77.2, the Attorney General does not intend to make Volume Two of the Final Report public while the case against Nauta and De Oliveira remains

7

pending.  But in light of congressional interest in the work of Special Counsel Smith, a redacted version of Volume Two of the Final Report (redacting only grand-jury and sealed information that the Department is prohibited by law or court order from disseminating), together with the appendices for Volume Two, will be made available to the Chairmen and Ranking Members of the House and Senate Judiciary Committees for review in camera upon their request and agreement prohibiting any public release of the Final Report's contents.  *Cf.* 28 C.F.R. § 600.9(a).  The redacted version of Volume Two that will be provided for limited congressional review will redact all information that remains under seal or is restricted from public disclosure under Rule 6(e).

As noted above, the Attorney General intends to publicly release Volume One and to make it available to Congress.  Volume One does not contain any information restricted from public disclosure under Rule 6(e).

## ARGUMENT

Defendants' requests for emergency injunctive relief should be denied. Because the Special Counsel has now transmitted his Final Report to the Attorney General, defendants' novel request to enjoin that internal Departmental transmission is moot.  And because the Attorney General has determined not to release to the public Volume Two of the Final Report to the public while defendants' case remains pending—the volume that concerns the proceedings against defendants—an injunction is unnecessary to protect defendants' interests or the integrity of future

criminal proceedings against them.  Defendants' remaining arguments are meritless, irrelevant, or both.  There is no basis for defendants or anyone else to seek to bar the Attorney General from disclosing Volume One publicly (or to Congress) or from disclosing Volume Two to select members of Congress in the manner described above.  The Court should deny the emergency motion, vacate the district court's temporary injunction, and make clear that there is no basis for further emergency litigation in the district court regarding the Attorney General's disposition of the Special Counsel's Final Report.

## I.    An Injunction Is Unwarranted and Unnecessary to Protect Defendants' Interests

Defendants fail to establish any entitlement to injunctive relief.  As an initial matter, to the extent defendants seek to prevent the Special Counsel from transmitting his Final Report to the Attorney General, *see* Mot. 3, their request has been overtaken by events.  Defendants asked the district court to enjoin that intra-Departmental transfer in addition to any public release of the Final Report.  In response, the government advised the district court that the Special Counsel would transmit his Final Report to the Attorney General no earlier than 1:00 pm yesterday, January 7, 2025.  Dkt. 680 at 1-2.  Although the district court, acting before that deadline, entered a temporary injunction barring transmission of the Final Report "outside the Department of Justice," Dkt. 682 at 2, the district court did not purport to restrain the Special Counsel's intra-Departmental transmittal to the Attorney

9

General.  Accordingly, the Final Report was delivered to Attorney General Garland on the evening of January 7, 2025.  Any request to enjoin that transmission is now moot.

The heart of defendants' claim for emergency injunctive relief is their assertion that "Attorney General Garland is certain to make [the Final Report] immediately public" and thereby prejudice defendants in the event this Court reverses the dismissal of their indictments.  Mot. 1.  But that prediction is incorrect.  Attorney General Garland is committed to ensuring the integrity of the Department's criminal prosecutions.  Considering the risk of prejudice to defendants Nauta's and De Oliveira's criminal case, the Attorney General has agreed with the Special Counsel's recommendation that Volume Two of the Final Report should not be publicly released while those cases remain pending.  *See* 28 C.F.R. § 600.9(c).  There is therefore no risk of prejudice to defendants and no basis for an injunction against the Attorney General.

As discussed, the Final Report comprises two volumes.  Volume One, the Election Case, concerns an unrelated prosecution brought by the Special Counsel in Washington, D.C and, accordingly, Volume One does not refer to either Nauta or De Oliveira or describe the evidence or charges against them.  Volume Two concerns the criminal investigation, indictments, and proceedings in the Southern District of Florida against defendants Nauta and De Oliveira, as well as former defendant and now President-elect Trump.  The Attorney General's determination not to authorize

10

the public release of Volume Two fully addresses the harms that defendants seek to avoid in their emergency motion. As noted, consistent with 28 C.F.R. 600.9(a), the Attorney General intends to make Volume Two of the Final Report available for in camera review by the Chairmen and Ranking Members of the House and Senate Judiciary Committees, pursuant to restrictions to protect confidentiality. Even then, however, consistent with legal requirements, the Department will redact grand jury information protected by Rule 6(e) as well as information sealed by court order from the version made available in camera for congressional review. Defendants have no colorable claim to prejudice from these carefully circumscribed in camera disclosures.

There is also no valid basis for this Court to pretermit the Attorney General's discretion with respect to Volume One. That Volume does not concern defendants Nauta or De Oliveira or the district court proceedings in this case. Defendants identify no plausible theory of Article III standing that would justify this Court in enjoining, at defendants' behest, the Attorney General's disposition of a volume of the Final Report that does not implicate them. Under Article III, "a plaintiff's remedy must be limited to the inadequacy that produced his injury." *Gill v. Whitford*, 585 U.S. 48, 66 (2018) (alteration and quotation marks omitted). Defendants' injury here is limited to Volume Two. Indeed, with respect to Volume One of the Final Report, defendants are hardly differently situated than any other member of the public. Nor, for that matter, do defendants offer any merits theory that would justify this Court in enjoining the release of Volume One.

11

President-elect Trump has not made any request of this Court, but he too would have no basis to seek to block the public release of Volume One of the Final Report.  In particular, none of the arguments raised by defendants Nauta and De Oliveira regarding prejudice to their potential defenses to prosecution in this matter would apply, since the President-elect is no longer a defendant in any Special Counsel matter.

## II.    Defendants' Remaining Arguments Are Without Merit

Defendants advance a number of additional arguments to support their assertion that the Final Report cannot be lawfully released (Mot. 13-19).  None withstands scrutiny.

1.  Defendants argue at length that the Special Counsel is not, in fact, a valid Special Counsel, and therefore cannot prepare or transmit a valid Special Counsel report to the Attorney General.  The United States has explained in its merits briefs in this appeal the multiple errors in defendants' appointments- and appropriations-related arguments.  But in any event, those arguments are irrelevant at this stage in light of the Special Counsel's transmission yesterday of the Final Report to the Attorney General.  All that is left is for the Attorney General to determine how to handle that report, and his authority in this respect is clear.

Although the district court in this case concluded that the Special Counsel was not properly appointed and ordered that the indictment be dismissed as a remedy, the district court did not purport to enjoin the ongoing operations of the Special

12

Counsel's Office nationwide. This is a criminal case, and the district court limited its remedy to dismissal of the indictment. *See* Dkt. 672 at 93. The court did not purport to issue—and it could not properly have issued—a nationwide injunction barring the Special Counsel from discharging the functions of his office in Washington, D.C. or elsewhere.

Indeed, while defendants argue that the order appointing the Special Counsel became "void" upon issuance of the district court's judgment in this case, Mot. 14, the district court was clear that its order was "confined to this proceeding," *see* Dkt. 672 at 93. —*i.e.*, to this criminal prosecution. The district court never barred the Special Counsel from performing other duties, including the preparation of the Final Report. Had it purported to do so, the district court would have had to grapple with the fact that the D.C. Circuit—whose law governs Department headquarters and the Special Counsel's offices where the Final Report was prepared—has rejected the same Appointments Clause theory that the district court accepted. *See, e.g.*, *In re Grand Jury Investigation*, 916 F.3d 1047, 1053 (D.C. Cir. 2019). The district court with responsibility for the Election Case did so as well.

Even if one accepted arguendo defendants' premise that the Special Counsel was invalidly appointed, moreover, it still would not follow that the Final Report was somehow improper. There can be no serious question that the Attorney General had, at a minimum, the statutory authority to hire Jack Smith and his staff as employees of the Department of Justice. *See* 5 U.S.C. § 3101. The Supreme Court has recognized

13

that investigative reports can be prepared by individuals who have not been appointed as officers of the United States. *See Buckley v. Valeo*, 424 U.S. 1, 137 (1976) (per curiam) (holding that non-officers can perform tasks of "an investigative and informative nature"). There is, therefore, no appointments-based reason to doubt Special Counsel Smith's authority to draft a report summarizing the activities of his office or to prevent the Attorney General from receiving or disposing of that report under Department regulations.

The Attorney General is the Senate-confirmed head of the Department of Justice and is vested with the authority to supervise all officers and employees of the Department. The Attorney General thus has authority to decide whether to release an investigative report prepared by his subordinates. That authority is inherent in the office of Attorney General, *cf.* 28 U.S.C. § 509; it does not depend on the lawfulness of the Special Counsel's appointment to take actions as an inferior officer of the United States or on the Department's specific regulations authorizing the Attorney General to approve the public release of Special Counsel reports, *see* 28 C.F.R. § 600.9(c). Indeed, the Attorney General would have the authority to decide whether to publicly release a report prepared and provided to the Department by wholly private citizens. Defendants' objections to the Special Counsel's appointment thus simply have no bearing on the Attorney General's authority here.

In any case, as we have explained, the Special Counsel was properly appointed. The district court's conclusion that the Attorney General lacks general statutory

14

authority to appoint inferior officers runs directly contrary to the Supreme Court's conclusion regarding Special Counsel Cox that the Attorney General has "the power to appoint subordinate officers to assist him in the discharge of his duties." *United States v. Nixon*, 418 U.S. 683, 694 (1974). As explained at greater length in our merits briefs, the district court erred in dismissing this directly applicable reasoning as mere dicta and in breaking sharply with long-established practice. And the district court's finding of an Appropriations Clause violation was derivative of its flawed Appointments Clause analysis. *See* Dkt. 672, at 86. Thus, even if it were necessary to consider the underlying merits of defendants' attack on the Special Counsel's authority, relief would not be warranted.

2. Defendants also briefly argue that the Attorney General's release of the Final Report would violate the Presidential Transition Act and the Special Counsel regulations. Mot. 17-19. These arguments likewise are without merit.

Defendants' invocation of the Presidential Transition Act is misplaced. First, it is doubtful that defendants have standing to raise any such claim. They are not personally affected by the Presidential Transition Act, and President-elect Trump is no longer a party in this Court or in the district court. The Act, moreover, contains no private right of action. Indeed, the portion defendants invoke does not even impose binding restrictions. Section 2 provides merely that "*it is the intent of the Congress* that" federal officers "promote orderly transitions in the office of President." 3 U.S.C. § 102 note (emphasis added) (Section 2 of the Presidential Transition Act).

15

In any event, the public release of the Special Counsel report—which, again, is consistent with uniform recent practice, including practice involving reports addressing the conduct of multiple sitting Presidents—is in no way inconsistent with an "orderly transition[]." *Id.* In addition, the Attorney General has decided against public release of Volume Two of the Final Report while defendants' case remains pending. To the extent defendants have standing and a merits theory under the Presidential Transition Act to object to the release of the only portion of the Final Report that affects their interests, the Attorney General's determination not to release Volume Two fully addresses any injury.

Nor would the Attorney General's release of the Final Report violate the Special Counsel regulations contemplating that the Special Counsel will provide the Attorney General with a report "[a]t the conclusion of" the Special Counsel's work. 28 C.F.R. § 600.8(c). That provision governs only the Special Counsel, not the Attorney General, and the Special Counsel has already transmitted his Final Report to the Attorney General. All that is left is for the Attorney General make the entire Final Report available to Members of Congress as described above, and to release Volume One publicly. The Attorney General's authority to do so is certainly not constrained by the provision defendants invoke, 28 C.F.R. § 600.8(c). It is a different provision of the regulations that governs reporting to Congress. *See id.* § 600.9. Moreover, the Attorney General's authority exists independent of those regulations. And, in any case, defendants' argument under 28 C.F.R. § 600.8(c) is meritless. The investigative

16

work of the Special Counsel concluded when he ceased to pursue the prosecutions that were the impetus for his appointment. Nothing in 28 C.F.R. § 600.8(c) precludes a Special Counsel from issuing a final report when his own investigative work is finished, even if prosecutions arising from his work continue to be handled by others with the Department of Justice. Special Counsel Mueller issued his final report under similar circumstances. Finally, the Special Counsel regulations provide no enforceable rights. *See id.* § 600.10.

## III. This Court Should Refuse Defendants' Invitation to Remand

Defendants characterized their motion as one for emergency relief and asked this Court to rule by January 10 (Mot. 3), yet they also suggest both in their initial filing and in a later supplemental filing that this Court might instead avoid the merits and remand to the district court. This Court should reject that invitation for several reasons.

First, a remand would entail further delay, which is inappropriate in light of the exigencies recognized in defendants' own request for emergency relief. Second, the motion presents a straightforward legal question this Court is well-suited to address in the first instance. Third, the district court itself has made clear that it is looking to "resolution of the Emergency Motion filed in the Eleventh Circuit and/or any further direction from the Eleventh Circuit." Dkt. 682, at 2. And fourth, remanding to the district court to resolve the motion in the first instance may well simply generate further emergency litigation in this Court.

17

The United States respectfully requests that the Court deny the motion on the merits and, for the benefit of the parties and the avoidance of unnecessary further litigation, make clear in doing so that its resolution of this question should be the last word on the subject, absent intervention by the en banc Court or the Supreme Court.

## CONCLUSION

We respectfully request that this Court deny the motion on the merits, set aside the district court's temporary injunction in full, and make clear that there is no impediment to the Attorney General allowing for limited congressional review of Volume Two as described above and the publicly release of Volume One.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney*
  *General*

MARKENZY LAPOINTE
  *United States Attorney*

 *s/ Mark R. Freeman*

MARK R. FREEMAN
  *Director, Appellate Staff*
  *Civil Division, Room 7519*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-5714*
  *Mark.freeman2@usdoj.gov*

January 2025

18

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 4,382 words. This brief also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Garamond 14-point font, a proportionally spaced typeface.

*s/ Mark R. Freeman*
MARK R. FREEMAN

# DE 113

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  24-12311-SS
Case Style:  USA v. Donald Trump, et al
District Court Docket No:  9:23-cr-80101-AMC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:                  404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

### For the Eleventh Circuit

---

No. 24-12311

---

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

*versus*

WALTINE NAUTA,
CARLOS DE OLIVEIRA,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

---

2                     Order of the Court                24-12311

ORDER:

     Appellant's "Unopposed Motion to Dismiss Appeal" is GRANTED. This appeal is DISMISSED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Supplemental Appendix for the United States was filed using CM/ECF on this 13th day of July 2026 and served via CM/ECF on: Scott Wilkens, Esq., counsel for Knight First Amendment Institute at Columbia University and Daniel Martinez, Esq., counsel for American Oversight.

s/ *Jorge R.Delgado*
Jorge R. Delgado
Assistant United States Attorney

*mw*