SPECIAL HEARING

**NOVEMBER 2, 2026**

**2:00 P.M. (Eastern Time)**

**ATLANTA, GEORGIA**

**COURTROOM #339**

**No. 25-14507** United States, et al. v. Knight First Amendment Institute at Columbia University, et al., Appellants (Consolidated with **26-10674** Knight First Amendment Institute at Columbia University, et al., Appellants v. United States, et al.)

**COUNSEL PRESENTING ARGUMENT MUST REPORT TO THE CLERK'S OFFICE NO LATER THAN 1:30 PM THE DAY OF ORAL ARGUMENT**

ATLANTA, GEORGIA
09/30/2026